IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., ) | |
| ) | |
| Plaintiffff, ) | |
| ) | |
| ) | |
| v. ) | Civil Action No. 04-939 (JJF) |
| ) | |
| ) | |
| TEVA PHARMACEUTICALS USA, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned, counsel Teva Pharmaceuticals USA, Inc., hereby certify that copies of Defendant's Disclosures Pursuant to Rule 26(a)(1), FED. R. CIV. P. were caused to be served on March 7, 2005 in the manner indicated below:

**BY HAND DELIVERY**

> Mary B. Graham, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> Wilmington, DE 19801

**BY FEDERAL EXPRESS**

> Nicholas G. Barzoukas, Esquire
> Howrey, Simon, Arnold & White
> 750 Bering Drive
> Houston, TX 77057

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on March 8, 2005 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

> Mary B. Graham, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> Wilmington, DE 19801

BY FEDERAL EXPRESS

Nicholas G. Barzoukas, Esquire
Howrey, Simon, Arnold & White
750 Bering Drive
Houston, TX 77057

_____
Josy W. Ingersoll (#1088) (by AWP 3990)
Adam W. Poff (#3990)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6672

Attorneys for defendant Teva Pharmaceuticals USA, Inc.

OF COUNSEL
James Galbraith
Maria Luisa Palmese
A. Antony Pfeffer
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

Dated: March 8, 2005