IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 04-939 (JJF) |
| | ) |
| TEVA PHARMACEUTICALS USA, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Plaintiff Merck & Co., Inc.'s Initial Disclosures Under Fed. R. Civ. P. 26(A)(1)* were caused to be served on April 1, 2005 upon the following in the manner indicated:

**BY HAND**

Josy Ingersoll, Esquire
YOUNG CONAWAY STARGATT &
 TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**BY FACSIMILE AND FEDERAL EXPRESS**

James Galbraith, Esquire
KENYON & KENYON
One Broadway
New York, NY 10004


MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ James W. Parrett, Jr.*
_____
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

                    John F. Lynch
                    Nicolas G. Barzoukas
                    Suzy S. Harbison
                    Jason C. Abair
                    HOWREY SIMON ARNOLD & WHITE, LLP
                    750 Bering Drive
                    Houston, TX 77057-2198
                    (713) 787-1400

                    *Attorneys for Plaintiff Merck & Co., Inc.*

OF COUNSEL:

Paul D. Matukaitis
MERCK & CO., INC.
One Merck Drive
Whitehouse Station, NJ  08889-0100

Edward W. Murray
Gerard M. Devlin, Jr.
MERCK & CO., INC.
126 E. Lincoln Avenue
Rahway, NJ 07065-0907

April 1, 2005

458345