IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-939-JJF |
| TEVA PHARMACEUTICALS U.S.A., INC., | : |
| Defendant. | : |

| | |
|---|---|
| THE PROCTOR & GAMBLE COMPANY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-940-JJF |
| TEVA PHARMACEUTICALS U.S.A., INC., | : |
| Defendant. | : |

## O R D E R

WHEREAS, per Order dated May 5, 2005, the Court declined to consolidate cases 04-cv-940 and 04-cv-939;

NOW THEREFORE, IT IS HEREBY ORDERED that counsel shall confer and submit to the Court a Proposed Rule 16 Scheduling Order for each case captioned above by no later than **Monday, May 23, 2005.** Attached is a sample form of Order which should serve as a basis for discussion. Where disagreements exist, please note each party's position.

May 6, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE