IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MERCK & CO., INC.,                )
                                  )
        Plaintiff,                )
    v.                            )   C.A. No. 04-939 (JJF)
                                  )
TEVA PHARMACEUTICALS USA, INC.    )
                                  )
        Defendant.                )
                                  )

## RULE 16 SCHEDULING ORDER

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties will exchange by March 7, 2005 the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Joinder of other Parties.** All motions to join other parties shall be filed on or before May 9, 2005.

3. **Discovery.**

    (a) Exchange and completion of contention interrogatories, identification of fact witnesses and document production shall be commenced so as to be substantially completed by July 12, 2005. Fact discovery shall be served so as to be completed by October 17, 2005.

    (b) Maximum of fifty (50) interrogatories, including contention interrogatories, for each side.

    (c) Maximum of fifty (50) requests for admission by each side.

(d) Maximum of ten (10) depositions by plaintiff(s) and ten (10) by defendant(s), excluding expert depositions. Depositions shall not commence until the discovery required by Paragraph 3(a, b and c) has been substantially completed.

(e) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the party with the burden of proof by November 13, 2005; rebuttal report by December 16, 2005.

(f) Any party desiring to depose an expert witness shall notice and complete said deposition by January 20, 2006, unless otherwise agreed in writing by the parties or ordered by the Court.

4. **Discovery Disputes.**

(a) A party seeking discovery which the opposing party refuses to provide shall file a motion (no brief) pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1. Said motion shall not exceed a total of four (4) pages and must specify that the filing is pursuant to the Discovery Dispute procedures provided in this paragraph. An Answer to the Rule 37 motion, not to exceed four (4) pages, shall be filed within five (5) days of service of the motion. No reply is permitted.

(b) All papers shall set forth in a plain and concise manner the issue(s) in dispute, the party's position on the issue(s), and the reasons for the party's position.

(c) Upon receipt of the Answer, the movant shall notify Chambers by e-mail at jjf_civil@ded.uscourts.gov that the dispute is ready for decision..

(d) Upon receipt of the movant's e-mail, the Court will determine whether a conference is necessary and advise the parties accordingly.

(e)   There is no limit on the number of Rule 37 motions a party may file, unless otherwise ordered by the Court.

5.   **Amendment of the Pleadings.** All motions to amend the pleadings shall be filed on or before July 26, 2005.

6.   **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before February 13, 2006. Answer briefs shall be due on March 13, 2006 and reply briefs March 27, 2006. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court. The Court will issue a separate Order regarding procedures for filing summary judgment motions.

7.   **Markman.** A Markman Hearing will be held on _____. Opening claim construction briefs shall be due on February 13, 2006, and answering claim construction briefs on March 13, 2006. The Court, after reviewing the briefing, will allocate time to the parties for the hearing.

8.   Applications by Motion.

(a)   Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

(b)   No facsimile transmissions will be accepted.

(c)  No telephone calls shall be made to Chambers.

(d)  Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

9.  **Pretrial Conference and Trial.** The Court will schedule a Pretrial Conference and Trial after reviewing the parties' proposed scheduling order. [The parties suggest May 17-20, 2006 for the trial and April 13, 2006 for the filing of the pretrial order.]

_____  
DATE

_____  
UNITED STATES DISTRICT JUDGE

449923