# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
―――
302 658 9200
302 658 3989 Fax

Mary B. Graham
(302) 575-7287
mgraham@mnat.com

May 24, 2005

**VIA E-FILING AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE  19801

> RE: Merck & Co., Inc. v. Teva Pharmaceuticals USA, Inc.
> C.A. No. 04-939-JJF

Dear Judge Farnan:

      Pursuant to the Court's Order of May 6, 2005, attached is the parties' agreed-upon form of scheduling order.

      Respectfully,

*/s/ Mary B. Graham*

Mary B. Graham

MBG/dam
Enclosure
cc:    Clerk of Court (By Hand)
       Josy W. Ingersoll, Esquire (By Hand)
       James Galbraith, Esquire (By Facsimile)
       John F. Lynch, Esquire (By Facsimile)
466922