IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., ) | |
| ) | |
| Plaintifff, ) | |
| ) | |
| v. ) | Civil Action No. 04-939 (JJF) |
| ) | |
| TEVA PHARMACEUTICALS USA, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned, counsel Teva Pharmaceuticals USA, Inc., hereby certify that copies of Defendant's Responses and Objections to Plaintiff Merck & Co., Inc.'s First Set of Requests for the Production of Documents and Things were caused to be served on May 25, 2005 in the manner indicated below:

**BY HAND DELIVERY**

> Mary B. Graham, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> Wilmington, DE 19801

**BY FEDERAL EXPRESS**

> Nicholas G. Barzoukas, Esquire
> Howrey, Simon, Arnold & White
> 750 Bering Drive
> Houston, TX 77057

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on May 25, 2005 upon the following counsel of record in the manner indicated:

WP3:1092007.1                                                                   58956.1014

BY ELECTRONIC FILING & HAND DELIVERY

Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

BY FEDERAL EXPRESS

Nicholas G. Barzoukas, Esquire
Howrey, Simon, Arnold & White
750 Bering Drive
Houston, TX 77057

/s/ Karen E. Keller
_____
Josy W. Ingersoll (#1088)
Adam W. Poff (#3990)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6672

*Attorneys for defendant Teva Pharmaceuticals USA, Inc.*

OF COUNSEL
James Galbraith
Maria Luisa Palmese
A. Antony Pfeffer
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

Dated: May 25, 2005