```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF DELAWARE
```

MERCK & CO., INC.,                :
                                  :
        Plaintiff,                :
                                  :
    v.                            : Civil Action No. 04-939-JJF
                                  :
TEVA PHARMACEUTICALS              :
U.S.A., INC.,                     :
                                  :
        Defendant.                :

THE PROCTOR & GAMBLE COMPANY,     :
                                  :
        Plaintiff,                :
                                  :
    v.                            : Civil Action No. 04-940-JJF
                                  :
TEVA PHARMACEUTICALS              :
U.S.A., INC.,                     :
                                  :
        Defendant.                :

## O R D E R

WHEREAS, on May 5, 2005, the Court entered an Order declining to consolidate cases 04-cv-939 and 04-cv-940 (D.I. 17 in 04-939; D.I. 22 in 04-940);

WHEREAS, Defendant filed a Request For Reconsideration Of The Court's Order Of May 5, 2005, Declining Consolidation (D.I. 19 in 04-939; D.I. 24 in 04-940) contending that, because neither action is a jury case, the Court erred in basing its decision on the potential for jury confusion;

WHEREAS, as argued the Plaintiffs in each case, the Court's decision was not based only on the potential for jury confusion, but also on the presence of differing factual and legal issues;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Request For Reconsideration Of The Court's Order Of May 5, 2005, Declining Consolidation (D.I. 19 in 04-939; D.I. 24 in 04-940) is **DENIED**.

June 6, 2005
DATE

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE