IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., ) | |
| ) | |
| Plaintifff, ) | |
| ) | |
| ) | |
| v. ) | Civil Action No. 04-939 (JJF) |
| ) | |
| ) | |
| TEVA PHARMACEUTICALS U.S.A., INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Teva Pharmaceuticals U.S.A., Inc., hereby certifies that on June 9, 2005 copies of Teva Pharmaceuticals U.S.A., Inc.'s (1) First Set of Interrogatories (1-15) to Plaintiff Merck & Co., Inc. and (2) this Notice of Service were caused to be served upon the below listed counsel in the manner indicated:

**BY HAND DELIVERY**

> Mary B. Graham, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> Wilmington, DE  19801

**BY FEDERAL EXPRESS**

> Nicholas G. Barzoukas, Esquire
> Howrey Simon Arnold & White, LLP
> 750 Bering Drive
> Houston, TX  77057

Additionally, the undersigned certifies that a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

**BY ELECTRONIC FILING**

Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

_____
Josy W. Ingersoll (#1088)
Adam W. Poff (#3990)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6672
jingersoll@ycst.com
Attorneys for defendant Teva Pharmaceuticals
   U.S.A., Inc.

OF COUNSEL
James Galbraith
Maria Luisa Palmese
A. Antony Pfeffer
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

Dated: June 9, 2005