IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 04-939 (JJF) |
| ) | |
| TEVA PHARMACEUTICALS USA, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of (1) *Merck & Co., Inc.'s First Set Of Requests For Admissions (Nos. 1-27) To Teva Pharmaceuticals USA, Inc.* and (2) *Merck & Co., Inc.'s First Set Of Interrogatories (1-36) To Defendant Teva Pharmaceuticals USA, Inc.* were caused to be served on June 10, 2005 upon the following in the manner indicated:

**BY HAND**

Josy Ingersoll, Esquire
YOUNG CONAWAY STARGATT &
    TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

James Galbraith, Esquire
KENYON & KENYON
One Broadway
New York, NY  10004

                                  MORRIS, NICHOLS, ARSHT & TUNNELL

                                  /s/ *signature*

                                  Mary B. Graham (#2256)
                                  James W. Parrett, Jr. (#4292)
                                  1201 N. Market Street
                                  P.O. Box 1347
                                  Wilmington, DE 19899
                                  (302) 658-9200

                                  *Attorneys for Plaintiff Merck & Co., Inc.*

OF COUNSEL:

John F. Lynch
Nicolas G. Barzoukas
Suzy S. Harbison
Jason C. Abair
HOWREY SIMON ARNOLD &
  WHITE, LLP
750 Bering Drive
Houston, TX 77057-2198

Paul D. Matukaitis
MERCK & CO., INC.
One Merck Drive
Whitehouse Station, NJ 08889-0100

Edward W. Murray
Gerard M. Devlin, Jr.
MERCK & CO., INC.
126 E. Lincoln Avenue
Rahway, NJ 07065-0907

June 10, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Josy Ingersoll, Esquire
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on June 10, 2005 upon the following individuals in the manner indicated:

**BY HAND**

Josy Ingersoll, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

James Galbraith, Esquire
KENYON & KENYON
One Broadway
New York, NY 10004

_____
James W. Parrett, Jr. (#4292)