IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MERCK & CO., INC., :
:
    Plaintiff, :
:
v. : Civil Action No. 04-939-JJF
:
TEVA PHARMACEUTICALS :
U.S.A., INC., :
:
    Defendant. :

<u>O R D E R</u>

WHEREAS, pursuant to Fed. R. Civ. P. 16 and D. Del. L.R. 16.2 (a) and (b) the Court entered a Rule 16 Scheduling Order on May 31, 2005;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Markman Hearing will be held at **1:00 p.m. on Thursday, October 20, 2005**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Briefing on the claim construction issues shall be completed at least ten (10) business days prior to the hearing. The Court, after reviewing the briefing, will allocate time to the parties for the hearing.

2) A Pretrial Conference will be held on **Thursday, May 4, 2006 at 1:30 p.m.** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

3) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel should be available during the 120 day period for trial.

June 10, 2005
DATE

[signature]
UNITED STATES DISTRICT JUDGE