IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MERCK & CO., INC., | ) | |
| | ) | |
| Plaintifff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-939 (JJF) |
| | ) | |
| | ) | |
| TEVA PHARMACEUTICALS U.S.A., INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

The undersigned, counsel for Teva Pharmaceuticals U.S.A., Inc., hereby certifies that on July 20, 2005, copies of (i) Defendant's Responses To Plaintiff Merck & Co., Inc.'s First Set Of Interrogatories (1-36), (ii) Defendant's Responses To Plaintiff Merck & Co., Inc.'s First Requests For Admissions (1-27), and (iii) this Notice of Service were served upon the below listed counsel in the manner indicated:

**BY HAND DELIVERY**

        Mary B. Graham, Esquire
        Morris, Nichols, Arsht & Tunnell
        1201 N. Market Street
        Wilmington, DE 19801

**BY FEDERAL EXPRESS**

        Nicholas G. Barzoukas, Esquire
        Howrey
        1111 Louisiana, 25th Floor
        Houston, TX 77002-5242

Additionally, the undersigned certifies that a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

**BY ELECTRONIC FILING**

Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

YOUNG CONAWAY STARGATT
& TAYLOR LLP

/s/ Josy W. Ingersoll

Josy W. Ingersoll (#1088)
Adam W. Poff (#3990)
Glenn C. Mandalas (#4432)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6672
gmandalas@ycst.com
*Attorneys for defendant Teva Pharmaceuticals U.S.A., Inc.*

OF COUNSEL:

James Galbraith
Maria Luisa Palmese
A. Antony Pfeffer
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

Dated: July 20, 2005