# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
———
302 658 9200
302 658 3989 Fax

Mary B. Graham
(302) 575-7287
mgraham@mnat.com

September 2, 2005

**VIA E-FILING AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

      RE:    Merck & Co., Inc. v. Teva Pharmaceuticals USA, Inc.
                C.A. No. 04-939-JJF

Dear Judge Farnan:

      By Order of June 14, 2005 (D.I. 29), the Court has scheduled a Markman hearing in this ANDA case for October 20, 2005, with briefing to be completed ten days in advance, and a pretrial conference for May 4, 2006 (the trial date has not yet been set). Fact discovery in the case is set to close on October 17, 2005 and expert discovery on January 20, 2006 (D.I. 23).

      From the parties' perspective, Markman proceedings this September and October will be premature, given that fact discovery will still be underway and expert discovery will not have begun. This is not a case where the parties believe that claim construction in advance of expert discovery is important, particularly in that this is a non-jury case. At the same time, the parties submit that rescheduling such a hearing for early next spring may be more efficient for the Court in that, by that time, expert discovery will have been completed and the parties will be in a better position to refine and reduce (or possibly even eliminate) claim construction issues. Accordingly, the parties jointly ask the Court to amend the schedule to provide for the submission of Markman briefs after expert discovery. The parties suggest that opening Markman briefs be served on February 20, 2006 and rebuttal Markman briefs on March 20, 2006, with a Markman hearing scheduled at the Court's convenience thereafter (a form of proposed order is attached).

The Honorable Joseph J. Farnan, Jr.
September 2, 2005
Page 2

      Counsel are available to answer any questions the Court may have.

      Respectfully,

      */s/ Mary B. Graham*

      Mary B. Graham

MBG/dam

cc:    Clerk of Court (By Hand)
      Adam W. Poff, Esquire (By Facsimile)
      James Galbraith, Esquire (By Facsimile)
      John F. Lynch, Esquire (By Facsimile)

480909