IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>TEVA PHARMACEUTICALS USA, INC. )<br>)<br>Defendant. )<br>) | C.A. No. 04-939 (JJF) |

**[PROPOSED] AMENDED SCHEDULING ORDER**

WHEREAS, pursuant to Fed. R. Civ. P. 16 and D. Del. L. R. 16.2 (a) and (b) the Court entered a Rule 16 Scheduling Order on May 31, 2005 and a further Scheduling Order on June 10, 2005 (D.I. 29);

NOW THEREFORE, IT IS HEREBY ORDERED that paragraph 1 of the June 10, 2005 Order is amended as follows:

1. A Markman Hearing will be held at _____ on the ___ day of April, 2006, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Opening briefings shall be served on February 20, 2006 and answering briefs on March 20, 2006. The Court, after reviewing the briefing, will allocate time to the parties for the hearing.

September ____, 2005                         _____
                                              UNITED STATES DISTRICT JUDGE

481486