IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC.,<br><br>        Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS U.S.A., INC.,<br><br>        Defendant. | Civil Action No. 04-939 (JJF) |

**NOTICE OF DEPOSITION**

TO:    Mary B. Graham, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Nicolas G. Barzoukas, Esq.
HOWREY SIMON ARNOLD & WHITE, LLP
750 Bering Drive
Houston, TX 77057-2198

        PLEASE TAKE NOTICE that on November 7, 2005, at 9:30 am at the offices of Kenyon & Kenyon, One Broadway, New York, New York 10004, or at such other time and place as counsel may agree, defendant Teva Pharmaceuticals U.S.A., Inc. will take the deposition upon oral examination of Dr. Ashley John Yates. The deposition may be videotaped, and will continue from day to day until completed. You are invited to attend and cross-examine.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Karen E. Keller
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6672

Attorneys for Defendant Teva
Pharmaceuticals U.S.A., Inc.

OF COUNSEL:

James Galbraith
Maria Luisa Palmese
A. Antony Pfeffer
KENYON & KENYON
One Broadway
New York, New York 10004
(212) 425-7200

DATED: October 27, 2005

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on October 27, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Mary B. Graham Esquire
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>Wilmington, DE 19801

I further certify that on October 27, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

>John F. Lynch, Esquire
>Nicholas G. Barzoukas, Esquire
>Gerard M. Devlin, Jr., Esquire
>Howrey, Simon, Arnold & White
>1111 Louisiana, 25th Floor
>Houston, TX 77002-5242

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller

Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

Attorneys for Teva Pharmaceuticals U.S.A., Inc.

DB01:1593535.1