IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC.,<br><br>    Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS U.S.A., INC.,<br><br>    Defendant. | Civil Action No. 04-939 (JJF) |

**NOTICE OF RULE 30 (b)(6) DEPOSITION
OF MERCK & CO., INC.**

TO: Mary B. Graham, Esq.
   MORRIS, NICHOLS, ARSHT & TUNNELL
   1201 N. Market Street
   Wilmington, DE 19899

   John F. Lynch, Esq.
   HOWREY, SIMON, ARNOLD & WHITE
   750 Bering Drive
   Houston, TX 77057

PLEASE TAKE NOTICE that on November 4, 2005, at 9:30 am at the offices of Kenyon & Kenyon, One Broadway, New York, New York 10004, or at such other place as counsel may agree, in accordance with Fed. R. Civ. P. 30 (b) (6) defendant Teva Pharmaceuticals U.S.A., Inc. will take the deposition upon oral examination of plaintiff Merck & Co., Inc. by a person or persons designated by plaintiff to testify as to the topics detailed on the attached schedule.

The deposition will be taken before a Notary Public (or another officer duly authorized to administer oaths) and may be videotaped, and will continue from day to day until completed. You are invited to attend and cross-examine.

                YOUNG CONAWAY STARGATT
                        & TAYLOR, LLP

*/s/ Karen E. Keller*

Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6672

Attorneys for Defendant Teva
Pharmaceuticals U.S.A., Inc.

OF COUNSEL:

James Galbraith
Maria Luisa Palmese
A. Antony Pfeffer
KENYON & KENYON
One Broadway
New York, New York 10004
(212) 425-7200

DATED: October 27, 2005

## SCHEDULE OF TOPICS

1.   For each claim of U.S. Patent 5,994,329, 6,432,932, and 6,465,443 which Merck asserts is infringed by Teva, any unexpected properties of the claimed subject matter, and the identification of any data or other evidence in Merck's possession supporting the existence of such unexpected properties.

2.   For each claim of U.S. Patent 5,994,329, 6,432,932, and 6,465,443 which Merck asserts is infringed by Teva, any secondary considerations or objective indicia of non-obviousness, including commercial success, that Merck associates with the claimed subject matter, and the identification of data or other evidence in Merck's possession supporting or contrary to the existence of such secondary considerations.

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on October 27, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Mary B. Graham Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> Wilmington, DE 19801

I further certify that on October 27, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

> John F. Lynch, Esquire
> Nicholas G. Barzoukas, Esquire
> Gerard M. Devlin, Jr., Esquire
> Howrey, Simon, Arnold & White
> 1111 Louisiana, 25th Floor
> Houston, TX 77002-5242

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*

Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

Attorneys for Teva Pharmaceuticals U.S.A., Inc.

DB01:1593535.1