IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 04-939 (JJF) |
| ) | |
| TEVA PHARMACEUTICALS USA, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Merck & Co., Inc.'s Supplemental Response to Defendant's First Set Of Interrogatories (Nos. 5, 8 and 9)* were caused to be served on November 15, 2005 upon the following in the manner indicated:

**BY HAND**

Josy Ingersoll, Esquire
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**BY FACSIMILE**

James Galbraith, Esquire
KENYON & KENYON
One Broadway
New York, NY 10004


MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ James W. Parrett, Jr.*
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

*Attorneys for Plaintiff Merck & Co., Inc.*

-2-

OF COUNSEL:

John F. Lynch
Nicolas G. Barzoukas
Suzy S. Harbison
Jason C. Abair
HOWREY SIMON ARNOLD
  & WHITE, LLP
750 Bering Drive
Houston, TX  77057-2198

Paul D. Matukaitis
MERCK & CO., INC.
One Merck Drive
Whitehouse Station, NJ  08889-0100

Edward W. Murray
Gerard M. Devlin, Jr.
MERCK & CO., INC.
126 E. Lincoln Avenue
Rahway, NJ  07065-0907

November 15, 2005
469459

# CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Josy Ingersoll, Esquire
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on November 15, 2005 upon the following individuals in the manner indicated:

| BY HAND | BY FACSIMILE |
|---|---|
| Josy Ingersoll, Esquire<br>YOUNG CONAWAY STARGATT<br>  & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | James Galbraith, Esquire<br>KENYON & KENYON<br>One Broadway<br>New York, NY 10004 |

                                           */s/ James W. Parrett, Jr.*
                                                James W. Parrett, Jr. (#4292)

469459