IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 04-939 (JJF) |
| ) | |
| TEVA PHARMACEUTICALS USA, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of MERCK & CO., INC.'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES (NOS. 4, 5, 8 AND 9) were caused to be served on December 7, 2005 upon the following in the manner indicated:

**BY HAND**

Josy Ingersoll, Esquire
YOUNG CONAWAY STARGATT &
   TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**BY FACSIMILE**

James Galbraith, Esquire
KENYON & KENYON
One Broadway
New York, NY 10004

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Mary B. Graham*

_____
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*Attorneys for Plaintiff Merck & Co., Inc.*

-2-

OF COUNSEL:

John F. Lynch
Nicolas G. Barzoukas
Suzy S. Harbison
Jason C. Abair
HOWREY SIMON ARNOLD &
  WHITE, LLP
750 Bering Drive
Houston, TX 77057-2198

Paul D. Matukaitis
MERCK & CO., INC.
One Merck Drive
Whitehouse Station, NJ  08889-0100

Edward W. Murray
Gerard M. Devlin, Jr.
MERCK & CO., INC.
126 E. Lincoln Avenue
Rahway, NJ 07065-0907

December 7, 2005

458345

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Josy Ingersoll, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on December 7, 2005 upon the following individuals in the manner indicated:

| **BY HAND** | **BY FACSIMILE** |
| --- | --- |
| Josy Ingersoll, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | James Galbraith, Esquire<br>KENYON & KENYON<br>One Broadway<br>New York, NY 10004 |

*/s/Mary B. Graham*

Mary B. Graham (#2256)