# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-939-JJF |
| TEVA PHARMACEUTICALS USA, INC., | : |
| Defendant. | : |

## ORDER

At Wilmington this **12th** day of **December, 2005**.

IT IS ORDERED that the teleconference scheduled for Tuesday, December 13, 2005 at 9:00 a.m. with Magistrate Judge Thynge is canceled. Counsel shall contact the Court should the parties desire court-assisted ADR in the future.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE