IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>TEVA PHARMACEUTICALS USA, INC. )<br>)<br>Defendant. )<br>_____) | C.A. No. 04-939 (JJF) |

**STIPULATION AND ORDER**

Plaintiff, Merck & Co., Inc. ("Merck") and Defendant Teva Pharmaceuticals USA, Inc. ("Teva") agree as follows:

Teva hereby stipulates that the commercial marketing of Teva's proposed 35 mg risedronate sodium tablets, in accordance with ANDA No. 77-132, would infringe claims 20 and 34 of U.S. Patent No. 5,994,329 if those claims are valid.

This stipulation is in regard to the above-listed claims only, and for purposes of the above captioned litigation only, and has no bearing on the patent claims of any other patent belonging to Merck or any future claims that may arise from any amendment to ANDA No. 77-132. This stipulation is not evidence of the infringement of any claim of any existing or future patent belonging to Merck, except for the claims specifically listed herein.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL L.L.P. | YOUNG, CONAWAY STARGATT & TAYLOR, LLP |

By____/s/ Mary B. Graham_____
    Mary B. Graham (#2256)
    1201 N. Market St.
    P.O. Box 1347
    Wilmington, DE 19899
    (302) 658-9200
    mgraham@mnat.com

    Attorneys for Plaintiff
    Merck & Co., Inc.

    Dated: January 27, 2006

By_____/s/ Karen E. Keller_____
    Josy W. Ingersoll (#1088)
    Karen E. Keller (#4489)
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, DE 19899
    (302) 571-6600
    kkeller@ycst.com

    Attorneys for Defendant
    Teva Pharmaceuticals USA, Inc.

    Dated: January 27, 2006

SO ORDERED this _____ day of _____ 2006.

_____
United States District Court Judge