IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-939-JJF |
| ) | |
| TEVA PHARMACEUTICALS USA, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that counsel for Teva Pharmaceuticals USA, Inc. has served the attached subpoena directed to The Proctor & Gamble Company.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Josy W. Ingersoll*

Josy W. Ingersoll (#1088)
Adam W. Poff (#3990)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
jingersoll@ycst.com
*Attorneys for Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:

James Galbraith
Maria Luisa Palmese
A. Antony Pfeffer
**KENYON & KENYON**
One Broadway
New York, NY 10004
(212) 425-7200

Dated: March 27, 2006

DB01:2047663.1                                                                 058956.1014

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, hereby certify that on March 27, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Mary B. Graham, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>Wilmington, DE  19801
>
>Frederick L. Cottrell, III, Esquire
>Richards, Layton & Finger
>One Rodney Square
>Wilmington, DE  19801

I further certify that on March 27, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

>**BY E-MAIL**
>
>Nicholas G. Barzoukas, Esquire
>Suzy Harbison, Esquire
>Howrey
>1111 Louisiana, 25th Floor
>Houston, TX  77002-5242

DB01:1545272.1

William F. Lee, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

_____
Josy W. Ingersoll (#1088)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
jingersoll@ycst.com
Attorneys for Teva Pharmaceuticals USA, Inc.

DB01:1545272.1