# YOUNG CONAWAY STARGATT & TAYLOR, LLP

JOSY W. INGERSOLL (NO. 1088)
DIRECT DIAL:  302-571-6672
DIRECT FAX:   302-576-3301
jingersoll@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

March 27, 2006

**VIA E-FILE**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE  19801

      Re:  Merck & Co., Inc. v. Teva Pharmaceuticals USA, Inc.,
            Civil Action No. 04-939-GMS

Dear Judge Sleet:

      The parties to the above-captioned case respectfully jointly request that your Honor set a status conference to discuss the schedule for the remainder of the case, including pretrial conference and trial.

      This case is a patent infringement action brought by Merck against Teva alleging that Teva's marketing of its proposed generic version of the osteoporosis drug Actonel would infringe certain Merck patents.  The case was originally assigned to Judge Farnan, who transferred it to your Honor on February 22, 2006.  Fact discovery has been completed, and the parties are conducting expert discovery, which they expect to complete by approximately the end of April.  No *Markman* hearing has been conducted, but the parties agree that none appears necessary in view of their substantial agreement on the meaning and scope of the asserted claims.

      The parties conducted discovery in accordance with Judge Farnan's scheduling order, which set the pretrial conference for May 4, 2006.  The parties assume that that date is no longer applicable, but since the case will be ready for the preparation of a pretrial order within the near future, they wish to have the Court's guidance on the dates for submission of that order with a view towards a pretrial conference in approximately late June, 2006.

      Respectfully submitted,

Josy W. Ingersoll (No. 1088)

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Gregory M. Sleet
March 27, 2006
Page 2

JWI:cg

cc:   Clerk of the Court (by e-filing and hand delivery)
      Mary B. Graham, Esquire (by e-filing and e-mail)
      Nicholas G. Barzoukas, Esquire (by e-mail)
      James Galbraith, Esquire (by e-mail)