IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>TEVA PHARMACEUTICALS USA, INC. )<br>)<br>Defendant. )<br>) | C.A. No. 04-939 (GMS) |

**NOTICE OF COUNSEL'S CHANGE OF FIRM AFFILIATION**

PLEASE TAKE NOTICE that counsel for Merck & Co., Inc., Nicolas G. Barzoukas, Suzy S. Harbison, and Jason C. Abair have become affiliated with a new law firm.  Their new firm name and contact information is as follows:

>WEIL, GOTSHAL & MANGES LLP
>700 Louisiana
>Suite 1600
>Houston, TX   77002
>
>Phone:  713.546.5000
>Fax:  713.224.9511
>
>Nicolas G. Barzoukas (nicolas.barzoukas@weil.com)
>Suzy S. Harbison (suzy.harbison@weil.com)
>Jason C. Abair (jason.abair@weil.com)

For purposes of CM/ECF notifications, updated email addresses have been provided to the Clerk's office.

John F. Lynch of Howrey, LLP will continue his representation of Merck & Co., Inc. in the captioned matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*
_____
Mary B. Graham (# 2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
302.658.9200

*Attorneys for Plaintiff*
*Merck & Co., Inc.*

OF COUNSEL:

John F. Lynch
HOWREY, LLP
750 Bering Drive
Houston, TX  77057-2198
713.787.1400

Nicolas G. Barzoukas
Suzy S. Harbison
Jason C. Abair
WEIL, GOTSHAL & MANGES
700 Louisiana, Suite 1600
Houston, TX  77002
713.546.5000

Paul D. Matukaitis
MERCK & CO., INC.
One Merck Drive
Whitehouse Station, NJ  08889-0100
908.423.1000

Edward W. Murray
Gerard M. Devlin
MERCK & CO., INC.
126 E. Lincoln Avenue RY28-320
Rahway, NJ  07065-0907
732.594.4000

Dated:  March 28, 2006
513419

# CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Josy Ingersoll, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on March 28, 2006 upon the following individuals in the manner indicated:

| BY HAND | BY FACSIMILE |
|---|---|
| Josy Ingersoll, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | James Galbraith, Esquire<br>KENYON & KENYON<br>One Broadway<br>New York, NY  10004 |

*/s/ James W. Parrett, Jr.*

James W. Parrett, Jr. (#4292)