IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MERCK AND COMPANY INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | C.A. No. 04-939 (GMS) |
| V. | ) | |
| | ) | |
| TEVA PHARMACEUTICALS U.S.A, | ) | |
| INCORPORATED, | ) | |
| | ) | |
| Defendant | ) | |

## SCHEDULING ORDER

This 7th day of April 2006, the Court having conducted a Rule 16 Scheduling Teleconference pursuant to Local Rule 16.2(b) on April 6, 2006, and the parties having determined after discussion that the matter cannot be resolved at this juncture by settlement, voluntary mediation or binding arbitration;

IT IS ORDERED that:

1. **Pretrial Conference**. On **July 27, 2006**, beginning at **10:00 a.m.**, the Court will hold a Pretrial Conference in Chambers with counsel. Unless otherwise ordered by the Court, the parties should assume that filing the Joint Pretrial Order (a sample form of Pretrial Order can be located on this court's website at www.ded.uscourts.gov satisfies the pretrial disclosure requirement in Federal Rule of Civil Procedure 26(a)(3). Thirty (30) days before the Joint Proposed Pretrial Order is due, plaintiff's counsel shall forward to defendant's counsel a draft of the pretrial order containing the information plaintiff proposes to include in the draft. Defendant's counsel shall, in turn, provide to plaintiff's counsel any comments on the plaintiff's draft as well as the information defendant proposes to include in the proposed pretrial order. Motions *in limine*: No party shall file more than ten (10) motions *in limine*. Briefs **(opening, answering and reply)** on all motions *in limine* shall be filed by **June 26, 2006**. Opening and answering briefs shall not exceed five (5)

pages and reply briefs shall not exceed three (3) pages.  The parties shall file with the court the joint

proposed final pretrial order with the information required by the form of Final Pretrial Order

(located on the Court's website) on or before **June 26, 2006** .

  2. **Trial**.  This matter is scheduled for a **4 day bench trial** beginning at **9:00 a.m.** on

**August 28, 2006.**

  3. **Scheduling**:  The parties shall contact chambers, at (302) 573-6470, only in

situations where scheduling relief is sought, and only then when ALL participating counsel

is on the line for purposes of selecting a new date.



FILED

APR    7 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
UNITED STATES DISTRICT JUDGE