# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

302 658 9200
302 658 3989 Fax

**Mary B. Graham**
302.351.9199
mgraham@mnat.com

May 31, 2006

The Honorable Gregory M. Sleet                **VIA E-FILING AND HAND DELIVERY**
United States District Court
844 King Street
Wilmington, DE  19801

      RE:  *Merck & Co., Inc. v. Teva Pharmaceuticals USA, Inc.*
           C.A. No. 04-939-GMS

Dear Judge Sleet:

      In connection with the teleconference set for Friday June 2, at 10:00 a.m., the parties submit this agenda letter.

      Merck will ask the Court to consider reopening discovery in this case in view of information of Teva (patent applications and experimental data) that was not produced in this case and to otherwise stay this case in view of a complaint Merck recently filed against Teva, *Merck v. Teva* C.A. No. 06-310.  The complaint in C.A. No. 06-310 seeks relief from judgment in an earlier case, *Merck v. Teva* C.A. No. 01-048 (JJF), based on Teva's failure also to produce that information there.  In C.A. No 01-048, the Federal Circuit reversed on appeal the judgment entered after a bench trial here in favor of Merck in connection with certain patent claims of Merck's '329 patent relating to methods for treatment and prevention of osteoporosis.

      Teva USA opposes this request, and believes that any request for a stay of this case should be submitted to the Court by motion, so that the parties can make their positions clear to the Court.

      Respectfully,

      */s/ Mary B. Graham*

      Mary B. Graham (#2256)

MBG/dam
cc:    Dr. Peter T. Dalleo, Clerk (By E-Filing and Hand Delivery)
       Josy W. Ingersoll, Esquire (By Facsimile)
       James Galbraith, Esquire (By Facsimile)
       John F. Lynch, Esquire (By Facsimile)

522665