IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 04-939 (GMS) |
| ) | |
| TEVA PHARMACEUTICALS USA, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION OF MERCK & CO., INC. TO REOPEN FACT AND
EXPERT DISCOVERY AND OTHERWISE STAY THIS ACTION**

      Merck & Co., Inc. hereby moves to reopen fact and discovery in this action and otherwise to stay this action, including all pretrial proceedings and trial, pending the resolution of *Merck & Co., Inc. v. Teva Pharmaceticals USA, Inc.,* C.A. No. 06-310 (GMS) filed in the United States District Court for the District of Delaware. The reasons for this motion are set forth in Merck's opening brief being filed in support of this motion.

      Merck hereby requests oral argument on this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham (#2256)*

OF COUNSEL:

John F. Lynch
HOWREY, LLP
750 Bering Drive
Houston, TX 77057-2198
713.787.1400

Nicolas G. Barzoukas
Suzy S. Harbison
Jason C. Abair
WEIL, GOTSHAL & MANGES
700 Louisiana, Suite 1600
Houston, TX 77002
713.546.5000

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
302.658.9200

*Attorneys for Plaintiff
Merck & Co., Inc.*

Paul D. Matukaitis
MERCK & CO., INC.
One Merck Drive
Whitehouse Station, NJ  08889-0100
908.423.1000

Edward W. Murray
Gerard M. Devlin
MERCK & CO., INC.
126 E. Lincoln Avenue RY28-320
Rahway, NJ  07065-0907
732.594.4000

Dated:  June 9, 2006
524161

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Josy Ingersoll, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on June 9, 2006 upon the following individuals in the manner indicated:

**BY HAND AND E-MAIL**

Josy Ingersoll, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**BY E-MAIL**

James Galbraith, Esquire
KENYON & KENYON
One Broadway
New York, NY  10004

*/s/ Mary B. Graham (#2256)*

Mary B. Graham (#2256)