IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. NO. 04-939 (GMS) |
| ) | |
| TEVA PHARMACEUTICALS USA, INC. ) | **REDACTED VERSION** |
| ) | |
| Defendant. ) | |
| ) | |

**APPENDIX OF EXHIBITS TO OPENING BRIEF IN SUPPORT OF MOTION OF MERCK & CO., INC. TO REOPEN FACT AND EXPERT DISCOVERY AND OTHERWISE STAY THIS ACTION**

OF COUNSEL:

John F. Lynch
HOWREY, LLP
750 Bering Drive
Houston, TX 77057-2198
713.787.1400

Nicolas G. Barzoukas
Suzy S. Harbison
Jason C. Abair
WEIL, GOTSHAL & MANGES
700 Louisiana, Suite 1600
Houston, TX 77002
713.546.5000

Paul D. Matukaitis
MERCK & CO., INC.
One Merck Drive
Whitehouse Station, NJ 08889-0100
908.423.1000

Edward W. Murray
Gerard M. Devlin
MERCK & CO., INC.
126 E. Lincoln Avenue RY28-320
Rahway, NJ 07065-0907
732.594.4000

Original Filing Date:  June 9, 2006
Redacted Filing Date:  June 9, 2006

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Mary B. Graham (# 2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
302.658.9200

*Attorneys for Plaintiff
Merck & Co., Inc.*

TABLE OF EXHIBITS

E<small>XHIBIT</small>

| | |
|---|---|
| A | United States Patent 5,994,329 |
| B | United States Patent 6,432,932 |
| C | Merck & Co., Inc.'s First Set of Requests for Production of Documents and Things (Nos. 1-85.) To Defendant Teva Pharmaceuticals USA, Inc. C.A. No. 04-939. |
| D | Expert Report of Dr. Sunil Wimalawansa, February 1, 2006 {Teva Confidential} |
| E | Expert Report of David Markowitz, M.D., March 22, 2006 {Teva Confidential} |
| F | Provisional Patent Application 60/433,685 December 16, 2002 |
| G | International Publication Number WO 2004/058235 A2 |
| H | Hearing Transcript, June 2, 2006, C.A. No. 04-939 |
| I | Trial Transcript, March 4, 2003, C.A. No. 01-048 (JJF) |
| J | Deposition Transcript, Christopher Pelloni, October 23, 2002, C.A. No. 01-048 (JJF) {Teva Confidential} |
| K | Teva Ltd. Website |
| L | Teva Pharmaceuticals Schedule of Documents Withheld from Production on the Basis of Attorney/Client Privilege and/or Attorney Work Product Immunity. C.A. No. 01-048 (JJF) {Teva Confidential} |
| M | Teva Pharmaceuticals U.S.A., Inc.'s Schedule of Documents Withheld from Production. C.A. No. 04-939 |
| N | Teva Pharmaceuticals USA Website |
| O | Merck's Motion to Add Teva's U.S. Patent No. 6,476,006 to the Record as Plaintiff's Trial Exhibit 301, April 11, 2003, C.A. 01-048 (JJF) |
| O Tab 1 | Order Granting Merck's Motion to add US Patent 6,476,006, July 22, 2003, C.A. No. 01-048 (JJF) |
| P | Deposition Transcript David Markowitz, May 31, 2006, C.A. No. 04-939 |

| | |
|---|---|
| Q | Kenyon Letter, December 11, 2002 |
| R | Teva Pharmaceuticals USA, Inc.'s Post-Trial Brief, March 28, 2003, C.A. No. 01-048 (JJF) {REDACTED} |
| S | Teva Pharmaceuticals USA, Inc.'s Post-Trial Reply Brief, April 11, 2003, C.A. No. 01-048 (JJF) |
| T | Merck & Co., Inc. v. Teva Pharmaceuticals USA, Inc., 288 F Supp 2d 601 (D.Del. 2003) |
| U | Reply Brief for Defendant-Appellant Teva Pharmaceuticals USA, Inc. US Court of Appeals for the Fed. Cir. No. 04-1005 |
| V | Merck & Co., Inc. v. Teva Pharmaceuticals USA Inc., 395 F 3d 1364 (Fed. Cir. 2005) |

524193

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Josy Ingersoll, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on June 9, 2006 upon the following individuals in the manner indicated:

**BY HAND AND E-MAIL**

Josy Ingersoll, Esquire
YOUNG CONAWAY STARGATT &
  TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**BY E-MAIL**

James Galbraith, Esquire
KENYON & KENYON
One Broadway
New York, NY  10004

*/s/ Mary B. Graham (#2256)*

Mary B. Graham (#2256)