EXHIBIT D

# CONFIDENTIAL EXHIBIT

EXHIBIT E

Case 1:04-cv-00939-GMS    Document 62-6    Filed 06/09/2006    Page 3 of 19

# CONFIDENTIAL EXHIBIT

# EXHIBIT F



## U.S. DEPARTMENT OF COMMERCE
## PATENT AND TRADEMARK OFFICE

**PROVISIONAL APPLICATION FOR PATENT COVER SHEET**

ATTORNEY DOCKET NO.:
1662/62201

Address to:
Commissioner for Patents
Washington, D.C. 20231
Box Provisional Application

This is a request for filing a PROVISIONAL APPLICATION FOR PATENT under 37 CFR 1.53(c).

Inventor(s) and Residence(s) (city and either state or foreign country):

| | |
|---|---|
| FLESHNER-BARAK, Moshe | - Hefetz Mordechai 15, Petach Tikva, Israel |
| LERNER, E. Itzhak | - Wolfson 32, Petach Tikva, Israel |
| ROSENBERGER, Vered | - Ms. Landau 3, Givat Masuah, Jerusalem, Israel |

For : **METHOD OF INCREASING BIOAVAILABILITY OF ALENDRONATE OR OTHER BISPHOSPHONATES BY PREDOSE ADMINISTRATION OF ALFACALCIDOL**

1. **13** sheets of specification and abstract

2. **0** sheets of drawing

3. Please charge the required application filing fee of **$160.00 (large entity)**, and any other fees that may be required, to the deposit account of **Kenyon & Kenyon**, deposit account number **11-0600**. A duplicate of this sheet is enclosed.

4. Please direct all communications relating to this application to:

    Steven J. Lee, Esq.
    KENYON & KENYON
    One Broadway
    New York, New York 10004
    (212) 425-7200 (phone)
    (212) 425-5288 (facsimile)

5. This invention was not made by an agency of the United States Government or under a contract with an agency of the United States Government.

Respectfully submitted,

Dated: December 16, 2002        By: _____
                                    John B. Starr, Jr. (Reg. No. 44,474)

Express Mail #EL828251306US

# METHOD OF INCREASING BIOAVAILABILITY OF ALENDRONATE OR OTHER BISPHOSPHONATES BY PREDOSE ADMINISTRATION OF ALFACALCIDOL

5

## FIELD OF THE INVENTION

The present invention relates to a method of increasing the bioavailability of bisphosphonates such as alendronate by administering to the recipient a predose of
10   alfacalcidol (1α-hydroxyvitamin $D_3$) at least six hours before the administration of the therapeutic dose of the bisphosphonate.

## BACKGROUND OF THE INVENTION

Treatment of osteoporosis, metastatic bone disease, and Paget's disease can
15   benefit from improvements in controlled gastric release and multiple dose delivery technology. Bisphosphonates such as sodium alendronate, risedronate, etidronate, zoledronic acid and tiludronate are commonly prescribed drugs for treatment of these diseases. Despite their benefits, bisphosphonates suffer from very poor oral bioavailability. Alendronate has less than 1% bioavailability. Gert, B. J.; Holland,
20   S.D.; Kline, W.F.; Matuszewski, B. K.; Freeman, A.; Quan, H.; Lasseter, K. C.; Mucklow, J. C.; Porras, A. G. "Studies of The Oral Bioavailability of Alendronate," *Clinical Pharmacology & Therapeutics* **1995**, *58*, 288-298. Its absorption is inhibited by foods and beverages other than water. *Id.* Side effects experienced by patients who have taken alendronate include irritation of the upper gastrointestinal mucosa.
25   Liberman, U. A.; Hirsch, L. J.; "Esophagitis and Alendronate" *N. Engl. J. Med.*, **1996**, *335*, 1069-70. This irritation can lead to more serious conditions. *Physicians' Desk Reference*, Fosamax, Warnings.

Alendronate is best absorbed from the upper GI tract (duodenum and jejunum). Lin, J. H. "Bisphosphonates: A Review of Their Pharmacokinetic
30   Properties," *Bone*, **1996**, *18*, 75-85; Porras, A. G.; Holland, S. D.; Gertz, B. J.; "Pharmacokinetics of Alendronate," *Clin. Pharmacokinet* **1999**, *36*, 315-328. Alendronate is best absorbed at a pH of ~6. Gert, B. J.; Holland, S.D.; Kline, W.F.; Matuszewski, B. K.; Freeman, A.; Quan, H.; Lasseter, K. C.; Mucklow, J. C.; Porras, A. G. "Studies of The Oral Bioavailablity of Alendronate," *Clinical Pharmacology &*
35   *Therapeutics*, **1995**, *58*, 288-298. As discussed in commonly-assigned, co-pending application Serial No. 09/770,898, controlled gastric release of alendronate would allow for extended delivery of the drug to the duodenum and jejunum parts of the intestine and should result in improved bioavailability, and thus allow lower dosing and less irritation.

1

In addition to bisphosphonate therapy, options in the treatment of osteoporosis include hormone replacement therapy and calcium supplementation therapy. Kleerekoper, M., Schein, J. R. "Comparative Safety of Bone Remodeling Agents with A Focus on Osteoporosis Therapies," *J. Clin. Pharmacol.* **2001**, *41*, 239. Increased calcium levels can potentially improve the state of bone mineralization in patients with osteoporosis. Over the last thirty years, calcium supplementation, along with vitamin D or vitamin D analogues such as calcitriol, has been one of the options for treating the problems of osteoporosis. Cannigia, A., Vattimo, A. "Effects of 1,25 Dihydroxycholecalciferol on Calcium Absorption in Postmenopausal Osteoporosis," *Clin. Endocrinol.*, **1979**, *11*, 99; Riggs, B. L., Nelson, K. L. "Effect of Long Term Treatment with Calcitriol on Calcium Absorption and Mineral Metabolism in Postmenopausal Osteoporosis, *J. Clin. Endocrinol. Metab.* **1985**, *61*, 457; Reid, I. R., Ames, R. W., Evans, M. C., Gamble, G. D., Sharpe, S. J. "Long Term Effects of Calcium Supplementation on Bone Loss and Fracture in Post-menopausal Women, a Randomized Controlled Trial, *Am. J. Med.*, **1995**, *98*, 331. Calcitriol (1,25-dihydroxyvitamin $D_3$) is a vitamin D analogue that is active in the regulation of the absorption of calcium from the gastrointestinal tract. *Physicians' Desk Reference*, Rocaltrol Oral Solution, Description. Calcitriol is the biologically active form of vitamin $D_3$ and stimulates intestinal calcium transport. *Merck Index*, 12th Ed., 1681. Calcitriol is rapidly absorbed from the intestine and reaches peak serum concentrations within three to six hours after ingestion. *Physicians' Desk Reference*, Rocaltrol Oral Solution, Pharmacokinetics. Calcitriol is used to treat calcium deficiency.

Over the past several years, successful trials have been performed that confirm that there is a synergistic effect in using a combined therapy of calcitriol and bisphosphonates. Frediani, B., Allegri, A., Bisogno, S., Marcolongo, R. "Effects of Combined Treatment with Calcitriol Plus Alendronate on Bone Mass and Bone Turnover in Postmenopausal Osteoporosis-Two Years of Continuous Treatment," *Clin. Drug Invest.* **1998**, *15*, 223; Masud, T., Mulcahy, B., Thompson, A. V., Donnolly, S., Keen, R. W., Doyle, D. V., Spector, T. D., "Effects of Cyclical Etidronate Combined with Calcitriol Versus Cyclical Etidronate Alone on Spine and Femoral Neck Bone Mineral Density in Postmenopausal Women," *Ann. Rheum. Dis.*, **1998**, *57*, 346; Malvolta, M., Zanardi, M., Veronesi, M., Ripamonti C., Gnudi, S. "Calcitriol and Alendronate Combination Treatment in Menopausal Women with Low Bone Mass," *Int. J. Tissue React.* **1999**, *21*, 51; Nuti, R., Martini, G., Giovani, S., Valenti, R. "Effect of Treatment with Calcitriol Combined with Low-dosage Alendronate in Involutional Osteoporosis," *Clin. Drug Invest.*, **2000**, *19*, 56. The

2

goal of the combined therapy trials is to improve therapeutic results and lower the dosage of the two drugs. In these trials the drugs were given individually. International Publication WO 2001/028564 discloses a tablet containing a combination of calcitriol and alendronate in a particular range of ratios of the two drugs.

Although there has been a recognition of the benefits of combination therapy in the treatment of osteoporosis, metastatic bone disease and Paget's disease, there remains a need for an improved dosing regimen for a bisphosphonate and a calcium transport stimulator in order to fully realize the advantages of combined therapy.

In a co-pending patent application (U.S. provisional 60/305,913 filed 17/7/01 and U.S. application Serial No. 10/196,766 filed 17/7/02), the current inventors claimed the method of improving the absorption of bisphosphonates by predosing with a vitamin D analogue 2 to 6 hours before dosing the alendronate. While such administration is useful, it does not allow for overnight predosing unless the vitamin D analogue and the bisphosphonate are part of a single delivery system.

## SUMMARY OF THE INVENTION

In one aspect, the present invention relates to a method of increasing the bioavailability of a bisphosphonate, especially alendronic acid or pharmaceutically acceptable salts thereof, in a mammal to which such bisphosphonate is administered which includes the steps of administering to the mammal a predose of a vitamin D analogue, especially alfacalcidol, and, at least about six hours thereafter, administering a therapeutic dose of the bisphosphonate.

In another aspect, the present invention relates to a method of increasing the bioavailability of a bisphosphonate, wherein the bisphosphonate is selected from the group which includes an alendronate, a risedronate, an etidronate, a zoledronate and a tiludronate, or their acids or pharmaceutically acceptable salts thereof, especially alendronate, in a mammal to which such bisphosphonate is administered which includes the steps of administering to the mammal a predose of a vitamin D analogue, wherein the vitamin D analogue is selected from the group which includes calcitriol, alfacalcidol, 24,25-dihydroxy vitamin $D_3$, and calcifediol, especially alfacalcidol, wherein the predose of alfacalcidol is at least about 0.1 µg, and especially between about 0.1 µg and about 10 µg, and, at least about six hours thereafter, administering a therapeutic dose of alendronate.

In yet another aspect, the present invention relates to a method of increasing the bioavailability of alendronate, in a mammal to which such bisphosphonate is administered which includes the steps of administering to the mammal a predose of

3

alfacalcidol, wherein the predose of alfacalcidol is at least about 0.1 µg, and especially between about 0.1 µg and about 10 µg, and, at least about six hours thereafter, especially between at least about 6 hours and about 12 hours thereafter, and most especially between at least about 6 hours and about 10 hours thereafter, administering a therapeutic dose of alendronate, wherein the therapeutically effective dose of alendronate administered is between about 1 mg and about 100 mg, and especially between about 10 mg and about 70 mg.

In a still further aspect, the present invention relates to a method of increasing the bioavailability of alendronate, in a mammal to which such bisphosphonate is administered which includes the steps of administering to the mammal a predose of alfacalcidol, wherein the predose of alfacalcidol is at least about 0.1 µg, and especially between about 0.1 µg and about 10 µg, and most especially between about 0.2 µg and about 2 µg, wherein the predose of alfacalcidol is administered at night, especially between about 8 P.M. and about midnight, and, between at least about 6 hours and about 10 hours thereafter, the therapeutic dose of alendronate is administered, especially before the first meal of the next day, and most especially between about 6 A.M. and about 10 A.M., wherein the therapeutically effective dose of alendronate administered is between about 1 mg and about 100 mg.

## DETAILED DESCRIPTION OF THE INVENTION

The present invention provides a method of combination drug therapy to increase the bioavailability of a bisphosphonate that includes the steps of administering a predose of a calcium transport stimulator, especially alfacalcidol, followed by administration of a bisphosphonate calcium resorption inhibitor at least about 6 hours after the calcium transport stimulator is administered. The present invention takes advantage of the fact that a calcium transport stimulator depletes the calcium concentration in the intestine, in addition to its recognized benefit of increasing calcium in the blood. Complexation of a bisphosphonate with calcium in the gut inhibits its absorption. The depletion of calcium results in improved absorption of the bisphosphonate in the intestine. When a bisphosphonate calcium resorption inhibitor is delivered to the upper small intestine after delivery of a vitamin D analogue that is a calcium transport stimulator, absorption of the bisphosphonate will be increased. The bisphosphonate will enter an environment partially depleted in calcium due to the transport activity of the vitamin D analogue. This depleted calcium environment will thus allow a higher absorption of the bisphosphonate, thereby allowing a dose lowering in addition to the dose lowering caused by the synergistic effect of the bisphosphonate and vitamin D analogues that occurs after

4

reaching the bloodstream.

In one embodiment, the present invention provides a method of increasing the bioavailability of a bisphosphonate by administering a combination drug regimen that includes the steps of administering a predose of a vitamin D analogue and, about at least 6 to about 12 hours later, administering a therapeutic dose of a bisphosphonate.

As used herein, bioavailability means "the fractional extent to which a dose of drug reaches its site of action or a biological fluid from which the drug has access to its site of action;" "the fraction of drug absorbed as such into the systemic circulation." *Goodman and Gilman's The Pharmalogical Basis of Therapeutics, 10th Ed.*, **2001**, 5, 18 (eds. Joel G. Hardman, Lee E. Limbird, Alfred Goodman Gilman; McGraw Hill Pub.). An approximate estimation of oral bioavailability may be based on secondary information (e.g., urinary excretion or the amount of the drug excreted unchanged in the urine, expressed as a percentage of the administered dose). *Id.* at 1918.

The present invention includes the step of administering of a predose of a vitamin D analogue. The skilled artisan will understand that a predose is the dose of the vitamin D analogue that is administered at some time prior to administration of the therapeutic dose of the bisphosphonate. A predose is a dose typically between about 0.1 µg and about 10 µg of a vitamin D analogue.

The vitamin D analogues useful in the practice of the present invention are calcium transport stimulators. Calcium transport stimulators facilitate the intestinal absorption of calcium. *Id.* at 1728. Vitamin D analogues useful in the practice of the present invention are structural analogues of the hormone, vitamin D. Examples of vitamin D analogues useful in the practice of the present invention include calcitriol, alfacalcidol, 24,25-dihydroxy vitamin $D_3$, and calcifediol. The most preferred vitamin D analogue useful in the practice of the present invention is alfacalcidol. Alfacalcidol may be dosed in any amount that results in increased intestinal absorption of the bisphosphonate compared to an equal dose of the bisphosphonate administered without alfacalcidol. A preferred dose range of alfacalcidol is from about 0.1 µg to about 10 µg, most preferably between about 0.2 µg to about 2 µg.

Alfacalcidol, or 1α-hydroxyvitamin $D_3$, is a synthetic analogue of calcitriol, the hormonal form of Vitamin $D_3$. Like calcitriol, alfacalcidol stimulates intestinal calcium absorption. However, there is a delay of several hours between the time when the alfacalcidol enters the intestine and when the blood calcium level peaks. Maximum calcium depletion in the intestine should coincide with the peak in blood calcium level. Therefore, in order to release the bisphosphonate into an environment of minimum calcium, administration of the predose of alfacalcidol should be of a

sufficient time interval before administration of the bisphosphonate dose to provide the maximum increase in bisphosphonate bioavailability. The maximum increase in bisphosphonate bioavailability is observed when the time interval between administration of the predose of alfacalcidol and the bisphosphonate dose is at least 6 hours, preferably between at least 6 hours and about 14 hours, more preferably between at least 6 hours and 12 hours and especially between at least 6 hours and about 10 hours.

This time interval between predosing with alfacalcidol and administration of the bisphosphonate dose allows for a convenient dosage regimen in which the predose of alfacalcidol can be administered between 8 P.M. and midnight and the bisphosphonate dose can be administered between 6 A.M. and 10 A.M. on the following morning. By administration of the predose of alfacalcidol at night before bed time and the therapeutic dose of the bisphosphonate in the morning before the first meal, one obtains maximum increase in bisphosphonate bioavailability with maximum convenience in dosing. This finding allows for a significant improvement in the convenience of the dosing regimen to obtain the enhanced bisphosphonate bioavailability.

The bisphosphonates useful in the practice of the present invention are calcium resorption inhibitors. Examples of bisphosphonates useful in the practice of the present invention include alendronic acid and pharmaceutically acceptable salts thereof (hereinafter, collectively known as "alendronate"), risedronic acid and pharmaceutically acceptable salts thereof (hereinafter, collectively known as "risedronate"), etidronic acid and pharmaceutically acceptable salts thereof (hereinafter, collectively known as "etidronate"), zoledronic acid and pharmaceutically acceptable salts thereof (hereinafter, collectively known as "zoledronate"), and tiludronic acid and pharmaceutically acceptable salts thereof (hereinafter, collectively known as "tiludronate"). The skilled artisan will recognize that pharmaceutically acceptable salts can exist as solvates, e.g., hydrates. The bisphosphonates may be provided in any pharmaceutically acceptable salt or acid form, salts being generally preferred because they cause less membrane irritation. Alendronate is preferably provided as a monosodium salt monohydrate or trihydrate. Risedronate is preferably provided as a monosodium salt hemipentahydrate. Etidronate and tiludronate are preferably provided as hydrated or anhydrous disodium salts. Zoledronate is preferably provided as a disodium salt tetrahydrate or trisodium salt hydrate.

The most preferred bisphosphonate of the present invention is alendronate. The preferred therapeutic dose of alendronate is between about 1 mg and about 100

mg, most preferably between about 10 mg and about 70 mg.

Administration of the vitamin D analogue in the combination drug regimen of the present invention can be by any means known in the art. Solid oral dosage forms are preferred.

5  Administration of the bisphosphonate in the combination drug regimen of the present invention can also be by any means known in the art. Administration *via* a solid oral dosage form is preferred. The solid oral dosage form can be of the conventional type well known in the art (e.g., Fosamax®).

Having thus described the invention with reference to certain preferred
10  embodiments, it is further illustrated by the following non-limiting example.

## EXAMPLE

In-Vivo Study on Improving the Bioavailability of Alendronate: Effect of Varying Predose Intervals of Alfacalcidol in a Combination Drug Regimen with Alendronate.

An *in vivo* study in an animal model was conducted to determine whether alfacalcidol, administered in varying predose intervals in combination therapy with alendronate increased the bioavailability of alendronate compared with the administration of alendronate alone.

Six female beagle dogs, each approximately 2 years old and weighing approximately 9 kg were the animal models in this study. The same animals were used in each of five separate treatment sessions lasting 34-42 hours each, the duration of each session depending on the predose test interval being measured. The same drugs at identical dosages were administered in every treatment, *viz.*, alfacalcidol (ALPHA D3®, 1.0 µg gel capsule; TEVA) was the Vitamin $D_3$ analogue administered as the predose drug and alendronate sodium (Fosalan®, 10 mg tablet, Merck, Sharp & Dohme) was the bisphosphonate administered as the therapeutic drug. There was a 7 day wash-out period between sessions. The clinical state of each dog was checked within 48 hours prior to each treatment session and again after the last session. In each session the animals were dosed in the fasted state (n.p.o. 10-12 hours). The dogs were fed a standardized meal (canned Bonzo meat, 1 full can, 425 grams) four hours after administration of the therapeutic dose of alendronate.

During each session, the dogs were housed in steel metabolic cages. Urine samples were recovered from the bottom of the metabolic cages. At each collection point, two representative samples of urine (*ca.* 5 ml each) were taken in capped polypropylene vials and immediately frozen at -20° C. The remainder of the sample was frozen and retained.

Urine samples were analyzed for alendronate by HPLC with fluorescence detection (Anapharm, Inc., Quebec, Canada).

In each session, the predose study drug, alfacalcidol, was administered in the A.M., in the fasted state, with 10-20 ml tap water to facilitate swallowing. During the monitoring (collection) period of each session, dogs were hydrated *via* gastroesophageal tube with 300 ml tap water on the evening prior to initiation of each testing session and subsequently, with 150 ml tap water every two hours post-administration of the therapeutic dose of alendronate, for up to 10 hours. As noted above, a meal was allowed 4 hours after the administration of alendronate.

In the first (reference) study session, the predose of alfacalcidol and the therapeutic dose of alendronate were administered simultaneously, with 10-20 ml tap

8

water to facilitate swallowing, immediately followed by 250 ml tap water *via* a gastroesophageal tube.

In the second through fifth study sessions, the predose of alfacalcidol was administered with 10-20 ml tap water. At intervals of 1, 2, 3, or 6 hours, respectively, following the administration of the predose of alfacalcidol in each of the consecutive study sessions, the therapeutic dose of alendronate was administered with 10-20 ml tap water, immediately followed by 250 ml tap water *via* gastroesophageal tube.

For each alfacalcidol predose time interval tested, cumulative levels of alendronate concentrations in urine were determined over 24 hours post-administration of the therapeutic alendronate dose at collection time points beginning at the 0 hour prior to alendronate dose and again at 3, 6, 9, and 24 hours following the alendronate dose.

The results of the analyses of alendronate in urine for the five treatments are reported in Tables 1A–1E, 2 and 3. Tables 1A–1E give the results of the excretion of alendronate into dog urine for each of the experimental sessions. Table 2 collects the average of the total excreted alendronate as a function of the time interval between alfacalcidol administration and alendronate administration. Table 3 gives the average of total excreted alendronate as a function of the time interval between calcitriol administration and alendronate administration carried out in a separate experiment.

The results showed that the total alendronate bioavailability increased considerably 6 hours after the administration of alfacalcidol. It is expected that this increase will continue to be found when the time interval between administration of the predose of alfacalcidol and the subsequent administration of the therapeutic dose of alendronate is increased to 8, 10 or 12 hours. Alendronate bioavailability without the vitamin D analogue in this dog model was about 30 µg to 50 µg. Calcitriol, administered 3 hours before the alendronate administration increased this value to 108 µg. The improvement in alendronate bioavailability was similar for the two vitamin D analogues, calcitriol and alfacalcidol, but the optimal time interval between administration of the predose and maximum alendronate bioavailability was delayed in the case of alfacalcidol. This delay can be used to advantage in designing a combination drug regimen with a dose scheme that is convenient and improves the bioavailability of alendronate.

9

TABLE 1A            (alendronate 0 hours after 1-alpha)

**SUMMARY OF ALENDRONATE QUANTITY EXCRETED (μg) IN URINE**

| Subject # | Period # | Draw Times ( Hour ) | | | | | |
|---|---|---|---|---|---|---|---|
| | | 0.000 | 3.00 | 6.00 | 9.00 | 24.0 | total |
| 295 | 1 | BLQ | NRV | 6.09 | NRV | NRV | 6.09 |
| 109 | 1 | BLQ | 27.33 | 4.27 | BLQ | 4.20 | 35.80 |
| 612 | 1 | BLQ | 28.01 | NRV | NRV | 2.91 | 30.92 |
| 648 | 1 | BLQ | 40.99 | 6.90 | 8.45 | 7.02 | 63.36 |
| 005 | 1 | BLQ | 28.26 | 8.87 | 3.52 | 2.90 | 43.55 |
| 578 | 1 | BLQ | 25.29 | 13.99 | 2.21 | 3.68 | 45.17 |
| | | | | | | avg= | 37.48 |

BLQ: Below Level of Quantitation     NRV: No Reportable Value

5

TABLE 1B            (alendronate 1 hour after 1-alpha)

**SUMMARY OF ALENDRONATE QUANTITY EXCRETED (μg) IN URINE**

| Subject # | Period # | Draw Times ( Hour ) | | | | | |
|---|---|---|---|---|---|---|---|
| | | 0.000 | 3.00 | 6.00 | 9.00 | 24.0 | total |
| 295 | 2 | BLQ | 42.05 | 4.71 | NRV | 7.58 | 54.34 |
| 109 | 2 | BLQ | 39.99 | 4.01 | NRV | 3.47 | 47.47 |
| 612 | 2 | BLQ | 39.73 | 4.42 | 4.30 | 4.58 | 53.03 |
| 648 | 2 | 1.61 | 109.98 | 9.02 | 7.51 | 8.79 | 136.91 |
| 005 | 2 | BLQ | BLQ | BLQ | BLQ | BLQ | 0.00 |
| 578 | 2 | BLQ | 4.87 | 1.82 | NRV | NRV | 6.69 |
| | | | | | | avg= | 49.74 |

BLQ: Below Level of Quantitation     NRV: No Reportable Value

10

**TABLE 1C**           (alendronate 2 hours after 1-alpha)

**SUMMARY OF ALENDRONATE QUANTITY EXCRETED (µg) IN URINE**

| Subject # | Period # | Draw Times ( Hour ) | | | | | total |
|---|---|---|---|---|---|---|---|
| | | 0.000 | 3.00 | 6.00 | 9.00 | 24.0 | |
| 295 | 3 | 3.14 | 25.52 | NRV | 3.82 | 5.84 | 38.32 |
| 109 | 3 | BLQ | NRV | NRV | 2.30 | 2.97 | 5.27 |
| 612 | 3 | BLQ | NRV | 4.11 | 2.73 | 4.11 | 10.95 |
| 648 | 3 | BLQ | 38.98 | 20.58 | 7.32 | 11.28 | 78.16 |
| 005 | 3 | NRV | BLQ | NRV | NRV | NRV | 0.00 |
| 578 | 3 | BLQ | 16.10 | 9.63 | 1.80 | NRV | 27.53 |
| | | | | | | avg= | 26.71 |

BLQ: Below Level of Quantitation       NRV: No Reportable Value

5

**TABLE 1D**           (alendronate 3 hours after 1-alpha)

**SUMMARY OF ALENDRONATE QUANTITY EXCRETED (µg) IN URINE**

| Subject # | Period # | Draw Times ( Hour ) | | | | | total |
|---|---|---|---|---|---|---|---|
| | | 0.000 | 3.00 | 6.00 | 9.00 | 24.0 | |
| 295 | 4 | NRV | 59.51 | 5.68 | 3.87 | 3.97 | 73.03 |
| 109 | 4 | BLQ | 81.05 | 7.04 | NRV | 5.06 | 93.15 |
| 612 | 4 | BLQ | 35.52 | 5.01 | NRV | 4.12 | 44.65 |
| 648 | 4 | BLQ | 47.20 | 7.05 | 5.72 | NRV | 59.97 |
| 005 | 4 | BLQ | 51.07 | 11.11 | 13.24 | 20.07 | 95.49 |
| 578 | 4 | 3.81 | 85.63 | 13.41 | 7.10 | 6.81 | 116.76 |
| | | | | | | avg= | 80.51 |

BLQ: Below Level of Quantitation       NRV: No Reportable Value

11

**TABLE 1E**        (alendronate 6 hours after 1-alpha)

**SUMMARY OF ALENDRONATE QUANTITY EXCRETED (µg) IN URINE**

| Subject # | Period # | Draw Times ( Hour ) | | | | | |
|---|---|---|---|---|---|---|---|
| | | 0.000 | 3.00 | 6.00 | 9.00 | 24.0 | total |
| 295 | 5 | BLQ | 65.02 | 31.98 | 6.03 | 7.28 | 110.31 |
| 109 | 5 | BLQ | 49.30 | 5.09 | 2.39 | 4.64 | 61.42 |
| 612 | 5 | 4.10 | 111.68 | 10.42 | 4.61 | 12.55 | 143.36 |
| 648 | 5 | NRV | 68.15 | 8.78 | 4.25 | 5.27 | 86.45 |
| 005 | 5 | 4.73 | 65.30 | 2.55 | 6.54 | 5.56 | 84.68 |
| 578 | 5 | NRV | 75.32 | 11.65 | 3.71 | 3.67 | 94.35 |
| | | | | | | avg= | 96.76 |

BLQ: Below Level of Quantitation            NRV: No Reportable Value

Table 2.    Average Total Alendronate Excreted as a Function of the Time Interval Between Alfacalcidol and Alendronate Administrations

| Hours between administrations | total alendronate (µg) |
|---|---|
| 0 | 37.5 |
| 1 | 49.7 |
| 2 | 26.7 |
| 3 | 80.5 |
| 6 | 96.8 |

Table 3.    Average Total Alendronate Excreted as a Function of the Time Interval Between Calcitriol and Alendronate Administrations

| Hours between administrations | total alendronate (µg) |
|---|---|
| 0 | 56.9 |
| 1 | 56.8 |
| 2 | 70.0 |
| 3 | 108.1 |
| 6 | 36.0 |

12

## ABSTRACT

      The present invention provides a method of combination drug therapy that includes the steps of administering a separate predose of a vitamin D analogue which is
5    a calcium transport stimulator, especially alfacalcidol, followed by administration of a therapeutic dose of a bisphosphonate, especially alendronate, that improves the bioavailability of the bisphosphonate, wherein the predose of the vitamin D analogue is administered at least about six hours before the therapeutic dose of the bisphosphonate is administered.