EXHIBIT H

```
                                                              1

 1              IN THE UNITED STATES DISTRICT COURT

 2              IN AND FOR THE DISTRICT OF DELAWARE

 3                           - - -

 4   MERCK & CO., INC,              :    Civil Action
                                    :
 5            Plaintiff,            :
                                    :
 6       v.                         :
                                    :
 7   TEVA PHARMACEUTICALS           :
     USA, INC.,                     :
 8                                  :
              Defendant.            :    No. 04-939-GMS
 9
10                           - - -
                       Wilmington, Delaware
11                    Friday, June 2, 2006
                            10:00 a.m.
12                    Telephone Conference
                             - - -
13
     BEFORE:  HONORABLE GREGORY M. SLEET, U.S.D.C.J.
14
     APPEARANCES:
15
            MARY B. GRAHAM, ESQ., and
16          JAMES W. PARRETT, ESQ.
            Morris, Nichols, Arsht & Tunnell
17               -and-
            JOHN F. LYNCH, ESQ.
18          NICHOLAS G. BARZOUKAS, ESQ.,
            SUZY B. HARBISON, ESQ., and
19          JOSEPH C. ABAIR, ESQ.
            Howrey Simon Arnold & White, LLP
20          (Houston, TX)
                 -and-
21          NICHOLAS G. BARZOUKAS, ESQ.,
            SUZY HARBISON, ESQ., and
22          JOSEPH C. ABAIR, ESQ.
            Weil Gotshal & Manges LLP
23          (Houston, Texas)

24                              Counsel for Plaintiff

25
```

2

```
 1  APPEARANCES CONTINUED:
 2   JOSY W. INGERSOLL, ESQ.
     Young Conaway Stargatt & Taylor, LLP
 3        -and-
     JAMES GALBRAITH, ESQ.,
 4   MARIA LUISA PALMESE, ESQ., and
     ANTHONY PFEFFER, ESQ.
 5   Kenyon & Kenyon
     (New York, New York)
 6
              Counsel for Defendant
 7
 8              - - -
 9
10       THE COURT: Thank you, operator.
11   Counsel, good morning.
12       MS. GRAHAM: Good morning, Your Honor.
13       THE COURT: Who is on the line for plaintiff
14  Merck today?
15       MS. GRAHAM: Your Honor, this is Mary Graham.
16  With me is my associate James Parrett. Also John Lynch from
17  the Howrey firm, and from Weil Gotshal Nick Barzoukas, Suzy
18  Harbison and Jason Abair. Nick Barzoukas will be addressing
19  the Court today.
20       If I just might mention, I am calling from a
21  public phone in the courthouse, so I may need to slip off if
22  it gets noisy or bothersome. But Mr. Parrett will still be
23  on the line.
24       THE COURT: Not a problem, Ms. Graham.
25       MS. GRAHAM: My I also ask, are there any
```

3

```
 1  particular time constraints that you would like the parties
 2  to observe today other than obviously one of reasonableness?
 3       THE COURT: Why do you ask that?
 4       MS. GRAHAM: I didn't know if there were
 5  particular times. For example, if the Court had something
 6  else scheduled.
 7       THE COURT: The Court always has something else
 8  scheduled. I have an 11:00, as a matter of fact. But that
 9  doesn't mean you are going to get up to 11:00.
10       Counsel for Teva, who is on the line?
11       MS. INGERSOLL: Your Honor, Josy Ingersoll. Jim
12  Galbraith from Kenyon & Kenyon.
13       MR. GALBRAITH: Your Honor, Jim Galbraith. I
14  have with me Maria Palmese and Anthony Pfeffer.
15       THE COURT: Mr. Galbraith, are you going to
16  speak on behalf of Teva?
17       MR. GALBRAITH: Yes, Your Honor.
18       THE COURT: I have the letter of May 31 wherein
19  Merck seeks to have the Court consider reopening discovery
20  in the case that was before Judge Farnan, the 01-148 case.
21  Is that correct?
22       MR. BARZOUKAS: Your Honor, what we would seek
23  is to reopen discovery in this case.
24       THE COURT: Yes, in this case I meant. The
25  letter clearly says that.
```

4

```
 1       MR. BARZOUKAS: There are two things we would
 2  seek. One is to reopen discovery and allow enough time for
 3  it to take place. This is based on our discovery in April
 4  of a document that should have been turned over to us and
 5  which may lead to additional documents that are very
 6  relevant to the case. And secondarily, and I am not sure
 7  the extent to which you are familiar with, we recently filed
 8  a Rule 60(b) case to in essence gain relief from a judgment
 9  from a previous case relating to alendronate.
10       THE COURT: Is that 06-310?
11       MR. BARZOUKAS: Yes, sir. We would seek a stay
12  of the trial in this case pending the resolution of the Rule
13  60(b) case, because we believe that the outcome of that case
14  would materially affect the issues that are before you in
15  this case.
16       THE COURT: Did you want to elaborate more on
17  that?
18       MR. BARZOUKAS: Absolutely.
19       THE COURT: You have summarized your letter.
20       MR. BARZOUKAS: Your Honor, this all started --
21  I will go back to the history of the original case and how
22  this interrelates.
23       In November of 2001, in the context of a
24  Hatch-Waxman lawsuit, Merck sued Teva for the infringement
25  of claims that would cover the once-weekly administration of
```

5

```
 1  alendronate. It is the drug Fosamax which treats
 2  osteoporosis.
 3       In that case we had served requests to Teva that
 4  largely sought anything that would relate to its development
 5  of alendronate formulations and alendronate as a drug.
 6       In that case, at some point, we felt we were not
 7  getting sufficient discovery. And we had moved to compel
 8  production by Teva. Teva responded by sending us two
 9  letters saying they had conducted a diligent search and we
10  had received all the documents. In reliance on that letter,
11  we withdrew our motion in that case.
12       Now, as you will see later, in fact, they have
13  withheld a relevant patent in that case which we found out
14  after trial. That patent was a Teva patent. I will just
15  identify it by the last three digits, to make things easier.
16  It was the '006 patent.
17       The '006 patent was a patent that related to
18  formulations of alendronate that wasn't turned over to us.
19  It was supported by experiments. It had 13 experiments, 13
20  of which were laboratory experiments. And one of these 13
21  experiments related to three Beagles. We moved after trial
22  to add that patent as a trial exhibit, which Judge Farnan
23  allowed, and we have some statements that Teva had made
24  consistently.
25       Despite having withheld that document, we won
```

6

1  the trial, and we got the opinion in favor of Merck that
2  Teva was infringing valid claims.
3          On appeal that case was reversed by a two-to-one
4  panel majority, and largely, we believe, in the face of
5  arguments that Teva made that Merck's patent, the '329
6  patent, set forth no clinical human data or any laboratory
7  data to support the patent, and therefore provided no
8  additional advances than the prior art did. We feel that
9  was fairly important in that case. And in fact it is
10 reflected in Judge Gajarsa's opinion in the Federal Circuit.
11         So at the same time we were proceeding with this
12 case. We had the '006 patent and of course were going to
13 use it. But as we were preparing for depositions of experts
14 in this case, we did some additional searches and found a
15 patent application of Teva's. This is what we refer to as
16 the '685 patent application. This patent application was
17 completely supported only upon dog studies, just like
18 Merck's '325 patent. And we believe that was very, very
19 relevant to know, that Teva was conducting these Beagle
20 experiments upon which it was supporting its own patents
21 while at the same time criticizing the Merck patent as being
22 unsupported by human clinical or laboratory data.
23         So we never had a chance to depose these
24 inventors in the Teva patent application. We never had a
25 chance to look at these dog studies upon which they solely

7

1  supported the '385 patent application. We were completely
2  in the dark about this.
3          These documents were very specifically asked
4  for, and I can get the specific request if you would like,
5  but I don't think they would have much meaning at this
6  point. But we had specific requests asking for their
7  research and development efforts related to residronate in
8  this case. And this patent application did relate to
9  residronate as well as to alendronate.
10         The patent application was never turned over to
11 us, and other than finding it in random searches we run, we
12 would have never known about it.
13         The view we have is this may be the tip of the
14 iceberg. We really don't know. We would like to get all
15 the documentation that supports this patent application and
16 anything that exists with respect to this patent
17 application, but also, of course, any other documents that
18 may exist that we don't know about.
19         With respect to this case, that is the reason we
20 request that discovery be reopened and at least given enough
21 time for trial.
22         This also affects the previous case, with
23 respect to the (inaudible) case, that is why we filed our
24 Rule 60 case, seeking relief from that judgment.
25         Getting relief from that judgment would

8

1  materially affect the position --
2          THE COURT: I am going to cut you off there,
3  counsel. I would like to hear a response to the discovery
4  issue. As you know, Teva opposes the request for a stay.
5          I might be inclined to agree with their point
6  that that should be made by motion. Let me hear a response
7  to the discovery issue.
8          MR. GALBRAITH: Thank you, Your Honor. Jim
9  Galbraith from Kenyon.
10         I think, just to reiterate what we said in the
11 letter, where we think the conference should come out is
12 that there is a lot of complexity and levels of detail that
13 are critical to the case. We suggested to Merck several
14 weeks ago if they wanted to say it, put it in writing and we
15 would respond promptly. We would suggest that that is the
16 appropriate approach here when this is all done.
17         On this discovery issue, you have to first
18 recognize who the parties are and were. The parties in this
19 case are Merck, the plaintiff, and a Delaware corporation
20 Teva Pharmaceuticals USA, Incorporated as a defendant.
21 There are no other defendants.
22         In particular, the party that is known as Teva
23 Pharmaceutical Industries Limited, which is an Israeli
24 corporation, is not and never has been a party to any of
25 these litigations.

9

1          The documents that Merck talks about in their
2  discovery issue are documents that are in the custody and
3  control of and are owned by and relate to work done by Teva
4  Pharmaceutical Industries Limited.
5          Merck -- there was a discovery request. Merck
6  attached that to its complaint in the 06-310 case. What
7  they didn't attach were the responses of the defendant Teva
8  Pharmaceuticals USA, in which that defendant made clear the
9  limitations that we were placing on discovery. Namely,
10 there were two.
11         Teva USA would not search for documents from
12 Teva Pharmaceutical Industries Limited because it was not a
13 party and had nothing to do with this particular drug, the
14 particular issues in the case. And secondly, that we would
15 limit the discovery to documents relating to the particular
16 product in issue, which were a particular formulation of
17 alendronate. That is one that could be administered once a
18 week. That is what the lawsuit was all about.
19         Those limitations were clear in our responses,
20 and were accepted by Merck at the time.
21         So there is no issue here about the relevance of
22 these documents. Regardless of what Merck thinks it might
23 have asked for, if it had to do it all over again, this is
24 what they asked for and this is what they got, and they got
25 what they asked for and what we agreed to produce.

## Page 10

1  That is an important issue here, because that
2  underlies this entire fraud case that they have just
3  brought, which, by the way, we just moved to dismiss that
4  for failure to state a claim. That motion was filed the day
5  before yesterday.
6      That is an important point to keep in mind here.
7      What this is all about, Your Honor, is an effort
8  to delay the pending case before Your Honor. That case is
9  set for trial in August. This is an ANDA case. Teva cannot
10 go to market without a favorable decision in that case, as a
11 practical matter. So Merck knows that by delaying a
12 resolution of that case, it keeps a generic competitor off
13 the market, a low-price competitor.
14     Another thing it does is it keeps -- Merck has
15 licensed their claims that they are asserting against Teva
16 to Procter & Gamble, and Merck receives enormous royalties
17 on that license. If Teva prevails, which it probably will,
18 since the issues are the same that Merck already lost on, if
19 Teva prevails in this case, then those royalties will stop.
20     So there is every incentive here for Merck to
21 stall this case for as long as possible.
22     That is why we think there is an important
23 interest of Teva USA to get to market. But there is an
24 important public interest in getting this case as soon as
25 possible.

## Page 11

1  With respect to the Beagles, Merck had the '006
2  patent to which Mr. Barzoukas refers. It was in the other
3  case. Merck made arguments both before the Federal Circuit
4  and in the District Court with respect to that patent.
5  Merck never mentioned in those arguments anything about the
6  Beagle studies. Merck did not rely on that patent as any
7  impeachment of Teva USA's position in the litigation.
8      In fact, Teva USA had actually relied on a
9  Beagle experiment earlier in the case. Merck never said
10 that that was inconsistent with any position that Teva USA
11 had ever taken. This is all made up, Your Honor. That is
12 our point.
13     We would suggest that perhaps -- I know this is
14 very confusing -- the best way to handle it is for Merck to
15 file a motion to stay, put this all out, we will respond
16 promptly. In the meantime, while that is being resolved, we
17 can go forward with preparation for trial.
18     THE COURT: I tend to agree with that, Mr.
19 Galbraith, Mr. Barzoukas.
20     MR. BARZOUKAS: Your Honor, may I respond to a
21 couple of issues Mr. Galbraith raised?
22     THE COURT: Do you think you are going to be
23 able to convince me that a motion shouldn't be filed?
24     MR. BARZOUKAS: No. I perfectly agree that we
25 should file a motion and we can file it by next Friday.

## Page 12

1      THE COURT: I will give you a brief response.
2      MR. BARZOUKAS: To address a couple of issues,
3  we believe these documents were specifically requested. I
4  can short-circuit the argument between Teva USA and Teva
5  Israel. This very document creates this issue. This patent
6  application which Teva claims was to Teva Israel actually
7  has a counterpart, which is an international application
8  under the Patent Cooperation Treaty. In that application,
9  Teva USA is actually one of the applicants. So it was
10 clearly a document that not only was within their custody
11 and control but in which they are named as an applicant with
12 respect to the international application.
13     THE COURT: Let me get a reaction to that from
14 Mr. Galbraith.
15     MR. GALBRAITH: That is the first I have heard
16 of that, Your Honor. But the document doesn't relate to the
17 invention, doesn't relate to what is patented by Merck.
18 Merck has a -- the patents in suit here deal with the idea
19 of administering this drug, or this class of drugs once a
20 week rather than once a day. That's all the invention is.
21 It isn't anything more or less than that.
22     The Teva Limited applications relate to other
23 aspects of these drugs. This particular one relates to an
24 idea that somebody had that if you administer a drug,
25 another drug, a vitamin supplement, first, a certain kind of

## Page 13

1  vitamin first, then you improve what is called the
2  bioavailability of the alendronate or the subject drug
3  later. You make it more absorbable. That has nothing to do
4  with the patented invention.
5      The Beagle study that Mr. Barzoukas refers to,
6  the way, the only way Beagles are used in there is as a way
7  of seeing what the bioavailability is. And what they do is
8  they feed the Beagles in accordance with this regimen, and
9  then they collect Beagle urine and analyze it. The studies
10 in the patents in suit deal with -- don't deal with that at
11 all. There, Merck used Beagles as a test animal to examine
12 the effect of alendronate on the esophagus of Beagles.
13     What they would do is anesthetize the Beagles,
14 administer an alendronate solution to the Beagles, and while
15 the Beagles were lying there knocked out, they would let it
16 sit there for a half-hour, then kill the Beagles and dissect
17 them and analyze their esophogeal tissues for evidence of
18 damage.
19     So the only common denominator here is Beagles.
20     Actually, that same test that was in the Teva
21 application that we are referring to was actually performed
22 in the '006 patent that Merck had in the prior case and that
23 Merck talked about in this Court and on appeal.
24     By the way, the inventors, there are essentially
25 almost a complete overlap of inventors. Merck knew all

1  about the '006 patent for several years now and never sought
2  the depositions or any process against those inventors.
3           MR. BARZOUKAS:  Your Honor, if you might find it
4  useful, I could respond.
5           THE COURT:  I don't think I would find it
6  useful, not that you don't have something useful to say, but
7  it wouldn't be a good use of my time, in light of the fact I
8  am going to have this briefed.
9           So when are you going to file your motion, Mr.
10 Barzoukas?
11          MR. BARZOUKAS:  We can file it by next Friday.
12          THE COURT:  Okay.  I am going to direct that,
13 Mr. Galbraith, you file in an expedited fashion, within five
14 days.
15          MR. GALBRAITH:  That is five business days, Your
16 Honor?
17          THE COURT:  Five business days.
18          MR. BARZOUKAS:  Your Honor, where would we get a
19 reply?
20          THE COURT:  Three days for a reply.
21          MR. BARZOUKAS:  Thank you, Your Honor.
22          THE COURT:  Okay.  Anything else, counsel?
23          MS. GRAHAM:  Your Honor, to make sure I
24 understand, this would be on the issue of stay and reopening
25 of discovery?

                                                          15
1           THE COURT:  That is I think very clear, yes.
2     (Conference concluded at 10:15 a.m.)
3                       - - -
4  Reporter:  Kevin Maurer

**'006** [6] - 5:16, 5:17, 6:12, 11:1, 13:22, 14:1
**'325** [1] - 6:18
**'329** [1] - 6:5
**'385** [1] - 7:1
**'685** [1] - 6:16

**0**

**01-148** [1] - 3:20
**04-939-gms** [1] - 1:8
**06-310** [2] - 4:10, 9:6

**1**

**10:00** [1] - 1:11
**10:15** [1] - 15:2
**11:00** [2] - 3:8, 3:9
**13** [3] - 5:19, 5:20

**2**

**2** [1] - 1:11
**2001** [1] - 4:23
**2006** [1] - 1:11

**3**

**31** [1] - 3:18

**6**

**60** [1] - 7:24
**60(b** [2] - 4:8, 4:13

**A**

**Abair** [3] - 1:19, 1:22, 2:18
**able** [1] - 11:23
**Absolutely** [1] - 4:18
**absorbable** [1] - 13:3
**accepted** [1] - 9:20
**accordance** [1] - 13:8
**Action** [1] - 1:4
**add** [1] - 5:22
**additional** [3] - 4:5, 6:8, 6:14
**address** [1] - 12:2
**addressing** [1] - 2:18
**administer** [2] - 12:24, 13:14
**administered** [1] - 9:17
**administering** [1] - 12:19

adjust [1] - 4:25
**advances** [1] - 6:8
**affect** [2] - 4:14, 8:1
**affects** [1] - 7:22
**ago** [1] - 8:14
**agree** [3] - 8:5, 11:18, 11:24
**agreed** [1] - 9:25
**alendronate** [10] - 4:9, 5:1, 5:5, 5:18, 7:9, 9:17, 13:2, 13:12, 13:14
**allow** [1] - 4:2
**allowed** [1] - 5:23
**almost** [1] - 13:25
**analyze** [2] - 13:9, 13:17
**Anda** [1] - 10:9
**anesthetize** [1] - 13:13
**animal** [1] - 13:11
**Anthony** [2] - 2:4, 3:14
**appeal** [2] - 6:3, 13:23
**Appearances** [2] - 1:14, 2:1
**applicant** [1] - 12:11
**applicants** [1] - 12:9
**application** [14] - 6:15, 6:16, 6:24, 7:1, 7:8, 7:10, 7:15, 7:17, 12:6, 12:7, 12:8, 12:12, 13:21
**applications** [1] - 12:22
**approach** [1] - 8:16
**appropriate** [1] - 8:16
**April** [1] - 4:3
**argument** [1] - 12:4
**arguments** [3] - 6:5, 11:3, 11:5
**Arnold** [1] - 1:19
**Arsht** [1] - 1:16
**art** [1] - 6:8
**aspects** [1] - 12:23
**asserting** [1] - 10:15
**associate** [1] - 2:16
**attach** [1] - 9:7
**attached** [1] - 9:6
**August** [1] - 10:9

**B**

**Barzoukas** [20] - 1:18, 1:21, 2:17, 2:18, 3:22, 4:1, 4:11, 4:18, 4:20, 11:2, 11:19,

4:25
13:5, 14:3, 14:10, 14:11, 14:18, 14:21
**based** [1] - 4:3
**Beagle** [5] - 6:19, 11:6, 11:9, 13:5, 13:9
**Beagles** [11] - 5:21, 11:1, 13:6, 13:8, 13:11, 13:12, 13:13, 13:14, 13:15, 13:16, 13:19
**behalf** [1] - 3:16
**best** [1] - 11:14
**between** [1] - 12:4
**bioavailability** [2] - 13:2, 13:7
**bothersome** [1] - 2:22
**brief** [1] - 12:1
**briefed** [1] - 14:8
**brought** [1] - 10:3
**business** [2] - 14:15, 14:17

**C**

**cannot** [1] - 10:9
**case** [41] - 3:20, 3:23, 3:24, 4:6, 4:8, 4:9, 4:12, 4:13, 4:15, 4:21, 5:3, 5:6, 5:11, 5:13, 6:3, 6:9, 6:12, 6:14, 7:8, 7:19, 7:22, 7:23, 7:24, 8:13, 8:19, 9:6, 9:14, 10:2, 10:8, 10:9, 10:10, 10:12, 10:19, 10:21, 10:24, 11:3, 11:9, 13:22
**certain** [1] - 12:25
**chance** [2] - 6:23, 6:25
**circuit** [1] - 12:4
**Circuit** [2] - 6:10, 11:3
**Civil** [1] - 1:4
**claim** [1] - 10:4
**claims** [4] - 4:25, 6:2, 10:15, 12:6
**class** [1] - 12:19
**clear** [3] - 9:8, 9:19, 15:1
**clearly** [2] - 3:25, 12:10
**clinical** [2] - 6:6, 6:22
**Co** [1] - 1:4
**collect** [1] - 13:9
**common** [1] - 13:19
**compel** [1] - 5:7
**competitor** [2] - 10:12, 10:13

completion [1] - 9:6
**complete** [1] - 13:25
**completely** [2] - 6:17, 7:1
**complexity** [1] - 8:12
**Conaway** [1] - 2:2
**concluded** [1] - 15:2
**conducted** [1] - 5:9
**conducting** [1] - 6:19
**conference** [1] - 8:11
**Conference** [2] - 1:12, 15:2
**confusing** [1] - 11:14
**consider** [1] - 3:19
**consistently** [1] - 5:24
**constraints** [1] - 3:1
**context** [1] - 4:23
**Continued** [1] - 2:1
**control** [2] - 9:3, 12:11
**convince** [1] - 11:23
**Cooperation** [1] - 12:8
**corporation** [2] - 8:19, 8:24
**correct** [1] - 3:21
**counsel** [2] - 8:3, 14:22
**Counsel** [4] - 1:24, 2:6, 2:11, 3:10
**counterpart** [1] - 12:7
**couple** [2] - 11:21, 12:2
**course** [2] - 6:12, 7:17
**Court** [29] - 1:1, 2:10, 2:13, 2:19, 2:24, 3:3, 3:5, 3:7, 3:15, 3:18, 3:19, 3:24, 4:10, 4:16, 4:19, 8:2, 11:4, 11:18, 11:22, 12:1, 12:13, 13:23, 14:5, 14:12, 14:17, 14:20, 14:22, 15:1
**courthouse** [1] - 2:21
**cover** [1] - 4:25
**creates** [1] - 12:5
**critical** [1] - 8:13
**criticizing** [1] - 6:21
**custody** [2] - 9:2, 12:10
**cut** [1] - 8:2

**D**

**damage** [1] - 13:18

dark [1] - 7:2
**data** [3] - 6:6, 6:7, 6:22
**days** [4] - 14:14, 14:15, 14:17, 14:20
**deal** [3] - 12:18, 13:10
**decision** [1] - 10:10
**Defendant** [2] - 1:8, 2:6
**defendant** [3] - 8:20, 9:7, 9:8
**defendants** [1] - 8:21
**Delaware** [3] - 1:2, 1:10, 8:19
**delay** [1] - 10:8
**delaying** [1] - 10:11
**denominator** [1] - 13:19
**depose** [1] - 6:23
**depositions** [2] - 6:13, 14:2
**Despite** [1] - 5:25
**detail** [1] - 8:12
**development** [2] - 5:4, 7:7
**digits** [1] - 5:15
**diligent** [1] - 5:9
**direct** [1] - 14:12
**discovery** [14] - 3:19, 3:23, 4:2, 4:3, 5:7, 7:20, 8:3, 8:7, 8:17, 9:2, 9:5, 9:9, 9:15, 14:25
**dismiss** [1] - 10:3
**dissect** [1] - 13:16
**District** [3] - 1:1, 1:2, 11:4
**document** [5] - 4:4, 5:25, 12:5, 12:10, 12:16
**documentation** [1] - 7:15
**documents** [10] - 4:5, 5:10, 7:3, 7:17, 9:1, 9:2, 9:11, 9:15, 9:22, 12:3
**dog** [2] - 6:17, 6:25
**done** [2] - 8:16, 9:3
**drug** [7] - 5:1, 5:5, 9:13, 12:19, 12:24, 12:25, 13:2
**drugs** [2] - 12:19, 12:23

**E**

**easier** [1] - 5:15
**effect** [1] - 13:12
**effort** [1] - 10:7

efforts [1] - 7:7
elaborate [1] - 4:16
enormous [1] - 10:16
entire [1] - 10:2
esophagus [1] - 13:12
esophogeal [1] - 13:17
Esq [13] - 1:15, 1:16, 1:17, 1:18, 1:18, 1:19, 1:21, 1:21, 1:22, 2:2, 2:3, 2:4, 2:4
essence [1] - 4:8
essentially [1] - 13:24
evidence [1] - 13:17
examine [1] - 13:11
example [1] - 3:5
exhibit [1] - 5:22
exist [1] - 7:18
exists [1] - 7:16
expedited [1] - 14:13
experiment [1] - 11:9
experiments [5] - 5:19, 5:20, 5:21, 6:20
experts [1] - 6:13
extent [1] - 4:7

**F**

face [1] - 6:4
fact [5] - 3:8, 5:12, 6:9, 11:8, 14:7
failure [1] - 10:4
fairly [1] - 6:9
familiar [1] - 4:7
Farnan [2] - 3:20, 5:22
fashion [1] - 14:13
favor [1] - 6:1
favorable [1] - 10:10
Federal [2] - 6:10, 11:3
feed [1] - 13:8
felt [1] - 5:6
file [6] - 11:15, 11:25, 14:9, 14:11, 14:13
filed [4] - 4:7, 7:23, 10:4, 11:23
firm [1] - 2:17
first [4] - 8:17, 12:15, 12:25, 13:1
five [2] - 14:13, 14:15
Five [1] - 14:17
formulation [1] - 9:16
formulations [2] - 5:5, 5:18
forth [1] - 6:6

forward [1] - 11:17
Fosamax [1] - 5:1
fraud [1] - 10:2
Friday [3] - 1:11, 11:25, 14:11

**G**

gain [1] - 4:8
Gajarsa's [1] - 6:10
Galbraith [14] - 2:3, 3:12, 3:13, 3:15, 3:17, 8:8, 8:9, 11:19, 11:21, 12:14, 12:15, 14:13, 14:15
Gamble [1] - 10:16
generic [1] - 10:12
given [1] - 7:20
Gotshal [2] - 1:22, 2:17
Graham [8] - 1:15, 2:12, 2:15, 2:24, 2:25, 3:4, 14:23
Gregory [1] - 1:13

**H**

half [1] - 13:16
half-hour [1] - 13:16
handle [1] - 11:14
Harbison [3] - 1:18, 1:21, 2:18
Hatch [1] - 4:24
Hatch-waxman [1] - 4:24
hear [2] - 8:3, 8:6
heard [1] - 12:15
history [1] - 4:21
Honor [18] - 2:12, 2:15, 3:11, 3:13, 3:17, 3:22, 4:20, 8:8, 10:7, 10:8, 11:11, 11:20, 12:16, 14:3, 14:16, 14:18, 14:21, 14:23
Honorable [1] - 1:13
hour [1] - 13:16
Houston [2] - 1:20, 1:23
Howrey [2] - 1:19, 2:17
human [2] - 6:6, 6:22

**I**

iceberg [1] - 7:14
idea [2] - 12:18, 12:24
identify [1] - 5:15
impeachment [1] - 11:7

important [5] - 6:9, 10:1, 10:6, 10:22, 10:24
improve [1] - 13:1
inaudible [1] - 7:23
Inc [2] - 1:4, 1:7
incentive [1] - 10:20
inclined [1] - 8:5
inconsistent [1] - 11:10
Incorporated [1] - 8:20
Industries [3] - 8:23, 9:4, 9:12
infringement [1] - 4:24
infringing [1] - 6:2
Ingersoll [3] - 2:2, 3:11
interest [2] - 10:23, 10:24
international [2] - 12:7, 12:12
interrelates [1] - 4:22
invention [3] - 12:17, 12:20, 13:4
inventors [4] - 6:24, 13:24, 13:25, 14:2
Israel [2] - 12:5, 12:6
Israeli [1] - 8:23
issue [9] - 8:4, 8:7, 8:17, 9:2, 9:16, 9:21, 10:1, 12:5, 14:24
issues [5] - 4:14, 9:14, 10:18, 11:21, 12:2

**J**

James [3] - 1:16, 2:3, 2:16
Jason [1] - 2:18
Jim [3] - 3:11, 3:13, 8:8
John [2] - 1:17, 2:16
Joseph [2] - 1:19, 1:22
Josy [2] - 2:2, 3:11
Judge [3] - 3:20, 5:22, 6:10
judgment [3] - 4:8, 7:24, 7:25
June [1] - 1:11

**K**

keep [1] - 10:6
keeps [2] - 10:12, 10:14

Kevin [2] - 2:5, 3:12, 8:9
Kevin [1] - 15:4
kill [1] - 13:16
kind [1] - 12:25
knocked [1] - 13:15
known [2] - 7:12, 8:22
knows [1] - 10:11

**L**

laboratory [3] - 5:20, 6:6, 6:22
largely [2] - 5:4, 6:4
last [1] - 5:15
lawsuit [2] - 4:24, 9:18
lead [1] - 4:5
least [1] - 7:20
less [1] - 12:21
letter [5] - 3:18, 3:25, 4:19, 5:10, 8:11
letters [1] - 5:9
levels [1] - 8:12
license [1] - 10:17
licensed [1] - 10:15
light [1] - 14:7
limit [1] - 9:15
limitations [2] - 9:9, 9:19
Limited [4] - 8:23, 9:4, 9:12, 12:22
line [3] - 2:13, 2:23, 3:10
litigation [1] - 11:7
litigations [1] - 8:25
Llp [3] - 1:19, 1:22, 2:2
look [1] - 6:25
lost [1] - 10:18
low [1] - 10:13
low-price [1] - 10:13
Luisa [1] - 2:4
lying [1] - 13:15
Lynch [2] - 1:17, 2:16

**M**

majority [1] - 6:4
Manges [1] - 1:22
Maria [2] - 2:4, 3:14
market [3] - 10:10, 10:13, 10:23
Mary [2] - 1:15, 2:15
materially [2] - 4:14, 8:1
matter [2] - 3:8, 10:11
Maurer [1] - 15:4

mean [2] - 3:9
meaning [1] - 7:5
meant [1] - 3:24
meantime [1] - 11:16
mention [1] - 2:20
mentioned [1] - 11:5
Merck [30] - 1:4, 2:14, 3:19, 4:24, 6:1, 6:21, 8:13, 8:19, 9:1, 9:5, 9:20, 9:22, 10:11, 10:14, 10:16, 10:18, 10:20, 11:1, 11:3, 11:5, 11:6, 11:9, 11:14, 12:17, 12:18, 13:11, 13:22, 13:23, 13:25
Merck's [2] - 6:5, 6:18
might [4] - 2:20, 8:5, 9:22, 14:3
mind [1] - 10:6
morning [2] - 2:11, 2:12
Morris [1] - 1:16
motion [7] - 5:11, 8:6, 10:4, 11:15, 11:23, 11:25, 14:9
moved [3] - 5:7, 5:21, 10:3

**N**

named [1] - 12:11
Namely [1] - 9:9
need [1] - 2:21
never [8] - 6:23, 6:24, 7:10, 7:12, 8:24, 11:5, 11:9, 14:1
New [2] - 2:5
next [2] - 11:25, 14:11
Nicholas [2] - 1:18, 1:21
Nichols [1] - 1:16
Nick [2] - 2:17, 2:18
noisy [1] - 2:22
nothing [2] - 9:13, 13:3
November [1] - 4:23

**O**

observe [1] - 3:2
obviously [1] - 3:2
once [4] - 4:25, 9:17, 12:19, 12:20
once-weekly [1] - 4:25
one [6] - 3:2, 5:20, 6:3, 9:17, 12:9, 12:23

One [1] - 1:15
operator [1] - 2:10
opinion [2] - 6:1, 6:10
opposes [1] - 8:4
original [1] - 4:21
osteoporosis [1] - 5:2
outcome [1] - 4:13
overlap [1] - 13:25
own [1] - 6:20
owned [1] - 9:3

**P**

Palmese [2] - 2:4, 3:14
panel [1] - 6:4
Parrett [3] - 1:16, 2:16, 2:22
particular [8] - 3:1, 3:5, 8:22, 9:13, 9:14, 9:15, 9:16, 12:23
parties [3] - 3:1, 8:18
party [3] - 8:22, 8:24, 9:13
patent [28] - 5:13, 5:14, 5:16, 5:17, 5:22, 6:5, 6:6, 6:7, 6:12, 6:15, 6:16, 6:18, 6:21, 6:24, 7:1, 7:8, 7:10, 7:15, 7:16, 11:2, 11:4, 11:6, 12:5, 13:22, 14:1
Patent [1] - 12:8
patented [2] - 12:17, 13:4
patents [3] - 6:20, 12:18, 13:10
pending [2] - 4:12, 10:8
perfectly [1] - 11:24
performed [1] - 13:21
perhaps [1] - 11:13
Pfeffer [2] - 2:4, 3:14
Pharmaceutical [3] - 8:23, 9:4, 9:12
Pharmaceuticals [3] - 1:7, 8:20, 9:8
phone [1] - 2:21
place [1] - 4:3
placing [1] - 9:9
Plaintiff [2] - 1:5, 1:24
plaintiff [2] - 2:13, 8:19
point [5] - 5:6, 7:6, 8:5, 10:6, 11:12
position [3] - 8:1,

possible [2] - 10:21, 10:25
practical [1] - 10:11
preparation [1] - 11:17
preparing [1] - 6:13
prevails [2] - 10:17, 10:19
previous [2] - 4:9, 7:22
price [1] - 10:13
problem [1] - 2:24
proceeding [1] - 6:11
process [1] - 14:2
Procter [1] - 10:16
produce [1] - 9:25
product [1] - 9:16
production [1] - 5:8
promptly [2] - 8:15, 11:16
provided [1] - 6:7
public [2] - 2:21, 10:24
put [2] - 8:14, 11:15

**R**

raised [1] - 11:21
random [1] - 7:11
rather [1] - 12:20
reaction [1] - 12:13
really [1] - 7:14
reason [1] - 7:19
reasonableness [1] - 3:2
received [1] - 5:10
receives [1] - 10:16
recently [1] - 4:7
recognize [1] - 8:18
refer [1] - 6:15
referring [1] - 13:21
refers [2] - 11:2, 13:5
reflected [1] - 6:10
Regardless [1] - 9:22
regimen [1] - 13:8
reiterate [1] - 8:10
relate [6] - 5:4, 7:8, 9:3, 12:16, 12:17, 12:22
related [3] - 5:17, 5:21, 7:7
relates [1] - 12:23
relating [2] - 4:9, 9:15
relevance [1] - 9:21
relevant [3] - 4:6, 5:13, 6:19
reliance [1] - 5:10

relief [3] - 4:8, 7:24, 7:25
rely [1] - 11:6
reopen [2] - 3:23, 4:2
reopened [1] - 7:20
reopening [2] - 3:19, 14:24
reply [2] - 14:19, 14:20
Reporter [1] - 15:4
request [4] - 7:4, 7:20, 8:4, 9:5
requested [1] - 12:3
requests [2] - 5:3, 7:6
research [1] - 7:7
residronate [2] - 7:7, 7:9
resolution [2] - 4:12, 10:12
resolved [1] - 11:16
respect [6] - 7:16, 7:19, 7:23, 11:1, 11:4, 12:12
respond [4] - 8:15, 11:15, 11:20, 14:4
responded [1] - 5:8
response [3] - 8:3, 8:6, 12:1
responses [2] - 9:7, 9:19
reversed [1] - 6:3
royalties [2] - 10:16, 10:19
Rule [3] - 4:8, 4:12, 7:24
run [1] - 7:11

**S**

scheduled [2] - 3:6, 3:8
search [2] - 5:9, 9:11
searches [2] - 6:14, 7:11
secondarily [1] - 4:6
secondly [1] - 9:14
see [1] - 5:12
seeing [1] - 13:7
seek [3] - 3:22, 4:2, 4:11
seeking [1] - 7:24
seeks [1] - 3:19
sending [1] - 5:8
served [1] - 5:3
set [2] - 6:6, 10:9
several [2] - 8:13, 14:1
short [1] - 12:4

sided [1] - 11:14
Simon [1] - 1:19
sit [1] - 13:16
Sleet [1] - 1:13
slip [1] - 2:21
solely [1] - 6:25
solution [1] - 13:14
soon [1] - 10:24
sought [2] - 5:4, 14:1
specific [2] - 7:4, 7:6
specifically [2] - 7:3, 12:3
stall [1] - 10:21
Stargatt [1] - 2:2
started [1] - 4:20
state [1] - 10:4
statements [1] - 5:23
States [1] - 1:1
stay [4] - 4:11, 8:4, 11:15, 14:24
still [1] - 2:22
stop [1] - 10:19
studies [4] - 6:17, 6:25, 11:6, 13:9
study [1] - 13:5
subject [1] - 13:2
sued [1] - 4:24
sufficient [1] - 5:7
suggest [2] - 8:15, 11:13
suggested [1] - 8:13
suit [2] - 12:18, 13:10
summarized [1] - 4:19
supplement [1] - 12:25
support [1] - 6:7
supported [3] - 5:19, 6:17, 7:1
supporting [1] - 6:20
supports [1] - 7:15
Suzy [3] - 1:18, 1:21, 2:17

**T**

talks [1] - 9:1
Taylor [1] - 2:2
Telephone [1] - 1:12
tend [1] - 11:18
test [2] - 13:11, 13:20
Teva [35] - 1:7, 3:10, 3:16, 4:24, 5:3, 5:8, 5:14, 5:23, 6:2, 6:5, 6:19, 6:24, 8:4, 8:20, 8:22, 9:3, 9:7, 9:11, 9:12, 10:9, 10:15,

10:19, 10:23, 11:7, 11:8, 11:10, 12:4, 12:6, 12:9, 12:22, 13:20
Tevas [1] - 6:15
Texas [1] - 1:23
therefore [1] - 6:7
thinks [1] - 9:22
Three [1] - 14:20
three [2] - 5:15, 5:21
tip [1] - 7:13
tissues [1] - 13:17
today [3] - 2:14, 2:19, 3:2
treats [1] - 5:1
Treaty [1] - 12:8
trial [8] - 4:12, 5:14, 5:21, 5:22, 6:1, 7:21, 10:9, 11:17
Tunnell [1] - 1:16
turned [3] - 4:4, 5:18, 7:10
two [4] - 4:1, 5:8, 6:3, 9:10
two-to-one [1] - 6:3
Tx [1] - 1:20

**U**

under [1] - 12:8
underlies [1] - 10:2
United [1] - 1:1
unsupported [1] - 6:22
up [2] - 3:9, 11:11
urine [1] - 13:9
Usa [9] - 1:7, 8:20, 9:8, 9:11, 10:23, 11:8, 11:10, 12:4, 12:9
Usa's [1] - 11:7
Usdcj [1] - 1:13
useful [3] - 14:4, 14:6

**V**

valid [1] - 6:2
view [1] - 7:13
vitamin [2] - 12:25, 13:1

**W**

waxman [1] - 4:24
week [2] - 9:18, 12:20
weekly [1] - 4:25
weeks [1] - 8:14
Weil [2] - 1:22, 2:17
wherein [1] - 3:18

White[1] - 1:10
Wilmington[1] - 1:10
withdrew [1] - 5:11
withheld [2] - 5:13, 5:25
won [1] - 5:25
writing [1] - 8:14

### Y

years [1] - 14:1
yesterday [1] - 10:5
York [2] - 2:5
Young [1] - 2:2

# EXHIBIT I

1

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

MERCK & CO., INC.          )
                           ) Volume 1
        Plaintiff,         )
                           ) Civil Action
v.                         ) No. 01-048 (JJF)
                           )
TEVA PHARMACEUTICALS USA, INC. )
                           )
        Defendant.         )


Tuesday, March 4, 2003
10:20 a.m.

844 King Street
Wilmington, Delaware
Courtroom 4B


BEFORE: THE HONORABLE JOSEPH J. FARNAN, JR.,
    United States District Court Judge


APPEARANCES:

    MORRIS, NICHOLS, ARSHT & TUNNELL
    BY: MARY GRAHAM, ESQ.
      -and-
    HOWREY, SIMON, ARNOLD & WHITE
    BY: JOHN F. LYNCH, ESQ.
        NICOLAS G. BARZOUKAS, ESQ.
    (Houston, Texas)
        (Counsel for the Plaintiff)

    YOUNG, CONAWAY, STARGATT & TAYLOR
    BY: ANDREW W. POFF, ESQ.
       -and-
    KENYON & KENYON
    BY: JAMES GALBRAITH, ESQ.
        MARIA LUISA PALMESE, ESQ.
    (New York, New York)
        (Counsel for the Defendant)


Hawkins Reporting Service
715 North King Street - Wilmington, Delaware 19801
(302) 658-6697

3

1      MR. GALBRAITH: Before we start,
2  I'd like to introduce representatives of our
3  client that are here today. General counsel of
4  Teva Pharmaceuticals, U.S.A., Mr. Richard Egosi
5  is here. He just stepped out, but he'll be back.
6      Director of legal affairs of Teva
7  U.S.A., David Stark, and the head of the patent
8  department at Teva, Limited, the parent company,
9  Dr. Yehudah.
10      THE COURT: Good morning.
11      MR. GALBRAITH: Your Honor, before
12  we start the substance of the case, there are a
13  couple of issues that I'd just like to talk
14  about, more housekeeping matters.
15      The last trial we had and the
16  subject matter, I believe, That Your Honor's
17  procedure with respect to documents, documentary
18  exhibits is that if there was an objection to a
19  documentary exhibit, that we would reserve that
20  and that -- and it would be briefed, if
21  necessary.
22      And I was wondering if that was Your
23  Honor's procedure in this case.
24      THE COURT: Yes. You can use

# EXHIBIT J

CONFIDENTIAL EXHIBIT