EXHIBIT K



Corporate
Governance | Corporate Officers
Board of Directors
Committees of the Board
Code of Business Conduct
Audit Committee Charter

## Corporate Officers

Israel Makov has been the President and Chief Executive Officer of Teva since April 2002. Previously he served as Teva's Chief Operating Officer from January 1, 2001, Executive Vice President from 1999 and Vice President for Business Development from 1995 - 1999. Prior to joining Teva, Mr. Makov was Chief Executive Officer of Gottex from 1993 - 1995, Chief Executive Officer of Yachin Hakal Ltd. from 1991 - 1993 and Chairman of Axiom Ltd. from 1987 - 1991. Mr. Makov has also been a director of Bank Hapoalim Ltd. since October 2002, a director of Ramot at Tel Aviv University Ltd since 2001 and one of the founders and a director of the INNI - Israel National Nanotechnology Initiative since 2003. He received his B.Sc. in Agriculture from the Hebrew University in 1963 and his M.Sc. in Economics from the Hebrew University in 1965.

George S. Barrett has served as Group Vice - President - North America and Chief Executive Officer of Teva North America since January 2005. Mr. Barrett has recently joined the newly created Office of the CEO. In this capacity, Mr. Barrett oversees Teva's Global Market Management including strategies for positioning Teva in key markets, within evolving National Healthcare Systems. Mr. Barrett previously was President and Chief Executive Officer of Teva USA from March 1999 to December 2004. Prior to his joining Teva in 1999, Mr. Barrett was President and Chief Executive Officer of Diad Research, a technology start - up based at the Johns Hopkins School of Medicine. Mr. Barrett was President of Barre National, a subsidiary of Alpharma Inc., from 1991 to 1994 and President of Alpharma's U.S. pharmaceutical group from 1994 to 1997. From 1981 to 1991, Mr. Barrett served in various positions with NMC Laboratories, serving as President from 1988 through its acquisition by Alpharma Inc. Mr. Barrett received his Bachelor's Degree from Brown University in 1977 and his M.B.A. from New York University in 1988. Mr. Barrett serves as a Board member and as a past Chairman for the Generic Pharmaceutical Industry Association (GPhA) and is also a Director of The American Foundation for Pharmaceutical Education (APFE) and The University of Maryland School of Pharmacy.

Amir Elstein serves as Teva's Group Vice President - Specialties Product Management since January 2006. Mr. Elstein has recently joined the Office of the CEO and assumes responsibility for overseeing the generics global supply chain. Mr. Elstein served as Teva's Group Vice President - Biogenerics from January 2005 to

January 2006. Mr. Elstein served as a director of Teva from 1995 to 2004. He was the General Manager of Intel Electronics Ltd., Jerusalem from 1998 to 2004. He received his B.Sc. in Physics and Mathematics from the Hebrew University in 1980 and his M.Sc. in the Solid State Physics Department of Applied Physics from the Hebrew University in 1982. In 1992, he received his diploma of Senior Business Management from the Hebrew University.

William A. Fletcher serves as Chairman - of Teva North America since January 2005. Previously, he served as Group Vice President - North America since April 2002 and as President and Chief Executive Officer of Teva North America since April 2000. He previously served as President and Chief Executive Officer of Teva USA from 1983 through March 2000. Prior to joining Teva USA, he held various executive positions with Synthelabo in Paris and with Hoffman La Roche in London, Basel and Lagos. He graduated in International Marketing from Woolwich Polytechnic, London (now Greenwich University) in 1969.

Chaim Hurvitz has served as Group Vice President International since April 2002. He served as Vice President - Israeli Pharmaceutical Sales from May 1999 until April 2002 and was the President & CEO of Teva Pharmaceuticals Europe, B.V. and Vice President - European Pharmaceutical Sales from 1995 to 1999. From 1993 to 1994, he served as the General Manager of Teva's European Office in The Netherlands and from 1990 to 1993 as the head of the pharmaceutical and OTC departments of Abic Ltd., a Teva subsidiary. He received his B.A. in Political Science and Economics from Tel Aviv University in 1985.

Dr. Itzhak Krinsky joined Teva as Corporate Vice President for Business Development in May 2005. Prior to joining Teva, Dr. Krinsky was a managing director with The Silverfern Group, Inc. from January 2003 until February 2005 and until joining Teva a managing director with Trenwith Securities, LLC, both investment banking boutiques in New York City. From July 2001 until December 2002, Dr. Krinsky was a managing director of I. Krinsky, Financial & Investment Consulting in New York City and from January 1998 until May 2001 a senior strategist with the Investment Banking Research and Strategy Group of Bankers Trust (the predecessor of Deutsche Bank Securities) and later a managing Director in the Acquisition and Corporate Advisory Group of Deutsche Bank Securities in NY. Dr. Krinsky's academic career includes a position as Professor of Finance & Business Economics, Michael G. DeGroote School of Business, McMaster University, Canada and as a visiting professor in Institute for International Studies and Training of Japan, Kamiide, Japan, Nankai University, Tianjin The peoples Republic of China and the Leonard N. Stern School of Business at New York University as well as extensive publications in leading academic journals. Dr. Krinsky is currently a member of the boards of Can-fite Biopharma Ltd. and Advanced Vision Technology (A.V.T.) Ltd. He received his B.A and M.A in economics from the Tel Aviv University in 1976 and 1978 respectively and his Ph.D. in economics from McMaster University in 1983.

Moshe Manor has been Group Vice President - Global Innovative Resources since January 2006. Mr. Manor served as Vice President - Global Products Division from 2002 until January 2006. Previously, he served as Vice President of Strategic Product Planning from 2000 to 2002, and as Vice President Israel Pharmaceutical Sales from 1995 to 2000. He served as the General Manager of Teva - labeled products in Israel from 1993 to 1994 and as the Marketing Director of the Israeli Pharmaceutical Division from 1989 to 1993. He received his B.A. in Economics from the Hebrew University in 1982 and his M.B.A. from Tel Aviv University in 1985.

Dr. Gerard Van Odijk has joined Teva as Group Vice President Europe and President and CEO of Teva Pharmaceutical Europe B.V. in January 2006, following a long and varied career in Sales, Marketing and General Management. Over the last 18 years, he held a variety of senior positions in Europe at Glaxo,

GlaxoWellcome and GlaxoSmithKline and served in commercial and General Management positions in France, the United Kingdom and The Netherlands. Prior to joining Teva, Dr. Van Odijk was Senior Vice President and Area Director GlaxoSmithKline Northern Europe. He received his MD from the State University of Utrecht in 1987.

Eli Shohet has been with Teva since 1986. In January 2006, Mr. Shohet joined the Office of the CEO, and assumes the role of Chief Integration Officer (IVAX). Mr. Shohet also heads the newly - created Central & Eastern Europe Region, which is a part of the International Cluster. From 1999 until 2006, he has served as Vice President of Business Development. He previously served as Chief Economist and assistant to Teva's CEO from 1989 to 1993, president of Plantex USA from 1993 to 1996 and director of Business Development for Teva's API division from 1996 to 1999. He received his B.A. in Economics from Bar - Ilan University in 1986.

Bruria Sofrin joined Teva in August 2004 as Corporate Vice President - Human Resources. Ms. Sofrin previously held several senior positions as HR Director from 1984 to 2004 at Hewlett - Packard (HP) in Israel and Europe, before which she served for three years in the role of Director of Human Resources at National Semiconductor in Israel. Ms. Sofrin received her B.A. in Psychology and studied for her M.A. in Social and Industrial Psychology at Bar Ilan University in Israel.

Dan S. Suesskind has been with Teva since 1976 and has been Chief Financial Officer since 1978. From 1970 until 1976, he was a consultant and securities analyst with International Consultants Ltd. He received his B.A. in Economics and Political Science from the Hebrew University in 1965 and an M.B.A. from the University of Massachusetts in 1969. He served as a director of Teva until 2001. Mr. Suesskind was a director of Lanoptics Ltd. until 1998, a director of ESC Medical Systems Ltd. until 1999 and a director of First International Bank until 2003. He is currently a member of the Board of Migdal Insurance Company Ltd., Ness Technologies Inc., Syneron Medical Ltd., and a member of the Investment Advisory Committee of the Jerusalem Foundation, and the Board of Trustees of Hebrew University.

Dr. Ben-Zion Weiner has been with Teva since 1975. In January 2006 he joined the Office of the CEO and assumes the role of Chief R&D Officer. Dr. Weiner has been the Group Vice President - Global Products from April 2002 until January 2006. Previously, he served as Vice President - Research & Development from 1986 to 2002. In 1975, he received a Ph.D. in Chemistry from the Hebrew University, where he also earned B.Sc. and M.Sc. degrees. He did post - doctorate research at Schering - Plough Corporation in the United States. Dr. Weiner serves as a director of XTL Biopharmaceuticals Ltd.

Jacob Winter has been with Teva since 1986 and serves as Group Vice President - Global Generic Resources since January 2006. From March 1999 until January 2006, he served as Vice President - Global Pharmaceutical Operations. Previously, he served as Vice President/Manager of the Israeli Pharmaceutical Operations Division from 1991 through 1998. He served as the Manager of Teva's Jerusalem pharmaceutical plants from 1986 through 1991. He received his B.Sc. in Industrial Engineering and Management from Tel Aviv University in 1976.

Aharon (Arik) Yaari has served as Group Vice President - Global API division since January 2006. Mr. Yaari served as Vice President - Global API Division from 2002 until January 2006. Mr. Yaari joined Teva in 1981 and among his various assignments at Teva were Vice President - Marketing and Sales of Teva API Division from 1999 to 2002 and President of Plantex USA from 1996 to 1999. He received (Cum Laude) his B.A. and M.A. in Economics from the Hebrew University in 1981 and 1988, respectively.

Yehuda Arad has served as Teva's Vice President - Safety and Environment since January 2003. Before joining Teva, Mr. Arad was Senior Vice President of Rotem Amfert Negev Ltd. from January 2001 through December 2002 and Technical Vice President - Dead Sea Bromine Group from January 1995 through December 2001. He received his B.Sc. in Mechanical Engineering from Polytechnic Institute of New York in 1979 and his M.B.A. from Ben Gurion University in 1998.

Dr. Shmuel (Muli) Ben-Zvi has been Teva's Vice President - Planning, Economics & IT since October 2004. Prior to joining Teva, Dr. Ben-Zvi was the Financial Advisor to the Chief of General Staff and the Head of the Israel Ministry of Defense Budget Department (2000 - 2004) and prior to 2000 held several senior positions in the Ministry of Defense Budget Department. In 1986, Dr. Ben-Zvi received a Ph.D in Economics from Tel Aviv University, where he also received his M.A. and B.A. degrees. Dr Ben-Zvi did post - doctorate work at Massachusetts Institute of Technology.

Doron Blachar has been Teva's Vice President - Finance since February 2005. Mr. Blachar previously held several senior financial positions in Amdocs Limited from 1998 - 2005, the last as Vice President Finance. He was responsible for the Amdocs financial organization and was involved in Amdocs' convertible offering, merger and acquisition activities and various other financial operations. Mr. Blachar is a Certified Public Accountant (Isr) and holds an M.B.A. degree from Tel Aviv University.

Rodney Kasan has been with Teva since 1980. He has served as Vice President and Chief Technology Officer since 1999. Prior to that he served as Vice President - Global Product Development - Generic Pharmaceuticals. He served as Head of Pharmaceutical Research and Development until 1995 and subsequently as Director of Pharmaceutical Research and Development for the Operations Division. He received his degree in Pharmacy in Pretoria, South Africa.

William S. Marth has been President and Chief Executive Officer of Teva USA since January 2005. He previously served as Executive Vice President of Teva USA from January 2002 to January 2005. From July 1999 to January 2002, he served as Vice President of Sales and Marketing for Teva USA. Prior to joining Teva USA, he served in various positions with the Apothecon division of Bristol - Myers Squibb. Mr. Marth received his B.Sc. in Pharmacy from the University of Illinois in 1977 and his M.B.A. in 1989 from the Keller Graduate School of Management in Chicago, Illinois.

Michael Netz has been with Teva since 1989 and has been Vice President - Global Products Division since January 2006. Prior to that, he served as Vice President - Israel Pharmaceutical Sales from 2002 until January 2006, as General Manager of the Teva - Abic Pharma Israeli Division from 1998 to 2002 and Branded Generic Business Unit Manager in Israel from 1993 to 1998. He received his B.A. in Economics and Business Administration in 1989 and his M.B.A. in Marketing and International Management in 1993 from Tel Aviv University.

Dr. Shosh Neumann has been with Teva since March 1988. Ms. Neumann serves as Vice President for Product Portfolio Management since January 2006. Previously, she was executive director of Israel Generic Research & Development from July 2000 to January 2006. Prior to that she served in various management positions in Quality Assurance from 1995 to 2000, and as manager in R&D from 1988 to 1995. Dr. Neumann received her Ph.D. in Chemistry from the Hebrew University in 1985, where she also earned her B.Sc. and M.Sc. degrees.

Christopher Pelloni has been with Teva since November 1997. He is currently Vice President of Global Generic Research and Development (GR&D). Previously, he was Vice President of GR&D for Teva USA from June 2000 to May 2002 and Senior Director of Pharmaceutical GR&D from November 1997 to June 2000. Prior to that, he served in various management positions with Geneva Pharmaceuticals Inc. during 28 years of service. He received a B.S. in Business Administration in 1986 and an M.B.A. in 1989 from Regis College (now Regis University) in Denver, Colorado.

Dr. Irit Pinchasi has been with Teva since 1986, serving in different positions within the Global Innovative R&D Division, and has served as Vice President for the Global Innovative R&D Division since May 2002. Dr. Pinchasi received her Ph.D. in Neurobiochemistry from Tel-Aviv University in 1984, where she also earned her B.Sc. and M.Sc. degrees. She did her post-doctorate research at the Weizmann Institute of Science, Rehovot, Israel.

Dr. David Reisman has been with Teva since 1980. Since 1999, he has served as Vice President - Israel Pharmaceutical Operations. From 1996 to 1999, he served as quality assurance director of the Chemical Division. He received his Ph.D. in Chemistry from Bar Ilan University in 1985.

Dr. Aharon Schwartz has been with Teva since 1975 and has served as Vice President Strategic Business Planning and New Ventures since April 2002. He previously served as Vice President - Global Products Division since 1999 and Vice President of the Copaxone® Division from 1995 - 1999. From 1993 to 1995, he served as Vice President Business Development/Export Division and served as head of the Pharmaceutical Division from 1989 to 1993. He received his Ph.D. in Chemistry from the Weizmann Institute in 1975.

Judith Vardi has been with Teva since 1985. Ms. Vardi serves as Vice President and heads the Israel Pharmaceutical Sales organization since January 2006. She has served as the General Manager for the Prescription Medicines and Health Fund Division in Teva Israel from November 2002 to 2005. From 1994 to 2002 Judith held various positions within the Global Products Division and from 1990 to 1994 Judith served as the General Manager of Farmaquim Ltd., a subsidiary of Teva in Brazil. She received her B.A. in Statistics and M.B.A. from the Tel Aviv University in 1983 and 1987, respectively.

Ron Grupel has been the Internal Auditor of Teva since 1993. He received his B.A. in Economics and Accounting in 1975 and his M.B.A. in 1979 from Tel Aviv University.

Uzi Karniel, has served as the General Counsel since 1971 and as Corporate Secretary since 1978. He received his L.L.B. from the Hebrew University in 1969. He is a member of the Executive Committee of the Israeli Association of Publicly Traded Companies.

⌃ Back to Top

Legal Note | Site Map

Copyright © 1999 - 2006 Teva. All rights reserved

# EXHIBIT L

CONFIDENTIAL EXHIBIT

EXHIBIT M

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**MERCK & COMPANY V. TEVA PHARMACEUTICALS U.S.A., INC.**

**CIVIL ACTION NO. 04-939 (JJF)**

**TEVA PHARMACEUTICALS U.S.A., INC.'S SCHEDULE OF DOCUMENTS WITHHELD FROM PRODUCTION**

| DOC | DATE | AUTHOR | ADDRESSEE | CC RECIPIENT | DESCRIPTION | BASIS |
|---|---|---|---|---|---|---|
| 1 | 08/28/02 | Karen Feldtmose | Jill Pastore | | Email communication reflecting request for advice of counsel | AC |
| 2 | 06/11/02 | Karen Feldtmose | Anne Payne | Jill Pastore | Email communication requesting advice of counsel. | AC |
| 3 | 02/21/05 | Susan Grillo | Chris Erb | John Dougherty | Email communication reflecting response to attorney request for information made for purposes of rendering legal advice | AC, WP |
| 4 | 03/24/05 | Laurie Gery | Philip Erickson, Betty Shieh | Chris Erb, Steven Klapp, Karen Fegley | Email communication reflecting advice of counsel | AC, WP |

---

[1]   A/C = Attorney Client Privilege
WP = Work Product Immunity under FRCP 26(b)(3)

| DOC. | DATE | AUTHOR | ADDRESSEE | CC | DESCRIPTION | BASIS |
|---|---|---|---|---|---|---|
| 5 | 03/24/05 | Laurie Gery | Betty Shieh, Philip Erickson | Steven Klapp, Chris Erb | Email communication reflecting request for advice of counsel regarding product packaging | AC |
| 6 | 02/21/05 | Chris Erb | Susan Grillo | | Email communication reflecting request for information for purposes of rendering legal advice | AC, WP |
| 7 | 04/13/05 | Anne Payne | Steve Postek | | Email communication reflecting attorney request for information for purposes of rendering legal advice | AC, WP |
| 8 | 12/10/03 | Anne Payne | Marc Goshko | Kim Combs, Bill Marth | Email communication providing information for purposes of rendering legal advice and work done by or at behest of an attorney in anticipation of litigation | AC, WP |
| 9 | 05/21/02 | Anne Payne | Debbie Hoenscheid | Steve Postek | Email communication reflecting advice of counsel | AC |
| 10 | 04/13/05 | Inna Belopolsky, Esq. | Anne Payne | | Email communication reflecting attorney request for information for purposes of rendering legal advice | AC, WP |
| 11 | 07/01/04 | Jill Pastore | Debbie Jaskot, Todd Salsbury, Debbie Hoenscheid, Karen Feldtmose, Anne Payne, Bill Marth, Jennifer King, Gregg Cagno, John James, Chris Pelloni, Mike Teiler, Rodney Kasan, Nati Ahronov, Ted Kopp, Paul Fackler, Marc Goshko, Rosalie Iowe, Elvia Gustavson, Dorla Mirejovsky, Rinat Shiran-Rasky, | | Email communication reflecting information gathered at direction and request of counsel | AC, WP |

| DOC# | DATE | AUTHOR | ADDRESSEE | CC | PRIVILEGE | BASIS |
|---|---|---|---|---|---|---|
| | | | Esq., Shosh Neumann, Fanny Leska, Ruth Tenengauzer, Yehuda Livneh, Philip Erickson, Vincent Andolina, Diana Landa, Melissa Poncet, John Kovaleski, Susan Grillo, William Bondinell, Laurie Gery, Bill Hobart, Yoram Fuchs, Michael Dougherty, Evjatar Cohen | | | |
| 12 | 06/14/04 | Anne Payne | Tammy Harvey | Marc Goshko, Bill Marth | Email communication reflecting attorney request for information for purposes of rendering legal advice and work done by or at behest of an attorney in anticipation of litigation | AC, WP |
| 13 | 06/13/05 | Teva | | | Memo reflecting advice of counsel, information gathered at direction and request of counsel, and work done by or at behest of an attorney in anticipation of litigation | AC, WP |
| 14 | 10/11/01 | Karen Feldtmose | Jill Pastore | Tammy Harvey | Email communication reflecting request for and advice of counsel and attorney request for information for purposes of rendering legal advice | AC, WP |
| 15 | 01/31/02 | Rinat Shiran-Rasky, Esq. | Chris Pelloni, Rodney Kasan, Moshe Manor, Meron Mann, Zvi Harel, Shosh Neumann, Real Duteau, Karen Feldtmose, Jill Pastore, Sonia Costi, Mike | Alon Shainberg, Oren Cohen, Diana Yankovitch, Yehudah Meyer, David Silver, Esq., Eynat Keshet, Haya | Email communication reflecting advice of counsel and work done by or at behest of an attorney in anticipation of litigation | AC, WP |

- 3 -

| DOC# | DATE | AUTHOR | ADDRESSEE | CC | DESCRIPTION | BASIS |
|---|---|---|---|---|---|---|
| | | | Teiler, Richard Egosi, Esq., Esq., Uzi Karniel, Marc Goshko, Kane Denike, Yehudah Livneh, Eyal Arieli | Rosenknoph | | |
| 16 | 02/06/02 | Karen Feldtmose | Anne Payne | | Email communication reflecting advice of counsel and work done by or at behest of an attorney in anticipation of litigation | AC |
| 17 | 04/15/02 | Karen Feldtmose | Chris Pelloni | | Email communication reflecting information gathered and prepared at direction and request of counsel | AC, WP |
| 18 | 06/04/02 | Karen Feldtmose | Jill Pastore | Debbie Hoenscheid, Debbie Jaskot, Marc Goshko, Rinat Shiran-Rasky, Esq. | Email communication reflecting request for advice of counsel and information gathered and prepared at direction and request of counsel in anticipation of litigation | AC, WP |
| 19 | 06/14/02 | Karen Feldtmose | Jill Pastore | | Email communication reflecting advice of counsel | AC |
| 20 | 08/18/02 | Steven Lee, Esq. | David Silver, Esq. | Yehudah Livneh, Alon Shainberg, Fanny Leska, Zvika Doani, Marc Goshko, Rinat Shiran-Rasky, Esq., Chris Pelloni, Moshe Fleshner, Karen Feldtmose, Kurt Nielsen, James Galbraith, Esq., Maria Palmese, Esq., | Email communication reflecting work done by or at behest of an attorney in anticipation of litigation | AC, WP |

- 4 -

| DOC# | DATE | AUTHOR | ADDRESSEE | RECORD RECIPIENTS | DESCRIPTION | BASIS |
|------|------|--------|-----------|-------------------|-------------|-------|
| | | | | Danae Schuster, Esq. | | |
| 21 | 12/01/03 | Karen Feldtmose | Chris Pelloni | | Email communication reflecting advice of counsel regarding risedronate patents and information gathered and prepared at direction and request of counsel | AC |
| 22 | 12/01/03 | Marc Goshko | Chris Pelloni | Paul Fackler, Richard Egosi, Esq., Karen Feldtmose | Email communication reflecting request for advice of counsel | AC |
| 23 | 01/08/04 | Chris Pelloni | Joel Lubell | Daniel Youtoff, Dov Primo, Mike Silverman, Miriam Crosbie, Nati Ahronov, Robert Dushkin, Shosh Neumann, Yehudah Livneh, Yoram Fuchs, Ben-Zion Weiner, Gadi Ben-Nissim, Paul Fackler, Richard Egosi, Esq., Karen Feldtmose, Marc Goshko, David Stark, Esq., Barry Fishman | Email communication reflecting request for advice of counsel | AC |
| 24 | 01/08/04 | Joel Lubell | Chris Pelloni | Barry Fishman, Ben-Zion Weiner, Daniel Youtoff, David Stark, Esq., Dov Primo, Gadi | Email communication reflecting request for advice of counsel | AC |

- 5 -

| DOC # | DATE | AUTHOR | ADDRESSEE | CC | DESCRIPTION | BASIS |
|---|---|---|---|---|---|---|
| | | | | Ben-Nissim, Karen Feldtmose, Marc Goshko, Mike Silverman, Miriam Crosbie, Nati Ahronov, Paul Facler, Richard Egosi, Esq., Robert Dushkin, Shosh Neumann, Yehudah Livneh, Yoram Fuchs | | |
| 25 | 01/13/04 | Karen Feldtmose | Mike Teiler | | Email communication reflecting request for advice of counsel | AC |
| 26 | 07/22/04 | Karen Feldtmose | Alicia Ashfield, Esq. | | Email communication reflecting request for advice of counsel | AC |
| 27 | 05/25/05 | Karen Feldtmose | Eran Katz | | Email communication reflecting advice of counsel and information gathered and prepared at direction and request of counsel | AC, WP |
| 28 | 05/30/05 | Eran Katz | Karen Feldtmose | | Email communication reflecting advice of counsel and information gathered and prepared at direction and request of counsel | AC, WP |
| 29 | 05/31/05 | Karen Feldtmose | Jacob Winter, Shosh Neumann, John Abt, Eran Katz, Noemi Behar, David Stark, Esq., Rinat Shiran-Rasky, Esq., Paul Fackler, Mark Lashendock, Nati Ahronov, Bill Hobart, | | Email communication reflecting advice of counsel and information gathered and prepared at direction and request of counsel | AC, WP |

- 6 -

| DOC # | DATE | AUTHOR | ADDRESSEE | COPIES | DESCRIPTION | BASIS |
|---|---|---|---|---|---|---|
| | | | Laurie Gery, Felicia Ladin, Debbie Jaskot, Chris Pelloni, Yehudah Livneh, David Reisman | | | |
| 30 | 05/31/05 | Karen Feldtmose | Gregg Cagno | | Email communication reflecting advice of counsel and information gathered and prepared at direction and request of counsel | AC, WP |
| 31 | 05/31/05 | Karen Feldtmose | Jacob Winter, Shosh Neumann, John Abt, Eran Katz, Noemi Behar, David Stark, Esq., Rinat Shiran-Rasky, Esq., Paul Fackler, Mark Lashendock, Nati Ahronov, Bill Hobart, Laurie Gery, Felicia Ladin, Debbie Jaskot, Chris Pelloni, Yehudah Livneh, David Reisman | | Email communication reflecting advice of counsel and work done by or at behest of an attorney in anticipation of litigation | AC, WP |
| 32 | 05/31/05 | Karen Feldtmose | Eran Katz | | Email communication reflecting advice of counsel and information gathered and prepared at direction and request of counsel | AC, WP |
| 33 | 05/31/05 | Karen Feldtmose | Gregg Cagno | | Email communication reflecting advice of counsel and information gathered and prepared at direction and request of counsel | AC, WP |
| 34 | 06/01/05 | Karen Feldtmose | Laurie Gery | | Email communication reflecting advice of counsel and information gathered and prepared at direction and request of counsel | AC, WP |

- 7 -

| DOC# | DATE | AUTHOR | ADDRESSEE | COPY | DESCRIPTION | BASIS |
|---|---|---|---|---|---|---|
| 35 | 06/01/05 | Karen Feldtmose | Eyal Arieli, Laurie Gery | Eran Katz, Jacob Winter, Noemi Behar | Email communication reflecting advice of counsel and information gathered and prepared at direction and request of counsel | AC, WP |
| 36 | 06/01/05 | Karen Feldtmose | Philip Cohen | Sean Hamilton | Email communication reflecting advice of counsel and attorney request for information for purposes of rendering legal advice | AC, WP |
| 37 | 06/13/05 | Karen Feldtmose | Karen Feldtmose | | Email communication reflecting work done by or at behest of an attorney in anticipation of litigation and request for advice of counsel | AC, WP |
| 38 | 06/13/05 | Karen Feldtmose | Sean Hamilton | | Email communication reflecting advice of counsel and information gathered and prepared at direction and request of counsel | AC, WP |
| 39 | 07/19/05 | Marc Goshko | Jeninne Hunt | | Email communication reflecting advice of counsel and work done by or at behest of an attorney in connection with pending litigation | AC, WP |
| 40 | 07/15/05 | Prakash Kulkarni | Jeanne Lee | John Kovaleski | Email communication reflecting attorney request for information for purposes of rendering legal advice | AC, WP |
| 41 | 07/19/05 | Marc Goshko | Jeninne Hunt | | Email communication forwarding communications reflecting advice of counsel and work done by or at behest of an attorney in connection with pending litigation | AC, WP |
| 42 | 07/19/05 | Marc Goshko | Jeninne Hunt | | Email communication forwarding communications reflecting advice of counsel and work done by or at behest of an attorney in connection with pending litigation | AC, WP |
| 43 | 07/19/05 | Marc Goshko | Jeninne Hunt | | Email communication forwarding communications reflecting advice of counsel and work done by or | AC, WP |

- 8 -

| DOC NO. | DATE | AUTHOR | ADDRESSEE | [blacked out] | DESCRIPTION | BASIS |
|---|---|---|---|---|---|---|
| | | | | | at behest of an attorney in connection with pending litigation | |
| 44 | 07/19/05 | Marc Goshko | Jeninne Hunt | | Email communication forwarding communications reflecting advice of counsel and work done by or at behest of an attorney in connection with pending litigation | AC, WP |
| 45 | 07/19/05 | Marc Goshko | Jeninne Hunt | | Email communication forwarding communications reflecting work done by or at behest of an attorney in connection with pending litigation | AC, WP |
| 46 | 07/19/05 | Marc Goshko | Jeninne Hunt | | Email communication forwarding communications reflecting work done by or at behest of an attorney in connection with pending litigation | AC, WP |
| 47 | 07/19/05 | Marc Goshko | Jeninne Hunt | | Email communication forwarding communications reflecting advice of counsel and work done by or at behest of an attorney in connection with pending litigation | AC, WP |
| 48 | 07/19/05 | Marc Goshko | Jeninne Hunt | | Email communication forwarding communications reflecting advice of counsel and work done by or at behest of an attorney in connection with pending litigation | AC, WP |
| 49 | 07/19/05 | Marc Goshko | Jeninne Hunt | | Email communication forwarding communications reflecting advice of counsel and work done by or at behest of an attorney in connection with pending litigation | AC, WP |
| 50 | 07/19/05 | Marc Goshko, | Jeninne Hunt | | Email communication forwarding communications reflecting advice of counsel and work done by or at behest of an attorney in connection with pending litigation | AC, WP |

| DOC # | DATE | AUTHOR | ADDRESSEE | COPIEE | DESCRIPTION | BASIS |
|---|---|---|---|---|---|---|
| 51 | 07/19/05 | Marc Goshko | Jeninne Hunt | | Email communication forwarding communications reflecting advice of counsel, attorney request for information for purposes of rendering legal advice, and work done by or at behest of an attorney in connection with pending litigation | AC, WP |
| 52 | 07/19/05 | Marc Goshko | Jeninne Hunt | | Email communication forwarding communications reflecting information gathered and prepared at direction and request of counsel | AC, WP |
| 53 | 07/19/05 | Marc Goshko | Jeninne Hunt | | Email communication forwarding communications reflecting work done by or at behest of an attorney in connection with pending litigation | AC, WP |
| 54 | 07/19/05 | Marc Goshko | Jeninne Hunt | | Email communication forwarding communications reflecting information gathered and prepared at direction and request of counsel | AC, WP |
| 55 | 07/19/05 | Marc Goshko | Jeninne Hunt | | Email communication forwarding communications reflecting information gathered and prepared at direction and request of counsel | AC, WP |
| 56 | 07/19/05 | Marc Goshko | Jeninne Hunt | Nicole Finnegan | Email communication forwarding communications reflecting attorney request for information for purposes of rendering legal advice | AC, WP |
| 57 | 8/26/02 | Jill Pastore | Paul Fracker, Karen Feldtmose, Marc Goshko, Deborah Jaskot, Paul Krauthauser, Ayne Klein, Kurt Nielsen, Anne Payne, Chris Pelloni, Allen Lefkowitz, Joe | Bill Marth, Rodney Kasan, Nati Ahronov, Moshe Manor, Shosh Neumann, Mike Teiler, Jill Pastore | Email communication, with handwritten notations, reflecting advice of counsel and work done by or at behest of an attorney in connection with pending and anticipated litigations | AC, WP |

- 10 -

# EXHIBIT N

ABOUT TEVA USA        PRODUCTS        TEVA UNIVERSITY        EMPLOYMENT OPPORTUNITIES        NEWS & EVENTS        CONTACT US

*Good People, Good Products, Good Chemistry* ®



## News and Events



- **Press Releases**
- > **Events**
- > **Financial News**
- Search

- Site Map ⊙

**Teva University**
Get industry related links, articles and more.
Go now ⊙

**News & Industry Information**
Get the latest news information about TEVA.
Go now ⊙

▤ **Press Releases**

**To obtain corporate news releases, please visit** Teva Pharmaceutical Industries Ltd.

About Teva USA | Products | Teva University | Employment Opportunities | News & Events | Contact Us | Home

©2006, TEVA Pharmaceuticals USA. Legal Notice | Privacy Policy | Corporate Compliance Program |

ABOUT TEVA USA     PRODUCTS     TEVA UNIVERSITY     EMPLOYMENT OPPORTUNITIES     NEWS & EVENTS     CONTACT US



*Good People, Good Products, Good Chemistry*®

## News and Events



> **Press Releases**
> **Events**
> **Financial News**
>   Search



> Site Map ❯

### ▦ Financial News

Teva Pharmaceutical Industries Ltd. is a global pharmaceutical company specializing in pharmaceuticals. The company has major manufacturing and marketing facilities in Israel, North America and Europe. Headquartered in Israel, Teva's scope of activity extends to many facets of the industry, with a primary focus on the manufacturing and marketing of human pharmaceuticals and active pharmaceutical ingredients (API), which account for 90% of Teva's total sales.

Teva Pharmaceuticals USA, the company's wholly-owned American subsidiary, is one of the most successful manufacturers and distributors of generic drugs in the U.S.

Teva Pharmaceutical Industries Ltd. is a public company traded on the Tel Aviv, NASDAQ (symbol "TEVA") and SEAQ International Stock Exchanges.

To obtain corporate financial news, please visit Teva Pharmaceutical Industries Ltd.

**Teva University**
Get industry related links, articles and more.
Go now ❯



**News & Industry Information**

Get the latest news information about TEVA.
Go now ❯

---

About Teva USA | Products | Teva University | Employment Opportunities | News & Events | Contact Us | Home

©2006, TEVA Pharmaceuticals USA. Legal Notice | Privacy Policy | Corporate Compliance Program |