EXHIBIT P

*Merck v. Teva*

---

*Condensed*

*1*

---

**Weil, Gotshal & Manges LLP**

**(212) 310-8000**

**767 Fifth Avenue**

**New York, NY 10153**

*File R:\IP Litigation\Merck\MRCK055 62961.0008\Witness and Expert Files\Markowitz\20060531 Markowitz Depo.txt, 139 pages*
*Scrunched 6/6/06 10:43:19 am*

**Scrunch® High Precision Index™**
**can be found on Sheet 24**

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
--------------------------------x
MERCK & CO., INC.,
      Plaintiff,
    v.      C.A. No. 04-939 (GMS)
TEVA PHARMACEUTICALS USA, INC.,
      Defendant.
--------------------------------x
      DAVID MARKOWITZ, M.D.
      New York, New York
      Wednesday, May 31, 2006
Reported by:   Steven Neil Cohen, RPR
Job No. 184736

Page 2

      May 31, 2006
      9:35 a.m.
      Videotaped Deposition of DAVID
MARKOWITZ, M.D., taken by Plaintiffs,
pursuant to agreement at the offices of
Kenyon & Kenyon, One Broadway, New York,
New York, before Steven Neil Cohen, a
Registered Professional Reporter and Notary
Public of the State of New York.

Page 3

      APPEARANCES
WEIL, GOTSHAL & MANGES, LLP
700 Louisiana
Suite 1600
Houston, Texas 77002
    Attorneys for Plaintiff
BY:  NICHOLAS G. BARZOUKAS, ESQ.
     JASON C. ABAIR, ESQ.
KENYON & KENYON, LLP
One Broadway
New York, New York 10004-1007
    Attorneys for Defendants
BY:  MARIA LUISA PALMESE, ESQ.
     CINDY R. TAHL, ESQ.
ALSO PRESENT: Paul Jansen, Videographer

Page 4

      IT IS HEREBY STIPULATED AND AGREED, by
and between counsel for the respective
parties hereto, that the sealing and filing
of the within deposition be waived; that
such deposition may be signed and sworn to
before any officer authorized to administer
an oath; that all objections, except as to
form are reserved to the time of trial.

Page 5

      Markowitz
      THE VIDEOGRAPHER: Good morning.
Here begins videotape number one in the
deposition of Dr. David Markowitz in
the matter of Merck & Company,
Incorporated versus TEVA
Pharmaceuticals USA, Incorporated in
the U.S. District Court for the
District of Delaware, the case number
of which is 04-939.
      Today's date is May 31, 2006.
The time is 9:35 a.m.
      This deposition is being taken at
the law offices of Kenyon & Kenyon, One
Broadway, New York, New York and was
made at the request of Nicholas
Barzoukas of the law offices of Weil,
Gotshal & Manges of Houston, Texas.
      The videographer is Paul Jansen
on behalf of Esquire Deposition
Services located at 216 East 45th
Street New York, New York.
      Would counsel and all present
please identify yourselves and state
whom you represent?

Page 6

1      Markowitz
2    MR. BARZOUKAS: Nicholas
3  Barzoukas for Merck & Company.
4    MR. ABAIR: Jason Abair of Weil,
5  Gotshal & Manges on behalf of Merck &
6  Company.
7    MS. PALMESE: Maria Luisa Palmese
8  of Kenyon & Kenyon representing TEVA
9  Pharmaceuticals USA.
10    MS. TAHL: Cindy Tahl for TEVA
11  Pharmaceuticals.
12    THE VIDEOGRAPHER: Will the court
13  reporter please swear in the witness?
14    DAVID MARKOWITZ, M.D.,
15  called as a witness by the Plaintiff,
16  having been duly sworn, testified as follows:
17  BY MR. BARZOUKAS:
18 Q.  Good morning, Dr. Markowitz.
19 A.  Good morning.
20 Q.  We have met before for a
21  deposition. Nevertheless, I want to go
22  through a couple of points just generally
23  for depositions which are I will be asking
24  you some questions.
25  If you don't understand my

Page 7

1      Markowitz
2  question let me know and I will try to
3  rephrase it and hopefully make it clearer
4  to you.
5  If you need a break let me know.
6  We will take a break. The only thing I
7  would ask is if we are in the middle of a
8  question and answer session or series of
9  questions that we wait until that is done
10  to take a break. It would never be a great
11  length of period. Is that okay?
12 A.  That is fine, yes.
13 Q.  Let's go back to the last time we
14  met which was at a trial in Delaware, if
15  you recall.
16 A.  Yes, I do.
17 Q.  Since that time have you served
18  as an expert in any other cases?
19 A.  I served as an expert for a
20  Canadian company, Apotex, in a suit against
21  Merck.
22  I gave a deposition and I also
23  was hired as a consultant by Cobalt
24  Pharmaceuticals but did not actually go to
25  trial or get cross-examined.

Page 8

1      Markowitz
2 Q.  The case with Apotex, did you
3  testify in that case?
4    MS. PALMESE: Objection to form.
5    THE WITNESS: In the Canadian
6  system they have a cross-examination
7  which is similar to a deposition in the
8  United States and I was questioned in
9  that setting.
10  BY MR. BARZOUKAS:
11 Q.  Did you testify at trial?
12 A.  No.
13 Q.  Do you recall who the attorneys
14  representing Apotex were?
15 A.  I do not recall the name or the
16  firm.
17 Q.  Do you recall what the subject
18  matter of the lawsuit was?
19 A.  Yes. It dealt with the safety of
20  giving alendronate in a weekly form at 70
21  milligrams.
22 Q.  Did you work with any of the
23  attorneys from Kenyon & Kenyon for that
24  case?
25 A.  No, I did not.

## Page 9

1  Markowitz
2  Q. The other case you mentioned was
3     for Cobalt, correct?
4  A. Yes.
5  Q. Do you remember which attorneys
6     you worked for in that case?
7  A. No. I only had telephone
8     conversations with them and I don't recall
9     the names of the people I dealt with or the
10    name of the law firm.
11 Q. Do you remember the subject
12    matter of that case?
13 A. It as well was versus Merck in
14    dealing with a weekly form of alendronate.
15 Q. So is it fair then to say that
16    since the last time we met at the trial in
17    Delaware the only testimony you have given
18    was with respect to the Apotex case in
19    Canada?
20    MS. PALMESE: Objection to form.
21    THE WITNESS: That is my
22    recollection.
23    BY MR. BARZOUKAS:
24 Q. Since that time have you prepared
25    any expert reports?

## Page 10

1  Markowitz
2     MS. PALMESE: I will, just to
3     clarify the question, do you mean any
4     expert reports other than the one in --
5     MR. BARZOUKAS: In this case,
6     yes.
7     THE WITNESS: To my recollection
8     I did not write any other expert
9     reports except for what we have
10    discussed.
11    BY MR. BARZOUKAS:
12 Q. Did you prepare an expert report
13    for the Canadian Apotex case?
14    MS. PALMESE: Objection to form.
15    THE WITNESS: My recollection is,
16    yes, that I did.
17    BY MR. BARZOUKAS:
18 Q. Did you ever prepare any written
19    report for Cobalt?
20 A. I am fairly certain I did not.
21 Q. Since again the trial that we had
22    in Delaware, other than the work you have
23    done for this case, have you worked with
24    Kenyon & Kenyon on any other matters?
25 A. No, I have not.

## Page 11

1  Markowitz
2  Q. When did you first hear from
3     Kenyon & Kenyon about this case?
4  A. My recollection is very early
5     March, roughly. That is when we first
6     spoke about this.
7  Q. Do you recall what you were told
8     or how you were contacted?
9  A. Yes. I can't exactly remember if
10    it was first an e-mail or telephone call
11    from Ms. Palmese who said that --
12    MS. PALMESE: I will just object
13    on grounds of privilege here as far as
14    what conversations -- I understand you
15    have taken a hard line in the
16    Papapoulos deposition so we will take
17    the same hard line in Dr. Markowitz's
18    deposition.
19    MR. BARZOUKAS: I don't think we
20    took a hard line in Dr. Papapoulos'
21    deposition.
22    MS. PALMESE: Go ahead.
23    To the extent you have to reveal
24    attorney communications, don't do that.
25    THE WITNESS: I was informed that

## Page 12

1  Markowitz
2     a similar patent issue as had been
3     dealt with with alendronate given once
4     weekly was being raised with the drug
5     risedronate and I was asked if I would
6     be interested in serving as an expert
7     witness.
8     BY MR. BARZOUKAS:
9  Q. Since the last time we met again
10    in Delaware because we had taken all your
11    background up to that point, correct?
12 A. Yes.
13 Q. I presume that still stands as it
14    was up to the date of the trial?
15 A. Correct.
16 Q. Has anything substantively
17    changed with respect to your position?
18 A. A year ago I was --
19    MS. PALMESE: Objection to form.
20    If you understand what he means --
21    THE WITNESS: You mean in terms
22    of my professional credentials?
23    BY MR. BARZOUKAS:
24 Q. Correct.
25 A. Or my curriculum vitae? Has

## Page 13

1  Markowitz
2     there has been a substantive change?
3  Q. Correct.
4  A. A year ago I was made the
5     associate clinical director of
6     gastroenterology at Columbia University.
7  Q. What does that reflect?
8  A. That means I work with the
9     division chief and am in charge of the
10    clinical faculty of the gastroenterology
11    practice at Columbia and New York
12    Presbyterian Hospital.
13 Q. Do you still see patients?
14 A. I do.
15 Q. On a regular basis?
16 A. I have a very active clinical
17    practice similar to what it was when we
18    last spoke.
19 Q. Do you prescribe bisphosphonates?
20 A. I do write prescriptions for
21    bisphosphonates.
22    Most of my patients, if I find
23    they have osteopenia in bone density
24    studies, I will refer them to a bone
25    specialist rather than initiate the therapy

## Page 14

1  Markowitz
2     but once the therapy has been started I
3     will write the prescriptions.
4     As I think I mentioned last time
5     we have a very active bone unit at Columbia
6     with some nationally recognized people and
7     I like to take advantage of their
8     expertise.
9  Q. Just to make sure I understand
10    exactly how your practice works, if you
11    identify somebody with osteopenia or
12    osteoporosis you refer -- you refer them to
13    bone specialists?
14 A. Yes, I do.
15 Q. Once a bone specialist initiates
16    them on bisphosphonate therapy then you
17    will rewrite prescriptions to refill their
18    therapy, correct?
19 A. That is correct.
20    So if I have a patient with
21    inflammatory bowel disease who I suspect is
22    at risk for osteoporosis or a
23    postmenopausal patient who I will be seeing
24    I will order a bone density study.
25    If I get the results and it

Page 15

```
 1      Markowitz
 2   suggests osteopenia I will not write it. I
 3   will send them to a bone specialist.
 4 Q. What do you prescribe for
 5   osteopenia?
 6   MS. PALMESE: Objection to form.
 7   THE WITNESS: I stated I will
 8   send them to an endocrinologist, a bone
 9   specialist, to make that determination
10   as to which program will be best suited
11   for them.
12   If they should be started on
13   therapy, when they should be started
14   and what they should be started on and
15   I will typically follow that
16   recommendation.
17   BY MR. BARZOUKAS:
18 Q. Can you tell me in your practice
19   what that recommendation typically is?
20 A. So obviously --
21   MS. PALMESE: Objection to form.
22   Sorry.
23   THE WITNESS: Patients are
24   typically placed on calcium and Vitamin
25   D supplements.
```

Page 16

```
 1      Markowitz
 2   That I will frequently do before
 3   sending them to the endocrinologist.
 4   Most of the patients are placed
 5   on a weekly bisphosphonate and both
 6   alendronate and risedronate are
 7   commonly used at our institution.
 8   BY MR. BARZOUKAS:
 9 Q. Is anybody placed on a daily
10   bisphosphonate therapy?
11 A. I do not recall the last time I
12   have seen someone on a daily
13   bisphosphonate. It has been quite some
14   time.
15 Q. Can you give me a breakdown of
16   the relative percentages between
17   alendronate and risedronate of the
18   prescriptions you write?
19   MS. PALMESE: Objection to form.
20   THE WITNESS: It is close.
21   I would say perhaps more
22   alendronate prescriptions but there is
23   a large quantity of both that are used.
24   BY MR. BARZOUKAS:
25 Q. Do you have a preference between
```

Page 17

```
 1      Markowitz
 2   alendronate or risedronate?
 3 A. I find them both exceptionally
 4   well-tolerated drugs. They are both, from
 5   reading the literature, exceptionally
 6   effective.
 7   What I generally emphasize to my
 8   patients is take them -- to comply with
 9   package instructions but I feel they are
10   both very safe and effective.
11 Q. Do I take that to mean you do not
12   have a preference between the two?
13   MS. PALMESE: Objection to form.
14   THE WITNESS: Yes. I feel they
15   are both excellent -- they are both
16   excellent drugs, and, as I said, in
17   terms of a preference I would clarify
18   that by saying I leave that up to the
19   bone specialist as to what the best
20   drug for the individual patient would
21   be.
22   BY MR. BARZOUKAS:
23 Q. Have you ever treated any Pagetic
24   patients?
25 A. I have seen patients with Paget's
```

Page 18

```
 1      Markowitz
 2   Disease.
 3   Dr. Siris who is in our
 4   institution is a leading authority on
 5   Paget's Disease so there is a cohort that
 6   is followed.
 7   They will have other GI problems
 8   not related to bisphosphonate use and I
 9   have seen those patients. They typically
10   will, of course, take higher doses of
11   bisphosphonates but that bisphosphonate
12   therapy is controlled by the bone
13   specialist.
14 Q. You have never refilled any
15   prescriptions for bisphosphonates for
16   Pagetic patients?
17   MS. PALMESE: Objection to form.
18   THE WITNESS: To my recollection
19   I have not.
20   BY MR. BARZOUKAS:
21 Q. Do you know whether the Pagetic
22   patients you treated were at the time you
23   were treating them on bisphosphonate
24   therapy?
25 A. Some have been and some have been
```

Page 19

```
 1      Markowitz
 2   off therapy.
 3 Q. Since the trial we just spoke
 4   about in Delaware a few years back how many
 5   Pagetic patients would you say you have
 6   treated?
 7 A. It would be hard for me to
 8   estimate that; somewhere between five and
 9   ten would be an estimate.
10 Q. Again, just to have it clear for
11   the record, when we say treated Pagetic
12   patients, you never actually treated them
13   for the Paget's Disease?
14 A. I meant for any gastrointestinal
15   problem.
16 Q. I am going to hand you a copy of
17   the expert report you prepared for this
18   case which we will mark as Plaintiff's
19   Deposition Exhibit Number 20.
20   (Plaintiff's Exhibit 20 marked
21   for identification)
22   BY MR. BARZOUKAS:
23 Q. Do you recognize this document?
24 A. Yes, I do.
25 Q. Can you tell me how you prepared
```

Page 20

```
 1      Markowitz
 2   this document, if you did indeed prepare
 3   it?
 4   MS. PALMESE: Objection to form.
 5   THE WITNESS: Yes. I -- after I
 6   spoke with Ms. Palmese I did a
 7   literature search on etidronate and
 8   asked that I be sent some articles --
 9   sorry -- I meant the drug risedronate.
10   I did a literature search on the
11   drug risedronate and I asked that
12   certain articles be sent to me that I
13   felt were pertinent to the weekly
14   dosing of risedronate.
15   As well, it had been a while
16   since I looked at the alendronate data
17   which I already had in my files and I
18   reviewed that.
19   I reviewed my last expert report.
20   I met in person with Ms. Palmese. I
21   expressed my ideas as what I felt were
22   pertinent to the case and together we
23   formulated the report you have in front
24   of me.
25   After a draft of that was made I
```

Page 21

1  Markowitz
2  made some subtle changes in how I
3  wanted things worded that I felt would
4  best convey exactly what I meant.
5  BY MR. BARZOUKAS:
6 Q. Who prepared the initial draft?
7  MS. PALMESE: Objection to form
8  and asked and answered.
9  THE WITNESS: The report was
10  drafted by me. It was my ideas.
11  I did not actually type the
12  report but I prepared the ideas in the
13  report, communicated them to
14  Ms. Palmese.
15  Notes were taken which I
16  reviewed, then a draft was typed and
17  submitted to me.
18  BY MR. BARZOUKAS:
19 Q. Did you use your previous report
20  as a template for this?
21  MS. PALMESE: Objection to form.
22  THE WITNESS: Some parts such as
23  the biographical part describing myself
24  are similar.
25  The basic form has some

Page 22

1  Markowitz
2  similarities as an expert report but
3  much of the body of it is quite
4  distinct.
5  BY MR. BARZOUKAS:
6 Q. Speaking of your former report,
7  and if you recall we had a deposition
8  similar to this one and the testimony at
9  trial, correct?
10 A. That is correct.
11 Q. You rendered opinions in your
12  report, in your deposition and during
13  trial, correct?
14 A. Correct.
15 Q. Did you review any of these in
16  preparation for your deposition today?
17 A. Did I review transcripts of the
18  trial in my deposition?
19 Q. Yes.
20 A. Yes, I did.
21 Q. Did you also review your previous
22  expert report?
23 A. Yes, I did.
24 Q. Is it fair to say that you still
25  stand behind the statements you made

Page 23

1  Markowitz
2  during -- in your previous expert report?
3 A. Yes. Obviously that doesn't
4  contain information about risedronate but
5  my opinions about alendronate and the
6  safety of the drug alendronate when used
7  according to package instructions remain
8  quite the same.
9 Q. Is it fair to say that you found
10  nothing you disagreed with in your previous
11  deposition testimony that you gave during
12  the alendronate once weekly case?
13  MS. PALMESE: Objection to form.
14  THE WITNESS: As I stated I -- my
15  opinions regarding the characteristics
16  of alendronate that make it safe to
17  take on a weekly basis I stand behind.
18  BY MR. BARZOUKAS:
19 Q. Did you see any statements -- let
20  me close the loop.
21  Did you also -- do you also still
22  agree with the opinions you gave during
23  your trial testimony in the alendronate
24  once weekly case?
25 A. The opinions that I gave in

Page 24

1  Markowitz
2  support of alendronate as a drug that is
3  safe to take on a weekly basis I still
4  stand behind, yes.
5 Q. Again, just to be completely
6  clear, is it fair to say there are no
7  opinions you gave during the once weekly
8  alendronate case with which you disagree
9  today?
10  MS. PALMESE: Objection to form.
11  THE WITNESS: I cannot recall any
12  statement I made which I don't agree
13  with today.
14  BY MR. BARZOUKAS:
15 Q. Let's take a look at your expert
16  report in this case. It is Exhibit Number
17  20.
18  In it you say that you are the
19  director of the esophageal motility
20  laboratory. Do you see that?
21  MS. PALMESE: Could you tell him
22  where?
23  BY MR. BARZOUKAS:
24 Q. It is on the second line of your
25  report. Second line.

Page 25

1  Markowitz
2 A. Yes, I do.
3 Q. Could you tell me what the
4  esophageal motility laboratory is?
5 A. The esophageal motility
6  laboratory is a room in the endoscopy suite
7  that contains motility equipment that is a
8  solid state esophageal monometry system and
9  equipment for both transnasal 24 hour pH
10  recording and also for the newer 48 hour
11  capsule pH monitoring.
12  We have a technician, a motility
13  technician, who works with us and helps me
14  perform the studies and also the fellows in
15  training in gastroenterology at Columbia
16  rotate through the lab and both assist in
17  studies and learn.
18 Q. How many employees are dedicated
19  to the esophageal motility laboratory?
20 A. The hospital employs a
21  technician. That technician's job is to
22  work for the esophageal motility lab.
23  Other nurses work but not in a
24  dedicated fashion to help support the
25  efforts of the laboratory.

Page 26

1  Markowitz
2  The fellows as well are not full
3  time employees of the lab but, as I said,
4  work to assist there.
5 Q. Is there only one full time
6  employee of the esophageal motility
7  laboratory?
8 A. Yes.
9 Q. Is there a section of the
10  hospital that is the esophageal motility
11  laboratory or --
12 A. As I explained, in the endoscopy
13  suite there is a room that says esophageal
14  motility lab.
15  That is where the laboratory is,
16  inside the endoscopy suite.
17 Q. What are your duties with regard
18  to the esophageal motility laboratory?
19 A. My duties are to outline the
20  program, to work closely with other doctors
21  that are interested in esophageal disease.
22  We have a doctor, a physician,
23  gastroenterologist, named Dr. Charles
24  Lightdale who is a national figure in
25  Barrett's esophagus.

Page 27

1  Markowitz
2  We work together closely with his
3  patients where he is concerned about the
4  degree of acid reflux they are having and
5  whether or not they have underlying
6  esophageal motility problems. I assist
7  him.
8  He has a research nurse and they
9  together do 48-hour capsule studies but
10  they all get reviewed by me.
11  The equipment they use, how they
12  do the studies and how the studies are
13  interpreted fall under my purview.
14  Also our lung transplant center
15  is very active and they have an interest in
16  how esophageal disease contributes to the
17  development of lung disease and also how
18  reflux disease after transplant might
19  affect the transplanted organ so I work
20  very closely with them in terms of trying
21  to figure out a systematic approach to
22  dealing with these patients.
23 Q. How many patients, let's say, in
24  a month are tested in the esophageal
25  motility laboratory?

Page 28

1  Markowitz
2 A. I would say probably between 15
3  and 20.
4 Q. Do you consider yourself an
5  esophageal expert?
6 A. Yes, I do.
7 Q. I think the last time you
8  mentioned you had a special interest in
9  esophagus. That remains true?
10 A. That is true.
11 Q. Since the last time we met how
12  many articles have you published?
13 A. I am not sure if I have published
14  any since we last met.
15 Q. Again, I will ask you some
16  questions. I may trot over former ground.
17  Have you published any articles
18  with respect to the esophagus or esophageal
19  disease?
20  MS. PALMESE: Just -- is this at
21  any time?
22  BY MR. BARZOUKAS:
23 Q. At any time, yes.
24 A. I haven't published an article
25  that specifically deals with esophageal

Page 29

1  Markowitz
2  disease, however, I have given many
3  lectures on esophageal disorders.
4  I am involved in many conferences
5  about esophageal disease and I am clearly
6  regarded at Columbia Presbyterian as the
7  expert in esophageal disorders there.
8 Q. If you recall, and correct me if
9  I am wrong, in the previous case with
10  respect to once weekly alendronate, you
11  opined that injuries seen -- esophageal
12  injuries seen as a result of use of
13  alendronate were caused by pill
14  esophagitis; do you recall that?
15 A. I said that was the mechanism
16  that I believed to be responsible and the
17  mechanism in 1997 that I felt was by most
18  experts believed to be the likely
19  mechanism.
20 Q. Yet you were unable to identify
21  any articles that set out that proposition,
22  correct?
23  MS. PALMESE: Objection to form.
24  THE WITNESS: Alendronate
25  associated esophageal toxicity is

Page 30

1  Markowitz
2  extraordinarily rare; so rare it is not
3  entirely clear that it is a result of
4  alendronate.
5  So the major study, the De Groen
6  article, looked at 475,000 patients
7  taking alendronate and I believe, I
8  don't have the article in front of me,
9  but I believe there were 51 patients
10  who developed a serious or severe
11  esophageal injury.
12  That incidence is not very
13  different than one might expect in a
14  population of 475,000 patients so it is
15  enough to cause concern about the
16  possible relationship of alendronate to
17  esophageal toxicity but when you have
18  an event that is that unusual it is
19  hard to even say that alendronate was
20  the cause but the fact that it was so
21  unusual suggested a pill esophagitis
22  cause and comments to that effect were
23  clearly stated in that same New England
24  Journal article.
25  BY MR. BARZOUKAS:

Page 31

1  Markowitz
2 Q. What are you referring to as
3  comments that were stated in the New
4  England Journal article?
5 A. Comments that if alendronate
6  causes esophageal injury it probably does
7  so by a pill esophagitis mechanism.
8 Q. Who put forth that proposal?
9 A. I would --
10  MS. PALMESE: Objection to form.
11  THE WITNESS: I would need to see
12  the De Groen article and I would need
13  to see the Liberman editorial and the
14  Castell editorial on the same paper.
15  MS. PALMESE: I am letting you go
16  down this line of questioning but this
17  case is about risedronate, not
18  alendronate so I will start objecting
19  if -- you have all of this testimony
20  from the prior case.
21  MR. BARZOUKAS: I am just going
22  through his reports.
23  MS. PALMESE: Okay. Well, we
24  will see.
25  BY MR. BARZOUKAS:

Page 32

1  Markowitz
2 Q. I am going to first hand you what
3  has already been marked as Plaintiff's
4  Deposition Exhibit 11 in this case which is
5  the De Groen article we just referenced.
6  MS. PALMESE: It wasn't marked in
7  this case. This is marked -- this is a
8  trial exhibit.
9  MR. BARZOUKAS: Look at the top.
10  MS. PALMESE: Oh.
11  Do you mind if I cross out the
12  trial exhibit number?
13  MR. BARZOUKAS: No, not at all.
14  MS. PALMESE: Take your time.
15  There is no question yet on the record.
16  MR. BARZOUKAS: I will hand you
17  what we are marking as Plaintiff's
18  Deposition Exhibit Number 21 which you
19  will see and recognize as the Liberman
20  article in the same issue of the New
21  England Journal of Medicine.
22  (Plaintiff's Exhibit 21 marked
23  for identification)
24  MS. PALMESE: You mean letter to
25  the editor?

Page 33

1  Markowitz
2  MR. BARZOUKAS: Yes.
3  Can we go off the record for one
4  second?
5  MS. PALMESE: Sure.
6  THE VIDEOGRAPHER: Off the video
7  record at 10:08 a.m.
8  (Discussion off the record)
9  THE VIDEOGRAPHER: Back on the
10  video record at 10:13 a.m.
11  BY MR. BARZOUKAS:
12 Q. Dr. Markowitz, I am going to hand
13  you the piece that was written by Dr.
14  Castell in the same issue of the New
15  England Journal of Medicine marked as
16  Plaintiff's Exhibit 22.
17  (Plaintiff's Exhibit 22 marked
18  for identification)
19  THE WITNESS: Can I ask you to
20  rephrase your question?
21  BY MR. BARZOUKAS:
22 Q. Actually, let me kind of recap
23  where we were.
24  I had asked you who had suggested
25  that the injuries seen with alendronate

Page 34

1  Markowitz
2  were due to pill esophagitis and you
3  mentioned that you would like to see the
4  three pieces that were written in the New
5  England Journal of medicine, the De Groen
6  article, the Liberman letter and this piece
7  written by Dr. Castell which are
8  Plaintiff's Exhibits 11, 21 and 22.
9 A. Thank you.
10 Q. If you want to take a look at
11  them first and then I will ask you a
12  question once you have read them?
13  MS. PALMESE: I will object to
14  the form of that.
15  THE WITNESS: Thank you.
16  In the discussion section of the
17  De Groen article, on page 1020 there
18  are several paragraphs that suggest
19  that De Groen feels a pill esophagitis
20  model may be in play.
21  The first indication, on the
22  bottom of the first paragraph on that
23  page, "In addition, to facilitate
24  esophageal passage and to decrease
25  mucosal adherence alendronate has been

Page 35

1  Markowitz
2  formulated as a small uncoated tablet."
3  Then also on that same page, on
4  the bottom paragraph on that column on
5  the left, "Failure of the alendronate
6  tablet to pass through the esophagus
7  may result in prolonged local mucosal
8  exposure to the drug. This possibility
9  is consistent with the observation the
10  lesions were circumscribed with normal
11  mucosa, proximal and distal to the
12  involved area, in some of our patients,
13  as well as similar observations in
14  another report."
15  So both of those two references
16  suggest that De Groen, the author who
17  published this big retrospective
18  analysis, is thinking in terms of the
19  pill esophagitis model, and he
20  continues on the top of that column on
21  the right on page 1020, "On the basis
22  of the post-marketing reports with
23  adequate information, the majority of
24  patients appear to have taken
25  alendronate with less than 180

Page 36

1  Markowitz
2  milliliters of water or none failed to
3  remain upright afterward, or both.
4  These factors are known to increase the
5  retention of swallowed tablets."
6  He goes on to mention
7  tetracyclines, quinidine, ferrous
8  sulfate and potassium chloride all of
9  which are pills that are known
10  particularly because they cause pill
11  esophagitis.
12  And in his discussion he mentions
13  the importance of taking the drug
14  correctly rather than anything about
15  the dose of the drug. He mentions it
16  must be taken with the correct amount
17  of water and in the correct position.
18  So all of these comments I think
19  would suggest to anybody skilled in the
20  art reading them that De Groen on
21  publishing this article is viewing this
22  as a very rare occurrence which is
23  typical of pill esophagitis and
24  focusing on factors that are involved
25  with pill transit in terms of

Page 37

1  Markowitz
2  preventing esophageal damage and all of
3  those statements are consistent with
4  the pill esophagitis mechanism.
5  BY MR. BARZOUKAS:
6 Q. Can you go to the first statement
7  you mentioned which is the carryover
8  paragraph that comes into page 1020 of the
9  De Groen article?
10  You read, "In addition to
11  facilitate esophageal passage and to
12  decrease mucosal adherence alendronate has
13  been formulated as a small uncoated
14  tablet."
15 A. I see where you are referring to.
16 Q. That would mean that Merck had
17  formulated the tablet in such a way as to
18  facilitate esophageal passage?
19 A. Correct.
20  MS. PALMESE: Objection to form.
21  BY MR. BARZOUKAS:
22 Q. To the extent there was a
23  esophageal injury that was despite the fact
24  that the tablet had been formulated so as
25  to be small and uncoated in order to

Page 38

1  Markowitz
2  facilitate passage, correct?
3  MS. PALMESE: Objection to form.
4  Again, I will object to this line
5  of questioning as irrelevant to this
6  case which is about risedronate and
7  also I think that his testimony in the
8  last trial is irrelevant to this case
9  as well.
10  THE WITNESS: I think what is
11  remarkable in this study is how
12  extraordinarily rare these episodes of
13  esophagitis were, and, as I said
14  before, they were so rare it was hard
15  to know for sure whether or not they
16  were 51 cases of esophageal injury
17  which is not that uncommon happening in
18  500,000 patients or whether they were
19  all or in part due to alendronate.
20  So I think the attempts to
21  formulate the pill in such a way that
22  it transitted the esophagus to prevent
23  this type of injury resulted in a very
24  low incidence, at best, of injury but
25  even with correct pill formulation this

Page 39

1  Markowitz
2  is a drug where compliance to dosing
3  instructions is also important.
4  BY MR. BARZOUKAS:
5 Q. Now, pill esophagitis that
6  damages the esophagus occurs only with
7  agents that are toxic to the tissue,
8  correct?
9 A. The agents have to have some
10  caustic reaction to the mucosa, either the
11  chemical itself or sometimes there can be a
12  change in the pH level and the acidity
13  locally caused by the pill, but if the pill
14  was not at all caustic even in
15  extraordinarily higher concentrations you
16  could not have pill esophagitis.
17 Q. Can you explain to me the
18  difference and the injury that would occur
19  in the difference between pill esophagitis
20  and reflux?
21  MS. PALMESE: Objection to form.
22  THE WITNESS: Could you repeat
23  the question?
24  BY MR. BARZOUKAS:
25 Q. Yes.

Page 40

1  Markowitz
2  Can you explain to me the
3  difference between pill esophagitis and
4  reflux and their effect to injury?
5 A. Reflux esophagitis and pill
6  esophagitis are first different because
7  reflux esophagitis is caused by naturally
8  occurring caustic agents in the stomach
9  that move into the lower esophagus.
10  The major caustic agent is acid.
11  To a much lesser extent perhaps
12  activated Pepsin plays a role. Bile acids
13  are believed to be much less important.
14  So the one major difference is
15  what the caustic agent is. By and large
16  the severity of gastroesophageal-related
17  esophagitis occurs in the distal esophagus.
18  In pill esophagitis it is a very
19  rare event. It only happens in patients
20  taking the medication and in any of the
21  pills that cause pill esophagitis it
22  happens very infrequently because even in
23  patients with impaired swallowing pill
24  transit usually isn't long enough that you
25  will have enough contact time of the pill

Page 41

1  Markowitz
2  to the mucosa so that it adheres.
3  When the pill adheres it
4  dissolves slowly and exposes that local
5  tissue to extraordinarily high
6  concentrations of the drug for prolonged
7  periods of time and that causes the injury.
8 Q. Isn't it conceivable that a pill
9  that contains an agent that would cause
10  esophageal injury could be refluxed or
11  parts of that pill could be refluxed into
12  the esophagus and cause injury in that
13  manner?
14  MS. PALMESE: I will object to
15  the form.
16  Nick, again I will have to ask
17  you to explain the relevance of this to
18  this litigation because here we are, we
19  are just talking about alendronate
20  again and that was another case.
21  I will ask you to get to the
22  questions about this particular case at
23  this point.
24  MR. BARZOUKAS: I believe his
25  report addresses the De Groen article

Page 42

1  Markowitz
2  so that is what we are dealing with.
3  THE WITNESS: I can't tell you
4  what is conceivable.
5  To my knowledge there is not a
6  report of a medication that causes
7  esophageal injury based on that
8  mechanism in the literature.
9  BY MR. BARZOUKAS:
10 Q. Who is Dr. Castell?
11 A. Dr. Castell is a leading
12  authority in esophageal diseases.
13 Q. Is he considered one of the
14  foremost --
15 A. He is a leading authority, very
16  well respected.
17 Q. In the piece he wrote commenting
18  on the De Groen article in the same issue
19  in the New England Journal of Medicine he
20  does raise the possibility that the
21  injuries observed could be caused by the
22  contents of the pill refluxing into the
23  esophagus, correct?
24  MS. PALMESE: I will object to
25  that as irrelevant in dealing with

Page 43

1  Markowitz
2  alendronate.
3  THE WITNESS: I would like to
4  read the editorial.
5  BY MR. BARZOUKAS:
6 Q. Sure.
7  MS. PALMESE: We can have the
8  question back I am sure if --
9  THE WITNESS: Thank you.
10  If you could ask me the question
11  again please?
12  BY MR. BARZOUKAS:
13 Q. Doesn't Dr. Castell in this piece
14  in the New England Journal of Medicine
15  suggest that the injuries seen with
16  alendronate could be caused because of
17  gastroesophageal reflux?
18  MS. PALMESE: Objection to form.
19  THE WITNESS: Dr. Castell makes
20  several interesting reports, rather,
21  remarks in this report when he looks at
22  the De Groen article.
23  He says, and this is in the
24  second column, "These reports provide
25  somewhat contradictory information on

Page 44

1  Markowitz
2  the potential of oral alendronate to
3  produce esophageal injury."
4  It seems by that statement that
5  Dr. Castell is not entirely convinced
6  that alendronate is causing the
7  esophageal injury and he is talking
8  about its potential to do that.
9  He goes on as he does in the bulk
10  of the paper to discuss what he
11  believes is the probable mechanism
12  which is pill esophagitis.
13  He --
14  BY MR. BARZOUKAS:
15 Q. Where do you see that?
16 A. I will say, number one, he
17  entitles the piece "Pill Esophagitis, the
18  Case of Alendronate."
19  He goes on to say the following,
20  "In most of the patients for whom adequate
21  information was available esophageal
22  complications occurred during the first
23  month of taking alendronate. Among the 28
24  patients for whom adequate information was
25  available on both water intake and posture

Page 45

```
 1      Markowitz
 2   17 were thought to have taken the
 3   alendronate incorrectly primarily because
 4   the tablet was ingested with an inadequate
 5   amount of water or the patient did not
 6   remain up right for 30 minutes or more
 7   after taking the tablet."
 8        So, again, these are points --
 9   these are the first points he brings up.
10   These are the exact type of
11   points one would make when dealing with the
12   pill esophagitis issue.
13        Then, if we continue downward, he
14   says, "The incidence may be further" -- he
15   says, "On the basis rather of currently
16   available reports the actual incidence of
17   severe or serious esophageal effects in
18   patients taking alendronate for
19   postmenopausal osteoporosis appears to be
20   low.  The incidence may be further reduced
21   by revised dosing directions and careful
22   instruction of patients by physician and
23   pharmacists.  The revised dosing
24   instructions are clearly summarized by De
25   Groen, et al."
```

Page 46

```
 1      Markowitz
 2        By that statement he is
 3   suggesting he believes this is a pill
 4   esophagitis problem where how you take the
 5   pill is the important factor.
 6        As he said earlier, he is not
 7   certain what the potential is, just that
 8   this appears to be extremely rare.
 9        But since it was going to be such
10   a commonly used drug that it was
11   nonetheless very important to address it
12   and, of course, since there were only 51
13   reported cases worldwide at that time it
14   was impossible for anybody to know for sure
15   what the mechanism was, so in, I believe, a
16   single sentence he raises the possibility
17   of an alternative but he doesn't elaborate
18   on that at all and my reading of this
19   article, the bulk of the article is all
20   focused on pill esophagitis which is what
21   he believes in my mind to be the likely
22   mechanism and when he closes the last
23   paragraph he again addresses the revised
24   dosing instructions.
25 Q. Do you see a conclusion that he
```

Page 47

```
 1      Markowitz
 2   reaches that this is caused by pill
 3   esophagitis?
 4        MS. PALMESE:  Objection to form.
 5   Asked and answered.
 6        THE WITNESS:  I think that is
 7   right.
 8        I think he in the very beginning
 9   just says alendronate has the
10   potential.  He doesn't say that
11   alendronate causes esophageal injury.
12   So if he doesn't know that it
13   does cause it he can't be certain how
14   it causes it.
15        Both De Groen and he focus their
16   attention on the fact that it is
17   extraordinarily rare, that the data
18   appears to be clear that if it does
19   occur it is associated with taking the
20   drug incorrectly and that both of them
21   believe this is most concordant with a
22   pill esophagitis mechanism.
23   BY MR. BARZOUKAS:
24 Q. Do you see where Dr. Castell, on
25   the second page of his piece he asks the
```

Page 48

```
 1      Markowitz
 2   question, does it initially enter the
 3   stomach and subsequently reflux into the
 4   esophagus?
 5        MS. PALMESE:  Did you see that?
 6        THE WITNESS:  I see what you are
 7   referring to.
 8   BY MR. BARZOUKAS:
 9 Q. That would not be what you would
10   call pill esophagitis, correct?
11 A. That question does not address
12   pill esophagitis.
13        So the entire article including
14   its title and its conclusion do address the
15   pill esophagitis mechanism.
16        As Dr. Castell states, he is not
17   certain that alendronate is the cause of
18   the esophagitis; that there are too few
19   patients to draw that conclusion and
20   certainly to say for sure what the
21   mechanism, is so he entertains or at least
22   raises the question, doesn't fully
23   entertain it, as an explanation that could
24   be considered but he doesn't provide any
25   evidence for it, he doesn't elaborate on it
```

Page 49

```
 1      Markowitz
 2   and he doesn't say that it is something he
 3   feels is at all likely.
 4   BY MR. BARZOUKAS:
 5 Q. He doesn't say he does not feel
 6   it is likely, right?
 7        MS. PALMESE:  Objection to form.
 8        THE WITNESS:  He asks a question
 9   in one sentence.  He doesn't comment
10   that he has any feelings about it being
11   at all likely.
12   BY MR. BARZOUKAS:
13 Q. Would he ask a question with
14   respect to something he doesn't feel
15   likely?
16        MS. PALMESE:  Objection to form.
17        THE WITNESS:  Yes.  I believe he
18   would.
19        I believe that the bulk of this
20   article is strongly supportive of the
21   fact that he feels pill esophagitis is
22   the likely mechanism.
23        I feel he is dismissing -- he is
24   trying to show that he is thinking of
25   any other possibilities, throwing them
```

Page 50

```
 1      Markowitz
 2   out as questions that crossed his mind
 3   and nothing more.
 4   BY MR. BARZOUKAS:
 5 Q. Can you show me where he actually
 6   dismisses the possibility that the injury
 7   is caused through a reflux mechanism?
 8        MS. PALMESE:  Object to form.
 9        THE WITNESS:  The fact that he
10   doesn't elaborate on them or provide
11   any evidence based on the cases as he
12   does for the pill esophagitis mechanism
13   where he dwells on individual cases
14   that appear to support a pill
15   esophagitis mechanism.
16   BY MR. BARZOUKAS:
17 Q. Would you agree with me that
18   bisphosphonates in general cause upper
19   gastrointestinal side effects?
20        MS. PALMESE:  Objection to form.
21        THE WITNESS:  The literature that
22   I have focused on for the first case
23   deals with alendronate and for this
24   current case deals with risedronate and
25   their GI toxicity or lack thereof.
```

### Page 51

```
 1       Markowitz
 2   So bisphosphonates -- clearly I
 3   am familiar with the fact that there
 4   have been reports of older
 5   bisphosphonates that can cause injuries
 6   but I think everything depends on the
 7   individual drug you are looking at.
 8   If you are trying to make a
 9   conclusion about alendronate it is best
10   to look at alendronate data.
11   If you are talking about another
12   drug it is best to look at that drug
13   rather than to try to generalize across
14   a class.
15       BY MR. BARZOUKAS:
16 Q. Did you agree or disagree with
17   the statement that bisphosphonates in
18   general cause upper gastrointestinal side
19   effects?
20       MS. PALMESE: Objection to form.
21   Asked and answered.
22       THE WITNESS: I did answer that.
23   I think you have to look at the
24   individual drug.
25   I wouldn't generalize across a
```

### Page 52

```
 1       Markowitz
 2   class of drugs unless every drug in
 3   that class behaved the same way. They
 4   don't. They are different.
 5       BY MR. BARZOUKAS:
 6 Q. Would you agree with the
 7   statement that alendronate causes upper
 8   gastrointestinal irritation?
 9       MS. PALMESE: Objection to form.
10       THE WITNESS: As a general rule,
11   and I think --
12       MS. PALMESE: Again, sorry.
13       THE WITNESS: Sorry.
14       MS. PALMESE: I wanted to put in
15   the same objection about the relevance
16   of this particular question to this
17   case.
18       THE WITNESS: The conclusion of
19   most authors of most papers that I have
20   reviewed is that alendronate is
21   extraordinarily well tolerated and does
22   not cause increased GI distress,
23   typically does not cause GI distress
24   over placebo, so I do not think there
25   is compelling evidence that the drugs
```

### Page 53

```
 1       Markowitz
 2   do cause that.
 3       BY MR. BARZOUKAS:
 4 Q. Is it your opinion that
 5   alendronate does not cause upper
 6   gastrointestinal irritation?
 7       MS. PALMESE: Objection to form.
 8   Asked and answered.
 9       THE WITNESS: In the studies I
10   have reviewed the adverse GI effects
11   have a similar incidence using
12   alendronate and placebo.
13       BY MR. BARZOUKAS:
14 Q. Is it your opinion that
15   alendronate does not cause upper
16   gastrointestinal irritation?
17       MS. PALMESE: Objection to form.
18   Asked and answered, and, again, I
19   believe this line of questioning is
20   irrelevant and I ask you to move on.
21       MR. BARZOUKAS:
22       THE WITNESS: I will place the
23   two statements together.
24   Alendronate can, I believe, cause
25   pill esophagitis. Therefore, it has
```

### Page 54

```
 1       Markowitz
 2   some degree of causticity to digestive
 3   mucosa, however, when given according
 4   to package instructions in many studies
 5   using standard doses for osteoporosis
 6   and doses as high as 80 milligrams a
 7   day it appears to be safe and well
 8   tolerated.
 9   That has repeatedly been the
10   experience.
11       BY MR. BARZOUKAS:
12 Q. Does risedronate cause upper
13   gastrointestinal irritation?
14 A. My reading of the literature,
15   there have been no serious or severe
16   adverse GI effects using the drug
17   risedronate.
18   It appears to be exceptionally
19   safe and well tolerated if taken correctly.
20 Q. Is it your opinion that
21   risedronate does not cause upper
22   gastrointestinal irritation?
23       MS. PALMESE: Objection to form.
24       THE WITNESS: When taken
25   correctly it has a safety profile that
```

### Page 55

```
 1       Markowitz
 2   is the same as placebo.
 3       BY MR. BARZOUKAS:
 4 Q. Let's put the statements to you
 5   this way.
 6   In your clinical practice does
 7   alendronate cause upper gastrointestinal
 8   irritation?
 9       MS. PALMESE: Objection to form.
10       THE WITNESS: I am not sure I
11   understand that question.
12   I have seen patients on any drug
13   complain of a variety of side effects.
14   I tell my patients what I believe
15   to be the truth; that in the data this
16   has been a drug extremely well looked
17   at, the GI adverse event profile if
18   taken correctly is similar to that of
19   placebo.
20       BY MR. BARZOUKAS:
21 Q. Let's put it in general everyday
22   practice, and you present yourself as a
23   leading authority in gastrointestinal
24   issues especially with respect to the
25   esophagus, correct?
```

### Page 56

```
 1       Markowitz
 2 A. Correct.
 3 Q. In a practitioner's daily
 4   practice as the drugs are administered
 5   everyday does alendronate cause upper
 6   gastrointestinal irritation?
 7       MS. PALMESE: Objection to form.
 8   I believe he has answered this
 9   question already.
10       THE WITNESS: The adverse event
11   profile dealing with both serious
12   adverse events and mild GI tolerance is
13   similar to placebo.
14   There will be patients that
15   report it but it is similar to that of
16   the placebo group.
17       BY MR. BARZOUKAS:
18 Q. Is the answer that alendronate in
19   everyday practice does not cause upper
20   gastrointestinal irritation?
21       MS. PALMESE: Objection to form.
22   Argumentative.
23       THE WITNESS: It causes a rate of
24   complaints that is similar to that when
25   using a placebo.
```

Page 57

1  Markowitz
2  BY MR. BARZOUKAS:
3  Q. In everyday practice, in the
4     everyday practice of medicine as you see it
5     today does risedronate cause upper
6     gastrointestinal irritation?
7  A. The drug when used correctly and
8     taken according to package instructions has
9     a safety and tolerability profile similar
10    to placebo both in studies and my clinical
11    practice.
12 Q. My question was in everyday
13    practice.
14    MS. PALMESE: Objection to form.
15    THE WITNESS: In my clinical
16    practice.
17    BY MR. BARZOUKAS:
18 Q. Does everyone take the drug
19    properly?
20 A. So, in addition, I don't know.
21    People we reinforce it. I believe most
22    people do.
23    Now that most people are on a
24    weekly drug most people take it very
25    seriously and are aware of that.

Page 58

1  Markowitz
2     However, with or without that,
3     and obviously no one can be sure how every
4     patient is taking a drug, it remains
5     extraordinarily safe and well tolerated
6     with a tolerability profile similar to
7     placebo.
8  Q. You mentioned the administration
9     of the drug, right? What is the proper
10    administration of the drug in clinical
11    practice?
12 A. So, the drug must be taken --
13 Q. And by that let's talk about
14    alendronate first and then we will talk
15    about risedronate.
16    What is the proper clinical
17    administration of alendronate in everyday
18    practice?
19    MS. PALMESE: Objection to form.
20    I don't know what you mean by the term
21    "proper."
22    BY MR. BARZOUKAS:
23 Q. Do you understand the question?
24 A. You want to know what the package
25    instructions are? May I see the package

Page 59

1  Markowitz
2     instructions --
3  Q. Certainly.
4  A. -- for both drugs.
5  Q. I am going to hand you what has
6     been marked as Plaintiff's Deposition
7     Exhibit Number 23.
8     (Plaintiff's Exhibit 23 marked
9     for identification)
10    MS. PALMESE: For the record,
11    could you cross off the Trial Exhibit
12    Number there?
13    MR. BARZOUKAS: I do a thorough
14    job.
15    MS. PALMESE: This is the package
16    insert for alendronate?
17    MR. BARZOUKAS: That is correct.
18    BY MR. BARZOUKAS:
19 Q. Let's talk about alendronate
20    first.
21    MS. PALMESE: Could we just have
22    the question back?
23    (Record read)
24    MS. PALMESE: Do you want to
25    restate your question?

Page 60

1  Markowitz
2  BY MR. BARZOUKAS:
3  Q. Have you had a chance to take a
4     look --
5  A. I have perused it and I will read
6     from the package insert under dosage and
7     administration.
8     "Fosamax must be taken at least
9     one half hour before the first food
10    beverage or medication of the day with
11    plain water only. Other beverages
12    including mineral water, food and some
13    medications are likely to reduce the
14    absorption of Fosamax. Waiting less than
15    30 minutes or taking Fosamax with food,
16    beverages other than plain water or other
17    medication will lessen the effect of
18    Fosamax by decreasing its absorption into
19    the body. To facilitate delivery to the
20    stomach and thus reduce the potential for
21    esophageal irritation Fosamax should only
22    be swallowed upon arising for the day and
23    with a full glass of water (6 to 8 ounces)
24    and patients should not lay down for at
25    least 30 minutes and until after the first

Page 61

1  Markowitz
2     food of the day. Fosamax should not be
3     taken at bedtime or before arising for the
4     day. Failure to follow these instructions
5     may increase the risk of esophageal adverse
6     experiences."
7  Q. When you prescribe alendronate or
8     any other bisphosphonate do you go through
9     the administration directions with your
10    patients?
11 A. I do.
12    I go through the reason why we
13    have these dosing instructions, the fact
14    that any problems are extraordinarily rare
15    but that if the dosing instructions are
16    followed, and when this became -- when this
17    information was made available to patients
18    that there has been a marked -- there has
19    been an incredibly good safety profile.
20    I strongly encourage them how to
21    do it and I tell them they have to read the
22    package insert with the drug.
23 Q. So do you ever advise your
24    patients not to eat before they take
25    alendronate or any other bisphosphonates?

Page 62

1  Markowitz
2     MS. PALMESE: Objection to form.
3     THE WITNESS: I ask them to take
4     it according to the package
5     instruction.
6     They need to have it one half
7     hour before the first food in terms of
8     drug absorption.
9     BY MR. BARZOUKAS:
10 Q. As far as you know is there a
11    limitation as to when they could have eaten
12    the night before?
13 A. To my knowledge there isn't.
14 Q. Then do you tell them they can
15    eat a half hour after they take the drug?
16 A. I tell them exactly what is in
17    the package instruction, what I read to
18    you.
19 Q. The answer to my question would
20    be what?
21 A. Repeat the question.
22 Q. Do you tell them that they can
23    eat a half hour after they take the tablet?
24    MS. PALMESE: Objection to form.
25    Asked and answered.