**Page 63**

1  Markowitz
2  THE WITNESS: So I say that they
3  shouldn't eat or lie down for at least
4  for the first 30 minutes.
5  BY MR. BARZOUKAS:
6  Q. So assume I am your patient. I
7  say, can I eat a half hour after I take the
8  tablet? What would your answer be?
9  A. 30 minutes afterwards, yes.
10 Q. Do you assume that patients
11 actually do eat -- after 30 minutes will
12 eat their breakfast?
13 MS. PALMESE: Objection to form.
14 THE WITNESS: I don't know if I
15 make those assumptions in the
16 individual patients.
17 I tell them the safe way to take
18 it. I believe most of my patients do
19 take it that way.
20 I think most people prescribing
21 this drug clearly outline the package
22 instructions and how to take it and
23 that the vast majority of patients to
24 my mind comply.
25 MS. PALMESE: Nick, we have been

**Page 64**

1  Markowitz
2  going on for, except for that little
3  five-minute break, we have been going
4  on for over an hour.
5  Is this a good time for a break?
6  MR. BARZOUKAS: That would be
7  fine.
8  THE VIDEOGRAPHER: We are off the
9  video record at 10:48 a.m.
10 (Recess)
11 THE VIDEOGRAPHER: We are back on
12 the video record at 11:03 a.m.
13 BY MR. BARZOUKAS:
14 Q. Dr. Markowitz, with respect to
15 pill esophagitis, do you believe that a
16 patient's hydration is relevant as to
17 whether pills stick in the esophagus or
18 not?
19 A. I haven't seen any data to that
20 effect. It is such a rare event I wouldn't
21 even be able to conjecture. I have seen no
22 suggestion of it though.
23 Q. You don't have a professional
24 opinion as to that?
25 MS. PALMESE: Objection to form.

**Page 65**

1  Markowitz
2  THE WITNESS: My own professional
3  opinion, I have seen no suggestion in
4  the literature that that might be a
5  causative factor including review
6  articles where they try to list all of
7  the causative factors.
8  BY MR. BARZOUKAS:
9  Q. What causes pill esophagitis?
10 MS. PALMESE: Objection to form.
11 Again, I consider this irrelevant as it
12 relates to alendronate at this point.
13 THE WITNESS: Pill esophagitis is
14 a rare event. It only occurs with
15 certain pills.
16 It occurs when a pill actually
17 gets stuck, does not transit through
18 the esophagus and stays in the lumen of
19 the esophagus for a long enough period
20 of time that it adheres to the
21 esophagus, dissolves slowly, locally
22 releases very high concentrations of
23 the drug and that causes local
24 esophageal irritation which can be mild
25 or severe.

**Page 66**

1  Markowitz
2  BY MR. BARZOUKAS:
3  Q. What are the causes of pill
4  esophagitis?
5  A. The factors that are associated
6  with pill esophagitis are, number one,
7  having a pill that is capable of causing
8  some caustic injury.
9  Number two, the size and shape of
10 the pill.
11 Number three, pill coating.
12 Some pill coatings appear to
13 increase the odds of pill adherence to the
14 esophageal mucosa, and, on the other side,
15 you also have patient factors that will
16 play a role.
17 Taking the drug incorrectly,
18 either while lying down or not drinking
19 sufficient quantities of water can be a
20 factor.
21 Having a mechanical obstruction,
22 either a tumor or a stricture, something
23 that will block the passage of the pill
24 where the pill can get stuck or if patients
25 have an esophageal motor disorder such

**Page 67**

1  Markowitz
2  scleroderma or aclasia where you expect
3  transit of the pill to be slowed down, that
4  might increase the odds of the pill
5  sticking.
6  Q. Going back to the dosage and
7  administration instructions that you give
8  your patients when taking alendronate or
9  bisphosphonates in general --
10 MS. PALMESE: Objection to form.
11 BY MR. BARZOUKAS:
12 Q. Do you care whether they have
13 taken their last meal before they go to bed
14 before their take the medications?
15 MS. PALMESE: Objection to form.
16 THE WITNESS: In terms of the
17 drug being effective, the stomach
18 should be empty.
19 For most patients that is three
20 to four hours and for most patients a
21 breakfast dose of a pill would be
22 greater than three or four hours.
23 I tell the patients they should
24 have a full night of sleep and that
25 they should be taking the drug on an

**Page 68**

1  Markowitz
2  empty stomach.
3  I don't specify exactly how long
4  it should be from their dinner time nor
5  do I tell them when they should eat
6  dinner.
7  I tell them the stomach has to be
8  empty and it has to be taken the first
9  thing on arising.
10 BY MR. BARZOUKAS:
11 Q. It is your assumption that after
12 they wake up they take their pill, then
13 they wait for 30 minutes and then they
14 would eat, correct?
15 A. My assumption pretty much is as I
16 read it in the dosing instructions.
17 I don't tell them to eat an hour
18 afterwards but I tell them that the pill
19 needs to be taken on an empty stomach and
20 they need to take the correct amount of
21 water.
22 Q. But you also tell them that they
23 can eat 30 minutes after taking the pill,
24 correct?
25 MS. PALMESE: Objection to form.

Page 69

1  Markowitz
2  THE WITNESS: I don't specify
3  that.
4  BY MR. BARZOUKAS:
5  Q. Even though it is in the dosing
6     directions?
7  A. I read the dosing directions as
8     they are and I tell the patients to read
9     the dosing instructions.
10 Q. Which say they cannot eat for 30
11    minutes after taking the pill, correct?
12 A. Except for water.
13 Q. Wouldn't that mean they can eat
14    after 30 minutes?
15 A. You asked what I tell patients.
16 Q. Assume I am your patient and I
17    ask you, so, Doctor --
18 A. What my practice to do is to read
19    the dosing instructions as I read them to
20    you and to ask the patient -- you are
21    asking what I do in practice. That is what
22    I do.
23 Q. What if your patient asks the
24    doctor, does this mean that 30 minutes
25    after taking the tablet I can eat

Page 70

1  Markowitz
2  breakfast?
3  A. I would recommend that they wait
4     30 minutes to 45 minutes and then -- but
5     what I do is read them the instructions.
6  Q. If they ask pointedly you would
7     tell them that they can eat 45 minutes
8     after taking the tablet?
9  A. Yes.
10 Q. Now, was there any actual
11    clinical experience outside of studies
12    available with respect to risedronate in
13    1997?
14    MS. PALMESE: Objection to form.
15    THE WITNESS: The only
16    information that I was privy to was
17    from clinical studies. The doctors to
18    whom the drug was available that were
19    using it in studies or using it to
20    treat Paget's patients may have had
21    more experience with them and I assume
22    they had more experience to it than is
23    published and perhaps most likely had
24    drawn conclusions from that.
25    BY MR. BARZOUKAS:

Page 71

1  Markowitz
2  Q. So as of 1997 there was no data
3     other than data generated by sponsored
4     clinical studies with respect to the
5     administration of risedronate, correct?
6     MS. PALMESE: Objection to form.
7     Mischaracterizes --
8     THE WITNESS: The published data
9     that I have seen is all from either
10    clinical trials or from opinions of
11    experts in the field at symposia where
12    they are speaking about the drug.
13    BY MR. BARZOUKAS:
14 Q. Do you know when risedronate
15    started to be marketed commercially?
16 A. I did not know the exact date
17    speaking about the drug.
18 Q. Do you know whether it was
19    marketed commercially in 1997?
20 A. No. It was not commercially
21    available in 1997.
22 Q. There would not be any experience
23    in everyday clinical practice at that point
24    with risedronate, correct?
25    MS. PALMESE: Objection to form.

Page 72

1  Markowitz
2  THE WITNESS: For the vast
3  majority of doctors that is the case.
4  As I said, I believe the doctors
5  that were using these drugs may have
6  had the ability to use them in special
7  circumstances.
8  BY MR. BARZOUKAS:
9  Q. That would be within the context
10    of controlled clinical studies?
11 A. I don't have knowledge of them
12    doing otherwise but they may have been
13    using them otherwise.
14    All that I am aware of -- the
15    only data I am aware of is data from
16    clinical trials.
17    It is -- but I can't speak to how
18    people were using the drug before it was
19    made commercially available.
20 Q. This wouldn't be widely known,
21    correct?
22 A. Yes, not outside of that
23    community.
24 Q. What community are you referring
25    to?

Page 73

1  Markowitz
2  A. Endocrinologists actually
3     studying the drug who may have been using
4     it. They may have spoken amongst
5     themselves.
6  Q. When you say "using it," just to
7     clarify, this would be using it in the
8     context of sponsored clinical trials,
9     correct?
10    MS. PALMESE: Objection To form.
11    I am not sure --
12    THE WITNESS: I will state simply
13    my only knowledge of the usage of it,
14    the only usage of it I can speak to
15    that I am aware of from that time prior
16    to 1997 was in the published clinical
17    reports.
18    I can't speak to what people were
19    doing who had the drug available to
20    them but the majority of physicians did
21    not have it available to them so there
22    wasn't widespread use of it.
23    BY MR. BARZOUKAS:
24 Q. The same would hold true through
25    1999, correct?

Page 74

1  Markowitz
2  A. As I said, I don't know the
3     precise date that it was -- when it became
4     clinically available for use.
5     I think it was sometime around
6     1999 but I don't know exactly when that
7     was.
8  Q. If I would posit to you that it
9     was 2000 that would mean there was no
10    experience with using risedronate in
11    everyday clinical practice, correct?
12    MS. PALMESE: Objection to form.
13    THE WITNESS: If you mean
14    everyday clinical practice by the
15    majority of practicing physicians, I
16    would agree with that.
17    BY MR. BARZOUKAS:
18 Q. If you would turn to page 5 of
19    your expert report which is Exhibit Number
20    20, you say at the very first line that,
21    "Knowledgeable physicians would not have
22    ignored the alendronate experience in
23    assessing whether it would be safe to
24    administer an effective dose of risedronate
25    weekly or twice weekly."

Page 75

```
 1         Markowitz
 2     Do you see that?
 3  A. I do.
 4  Q. What do you mean by "would not
 5     have ignored?"
 6  A. For any drug, as I have stated
 7     before during this deposition, the most
 8     important data that a clinician has is the
 9     data using that particular drug in the
10     human population dosed in a way that is
11     most similar to what you are studying.
12     However, when there is an
13     enormous volume of human clinical data
14     using a related drug it is important to
15     some degree to take that into
16     consideration.
17     It doesn't mean you would make
18     the assumption that the two drugs would
19     behave entirely identically. You wouldn't
20     make that assumption.
21     They are two different drugs but
22     I wouldn't ignore the fact that this had
23     been the experience.
24  Q. Is this the same as saying the
25     physician would have considered the
```

Page 76

```
 1         Markowitz
 2     alendronate experience?
 3  A. It is very close to saying that.
 4  Q. What is the difference?
 5  A. I will say they are almost the
 6     same thing. Obviously, they are a
 7     different word and have subtly different
 8     meanings that I think we can both agree are
 9     not entirely identical on but I would say
10     it is something extremely similar.
11  Q. If we go to page 7 of your
12     report, you refer to Dr. Castell's
13     editorial and to pill esophagitis.
14     Do you see that?
15  A. I do.
16  Q. Why do you put pill esophagitis
17     within quotes?
18  A. Because he puts it in quotes in
19     his article.
20  Q. What does that usually mean to
21     you?
22  A. I think in this context he is
23     saying it is a proposed mechanism rather
24     than something proven.
25     As we said before, his language
```

Page 77

```
 1         Markowitz
 2     suggests that it is just a potential
 3     problem with alendronate, not a defined
 4     problem with alendronate, and he is
 5     suggesting that the most likely cause is
 6     pill esophagitis so I think as opposed to
 7     saying that he has drawn a firm conclusion
 8     that alendronate is caustic to the
 9     esophageal mucosa or that it clearly causes
10     esophageal injury or that that injury is
11     clearly caused by pill esophagitis, it is
12     just too preliminary to say that, so he is
13     suggesting this is the likely cause.
14  Q. On page 8 I believe you are
15     giving your opinion in the very first full
16     paragraph, right?
17     MS. PALMESE: Objection to form.
18     THE WITNESS: Could you repeat
19     the question?
20     BY MR. BARZOUKAS:
21  Q. In the first paragraph, full
22     paragraph on page 8 you give your opinion,
23     correct?
24  A. Yes.
25  Q. You put "pill esophagitis" within
```

Page 78

```
 1         Markowitz
 2     quotation marks there.
 3     Why did you put "pill
 4     esophagitis" within quotation marks?
 5  A. I put it in quotation marks
 6     because I felt it was the prevalent theory
 7     at the time.
 8     I didn't feel it was something
 9     proven. I didn't think that all 51 cases
10     that were reported, as small an incidence
11     as that was, as low an incidence as that
12     was, I didn't think that all of those were
13     due to the alendronate.
14     So I wasn't entirely certain that
15     alendronate was always the cause of the
16     injury.
17     But I felt that if that injury
18     did occur all data pointed to the fact that
19     this was the most likely mechanism.
20     I left it in quotations as
21     Castell did because I felt it was the, far
22     and away, the most likely mechanism but not
23     something that had been entirely
24     established.
25  Q. I am going to hand you what has
```

Page 79

```
 1         Markowitz
 2     been marked as Plaintiff's Deposition
 3     Exhibit Number 24.
 4     (Plaintiffs' Exhibit 24 marked
 5     for identification)
 6     BY MR. BARZOUKAS:
 7  Q. Do you recognize this document?
 8  A. I recognize this document as
 9     being the package instructions in the 2002
10     PDR.
11  Q. Could you tell me what the PDR
12     is?
13  A. It is -- the Physicians' Desk
14     Reference is basically just a compilation
15     of package instructions that are combined
16     for all prescription drugs.
17     So this is basically the same
18     thing you would be getting in the package
19     that you picked up from the pharmacy in
20     reference to the drug.
21  Q. If you would turn to page 2098
22     and take a look at the section that is
23     labeled Warnings?
24  A. I see it.
25  Q. If you want to take a minute and
```

Page 80

```
 1         Markowitz
 2     read it?
 3     What type of injuries are
 4     discussed in this section of the Fosamax
 5     insert in the PDR under Warnings?
 6     MS. PALMESE: I am just going to
 7     place an objection before you answer.
 8     Again, I don't see the relevance
 9     of this to this case. This relates to
10     alendronate, the 2002 PDR.
11     I will ask you to move on.
12     THE WITNESS: They use the term
13     "possible irritant effect." They don't
14     draw a conclusion and the first set of
15     comments that they make likely refer to
16     the De Groen article.
17     They also don't draw a clear
18     conclusion that the Fosamax was
19     causative. They just raise the
20     possibility and that it has been
21     reported and they there recommend that
22     patients -- as they say it is very
23     important that the full dosing
24     instructions are provided to and
25     understood by the patient and that it
```

Page 81

```
 1       Markowitz
 2   not be given to patients who can't
 3   understand or comply and that it also
 4   should not be given to patients who you
 5   suspect they might be at risk for pill
 6   esophagitis.
 7       They also comment in the very
 8   last paragraph that there have been
 9   reports of gastric and duodenal ulcers
10   but they say when controlled clinical
11   trials were performed they didn't see
12   any increased risk.
13       Again we are looking at a
14   medication that at this point has
15   probably been given to many millions of
16   patients so it would not be surprising
17   that a fair percentage of them had
18   ulcers some of which were serious.
19       BY MR. BARZOUKAS:
20 Q. Is it fair to say that the
21   injuries discussed in this Warnings section
22   are the injuries we saw in the De Groen
23   article, the severe esophageal and upper GI
24   injuries?
25       MS. PALMESE: Objection to form.
```

Page 82

```
 1       Markowitz
 2       THE WITNESS: They don't cite
 3   their source here but it appears to me
 4   that they are relating the experience
 5   reported in the De Groen article.
 6       BY MR. BARZOUKAS:
 7 Q. The types of injuries that are
 8   described here are the types of injuries
 9   that are described in the De Groen article,
10   correct?
11       MS. PALMESE: Objection to form.
12       THE WITNESS: It appears to me
13   that they are citing that article
14   without actually citing it but they are
15   making reference to that.
16       I think we are agreeing on that.
17       BY MR. BARZOUKAS:
18 Q. If you would go back to
19   Deposition Exhibit Number 21, that is the
20   Liberman letter in the New England Journal
21   of Medicine that appeared along with the De
22   Groen article, correct?
23 A. Yes.
24 Q. Could you tell me what types of
25   injuries this article addresses?
```

Page 83

```
 1       Markowitz
 2 A. This --
 3       MS. PALMESE: Feel free to read
 4   through it.
 5       THE WITNESS: I will take a
 6   minute to read it. Thank you.
 7       Could you repeat your question
 8   please?
 9       BY MR. BARZOUKAS:
10 Q. What type of injuries is this
11   letter dealing with?
12 A. This is obviously a response to
13   the De Groen article in the same issue of
14   the New England Journal of Medicine so it
15   is a response to the injuries that he
16   reported there.
17       Dr. Liberman had published in
18   November 1995 a very important dose ranging
19   study of close to 1,000 patients where it
20   looked at 5, 10 and 20 milligram tablets of
21   alendronate and also a placebo group.
22       Interestingly he makes the
23   comment that in all four treatment groups,
24   ranging from placebo to 20 milligrams,
25   there was no difference in the adverse
```

Page 84

```
 1       Markowitz
 2   event profile in any of the groups and they
 3   are even seen in 15 to 18 percent of the
 4   placebo group as well as alendronate
 5   groups.
 6       If you restrict yourself to
 7   serious or severe side effects you see them
 8   occurring in the placebo group as well as
 9   in the treated group so this just points
10   out whenever you have an event, even if it
11   is a serious or severe one, particularly if
12   it is a mild one, the patient may just
13   coincidentally be taking the drug or the
14   placebo so you cannot assume it is
15   causative.
16       Their conclusion towards the
17   bottom of the page was, "We thus found no
18   evidence of an increased incidence of
19   serious or severe adverse esophageal
20   effects amongst patients taking alendronate
21   as compared with those taking placebo in
22   the three-year osteoporosis studies.
23   "There are several reasons why we
24   didn't detect the increase in severe
25   adverse esophageal effects in our placebo
```

Page 85

```
 1       Markowitz
 2   controlled trials. These effects occur in
 3   a small number of patients. The trial
 4   participants tend to have fewer co-existing
 5   conditions, and, most importantly," as I
 6   have emphasized as well, "there was good
 7   follow up with and frequent enforcement as
 8   to dosing."
 9       Their recommendation: "We
10   therefore recommend strict adherence to the
11   current dosing instructions."
12 Q. Is it your opinion that the upper
13   gastrointestinal irritation that Liberman
14   observed during these studies is unrelated
15   to the more serious upper gastrointestinal
16   side effects and esophageal effects that we
17   see in the De Groen study and post launch?
18       MS. PALMESE: Objection to form.
19       THE WITNESS: When you say
20   "irritation," I assume you mean
21   patients' report of GI symptoms?
22       BY MR. BARZOUKAS:
23 Q. Yes.
24 A. Since they are similar to the
25   placebo group, essentially identical to the
```

Page 86

```
 1       Markowitz
 2   placebo group in 5, 10 and 20 milligrams, I
 3   would assume most likely that those
 4   complaints are just background complaints
 5   and that they are not related to the use of
 6   alendronate. That is why we used placebo
 7   arms in drug studies.
 8 Q. If we go to page 5 of your report
 9   under section C1, you say that, "By mid
10   1997 a physician would be aware of two
11   types of adverse gastrointestinal events
12   associated with alendronate," correct?
13 A. That is correct.
14 Q. You say, "First would be mild and
15   reversible non-specific gastrointestinal
16   side effects," correct?
17 A. Correct.
18 Q. And the second would be the
19   severe esophageal events which were
20   reported post launch, correct?
21 A. Correct.
22 Q. Let's take the first one, what
23   you refer to as mild and reversible
24   non-specific gastrointestinal side effects.
25   What are you referring to by
```

Page 87

```
 1         Markowitz
 2     that?
 3  A. I would first like to make it
 4     clear I said associated, not caused by.
 5     When they do clinical trials as
 6     we see even placebos are associated with
 7     both severe and mild side effects, not
 8     caused by but associated with.
 9     So by mild I am referring to any
10     report by the patient that they have GI
11     distress but it is not severe or serious
12     enough that the physician recommends
13     discontinuation of the drug, that the
14     patient needs to be hospitalized or
15     obviously that the patient is deceased or
16     ends up with any long term sequelae of the
17     experience.
18  Q. What do you refer to when you say
19     "severe esophageal events which had been
20     reported post the launch?"
21  A. The serious and severe ones that
22     I am referring to are precisely the ones in
23     the De Groen articles and in the few case
24     studies that came out about that time.
25  Q. Those would be the same ones that
```

Page 88

```
 1         Markowitz
 2     are listed in the warnings section of the
 3     PDR?
 4  A. Yes, that is correct.
 5     MS. PALMESE: Objection to form.
 6     BY MR. BARZOUKAS:
 7  Q. You also state in that same
 8     paragraph, and I will read your statement,
 9     "Furthermore, there is no evidence that
10     such events are dose dependent."
11     What events are you referring to
12     there?
13  A. The severe esophageal events. So
14     the sentence before that, "The severe
15     esophageal events were extremely rare and
16     as discussed below were determined to be
17     due mainly to improper administration and
18     most likely the result of pill esophagitis.
19     Furthermore there is no evidence that such
20     events," again the severe esophageal events
21     "are dose dependent."
22  Q. That is your opinion?
23  A. That is my opinion and I think it
24     is clearly what the literature at that time
25     shows.
```

Page 89

```
 1         Markowitz
 2  Q. Let's go back to you referenced
 3     the mild and reversible non-specific
 4     gastrointestinal side effects.
 5     Can you list for me those side
 6     effects?
 7     MS. PALMESE: Objection to form.
 8     THE WITNESS: I think if we look
 9     at the, probably the Liberman article
10     he might list it.
11     Generally it is mild upper
12     abdominal pain, nausea, dyspepsia,
13     heartburn and what Liberman writes in
14     his letter to the editor in October of
15     1996 in the issue with the De Groen
16     article, he writes, "According to the
17     intensity of the effect and its
18     influence on the patient's
19     functioning."
20     BY MR. BARZOUKAS:
21  Q. Are these mild non-specific
22     gastrointestinal side effects dose related?
23  A. I do not believe that has been
24     demonstrated.
25     De Groen clearly points out -- De
```

Page 90

```
 1         Markowitz
 2     Groen has far and away the largest study,
 3     994 patients.
 4     He points out that -- look at
 5     placebo, 5 milligrams, 10 milligrams and 20
 6     milligrams -- that the dose of the drug
 7     doesn't appear to have any bearing on the
 8     incidence of adverse events and he refers
 9     to the drugs as safe and well tolerated.
10  Q. You said De Groen. Did you mean
11     to say --
12  A. I meant to say Liberman, yes.
13  Q. Is it your opinion that these
14     mild non-specific gastrointestinal side
15     effects are not dose related?
16  A. I -- my reading of the literature
17     and my belief is, no, they are not; that it
18     is safe and well tolerated.
19  Q. Is it also your opinion that
20     these mild non-specific gastrointestinal
21     side effects are not related to the severe
22     esophageal events?
23  A. I am sorry. Repeat the question.
24  Q. It is also your opinion that
25     these mild and reversible non-specific
```

Page 91

```
 1         Markowitz
 2     gastrointestinal side effects are not
 3     related to the severe esophageal events?
 4  A. I believe they are two entirely
 5     separate things that need to be looked at
 6     differently.
 7     I believe the severe events are
 8     extraordinarily rare as opposed to the mild
 9     events which are common even in the placebo
10     group.
11     I believe these extraordinarily
12     rare severe events are caused by the pill
13     esophagitis mechanism.
14     The mild events, adverse events,
15     appear to be similar to placebo so the
16     significance of the events and how they are
17     related to alendronate, I don't think
18     anybody can be certain of, and I have seen
19     no author drawing any conclusions about
20     them.
21  Q. Would you agree with the
22     statement that bisphosphonates have a side
23     effect of upper gastrointestinal
24     irritation?
25     MS. PALMESE: Objection to form.
```

Page 92

```
 1         Markowitz
 2     THE WITNESS: I believe I did
 3     answer this.
 4     I would not make a sweeping
 5     category about a class of drugs. I
 6     view each individual drug based on its
 7     own merits, efficacy profile and side
 8     effect profile.
 9     BY MR. BARZOUKAS:
10  Q. Would you agree with the
11     statement that alendronate has a side
12     effect of upper gastrointestinal
13     irritation?
14     MS. PALMESE: Objection to form.
15     THE WITNESS: We discussed case
16     reports today where alendronate has
17     been associated but not clearly shown
18     to be causative of severe esophageal
19     injury.
20     The data I have seen in terms of
21     mild GI side effects that it is
22     associated with seems identical to
23     placebo.
24     So I would say a placebo is
25     associated as well as the doses of
```

Page 93

```
 1        Markowitz
 2   alendronate that have been studied.
 3   BY MR. BARZOUKAS:
 4 Q. Is the belief that you just
 5   stated relevant to your opinion that
 6   physicians would not have been disinclined
 7   to increase their dose of bisphosphonates
 8   to patients?
 9   MS. PALMESE: Objection to form.
10   I think you are misrepresenting
11   the opinion when you are putting
12   bisphosphonates in there.
13   THE WITNESS: Can I ask you to
14   clarify the question?
15   BY MR. BARZOUKAS:
16 Q. Sure.
17   Is that belief you just stated
18   relevant to your opinion first that
19   physicians would have been disinclined to
20   increase the doses of alendronate given to
21   patients?
22   MS. PALMESE: Objection to form.
23   I don't believe he gave that opinion in
24   his expert report.
25   THE WITNESS: My opinion that
```

Page 94

```
 1        Markowitz
 2   mild GI adverse events are the same in
 3   alendronate versus placebo, is that the
 4   opinion you are talking about?
 5   BY MR. BARZOUKAS:
 6 Q. I asked you -- we can go back to
 7   it.
 8 A. I am sorry. I don't recall what
 9   you are asking.
10 Q. We will go back to it.
11   Would you -- do you agree that
12   alendronate causes upper gastrointestinal
13   irritation?
14   MS. PALMESE: Objection to form.
15   He has already answered that.
16   THE WITNESS: There is a very low
17   incidence reported of severe esophageal
18   adverse events with use of alendronate.
19   It is not clear that it is the
20   cause of that but the possibility
21   exists and it seems if it is the cause
22   it goes through an esophageal -- rather
23   a pill esophagitis mechanism.
24   In terms of milder GI
25   intolerances, as I have said, none of
```

Page 95

```
 1        Markowitz
 2   the studies that I have looked at, and
 3   I believe I reviewed all available
 4   studies, demonstrate that these are
 5   caused by alendronate in any dose.
 6   They appear to be similar in
 7   frequency to that seen in placebo.
 8   BY MR. BARZOUKAS:
 9 Q. If we turn to page 10 of your
10   report, actually turn to page 9, the
11   carryover paragraph, you say, "Furthermore
12   I am unaware of any evidence demonstrating
13   that the incidence of esophageal adverse
14   events due to the administration of the
15   bisphosphonates alendronate is dose
16   dependent."
17   Do you see that?
18 A. I do.
19 Q. Is that your opinion today?
20 A. Yes.
21 Q. Does that opinion form the basis
22   or form part of the basis of your opinion
23   that physicians would not be disinclined to
24   increase the doses of either alendronate or
25   risedronate to patients -- that they were
```

Page 96

```
 1        Markowitz
 2   giving to patients?
 3   MS. PALMESE: Objection to form.
 4   THE WITNESS: My opinion is based
 5   on the concern in 1996, 1997 after this
 6   De Groen article came out about serious
 7   GI intolerance.
 8   That is what the concern was at
 9   the time.
10   There would have been much less
11   concern about a doctor in terms of a
12   mild reversible GI intolerance in terms
13   of teaching them against prescribing a
14   drug so what I -- my opinion is
15   primarily focused on the serious and
16   severe and potentially irreversible
17   side effect that we talked about when
18   we read the De Groen article.
19   It is based on how rarely that
20   occurs and that that type of toxicity
21   appears to follow a pill esophagitis
22   mechanism.
23   BY MR. BARZOUKAS:
24 Q. Do you believe -- do you mean by
25   that that the mild non-specific upper
```

Page 97

```
 1        Markowitz
 2   gastrointestinal side effects are dose
 3   related?
 4   MS. PALMESE: Objection to form.
 5   THE WITNESS: No. That is not
 6   what I mean.
 7   You asked me how I formed my
 8   opinion. I stated and I believe that
 9   those mild symptoms are not dose
10   related and that there has been no data
11   where an author draws a conclusion that
12   they are and there are many conclusions
13   where they -- there are many papers
14   where they draw the clear conclusion
15   that they believe the drugs are safe
16   and well tolerated.
17   BY MR. BARZOUKAS:
18 Q. Would you agree with the
19   statement that lower doses of alendronate
20   would result in less upper gastrointestinal
21   mucosal irritation?
22   MS. PALMESE: Objection to form.
23   Again, the relevance of this is
24   questionable.
25   THE WITNESS: I believe I have
```

Page 98

```
 1        Markowitz
 2   already stated that the big Liberman
 3   study looking at 20 milligrams of
 4   alendronate shows a safety profile and
 5   a tolerability profile that is
 6   essentially identical to placebo.
 7   BY MR. BARZOUKAS:
 8 Q. My question to you is: Would you
 9   agree with the statement that lower doses
10   of alendronate would result in less upper
11   gastrointestinal mucosal irritation?
12 A. Placebo in terms of -- in terms
13   of the biggest study available, placebo and
14   five milligrams were tolerated as well and
15   no better than the 20 milligram dose so I
16   would say your definition of irritation
17   before was GI -- mild GI symptoms and the
18   reported incidence of those in the biggest
19   study done was that they were identical.
20 Q. Is your answer that you would not
21   agree with that statement?
22   MS. PALMESE: Objection to form.
23   If you have to hear the statement again
24   feel free to ask for that.
25   THE WITNESS: The incidence of
```

Page 99

```
 1        Markowitz
 2   mild adverse GI events when studied
 3   with alendronate 20 milligrams a day is
 4   the same as placebo or 5 milligrams.
 5   BY MR. BARZOUKAS:
 6 Q. What if we were talking about a
 7   70 milligrams dose of alendronate?  Would
 8   the statement then that lower dosing of
 9   alendronate would result in less
10   gastrointestinal mucosal irritation be true
11   or false?
12        MS. PALMESE:  Objection again.
13   I believe this is whole line of
14   questioning is irrelevant.  We are
15   talking about alendronate in this
16   litigation.
17        THE WITNESS:  There is no data
18   where an author draws a conclusion that
19   40 milligrams or 70 milligrams or 80
20   milligrams has a higher incidence of
21   adverse GI events and that includes
22   studies where they have looked at many
23   Pagetic patients taking 40 milligrams
24   daily and even looked at Pagetic
25   patients taking 80 milligrams daily.
```

Page 100

```
 1        Markowitz
 2   That is an 80 milligrams daily
 3   dose, not a 70 milligram weekly dose.
 4   BY MR. BARZOUKAS:
 5 Q. Does that mean you disagree with
 6   the statement I just read to you?
 7 A. My statement is as of 1997 this
 8   had been looked at and there was no data to
 9   suggest that the tolerability or safety of
10   40 or 80 milligrams of alendronate, that
11   the dose made any difference.
12 Q. How about as of 1998?
13 A. There is no data to my knowledge
14   that demonstrated that either.
15 Q. How about as of 1999?
16 A. I am not aware of any study that
17   shows alendronate at any dose has a lower
18   safety and tolerability profile.
19 Q. How about as of 2000?
20 A. I am not aware of any published
21   paper, data, that shows that.
22 Q. Would the same hold true through
23   today?
24 A. You can say, I am not aware of
25   any data that -- where the authors conclude
```

Page 101

```
 1        Markowitz
 2   or feel they have demonstrated that
 3   alendronate at any dose used in their study
 4   is less safe and effective, less safe and
 5   less well tolerated than lower doses or
 6   placebo.
 7 Q. As of 1997 would you agree with
 8   the statement that large doses of
 9   alendronate have the potential of
10   exacerbating the upper gastrointestinal
11   side effects?
12        MS. PALMESE:  Objection to form.
13        THE WITNESS:  As of 1997 the drug
14   had been well studied and there was no
15   evidence and no authors to my knowledge
16   drew the conclusion that higher doses
17   of alendronate resulted in increased
18   incidence or severity of GI
19   intolerance.
20   BY MR. BARZOUKAS:
21 Q. So would that mean you disagree
22   with that statement?
23 A. I think my statement was
24   self-explanatory.
25   There was no evidence that higher
```

Page 102

```
 1        Markowitz
 2   doses were not well tolerated.
 3        MS. PALMESE:  Objection to form.
 4   BY MR. BARZOUKAS:
 5 Q. Does that mean you disagree with
 6   the statement I just stated to you?
 7 A. Please repeat my statement.
 8        MS. PALMESE:  Objection to form.
 9   He already asked and answered the
10   statement.
11        THE WITNESS:  You can repeat your
12   statement.
13   BY MR. BARZOUKAS:
14 Q. As of 1997 there would be a
15   belief that --
16 A. As of 1997?
17 Q. As of 1997 there was a belief
18   that large doses of alendronate had the
19   potential of exacerbating the upper
20   gastrointestinal side effects?
21        MS. PALMESE:  Objection to form.
22   It is vague.
23        THE WITNESS:  The question,
24   number one, doesn't separate out the
25   serious and severe from the mild but
```

Page 103

```
 1        Markowitz
 2   most people skilled in the art who are
 3   familiar with the literature were aware
 4   of the conclusions of the authors
 5   looking at both the osteoporotic
 6   subjects and the osteoporotic doses and
 7   the Pagetic doses, that these drugs
 8   appeared to be safe and well tolerated
 9   in all doses studied.
10   BY MR. BARZOUKAS:
11 Q. Would you, under any circumstance
12   with respect to any of the side effects
13   referenced, would you agree with the
14   statement I read, I just asked you?
15        MS. PALMESE:  Objection to form.
16   Could you repeat the statement?
17        THE WITNESS:  I do not feel that
18   any GI adverse event, serious, severe
19   or mild, was demonstrated by any of the
20   authors or concluded by any of the
21   authors to occur in a dose dependent
22   fashion.
23   BY MR. BARZOUKAS:
24 Q. Would you agree -- let me ask you
25   then.
```

Page 104

```
 1        Markowitz
 2   That would hold true from 1997
 3   through today; is that correct?
 4 A. There are no papers that I am
 5   aware of, yes.
 6 Q. Now, would you agree that
 7   bisphosphonates such as alendronate and
 8   risedronate suffer from side effects that
 9   consist of causing upper gastrointestinal
10   mucosal irritation?
11        MS. PALMESE:  Objection to form.
12        THE WITNESS:  If you have a
13   question about alendronate or
14   risedronate I can answer those
15   specifically.
16   You have asked me about the whole
17   class of drugs, the variety of
18   different drugs.  They behave
19   differently in how effective they are
20   and how well tolerated they are.
21   BY MR. BARZOUKAS:
22 Q. Do you disagree that
23   bisphosphonates as a group have the side
24   effect of upper GI mucosal irritation?
25        MS. PALMESE:  Objection to form.
```

Page 105

1   Markowitz
2   THE WITNESS: I think it is too
3   broad a statement to respond to.
4   I think, especially when you look
5   at the clinical miles, you have to look
6   at a specific drug, you have to look at
7   it in human beings and you have to look
8   at it somewhere near the doses being
9   studied.
10  BY MR. BARZOUKAS:
11  Q. Do you have an opinion as to
12     whether bisphosphonates as a group have the
13     side effect of causing upper
14     gastrointestinal mucosal irritation?
15  MS. PALMESE: Objection to form.
16  THE WITNESS: My opinion are
17  bisphosphonates are -- the
18  bisphosphonate group is composed of
19  varied compounds which behave
20  differently and I would not make a
21  generalization about the entire class
22  but I would comment specifically on the
23  individual drugs.
24  BY MR. BARZOUKAS:
25  Q. Do you agree that risedronate

Page 106

1   Markowitz
2     suffers from the side effect of causing
3     upper gastrointestinal mucosal irritation?
4   MS. PALMESE: Objection to form.
5   Vague.
6   THE WITNESS: In the studies that
7   I have read dealing with risedronate
8   they show a safety and tolerability
9   profile similar to that of placebo.
10  BY MR. BARZOUKAS:
11  Q. The answer would be you would not
12     agree with that statement?
13  MS. PALMESE: Objection to form.
14  THE WITNESS: I think my answer
15  is the one I have given.
16  BY MR. BARZOUKAS:
17  Q. Do you agree -- do you accept
18     that statement or do you not accept that
19     statement?
20  MS. PALMESE: Objection to form.
21  THE WITNESS: Repeat the
22  question.
23  BY MR. BARZOUKAS:
24  Q. Risedronate suffers from the side
25     effect of causing upper gastrointestinal

Page 107

1   Markowitz
2     mucosal irritation?
3   MS. PALMESE: Objection to form.
4   Vague and ambiguous.
5   THE WITNESS: All of the data
6   that I have read shows that it has a
7   tolerability and safety profile that is
8   the same as placebo.
9   BY MR. BARZOUKAS:
10  Q. Do you accept the statement I
11     just gave you?
12  MS. PALMESE: Objection to form.
13  Asked and answered.
14  If you need the question read
15  again let me know.
16  THE WITNESS: Please ask me the
17  question again.
18  MR. BARZOUKAS: Let's take a 30
19  second break to change the tape.
20  THE VIDEOGRAPHER: Off the video
21  record.
22  MS. PALMESE: Why don't we take a
23  break now?
24  MR. BARZOUKAS: You want to take
25  an hour break?

Page 108

1   Markowitz
2   MS. PALMESE: Ten minute break
3   now and I thought we would break at a
4   quarter of 1:00 or 1:00 for lunch.
5   MR. BARZOUKAS: Okay. I just
6   want to make sure that the witness does
7   not discuss his testimony especially
8   since we have a pending question.
9   MS. PALMESE: Finish the
10  question.
11  THE WITNESS: Change the tape.
12  THE VIDEOGRAPHER: We are off the
13  video record at 11:53 a.m.
14  (Pause)
15  THE VIDEOGRAPHER: Back on the
16  video record at 11:54 a.m.
17  BY MR. BARZOUKAS:
18  Q. What I was asking you is whether
19     you accept the following statement:
20     Alendronate suffers from the side effect of
21     causing upper gastrointestinal mucosal
22     irritation.
23  MS. PALMESE: Objection to form.
24  Again it is a vague and overbroad
25  statement.

Page 109

1   Markowitz
2   THE WITNESS: I would say I don't
3   feel it has been demonstrated in
4   clinical studies that it does.
5   BY MR. BARZOUKAS:
6   Q. In other words, you do not accept
7     that statement?
8   MS. PALMESE: Objection to form.
9   Mischaracterization.
10  THE WITNESS: As you have
11  precisely stated it I don't accept
12  that.
13  MR. BARZOUKAS: Do you want to
14  take a ten-minute break?
15  THE VIDEOGRAPHER: We are off the
16  video record at 11:55 a.m.
17  (Recess)
18  THE VIDEOGRAPHER: We are back on
19  the video record at 12:16 p.m.
20  BY MR. BARZOUKAS:
21  Q. Dr. Markowitz, I was going to ask
22     you again if you would turn to your report
23     and turn to page 12?
24     You state that, "Merck's dog
25     studies were irrelevant and not

Page 110

1   Markowitz
2     unexpected."
3     The results of the Merck dog
4     studies were irrelevant and not unexpected.
5     What do you mean by that?
6   A. This is looking at -- primarily
7     at the drug alendronate and the point I was
8     making, obviously animal studies are used
9     in research in preclinical studies but when
10    we are trying to get the best data
11    available, that going to be data using
12    human subjects, and when looking at the
13    question as to whether or not drugs such as
14    alendronate could be used on a weekly basis
15    at 70 milligrams you would try to look at
16    something in the human model and
17    fortunately when that decision was being
18    made about alendronate there was already a
19    wealth of human data.
20    I mentioned a study where they
21    looked at doses of 80 milligrams a day, a
22    study done by Reid, many studies looking at
23    alendronate, 40 milligrams per day, and I
24    felt that those were so much more relevant
25    and there was such a wealth of data that

Page 111

Markowitz
they made this dog data irrelevant in that context.
Q. The studies you mentioned with 80 and 40 milligrams, were those of osteoporotic patients?
A. That was a study done by Reid looking at patients with Paget's Disease.
Q. As you understand it the treatments we were talking about with once weekly alendronate and once weekly risedronate are osteoporotic patients; is that correct?
A. Yes, that is correct.
Q. What do you understand the value of animal models to be?
A. Animal models --
MS. PALMESE: Objection to form.
THE WITNESS: -- are useful in a variety of ways of doing drug studies but they are very different than clinical studies.
The model has to be well validated and a lot of caution needs to be taken in terms of translating the

Page 112

Markowitz
results you get from animal models to human models.
When there is no clinical data available and you want to study things like pharmacokinetics animal studies become very useful.
When you want to see how effective and safe a drug is that is going to depend on clinical models.
MR. BARZOUKAS: Can you re-read the answer please.
(Record read)
BY MR. BARZOUKAS:
Q. Why do you say you can do it for pharmacokinetics?
A. You still would not assume that the model equates that in human beings, but how a drug is absorbed and how it gets into the blood stream, you are going to at least have some experience with it by using it in animals.
You also might look at some properties of how effective it is, and how well tolerated, but that data would all be

Page 113

Markowitz
much less value than clinical data.
Q. Isn't it true also with respect to injury and side effects you would get some information from animals?
A. You might get some information but all this depends on how good the model is.
The same would go with pharmacokinetics. If you used an animal model where the digestive tract is different we know the model hasn't been validated to be similar to humans beings, that would be one story, but if you have a well-validated model where you know that that animal tends to have certain characteristics that are very similar to the human being you would get some information from it.
Again you would always use caution in interpreting that in a clinical context.
Q. How do you validate an animal model?
A. If you have a model that has been

Page 114

Markowitz
well designed that you feel duplicates it then you need to study it and see how good the predictions are.
So if you studied something in an animal and you have shown that whenever in that particular animal when the drug is given in a particular way it predicts the experience in human beings then that is considered well validated.
So if you took an animal and you gave it a drug and it was toxic in that animal but in human beings it did not have that effect at all you would not have validated it. It would be a poor model.
If, on the other hand, you take a compound and it causes the exact same toxicity when given in the exact same way you would say it is a validated model.
That doesn't mean even in a validated model that approaches clinical data but it would be helpful.
Q. Is this some formal process of validation?
A. I don't know if there is a formal

Page 115

Markowitz
process. People are always cautious when looking at animal models and look to see how well it duplicates the human experience, the clinical experience and they try to make sure if they are going to draw any conclusions that there has been some validation of the model.
Q. How would you validate a pharmacokinetic model?
MS. PALMESE: Objection to form.
THE WITNESS: If -- again I am not a pharmacologist. I don't know exactly how they do validate it.
I assume they try to find an animal where generally drugs are absorbed and behave in a way that one can make predictions on it.
I am not a pharmacologist. I don't do animal research but I would only assume that the people that do that research don't just randomly take an animal with a drug and assume they will have reliable results.
BY MR. BARZOUKAS:

Page 116

Markowitz
Q. Can you give me -- what would you think would be a way to validate such a model?
MS. PALMESE: Objection to form. Speculative.
He already testified he is not an expert in this.
MR. BARZOUKAS: He has given opinions with respect to dog studies.
MS. PALMESE: He has already told you this would be speculation and that he is not an expert in pharmacology.
THE WITNESS: My opinion on the dog study was not an opinion based on pharmacokinetic data.
Also it was based on being irrelevant as an opinion of an physician dealing with a wealth of clinical data.
I felt in light of the clinical data that these dog studies were not relevant and I also felt the way the studies were conducted, just the basic design of the study in terms of looking

Page 117

1        Markowitz
2    at something that probably followed a
3    pill esophagitis mechanism, that they
4    would not be helpful or useful.
5        BY MR. BARZOUKAS:
6  Q. The studies turned out to be
7    right, though, correct?
8        MS. PALMESE: Objection to form.
9    Mischaracterization.
10       THE WITNESS: I don't think the
11   studies in any way represented the
12   human experience.
13   So I don't know what you mean by
14   "right," but I don't think they provide
15   useful information about what the
16   potential toxicity is.
17   Certainly when you look at these
18   groups they reliably cause esophageal
19   toxicity and there is no dose studied
20   in human beings where it even
21   frequently causes toxicity.
22       BY MR. BARZOUKAS:
23 Q. So it is important for animal
24   models to replicate the human experience?
25       MS. PALMESE: Objection to form.

Page 118

1        Markowitz
2    Is that a question?
3        MR. BARZOUKAS: Yes.
4        THE WITNESS: I would go back to
5    my prior statement saying it is very
6    important that one be cautious in how
7    you interpret animal studies and apply
8    them in clinical situations.
9    There are many ways doctors and
10   scientists get useful information.
11   Certain types of information is more
12   reliable, more useful.
13   Animal data is never as reliable
14   and useful as human data.
15   You also have to be cautious that
16   the model is an accurate one but that
17   doesn't mean that you disregard animal
18   data, that it is intrinsically not
19   useful, but you have to interpret it in
20   the context of available clinical data
21   and you also have to be cautious in the
22   conclusions you draw from it.
23       BY MR. BARZOUKAS:
24 Q. You also mentioned that the
25   animal model should replicate the human

Page 119

1        Markowitz
2    experience.
3    What do you mean by that?
4  A. I said in making clinical -- in
5    drawing clinical interpretations of it you
6    have to look at how well it replicates the
7    human experience.
8    If you are looking at the safety
9    of taking a drug in a pill form you have to
10   see, is that how it was done in the study.
11   Also, obviously in a dog, these
12   were anesthetized dogs kept supine given
13   the liquid form of the pill.
14   These are all things that it is
15   so difficult to compare to human beings in
16   an upright position taking the pill
17   according to package instructions.
18   So I think this model is so
19   dissimilar to the human experience that one
20   couldn't draw useful clinical conclusions
21   from it.
22 Q. Let's go back to the issue of
23   validating an animal model.
24 A. Yes.
25 Q. Again, you seem to make a

Page 120

1        Markowitz
2    distinction with respect to models used for
3    pharmacokinetics and I want to flesh that
4    out.
5    How would you validate a
6    pharmacokinetic model?
7        MS. PALMESE: Objection to form.
8    I think we have been through this.
9        THE WITNESS: I am not an expert
10   on animal studies and I am not an
11   expert on pharmacokinetics.
12   I just know that animal models
13   are frequently used for that before
14   they use them in human beings but I do
15   not know how they arrange those models
16   or validate them.
17       BY MR. BARZOUKAS:
18 Q. Aren't you also familiar with the
19   fact that animal models are also used for
20   safety studies?
21 A. Animal models are used for safety
22   studies in the cosmetic industry, they are
23   used frequently; my assumption, though I do
24   not know how they carry out those models
25   and how they design those experiments.

Page 121

1        Markowitz
2    I would assume that something has
3    been done where they have shown that that
4    is predictive of problems that are likely
5    to occur in human beings.
6    I would also guess that there are
7    other models using perhaps a different type
8    of animal or animal tested in a different
9    way where they have seen that the
10   conclusions haven't been fruitful, helpful
11   or predictive.
12 Q. Now my question was animal models
13   are also frequently used in the
14   pharmaceutical industry for safety studies
15   of drugs, correct?
16       MS. PALMESE: Objection to form.
17       THE WITNESS: That is correct.
18   My objection was not against all
19   animal research in terms of drug safety
20   and efficacy.
21   It was aimed at these particular
22   dog studies especially in the light of
23   an abundance of clinical data.
24   Even if we take the example of
25   the pharmaceutical industry, if they

Page 122

1        Markowitz
2    found that a drug or rather a cosmetic
3    appeared to be safe when tested on
4    rabbits but the human experience was
5    otherwise they would use the human
6    experience in terms of making
7    predictions.
8        BY MR. BARZOUKAS:
9  Q. Do you contend that there is a
10   wealth of data over using 70 milligrams of
11   alendronate in osteoporotic patients?
12 A. There was a wealth of data using
13   alendronate in human subjects. There were
14   over half a million people that had taken
15   the drug.
16   That was far more relevant --
17   these dogs are not being given 70
18   milligrams of alendronate weekly.
19   We don't know how the dose that
20   they are being given and in the form and
21   way they are given it at all would relate
22   to taking a pill form at any dose at any
23   frequency.
24   So the data we have in human
25   subjects is much closer to a 70 milligram

Page 123

```
 1      Markowitz
 2  weekly dose.
 3      As a matter of fact we do have
 4  people taking 80 milligrams, and many, many
 5  patients, over 5,000 patients, taking 40
 6  milligrams of alendronate daily.
 7      That in my mind, and I believe
 8  the mind of any scientist or physician
 9  looking at what is available, would be much
10  more pertinent than this set of dog studies
11  to a 70 milligram weekly alendronate dose.
12  Q. Was that in the context of
13     treatment of osteoporosis?
14  A. As I said before the 40 milligram
15     and 80 milligram dose were Pagetic patients
16     but I think any scientist would agree and I
17     certainly feel strongly that the safety and
18     tolerability and adverse event profile in
19     Pagetic human beings given the drug in the
20     standard fashion, in the standard pill
21     form, would much more closely approximate
22     any human experience than an experiment on
23     dogs.
24     I also feel the safety and
25     adverse event profile, whether or not the
```

Page 124

```
 1      Markowitz
 2  person has osteoporosis, whether or not
 3  they have any bone problem or Paget's
 4  Disease, should be the same in terms of how
 5  they report adverse events.
 6  MR. BARZOUKAS:  Can we take a
 7  five-minute break?
 8  THE VIDEOGRAPHER:  We are off the
 9  video record at 12:31 p.m.
10  (Recess)
11  THE VIDEOGRAPHER:  Back on the
12  video record at 12:52 p.m.
13  BY MR. BARZOUKAS:
14  Q. Dr. Markowitz, I am going to hand
15     you what has been marked as Plaintiff's
16     Deposition Exhibit Number 25.
17     (Plaintiffs' Exhibit 25 marked
18     for identification)
19     BY MR. BARZOUKAS:
20  Q. I ask you if you have ever seen
21     that document before?
22  A. Let me just review it for a
23     moment.
24     I don't know if I have seen this
25     actual exhibit.  I know I have seen a
```

Page 125

```
 1      Markowitz
 2  patent dealing with bioavailability and
 3  alendronate just briefly, not prior to the
 4  trial but prior to this deposition.
 5  I am not certain if this is the
 6  one.
 7  Q. How long prior -- when would you
 8     have seen this document that you are
 9     thinking of?
10  A. Just in the last several days.
11  Q. You don't recall if it was
12     this --
13  A. It really doesn't -- this doesn't
14     look like the one I saw.
15  Q. If you would turn to page 8 and
16     read the example because that is what I am
17     interested in.
18     Maybe that will help you remember
19     whether you have seen it or not.
20     MS. PALMESE:  While Dr. Markowitz
21     is looking are you planning to finish
22     before lunch because we had ordered
23     lunch a while back?
24     MR. BARZOUKAS:  I think, assuming
25     this goes as I am thinking of it, at
```

Page 126

```
 1      Markowitz
 2  least, we will conclude based on the
 3  stuff we have.
 4  We will probably keep the
 5  deposition open from our perspective
 6  with respect to documents we feel have
 7  not been produced that should have been
 8  produced and I presume you will object
 9  to that.
10  MS. PALMESE:  Like what?
11  MR. BARZOUKAS:  As you know our
12  contention is that there are documents
13  that should have been produced in this
14  case that have not been produced.
15  MS. PALMESE:  I don't know -- I
16  don't understand what documents you are
17  talking about at this point.
18  MR. BARZOUKAS:  An example would
19  be the documents underlying --
20  MS. PALMESE:  I see what you are
21  saying.
22  MR. BARZOUKAS:  With respect to
23  things we feel should have been
24  produced and haven't been produced, his
25  expert report in the Canadian case.
```

Page 127

```
 1      Markowitz
 2  MS. PALMESE:  You should have
 3  gotten those.  That was a Merck case
 4  brought by Merck and he doesn't have a
 5  copy of that and you guys can get it
 6  and we cannot because Apotex is not
 7  anything we can do anything about.
 8  It was not a publicly available
 9  document.  You guys have access to
10  that.  That is something that you --
11  certainly this deposition is not being
12  left open for that.
13  As far as these documents are
14  concerned you have examined him on
15  them.
16  THE WITNESS:  I looked -- shall I
17  start?
18  BY MR. BARZOUKAS:
19  Q. Yes.
20  A. I looked at a patent that dealt
21     with bioavailability.  I looked at it
22     briefly.  I think this is probably
23     identical.
24     I still cannot be certain the way
25     in which the dogs were handled in this
```

Page 128

```
 1      Markowitz
 2  bears similarity to it.
 3  Q. How long ago did you see that?
 4  A. I briefly looked at it yesterday
 5     and again this morning.
 6  Q. Who showed it to you?
 7     MS. PALMESE:  Again, I will
 8     object to that.
 9     Again you guys have taken a very
10     hard line as far as privilege is
11     concerned and so I am going to object
12     to -- I am going to instruct him not to
13     answer to the extent that that document
14     was shown to him by counsel.
15     MR. BARZOUKAS:  I don't believe
16     that is the case.  I would love for you
17     to point to me --
18     MS. PALMESE:  I was told that I
19     am --
20     MR. BARZOUKAS:  Because, as you
21     well know, anything that a testifying
22     expert considers in his opinions, there
23     is no privilege, so that assertion is
24     not correct, it is not appropriate.
25     MS. PALMESE:  My understanding is
```

### Page 129

```
 1         Markowitz
 2    that you took a very hard line on that.
 3    MR. BARZOUKAS: I would be
 4    glad --
 5    MS. PALMESE: I will have to go
 6    and --
 7    BY MR. BARZOUKAS:
 8 Q. You may answer. Who showed them
 9    to you?
10 A. I saw a patent. I am not sure it
11    is the same patent as this morning.
12 Q. What were you told when you were
13    shown this patent?
14    MS. PALMESE: Again, I will
15    instruct you not to answer that. That
16    is it.
17    THE WITNESS: So, I wasn't told
18    anything in particular about it. I was
19    just -- we were reviewing a lot of
20    documents and I saw this.
21    I did not review it in detail. I
22    spent more time reviewing it now than I
23    had in the past and was given no
24    specific instructions.
25    BY MR. BARZOUKAS:
```

### Page 130

```
 1         Markowitz
 2 Q. You were just shown the patent
 3    and said, here it is?
 4    MS. PALMESE: I am going to
 5    instruct you not to answer. I expect
 6    you to follow my advice.
 7    THE WITNESS: Okay.
 8    MR. BARZOUKAS: Just so I
 9    understand, for the record, your
10    contention is that your communications
11    with your testifying expert are
12    privileged?
13    MS. PALMESE: My contention is
14    that you guys took the same position
15    and we are going to take it as well.
16    MR. BARZOUKAS: Show me where the
17    position was taken. I believe you are
18    misrepresenting what occurred.
19    MS. PALMESE: At this point my
20    understanding is that, so I am not --
21    based on your representation I am not
22    going to change my position at this
23    time.
24    MR. BARZOUKAS: We need to find
25    it because we may be calling the judge
```

### Page 131

```
 1         Markowitz
 2    on this.
 3    BY MR. BARZOUKAS:
 4 Q. My question is what was said to
 5    you.
 6 A. I am going to follow counsel's
 7    advice.
 8 Q. You refuse to answer the
 9    question?
10 A. I am following counsel's advice.
11 Q. And you refuse to answer the
12    question?
13    MS. PALMESE: He is following my
14    advice.
15    He answered your question at this
16    point.
17    BY MR. BARZOUKAS:
18 Q. So have you reviewed now the
19    experiment reflected --
20 A. I briefly reviewed it for the
21    first time now, yes.
22 Q. Does this experiment reflect the
23    clinical scenario?
24    MS. PALMESE: Objection to form.
25    And -- to the extent you are
```

### Page 132

```
 1         Markowitz
 2    speculating, you don't need to
 3    speculate.
 4    THE WITNESS: I am not exactly
 5    sure what they are trying to get at and
 6    why they are doing this study.
 7    Clearly they are adding an agent
 8    to increase the bioavailability. I
 9    don't know to what end.
10    I don't know what they hope to do
11    with the conclusion so in terms of this
12    as a model, I can't judge how good or
13    bad a model it is.
14    BY MR. BARZOUKAS:
15 Q. Does this experiment reflect the
16    clinical scenario for the administration of
17    alendronate?
18    MS. PALMESE: Asked and answered.
19    THE WITNESS: It depends on what
20    question you are trying to answer and I
21    am not aware of what question they are
22    trying to ask clinically.
23    They are looking at
24    bioavailability of a drug. Again, I am
25    not an expert on pharmacokinetic data.
```

### Page 133

```
 1         Markowitz
 2    They are not trying specifically to
 3    answer a clinical question.
 4    BY MR. BARZOUKAS:
 5 Q. So increasing bioavailability for
 6    patients is not a clinical --
 7 A. No. They are --
 8    MS. PALMESE: Objection to form.
 9    THE WITNESS: They are obviously
10    hoping by increasing the
11    bioavailability they will get some
12    information that they can benefit
13    patients.
14    To what end to make it more
15    convenient, to make it less expensive,
16    I don't know exactly what they are
17    trying to do so I can't comment on what
18    they want to do with the data, whether
19    in that sense the results would be
20    valid, and again it seems they are
21    asking a pharmacokinetic question.
22    I am not a pharmacologist. I
23    don't know how well designed it has
24    been in relation to that.
25    BY MR. BARZOUKAS:
```

### Page 134

```
 1         Markowitz
 2 Q. Does the dosing of alendronate in
 3    this example follow the dosing instructions
 4    for alendronate?
 5    MS. PALMESE: Objection to form.
 6    You need to take as long as you need
 7    to -- you can take as long --
 8    THE WITNESS: I believe they gave
 9    it in dog food.
10    I will have to look at it. They
11    do give the meal four hours before. I
12    don't think they give us enough
13    information to say that this duplicates
14    the human experience.
15    Obviously it can't duplicate it
16    for a variety of reasons. Dogs swallow
17    differently. I am not sure if they are
18    taking a pill. Obviously they can't be
19    relied upon to, if it were a pill,
20    swallow a pill without crushing it and
21    for a beagle dog they are never up
22    right in terms of their position of
23    their esophagus so it does not
24    duplicate the human experience, no.
25    MR. BARZOUKAS: I will at this
```

Page 135

```
 1        Markowitz
 2   point conclude the deposition pending
 3   what we believe to be production of
 4   additional documents that should have
 5   been produced to Merck so I am not
 6   closing the deposition to the extent it
 7   may be necessary to redepose Dr.
 8   Markowitz with respect to such
 9   documents.
10   MS. PALMESE: We will take a five
11   or ten-minute break and we will be back
12   and, of course, we object to your not
13   concluding the deposition. We disagree
14   with you on that.
15   THE VIDEOGRAPHER: Off the video
16   record at 1:07 p.m.
17   (Recess)
18   THE VIDEOGRAPHER: Back on the
19   video record at 1:15 p.m.
20   MS. PALMESE: We have no
21   questions.
22   For the record, again, we object
23   to your not closing the deposition.
24   We believe you have had all the
25   documents.
```

Page 136

```
 1        Markowitz
 2   Dr. Markowitz has been here ready
 3   to testify on his report.
 4   Your questioning of him on his
 5   report has been extremely limited and
 6   you shouldn't get another opportunity
 7   with that with this excuse that
 8   documents have not been produced.
 9   On top of that, the deposition
10   testimony from the Canadian case has
11   been produced to you and you asked no
12   questions about it.
13   This deposition should not be
14   reopened simply so that you guys can
15   just postpone this case.
16   MR. BARZOUKAS: Just for the
17   record, the Canadian deposition
18   testimony was turned over to us last
19   night and again I will stand by my
20   earlier statements and we obviously
21   disagree.
22   MS. PALMESE: For the record, the
23   deposition testimony was available to
24   Merck as it was a Merck case that was
25   being discussed here.
```

Page 137

```
 1        Markowitz
 2   There is no reason why you
 3   couldn't have obtained that. You had
 4   three months to do so.
 5   I guess that is it.
 6   THE VIDEOGRAPHER: We are at the
 7   end of the video record at 1:16 p.m.
 8   (Time noted: 1:16 p.m.)
 9
10
11        _____
              DAVID MARKOWITZ
12
13   Subscribed and sworn to
     before me this     day
14   of       2006.
15
16   _____
```

Page 138

```
                    Markowitz
                   CERTIFICATE
STATE OF NEW YORK )
                  : Ss
COUNTY OF NEW YORK)
    I, Steven Neil Cohen, a Registered
Professional Reporter and Notary Public
within and for the State of New York, do
hereby certify:    That DAVID MARKOWITZ, the
witness whose deposition is herein before
set forth, was duly sworn by me and that
such deposition is a true record of the
testimony given by such witness.
    I further certify that I am not related
to any of the parties to this action by
blood or marriage and that I am in no way
interested in the outcome of this matter.
    I further certify that neither.
the deponent nor a party requested a review
of the transcript pursuant to Federal Rule
of Civil Procedure 30(e) before the
deposition was completed.
    In witness whereof, I have hereunto set
my hand this 31st day of May 2006.
    ------------------------
              STEVEN NEIL COHEN, RPR
```

Page 139

```
                 Markowitz
            INDEX OF EXAMINATION
Witness
DAVID MARKOWITZ
    By Mr. Barzoukas.......................6
            PLAINTIFF'S EXHIBITS
Exhibit No.                       Marked
 20 Expert Report..........................19
 21 Letter to the Editor...................32
 22 Article................................33
 23 Fosamax Package Insert.................59
 24 PDR....................................79
 25 Patent................................124
```