# EXHIBIT Q



**KENYON & KENYON**
Intellectual Property Law

Maria Luisa Palmese
(212) 908-6444
mpalmese@kenyon.com

One Broadway
New York, NY 10004-1050
212.425.7200
Fax 212.425.5288

December 11, 2002

**VIA FACSIMILE: (713) 787-1440**
**Confirmation by DHL Courier**
Nicolas G. Barzoukas, Esq.
HOWREY SIMON ARNOLD & WHITE, L.L.P.
750 Bering Drive
Houston, TX 77057-2198

Re: *Merck v. Teva*

Dear Nick:

I have Jason Abair's letter dated December 10, 2002.

As discussed yesterday, I confirm that Teva has conducted a diligent search for documents responsive to Merck's document requests for all persons at Teva involved with the development of Teva's weekly alendronate sodium after the complaint in this action was filed and again after Merck served its document requests on Teva.

I also confirm that Teva agrees to exchange its source log with Merck on Friday, December 13, 2002.

As we have now complied with your requests, we expect that Merck will withdraw it's motion to compel today.

Sincerely,

Maria Luisa Palmese

cc: Jason C. Abair, Esq. (via facsimile)