# EXHIBIT A

Case 1:04-cv-00939-GMS   Document 63-2   Filed 06/16/2006   Page 1 of 17

**In The Matter Of:**

*Merck & Co., Inc. v.*
*Teva Pharmaceuticals USA*

---

*March 4, 2003*

---

*Federal Court Reporters*
*844 King Street*
*Wilmington, DE 19801*
*(302) 573-6195*

Original File 030403FC.V1, 234 Pages
Min-U-Script® File ID: 2788805780

**Word Index included with this Min-U-Script®**

**Page 1**

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

MERCK & CO., INC.     )
                      ) Volume 1
        Plaintiff,    )
                      ) Civil Action
v.                    ) No. 01-048 (JJF)
TEVA PHARMACEUTICALS USA, INC. )
        Defendant.    )

Tuesday, March 4, 2003
10:20 a.m.
844 King Street
Wilmington, Delaware
Courtroom 4B

BEFORE: THE HONORABLE JOSEPH J. FARNAN, JR.,
United States District Court Judge

APPEARANCES:
    MORRIS, NICHOLS, ARSHT & TUNNELL
    BY: MARY GRAHAM, ESQ.
        -and-
    HOWREY, SIMON, ARNOLD & WHITE
    BY: JOHN F. LYNCH, ESQ.
        NICOLAS G. BARZOUKAS, ESQ.
    (Houston, Texas)
        (Counsel for the Plaintiff)
    YOUNG, CONAWAY, STARGATT & TAYLOR
    BY: ANDREW W. POFF, ESQ.
        -and-
    KENYON & KENYON
    BY: JAMES GALBRAITH, ESQ.
        MARIA LUISA PALMESE, ESQ.
    (New York, New York)
        (Counsel for the Defendant)

**Page 2**

[1] THE CLERK: All rise. [2] (Whereupon Judge Farnan entered the [3] courtroom.)
[4] THE COURT: All right. Be seated, [5] please.
[6] Ready to proceed?
[7] MS. GRAHAM: Yes.
[8] MR. POFF: We're ready, Your Honor.
[9] MR. LYNCH: Ready, Your Honor.
[10] THE COURT: All right.
[11] MR. LYNCH: Ready, Your Honor.
[12] THE COURT: All right.
[13] MR. POFF: Good morning, Your [14] Honor. Adam Poff from Young Conaway on behalf of [15] Teva. I'd just like to introduce from the firm [16] of Kenyon & Kenyon, James Galbraith.
[17] MR. GALBRAITH: Good morning, Your [18] Honor.
[19] MR. POFF: And Maria Palmese.
[20] MS. PALMESE: Good morning, Your [21] Honor.
[22] THE COURT: Good morning.
[23] MR. POFF: I'll turn the floor to [24] Mr. Galbraith to make a few more introductions.

**Page 3**

[1] MR. GALBRAITH: Before we start, [2] I'd like to introduce representatives of our [3] client that are here today. General counsel of [4] Teva Pharmaceuticals, U.S.A., Mr. Richard Egosi [5] is here. He just stepped out, but he'll be back.
[6] Director of legal affairs of Teva [7] U.S.A., David Stark, and the head of the patent [8] department at Teva, Limited, the parent company, [9] Dr. Yehudah.

[10] THE COURT: Good morning.
[11] MR. GALBRAITH: Your Honor, before [12] we start the substance of the case, there are a [13] couple of issues that I'd just like to talk [14] about, more housekeeping matters.
[15] The last trial we had and the [16] subject matter, I believe, That Your Honor's [17] procedure with respect to documents, documentary [18] exhibits is that if there was an objection to a [19] documentary exhibit, that we would reserve that [20] and that — and it would be briefed, if [21] necessary.
[22] And I was wondering if that was Your [23] Honor's procedure in this case.
[24] THE COURT: Yes. You can use

**Page 4**

[1] documents freely, and then just for the record, [2] interpose the objection. And then if it's [3] maintained, it can be maintained in post-trial [4] briefing. And then I'll make a ruling on it.
[5] MR. GALBRAITH: All right. Very [6] well, Your Honor.
[7] The other matter, Your Honor, I'd [8] just like to revisit is the use of depositions. [9] We reviewed Your Honor's order that limited us, [10] both sides to 50 pages.
[11] THE COURT: Is that enough?
[12] MR. GALBRAITH: It's really not for [13] us, because we have the burdens here. A certain [14] amount of our case comes out of the males of [15] Merck, that Merck's case. We stipulated to [16] infringement and Merck has withdrawn its willful [17] infringement.
[18] There's a lack of balance there. I [19] understand Merck really has no objection.
[20] THE COURT: How far do you want to [21] push the envelope?
[22] MR. GALBRAITH: Well, Your Honor, [23] perhaps if we could revisit the issue at the end [24] of the trial, we could give you a pretty good

**Page 5**

[1] estimate.
[2] THE COURT: What I don't want to do [3] is get stuck with a lot of citations in the [4] post-trial briefing, and then because they're [5] loosely done almost out of a security instinct, [6] and then I wind up reading a lot of stuff that's [7] cumulative, or sometimes it appears to be an [8] unimportant detail.
[9] But I don't want to prejudice any [10] party from being able to designate deposition [11] testimony that they truly need.
[12] MR. GALBRAITH: Very well. Perhaps [13] if it's all right with the Court, we could [14] revisit this issue towards the end of trial when [15] we have a better idea what the evidence looks [16] like.
[17] THE COURT: All right.
[18] MR. GALBRAITH: Thank you, Your [19] Honor. I appreciate that.
[20] MS. GRAHAM: Your Honor, if I might [21] just introduce my co-counsel and reintroduce my [22] co-counsel before Mr. Galbraith starts his [23] opening. John Lynch.
[24] MR. LYNCH: Good morning, Your

**Page 6**

[1] Honor.
[2] MS. GRAHAM: And Nick Barzoukas of [3] Howrey Simon. And Mr. Lynch will be making the [4] opening statement today.
[5] THE COURT: All right. Thank you.
[6] MR. GALBRAITH: Thank you, Your [7] Honor.
[8] Your Honor, this is a — the case [9] here is Merck & Company versus Teva [10] Pharmaceuticals, U.S.A., and who, of course, [11] we're representing the defendants Teva [12] Pharmaceuticals, U.S.A.
[13] And this case involves a single [14] patent. It started out involving a number of [15] patents, but now it involves a single patent.
[16] And sort of a single overarching [17] issue, and it's worth — two claims of that [18] patent are valid.
[19] Now, the patent is directed to a [20] drug which we've already litigated in this room. [21] And the drug is called alendronate sodium. It's [22] sold under the trade name Fosamax by Merck, and [23] Teva is seeking approval to market that drug, [24] and has run up against the Merck patent here.

**Page 7**

[1] And the Merck patent that's at [2] issue, the '329 patent, claims once weekly at [3] administration of alendronate sodium for the [4] treatment and prevention of osteoporosis. It [5] doesn't claim a new drug. It doesn't claim a new [6] indication.
[7] It doesn't claim a new treatment. [8] It is not an advance in medicine or science. It [9] is simply a new way of dosing the drug, or an [10] allegedly new way of dosing the drug. Taking it [11] once a week, rather than seven times a week. [12] Taking it on Saturdays rather than taking it on [13] Monday through Sunday.
[14] That's all it is. It's just an [15] extension. It's just a dosing way of taking the [16] drug, just a new way of taking the drug [17] according to Merck.
[18] Now, prior to this patent, and this [19] is the prior art, it's part of the prior art. [20] Alendronate sodium was a marketed product by [21] Merck. It was previously marketed as Fosamax for [22] the treatm-

**Page 207**

[1] **A:** By microscopic examination.

[2] **Q:** And were these dogs — these dogs, they [3] were asleep and they were lying horizontal?

[4] **A:** Yes.

[5] **Q:** And the experiment just filled up their [6] esophagi with alendronate solutions?

[7] **A:** Yes. That's how the experiments are [8] described.

[9] **Q:** Now, do people lie horizontally when they [10] take alendronate?

[11] **A:** No, they're advised not to.

[12] **Q:** And do people generally allow alendronate [13] solutions to sit in their esophagi for 30 [14] minutes?

[15] **A:** No.

[16] **Q:** And do the dog studies report any test of [17] the inhibition of bone resorption?

[18] **A:** No, they don't.

[19] **Q:** And do these dogs have osteoporosis as [20] far as the record shows?

[21] **A:** No, they didn't.

[22] **Q:** And did the dog studies address the [23] non-serious GI effects that were discussed in, [24] for example, in the Chestnut paper, nausea,

**Page 208**

[1] dyspepsia, dysphasia, and things like that?

[2] **A:** No. That's not possible to do in dogs.

[3] **Q:** Do you have an opinion whether these dog [4] studies are relevant to the clinical use of [5] alendronate in people?

[6] **A:** I do have a view. Yes.

[7] **Q:** What is that view?

[8] **A:** That they're not relevant.

[9] **Q:** And maybe you could just explain why [10] they're not relevant.

[11] **A:** Well, given the experimental design, it [12] doesn't simulate for what happens in real life. [13] These are rather extreme and contrive experiments [14] that were able to show that there were effects [15] from alendronate, but under conditions that were [16] unreal related to real life.

[17] **Q:** Have you reviewed the testimony of the [18] author of the dog studies, that is, Dr. — [19] Merck's doctor, Dr. Peter?

[20] **A:** Yes, I have.

[21] **Q:** And let me Reid you a deposition excerpt [22] from Dr. Peter. If we could put up Dr. Peter's [23] deposition. [24] This is a deposition. This is an

**Page 209**

[1] excerpt from the deposition testimony of Dr. [2] Peter starting on Page 65.

[3] "QUESTION: Well, generally, [4] studies, well-performed studies enable you to [5] predict something scientifically; correct?

[6] ANSWER: Yes.

[7] QUESTION: And do you think these [8] studies, the doing studies allow someone to [9] predict anything?

[10] ANSWER: Not predict. These [11] studies were done to look at the — look why and [12] how these adverse effects are occurring in [13] people.

[14] QUESTION: So you don't think these [15] studies are predictive?"

[16] Any way getting down to an answer [17] about what predictive means, a question at the [18] bottom of the page:

[19] "QUESTION: So the study was not [20] designed to predict what would happen in [21] patients?

[22] ANSWER: No." [23] Do you agree with Dr. Peter's [24] characterization that the studies were not

**Page 210**

[1] designed — couldn't be designed to predict what [2] would happen in patients.

[3] **A:** Yes.

[4] **Q:** Could we turn to Page 83 of Dr. Peter's [5] deposition, please.

[6] "QUESTION: I'm trying to figure [7] out whether you believe these dog studies have [8] any bearing whatsoever on the clinical situation [9] in which people take alendronate sodium.

[10] ANSWER: That was not the purpose [11] of these studies."

[12] Does Dr. Peter's characterization of [13] the studies seem reasonable to you.

[14] **A:** Yes, it does seem reasonable.

[15] **Q:** If I could take just a second.

[16] (Following a discussion held off the [17] record.)

[18] **MR. GALBRAITH:** I have no further [19] questions.

[20] **THE COURT:** All right. Thank you.

[22] **CROSS-EXAMINATION**

[23] **BY MR. LYNCH:**

[24] **Q:** Good afternoon, Dr. Russell.

**Page 211**

[1] **A:** Good afternoon.

[2] **Q:** Would you agree that the dog esophagus is [3] a reasonable model for a human esophagus?

[4] **A:** Not necessarily, no.

[5] **Q:** So it is not even a model — that is, the [6] doing esophageal mucous membrane is not a [7] reasonable model for what you will encounter in a [8] human?

[9] **A:** No. The — may I answer this in more [10] than one sentence?

[11] **Q:** Yes.

[12] **A:** I mean, the dog esophagus, as I [13] understand it, has a structure that is similar to [14] the human, but I think in terms of the [15] appropriateness of the model, that is something.

[16] **Q:** I just asked — but let's talk about the [17] tissue. Isn't it true that the tissue, the dog [18] esophagus itself is a reasonable model for a [19] human esophagus; right?

[20] **A:** Well, to that extent, the way that's [21] described, yes.

[22] **Q:** Okay. Now, and you did know that Dr. [23] Peter's studies were published in a peer [24] review journal; correct?

**Page 212**

[1] **A:** Yes.

[2] **Q:** So they were worthwhile studies that had [3] a purpose in science; correct?

[4] **A:** They have a purpose in science.

[5] **Q:** And that purpose would yield someone's [6] knowledge about how alendronate might behave if [7] the alendronate were in contact with the type of [8] tissue that is in the human esophagus for a long [9] period of time; correct?

[10] **A:** What they tell you is the potential [11] for alendronate-induced damage.

[12] **Q:** Yes.

[13] **A:** But —

[14] **Q:** In a human; correct?

[15] **A:** No, in a dog.

[16] **Q:** Oh, and it doesn't give you any [17] information at all about what would be —

[18] **A:** It may inform you about the mechanism of [19] esophagitis, which is, as we've acknowledged, an [20] extremely rare event in that it tells you how [21] alendronate might irritate the mucosa. But you [22] have to contrive the conditions under which you [23] make that study by exposing them for much longer [24] than the average patient would be exposed to when

**Page 213**

[1] they take alendronate tablets.

[2] **Q:** And what the dog studies kind of did, if [3] I can summarize them in layman's terms, said if I [4] put a smaller dose in on repeated days, put it in [5] the dog on a number of individual days for a [6] period of time, I wind up getting more irritation [7] or more damage to this mucosal membrane than I [8] would get by putting a multiple of the dose in [9] every four days, or five days, or whatever it [10] was; correct?

[11] **A:** Well, with respect — that is actually [12] not what you can legitimately

# In The Matter Of:

*Merck & Co., Inc. v.*
*Teva Pharmaceuticals USA*

---

*Trial Volume Number 2*
*March 5, 2003*

---

*Hawkins Reporting Service*
*715 N. King Street, Suite 3*
*Wilmington, DE 19801*
*(302) 658-6697    FAX: (302) 658-8418*

Original File 030503FC.V1, 279 Pages
Min-U-Script® File ID: 3816874535

**Word Index included with this Min-U-Script®**

Page 235

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

MERCK & CO., INC.,          )
                            ) Volume 2
       Plaintiff,           )
                            ) Civil Action
v.                          ) No. 01-048 (JJF)
TEVA PHARMACEUTICALS USA, INC. )
       Defendant.           )

Wednesday, March 5, 2003
9:30 a.m.
844 King Street
Wilmington, Delaware
Courtroom 4B

BEFORE: THE HONORABLE JOSEPH J. FARNAN, JR.,
United States District Court Judge

APPEARANCES:

MORRIS, NICHOLS, ARSHT & TUNNELL
BY: MARY GRAHAM, ESQ.
  -and-
HOWREY, SIMON, ARNOLD & WHITE
BY: JOHN F. LYNCH, ESQ.
    NICOLAS G. BARZOUKAS, ESQ.
(Houston, Texas)
      (Counsel for the Plaintiff)

YOUNG, CONAWAY, STARGATT & TAYLOR
BY: ANDREW W. POFF, ESQ.
  -and-
KENYON & KENYON
BY: JAMES GALBRAITH, ESQ.
    MARIA LUISA PALMESE, ESQ.
(New York, New York)
      (Counsel for the Defendant)

Page 236

[1] THE CLERK: All rise. [2] (Whereupon Judge Farnan entered the [3] courtroom.)

[4] THE COURT: All right. Good [5] morning.

[6] Be seated, please.

[7] MR. BARZOUKAS: Good morning, Your [8] Honor. If you recall, we had a scheduling issue.

[9] THE COURT: Yes.

[10] MR. BARZOUKAS: And with Teva's [11] permission, without having concluded Dr. [12] Russell's cross-examination, Merck is going to [13] call Dr. Michael Brian Fennerty.

[14] THE CLERK: Yes. Please state and [15] spell your full name for the record, please.

[16] THE WITNESS: Michael Brian [17] Fennerty. M-I-C-H-A-E-L B-R-I-A-N [18] F-E-N-N-E-R-T-Y.

[19] THE CLERK: Please place your left [20] hand on the Bible and raise your right hand.

[22] MICHAEL B. FENNERTY, M.D., [23] the witness herein, having first been [24] duly sworn on oath, was examined and

Page 237

[1] testified as follows:

[3] DIRECT EXAMINATION

[4] BY MR. BARZOUKAS:

[5] Q: Good morning, Dr. Fennerty.

[6] A: Good morning.

[7] Q: Could you tell us where you're currently [8] employed?

[9] A: I'm a professor of medicine at Oregon [10] Health Sciences University in Portland, Oregon.

[11] Q: And what do your duties at the health [12] sciences center involve?

[13] A: It involves a clinical practice, seeing [14] patients, teaching, research and administration [15] duties.

[16] Q: And do you currently have a medical [17] practice, also?

[18] A: I do.

[19] Q: And what does your medical practice [20] involve?

[21] A: Medical practice seeing — involves [22] seeing patients with general gastrointestinal [23] disorders, and in a consultative format. Most of [24] my consultative work and referral basis is in

Page 238

[1] gastrointestinal disease of the esophagus and the [2] stomach.

[3] Q: Were you also engaged in this practice [4] during the period between 1996 and 1997?

[5] A: Yes, I was.

[6] Q: And could you give us a brief description [7] of your clinical practice during that period?

[8] A: Clinical practice during that period was [9] identical to what I had just stated, both [10] gastroenterology with the focus in the upper [11] gastrointestinal tract, purely as a consultative [12] practice.

[13] Q: And in your practice, what type of [14] patients do you see?

[15] A: I see a variety of patients from all [16] aspects of diseases, related to the [17] gastrointestinal tract, but mainly focused on [18] diseases of the esophagus and the stomach.

[19] Q: Do you also conduct research?

[20] A: Yes, I do.

[21] Q: And what does your research pertain to?

[22] A: Most of my research pertains to diseases [23] of the esophagus and the stomach specifically [24] gastroesophageal reflux disease.

Page 239

[1] Q: Dr. Fennerty, if you could give us a [2] brief description of your educational background?

[3] A: I graduated from the State University [4] of New York at Albany in 1976. From medical school [5] in Creighton University in Omaha Nebraska in [6] 1980. Finished my residency in the United States [7] Navy in 1984.

[8] Did a fellowship from 1987 to 1989 [9] in gastroenterology in the Department of Internal [10] Medicine, University of Arizona Health Services [11] Center, in Tucson, Arizona. And I stayed on [12] faculty there before moving to Oregon.

[13] Q: Dr. Fennerty, do you belong to any [14] editorial boards?

[15] A: Yes, I'm an editor, associate editor [16] on the Editorial Board of, approximately, 10 to 12 [17] medical journals almost exclusively [18] gastroenterology related.

[19] Q: Could you perhaps explain to us some of [20] the most important journals on which you're — [21] for which you're on their editorial board?

[22] A: I'm on the editorial board for or the [23] associate editor of the American Journal of [24] Gastroenterology.

Page 240

[1] And I also sit on the editorial [2] board of the Archives of Internal Medicine, as [3] well as a number of other journals pertaining to [4] gastroenterology such as Gastrointestinal [5] Endoscopy, and others.

[6] Q: Do you also belong to any medical [7] societies?

[8] A: I belong to all four of the major [9] gastroenterological societies. The American [10] Association of Gastroenterology, American College [11] of Gastroenterology, and the American Society for [12] Gastrointestinal Endoscopy.

[13] And I sit on a number of committees [14] or governing boards of those three societies.

[15] Q: Dr. Fennerty, do you have any [16] publications?

[17] A: Yes, I do.

[18] Q: And have you written articles relating to [19] gastroenterology?

[20] A: Yes, I have.

[21] Q: And could you tell us, approximately, how [22] many?

[23] A: It's, approximately, 250 papers, [24] abstracts, and book chapters pertaining to

Page 241

[1] gastroenterology that I've published or [2] coauthored.

[3] MR. BARZOUKAS: Your Honor, Merck [4] would like to offer Mr. Fennerty as an expert in [5] gastroenterology.

[6] MR. GALBRAITH: No objection.

[7] THE COURT: All right.

[8] BY MR. BARZOUKAS:

[9] Q: Dr. Fennerty, could you give us a brief [10] description of the GI tract?

[11] A: The gastrointestinal tract really [12] encompasses everything between the esophagus of [13] the swallowing tube down through the stomach, the [14] small intestine to the large intestine, or the [15] colon. But also involves the liver system and [16] the pancreas as well.

[17] Q: And can you perhaps concentrate

Page 311

[23] A: I think they're very, very inconvenient [24] to patients, yes.

[1] Q: And so because they're very inconvenient, [2] doing it every day, is it fair to say that it's [3] reasonable, a reasonable expectation would have [4] been that a weekly that patients would comply [5] better with a weekly regimen?

[6] A: I think that that is a very accurate [7] statement, yes.

[8] Q: And they would comply better in the sense [9] that they would stay with the drug longer and [10] they would also comply better in the sense that [11] they would comply with the specific instructions [12] better; is that right?

[13] A: Especially the latter, I think.

[14] Q: Now, the dog studies that you testified [15] about that are in the patent, just so we're [16] clear, they don't model the human experience; is [17] that right?

[18] A: I'm not sure what you mean by model. [19] They clearly are not reflective of what happens [20] in the human, but they are a model of esophageal [21] injury related to bisphosphonates and [22] alendronate.

[23] Q: Well, in a human experience, the severe [24] injury from use of taking daily bisphosphonates

Page 312

[1] is a very unusual occurrence; correct?

[2] A: It's unusual, yes.

[3] Q: And so this model, this dog model doesn't [4] model the human experience with alendronate; [5] isn't that correct?

[6] A: It doesn't — it's not directly [7] reflective of what happens physiologically, but [8] I'm not sure I understand what you mean by the [9] term "model".

[10] Q: Well, let's look at your deposition. Go [11] to Page 146 of day one.

[12] Okay. On Page 146, which I'll put [13] up on the screen.

[14] First of all, do you recall having [15] your deposition taken a couple months ago in this [16] case?

[17] A: I do.

[18] Q: And if we could look at the questions [19] beginning at Line 11. It says:

[20] QUESTION: Okay. But in the human [21] experience, the severe injury to the esophagus is [22] a very unusual occurrence; correct?

[23] ANSWER: That's correct.

[24] MR. BARZOUKAS: Could I ask, Your

Page 313

[1] Honor, for the witness to get a copy of this?

[2] MR. GALBRAITH: Sure. I'll give [3] him my copy.

[4] BY MR. GALBRAITH:

[5] Q: Would you like it?

[6] A: Please.

[7] Q: Yeah. Here's my copy.

[8] So, QUESTION: This model [9] doesn't — so this doesn't model the human [10] experience with alendronate; is that correct?

[11] ANSWER: Not at all.

[12] Is that THE testimony that you gave [13] at that time, Doctor.

[14] A: That's correct, in reading through the [15] transcript.

[16] Q: And these dog studies have nothing to do [17] with the tolerability of the drug in terms of the [18] kinds of side effects that resulted in the [19] withdrawal of patients from the Chestnut study; [20] is that right?

[21] A: Well, the dog study, they didn't measure [22] nausea, vomiting abdominal pain, which were the [23] adverse events requiring all of the Chestnut [24] study. That's correct.

Page 314

[1] Q: And the dog studies wouldn't support the [2] safety of alendronate once a week, would they?

[3] A: Well, potentially, yes. I think that not [4] at all is taken out of the context of the [5] questioning at the time. If that's what you're [6] asking me.

[7] Q: No, that's not what I'm asking.

[8] The results of the experiments [9] wouldn't support the safety of the use of [10] alendronate on a once-weekly basis; is that [11] correct, although it may lead one to hypothesize?

[12] A: That's correct.

[13] Q: It's another piece of information that [14] would make you reconsider your concerns of higher [15] doses on a frequent or infrequent basis; right?

[16] A: There are hypotheses generating in the [17] studies.

[18] Q: And the study has no data that's relevant [19] to the human experience; is that right?

[20] A: Not directly relevant, no.

[21] MR. GALBRAITH: If I may have a [22] moment, Your Honor.

[23] (Following a discussion held off the [24] record:)

Page 315

[1] MR. GALBRAITH: I have no further [2] questions.

[3] THE COURT: All right.

[4] MR. BARZOUKAS: Your Honor, I just [5] have a couple very quick questions.

[6] THE COURT: Sure.

[7] REDIRECT EXAMINATION

[8] BY MR. BARZOUKAS:

[9] Q: Doctor, you mentioned MRL, could you, [10] for clarity of the record, explain what you mean by [11] MRL?

[12] A: It refers to Merck Research Laboratories, [13] which is their research and development arm for [14] the company, at least as I know it to be.

[15] Q: And the only other thing I want to ask [16] you is if you would go to Exhibit 138 that's [17] before you.

[18] A: Yes.

[19] Q: And ask you if you could read the date [20] that that article was published?

[21] A: Yes. As I mentioned this is quite a bit [22] later than the other publication.

[23] This is May of 1998.

[24] Q: And that's the Peter study on rats?

Page 316

[1] A: That's correct.

[2] MR. BARZOUKAS: Your Honor, no more [3] questions.

[4] MR. GALBRAITH: I just want to get [5] my stuff back together.

[6] THE COURT: Okay. Thank you, [7] Doctor.

[8] MR. BARZOUKAS: Your Honor, may the [9] witness be excused, because he has to catch a [10] plane later this afternoon?

[11] MR. GALBRAITH: Sure.

[12] THE COURT: You have no further [13] question?

[14] MR. GALBRAITH: I have nothing [15] further. Thank you.

[16] THE COURT: Okay. You're excused, [17] Doctor.

[18] THE COURT: We'll take a 15-minute [19] recess.

[20] THE CLERK: All rise.

[21] (A brief recess was taken.)

[22] THE CLERK: All rise.

[23] (Whereupon Judge Farnan entered the [24] courtroom.)

Page 317

[1] THE COURT: All right. Be seated, [2] please.

[3] MR. LYNCH: May it please the [4] Court, we're ready to continue with the [5] cross-examination of Dr. Russell.

[6] THE COURT: Okay. Dr. Russell, [7] will you retake the witness stand, please, sir?

[8] THE WITNESS: Good morning.

[9] THE COURT: Good morning.

[10] BY MR. LYNCH:

[11] Q: Good morning, Dr. Russell.

[12] A: Good morning, Mr. Lynch.

# In The Matter Of:

*Merck & Co., Inc. v.*
*Teva Pharmaceuticals USA*

*Trial Volume Number 3*
*March 6, 2003*

*Hawkins Reporting Service*
*715 N. King Street, Suite 3*
*Wilmington, DE 19801*
*(302) 658-6697   FAX: (302) 658-8418*

Original File 030603FC.V1, 259 Pages
Min-U-Script® File ID: 0421855645

**Word Index included with this Min-U-Script®**

Page 514

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

MERCK & CO., INC.         )
                          ) Volume 3
       Plaintiff,         )
                          ) Civil Action
   v.                     ) No. 01-048 (JJF)
TEVA PHARMACEUTICALS USA, INC. )
       Defendant.         )

Thursday, March 6, 2003
9:30 a.m.
844 King Street
Wilmington, Delaware
Courtroom 4B

BEFORE: THE HONORABLE JOSEPH J. FARNAN, JR.,
        United States District Court Judge

APPEARANCES:
   MORRIS, NICHOLS, ARSHT & TUNNELL
   BY: MARY GRAHAM, ESQ.
       -and-
   HOWREY, SIMON, ARNOLD & WHITE
   BY: JOHN F. LYNCH, ESQ.
       NICOLAS G. BARZOUKAS, ESQ.
       (Houston, Texas)
       (Counsel for the Plaintiff)

   YOUNG, CONAWAY, STARGATT & TAYLOR
   BY: ANDREW W. POFF, ESQ.
       -and-
   KENYON & KENYON
   BY: JAMES GALBRAITH, ESQ.
       MARIA LUISA PALMESE, ESQ.
       (New York, New York)
       (Counsel for the Defendant)

Page 515

[1] THE CLERK: All rise.

[2] (Whereupon Judge Farnan entered the [3] courtroom.)

[4] THE COURT: All right. Be seated, [5] please.

[6] BY MR. LYNCH:

[7] Q: Good morning, Dr. Yates.

[8] A: Good morning.

[9] Q: Dr. Yates, let's move forward now more [10] directly to your making of the invention that's [11] the subject of the patent here in this suit.

[12] When did this occur? When did you [13] first start beginning to appreciate the potential [14] value of once-weekly dosing?

[15] A: It was in May of 1996.

[16] Q: And what were the — what was the [17] occasion on which this happened?

[18] A: This was a discussion that occurred [19] between Dr. Art Santora, who worked in my group [20] and myself following the initial understanding of [21] the results of the dog studies that we conducted [22] to better evaluate the mechanism of the [23] esophagitis.

[24] Q: And do you have in front of you the —

Page 516

[1] yes, the book with the material. Are those dog [2] studies that appear in the patent in suit?

[3] A: Yes. These are the same dog studies that [4] were quoted in the patent, yes.

[5] Q: And which ones are they that you received [6] in May of 1996?

Page 517

[1] that are shown here.

[2] Q: That's Group 1?

[3] A: Group 1, the animals having the no [4] alendronate, but having an acid solution given [5] daily for five days.

[6] And Group 2, the animals that [7] received alendronate 0.2 milligrams daily for [8] five days showing the difference in the impact of [9] the these treatments on the dog's esophagus.

[10] Q: And did you have another experiment run [11] at that time that involved a single exposure?

[12] A: That's — that's correct. The first [13] studies that were done were to look at single [14] exposure of alendronate at 0.2 milligrams per [15] mill. And in those studies, even at acid Ph, [16] when the animals were examined after the [17] exposure, there was no damage to the esophagus.

[18] So it was a combination of the fact [19] that we did see damage after repeated exposure, [20] and that we had not seen any damage after single [21] exposure that first suggested to myself and [22] Dr. Santora that a single dosing may be a way of [23] treating individuals and having a significant [24] amount of esophageal irritation.

Page 518

[1] Q: Now, what was the stimulus for conducting [2] these dog studies in the first place?

[3] A: The dog studies were conducted to further [4] explore the mechanisms of esophageal damage that [5] we had seen, and subsequently were reported in [6] the de Groen paper.

[7] Q: Now, what was the status of your

[7] A: In particular, this was the — the [8] studies that revealed that single dosing with [9] alendronate at 0.2 milligrams per mill had no [10] impact on the dog's esophagus, but that repeated [11] exposure at five times daily to alendronate 0.2 [12] milligrams a mill in acid was associated with [13] ulceration of the esophagus in this dog model.

[14] Q: Turn to the patent, please. The '329 [15] patent at Column 16.

[16] A: Which tab is this under?

[17] Q: One. PTX 1.

[18] A: PTX 1.

[19] Q: There it is. It's on the screen.

[20] A: Yeah.

[21] Q: I just wanted to ask you, which of the [22] experiments in Table 1, if any, were the [23] experiments that you got in May of 1996?

[24] A: This was the groups that are one and two

work in [8] the de Groen paper around this time, let's say, [9] around May and earlier in 1966?

[10] A: In March of 1966, Dr. De Groen [11] had contacted Merck with the — to discuss the cases [12] that he had seen that are subsequently reported [13] in his publication, and we worked with Dr. De [14] Groen throughout March and April and into May of [15] 1996 to further characterize the clinical [16] situation, including the full exploration of all [17] of the cases that we had observed adverse events [18] reported to us that related to the esophagus.

[19] Q: Now, and just explain what was involved [20] with respect to Merck and Dr. De Groen at this [21] time.

[22] A: All right. Dr. Daifotis and I had [23] extensive discussions with Dr. De Groen to [24] understand the characteristics of the cases that

Page 519

[1] he subsequently reported with us in the New [2] England Journal.

[3] We invited Dr. De Groen and some [4] other experts in gastrointestinal disease to a [5] meeting very quickly organized meeting at Merck [6] in March 15th. So about two weeks after our [7] first understanding that these cases existed, [8] to evaluate all of the information that we had [9] available to us at that time.

[10] Q: How seriously was this being taken at the [11] time?

[12] A: Extremely serious.

[13] Q: What was the upshot of what happened with [14] your meetings with Dr. De Groen and everything [15] else? Just let's carry this forward through [16] March and April.

[17] What was going on?

[18] A: Right. In the March 15th meeting, there [19] was a lot of discussion about the individual [20] cases that we had observed. The cases that, some [21] of which were suggestive of a pill esophagitis, [22] i.e., potentially a tablet sticking within the [23] esophagus and causing local damage, and others [24] that were suggestive of acid reflux being the

Page 520

[1] primary cause of the problem.

[2] And we had also discussed with the [3] consultants the mechanisms that — how dosing [4] may relate to the risks of esophageal damage in [5] both of these scenarios, and that's how we [6] determined the changes to the product labeling [7] and recommendations to physicians and patients [8] that subsequently we took forward.

[9] Q: Now, what did you do then? What was your [10] response to this issue?

[2] A: Yes.

[3] Q: And there's a section entitled Safety And [4] Tolerability Studies of Humans.

[5] A: Yes.

[6] Q: And down at the bottom of that, there's a [7] sentence that begins Convincing human [8] tolerability data for a higher dose of [9] alendronate comes from clinical trials of [10] alendronate and the treatment of Paget's disease.

[11] Do you see that?

[12] A: Yes. Convincing human tolerability.

[13] Q: And do you agree with that statement?

[14] A: To read it again, it says convincing [15] human tolerability data for a higher dose of [16] alendronate come from clinical trials of [17] alendronate in the treatment of Paget's disease, [18] and in as much as it reflects to Paget's patients [19] who are, after all, humans, then it is a true [20] statement.

[21] Q: Well, the context of this was showing [22] support in the clinical world for your efforts to [23] go ahead with the weekly administration of [24] alendronate for osteoporosis; correct?

Page 623

[1] A: Yes.

[2] Q: And so —

[3] A: And so it is one part of the overall [4] discussion within this paper.

[5] Q: And just so we're clear, the references [6] we go to — if we go to the — into that [7] discussion, there's a series of references 12, 13 [8] and 56.

[9] Do you see that?

[10] A: Can I — can I draw your attention before [11] we go there to the same paragraph that you drew [12] my attention to before human intolerability — [13] studies in — Safety and Tolerability studies in [14] Humans on page ending 123?

[15] Q: Whatever you like.

[16] A: Two pages back.

[17] Q: Okay.

[18] A: The column two, the paragraph at the top [19] right-hand side here, we are talking about safety [20] and tolerability studies in humans, and we also [21] provide the counter balancing information within [22] this paper by bone, despite the fact it's a [23] rationale paper, about the experience with 40 [24] milligrams, then we go on to describe the results

Page 624

[1] from the Chestnut paper and the fact that about [2] ten percent of patients developed upper GI [3] symptoms that resulted in discontinuation where [4] discontinuation is were less common at lower [5] daily doses, 5 to 20 milligrams, or with placebo.

[6] So I think it is appropriate to read [7] all of this information in context, and we are [8] not simply stating that the Paget's studies on [9] their own are convincing, we are saying that [10] those data provide convincing data that in [11] humans, which is true that alendronate can be [12] well tolerated, but we go on to say in patients [13] with osteoporosis, even doses of 40 milligrams [14] may be associated with a discontinuation is due [15] to upper gastrointestinal events.

[16] Q: But nevertheless you do refer to the [17] purpose of the paper is to talk about the likely [18] tolerability of a once weekly dose for [19] alendronate; correct?

[20] A: Right. And the paper is wide ranging and [21] discusses a number of pieces of evidence that [22] when considered together, provides support for [23] the concept.

[24] Q: And the references that are after the

Page 625

[1] little section on convincing human tolerability [2] that we discussed, those are the Siris, Reid, and [3] Kahn studies; correct?

[4] A: Yes, and Cummings is also — not [5] Cummings, rather, the Chestnut paper.

[6] Q: I was just referring to the ones we were [7] talking about, the Paget's experience.

[8] A: Yes. I understand, and I was for [9] completeness indicating that we have been [10] complete and referenced the Chestnut paper, also.

[11] Q: Generally, after the de Groen paper or [12] these case reports started to come out about the [13] severe, the rare severe occurrences of [14] esophagitis, and even after the de Groen paper [15] came out, the acceptance of Fosamax in the [16] marketplace continued to climb; correct?

[17] A: Yes. The event clearly had an effect on [18] our overall potential trajectory, but [19] nonetheless, the sales of Fosamax which at that [20] time was relatively early on post-launch, did [21] continue to increase.

[22] Q: And they increased rapidly; correct?

[23] A: Yes. I would say, however, that because [24] of the concerns and awareness about GI

Page 626

[1] tolerability, that it's likely although [2] impossible to prove, that they would have been [3] more rapid had we not seen these adverse events.

[4] Q: That's speculation. The fact of the [5] matter is they did increase rapidly; correct?

[6] A: Yes, and I think they also —

[7] MR. GALBRAITH: Thanks; I have no [8] further questions.

[9] THE COURT: All right.

[10] MR. LYNCH: One question.

[12] REDIRECT EXAMINATION

[13] BY MR. LYNCH:

[14] Q: There was some suggestion about the [15] Lufkin paper and the dosing on the Lufkin paper. [16] Do you have PTX 87? I don't think it's in that [17] book that counsel gave you.

[18] A: PTX 87?

[19] Q: Yes.

[20] A: I have 83 and 89.

[21] Q: Did counsel give you the Lufkin paper?

[22] A: Oh, yes, I have that.

[23] Q: And go to page 322 on the Lufkin paper in [24] the left-hand column near the bottom. What does

Page 627

[1] it say about the dosing procedures? Look at the [2] line begins "after our initial case of [3] esophagitis".

[4] A: "After our initial case of esophagitis, [5] all patients had been instructed to follow [6] procedures known to facilitate passage of tablets [7] through the esophagus, to take medication on an [8] empty stomach with eight ounces of water, and not [9] to recline for one hour."

[10] Q: Does that substantially reverse the [11] taken-at-bedtime instruction on page one?

[12] A: It does.

[13] MR. LYNCH: No further questions.
[14] (The witness left the witness stand.)

[15] MR. LYNCH: May it please the Court, [16] Your Honor, Merck calls Dr. Socrates Papapoulos.

[17] THE CLERK: Please state and spell [18] your full name for the record. Socrates, [19] S-O-C-R-A-T-E-S; Papapoulos, P-A-P-A-P-O-U-L-O-S.

[21] DIRECT EXAMINATION

[22] BY MR. LYNCH:

[23] Q: What is your current professional [24] position, Dr. Papapoulos?

Page 628

[1] A: I'm a professor of medicine, and a [2] consulting physician and director of bone and [3] mineral research in the department of [4] endocrinology and metabolic diseases at the [5] Leiden University Medical Center.

###### Page 628 (continued)

[6] Q: Where is the Leiden — how do you spell [7] Leiden?

[8] A: L-E-I-D-E-N.

[9] Q: And where is the Leiden University [10] Medical Center?

[11] A: In the Netherlands.

[12] Q: In the Netherlands.

[13] And what is the nature of your [14] position there? I mean, what are your duties and [15] responsibilities?

[16] A: I do have clinical research, teaching, [17] and administrative duties.

[18] Q: And in general, what does your — what do [19] your teaching and clinical responsibilities [20] involve? What particular aspect of the practice [21] of medicine? You are a medical doctor, correct?

[22] A: I am an internist and endocrinologist, [23] and my duties are exclusively in the field of [24] bone and mineral metabolism.

###### Page 629

[1] Q: Now, describe what is the nature of your [2] clinical experience as it's developed at Leiden [3] today?

[4] A: As it is today, or as it did develop?

[5] Q: No, today.

[6] A: Today my clinical duties include doing an [7] outpatient clinic, doing telephonic [8] consultations, doing a ward runs, and teaching [9] younger physicians in the management of problems [10] of bone and mineral metabolism, and at the same [11] time, consulting with other departments within [12] our university hospital, mainly gastroenterology, [13] renal diseases, orthopedics, and so on.

[14] Q: Now, Dr. Papapoulos, what is the status [15] or stature of the University of Leiden when it [16] comes to the practice of medicine involving bone [17] metabolic diseases?

[18] A: It is in the forefront of the European [19] centers as it's taken together with the [20] University of Aberdeen, University of Sheffield [21] in the UK, in Lee on in France, and the group in [22] Geneva in Switzerland. These are the places [23] where basic and clinical research in bone disease [24] has been conducted.

###### Page 630

[1] Q: And in general, what kind of patients do [2] you see in your clinical work?

[3] A: Any type of patient with any type of bone [4] disease.

[5] Q: Insofar as the subject matter of this [6] case is concerned, to what extent do you involve [7] yourself with the treatment of patients that have [8] either osteoporosis or Paget's disease?

[9] A: These are the most common patients that I [10] see in my clinic and also my colleagues see [11] within our group.

[12] For the Paget's disease, we are the [13] main referral center in the Netherlands, and we [14] have one of the largest Paget's populations in [15] the world.

[16] Q: Now, let's go on to a little bit of your [17] background, Dr. Papapoulos.

[18] Can you trace for me a little bit of [19] what your background is and your education, [20] medical school?

[21] A: Yes, I obtained my M.D. at the University [22] of Athens in Greece where I did also my training [23] in internal medicine.

[24] Then I moved to London where I spent

###### Page 631

[1] about six years at the Middlesex Hospital at the [2] University of London together with Jeffrey [3] O'Riordan, which is one of the well-known figures [4] in Britain in metabolism. I completed, and I [5] started conducting research in calcium and bone [6] metabolism.

[7] Are later on in 1984, I moved to [8] Leiden. When I joined the group of Professor [9] Olaf Bijvoet, whom I succeeded in leading this [10] group in 1999.

[11] Q: Now, at the time you joined the [12] University of Leiden, what was the status in the [13] area of treatment of these various bone metabolic [14] diseases?

[15] A: It was certainly in the frontline, [16] because Professor Olaf Bijvoet, apart from these [17] other achievements in this area, was the man who [18] had discovered pamidronate, and he was the first [19] to use it clinically.

[20] Q: Now, how many publications do you have, [21] Dr. Papapoulos, in the field of bone metabolic [22] medicine?

[23] A: About 300, excluding abstracts.

[24] Q: And what's societies, if any, do you

###### Page 632

[1] belong to that deal with this particular area?

[2] A: I belong to any major international [3] society dealing with bone and mineral metabolism. [4] But in addition to that, I am on the board of [5] directors of the IBMS, the society in which [6] Professor Russell was president three years ago. [7] And I'm also in the board of the International [8] Osteoporosis Foundation.

[9] This International Osteoporosis [10] Foundation is the largest organization dealing [11] with osteoporosis, and it has members societies, [12] scientific societies, and patient societies from [13] about 90 countries in the world.

[14] Q: And have you received any awards [15] or distinctions in this area of medicine?

[16] A: Yes.

[17] Q: Of bone metabolic disease?

[18] A: I have. I believe that relevant fd this [19] case is perhaps the Boy Frame Award of the [20] American Society for Bone and Mineral Research [21] for excellence in the clinical field of bone [22] metabolism, being the first non-American to [23] receive this award.

[24] Q: Now, Dr. Papapoulos, I'm going to direct

###### Page 633

[1] your attention to Exhibit 246 in this book, and [2] ask you what it is?

[3] A: Yes, this is my C.V.

[4] Q: And is this C.V. reasonably accurate [5] summary of your background and experience in the [6] area of bone and metabolic disease?

[7] A: I believe so.

[8] MR. LYNCH: I submit, Your Honor, [9] that Dr. Papapoulos is an expert in this [10] particular field of medicine.

[11] MR. GALBRAITH: No objection.

[12] THE COURT: All right.

[13] BY MR. LYNCH:

[14] Q: Dr. Papapoulos, you arrived in 1984 at [15] the University of Leiden. And I would like to [16] reflect back to then on this issue of Paget's [17] disease.

[18] A: Yes.

[19] Q: You arrive at the University of Leiden, [20] and I think that's far enough back.

[21] What's the status of what you're [22] doing with Paget's disease at that time?

[23] A: You mean therapeutically?

[24] Q: Therapeutically, yes.

###### Page 634

[1] A: We were treating patients with Paget's [2] disease with pamidronate at that time.

[3] Q: And what was the nature of the [4] pamidronate treatment you were administering to [5] Paget's disease patients at that time?

[6] A: By that time, we were treating giving [7] oral pamidronate to patients with Paget's disease [8] because of the GI problems, and we were [9] initiating treatment with intravenous drug.

[10] Q: So at this time, back in 1984, you were [11] experiencing these problems that were later [12] reflected in a '90s article by Lufkin that we [13] just looked at; is that fair to say?

[14] A: That is fair to say. However, the [15] experience with Lufkin was with a lower dose than [16] the dose used in Paget's disease.

[17] Q: Yes.

[18] Now, what, if anything — well, at [19] this time, 1984, when you were treating Paget's [20] disease, what were the doses you were using [21] orally, even if you replaced them because of [22] problems, and the doses you were using [23] intervenously?

[24] A: Right. Orally, the effective dose was

Page 635

[1] 600 milligrams per day, which as I said, it could [2] not be well tolerated.

[3] When we reduced it to 300 milligrams [4] a day, which could be tolerated, it was not so [5] effective.

[6] And so we moved to the intravenous [7] where we're using 20 to 30 milligrams [8] intervenously per day for three, four, five days, [9] or even longer sometimes.

[10] Q: Now, this intravenous administration, [11] what did it necessitate? How did you administer [12] this to the patient?

[13] A: So the patient was admitted to the [14] hospital, we were giving it by infusion usually [15] between two and four hour slow-running infusion.

[16] Q: At this point in time, you're treating [17] Paget's patients in the Netherlands with [18] pamidronate?

[19] A: Yes.

[20] Q: What is the Paget's treatment available [21] for patients in the United States?

[22] A: Sometimes the only available treatment in [23] the United States was oral etidronate. So no [24] other effective treatment was available to

Page 636

[1] American physicians.

[2] Q: And what about other things we've heard [3] about, like clodronate, as another material?

[4] A: Clodronate never been approved in the [5] United States; it's only approved in a few [6] countries in Europe. And so there weren't any [7] other bisphosphonates.

[8] In fact, to tell you an anecdote, at [9] that time, both in Sheffield and in our unit in [10] Leiden, patients from the United States with [11] Paget's disease were coming for treatment.

[12] Q: Because —

[13] A: Because of the non-availability of [14] effective treatments in the United States.

[15] Q: Now, let's talk about those people, what [16] is the nature of the — of the symptoms or the [17] nature of the people that you treated?

[18] A: Yeah.

[19] Q: Even beginning back in 1984.

[20] A: I don't have to go all back to 1984 [21] because the patient in the clinic with Paget's [22] disease is very typical. As a patient that comes [23] in and has complaints, the main complaints of [24] this patient is pain.

Page 637

[1] In 80 to 85 percent of patients with [2] Paget's in all clinical series reported up until [3] now, pain was a predominant symptom, and it is [4] the published experience of Professor Kanis from [5] Sheffield, and it is exactly the same without [6] published experience.

[7] Then we have other issues like [8] deformities, loss of hearing, because of [9] localization in the skull fractures in about 14 [10] percent of these patients.

[11] Q: Now, I think Dr. Russell said that only 5 [12] to 10 percent of Paget's patients had the pain [13] symptoms.

[14] A: Which is absolutely correct, but this is [15] a population, which is being seen in clinical [16] units. Only 10 percent of the population will [17] you see was without symptoms.

[18] The large majority were the [19] symptomatic patients.

[20] Q: So you're saying out in the world, there [21] might be people afflicted with Paget's, and only [22] 5 to 10 percent of them have pain?

[23] A: Oh, yes. Very much so.

[24] Because we heard Paget's disease is

Page 638

[1] common. It is three percent in people about the [2] age of 50 and 55 years old.

[3] So the majority of patients out [4] there without symptoms, you know, nobody knows [5] where they are.

[6] But the people that you treat for Paget's [7] in your clinic —

[8] A: Yes.

[9] Q: And you're as well in Great Britain and [10] at Sheffield, I mean?

[11] A: No, I wasn't. I was at Sheffield in [12] London.

[13] Q: I mean, in London. Did you treat people [14] there?

[15] A: It's a very few, because it was not an [16] expertise, but we have a physician there who [17] follows them, who had particular interest in this [18] disease and would be seeing these patients.

[19] Q: Those patients, in the clinical setting, [20] they have pain?

[21] A: Yes. They were identical to the patients [22] I used to see.

[23] Q: Now, is that changing today? That is, to [24] what extent are unsymptomatic patients being —

Page 639

[1] for Paget's disease being treated today?

[2] A: Because during the past years, we have [3] obtained very efficacious and convenient ways of [4] treating Paget's disease. There has been a [5] general consensus during the past two or three [6] years to start treating patients without [7] symptoms, but with localizations of the disease [8] in places in the skeleton, which can induce [9] complications to treat them in a way [10] prophylactically.

[11] But this is a very recent [12] development due to their availability of [13] efficacious and safe ways of treating.

[14] Q: And what are those ways of treating them?

[15] A: Oral bisphosphonates.

[16] Q: Oral bisphosphonates. And which one do [17] you use?

[18] A: I do use oral resindronate in my practice [19] in daily practice now.

[20] Q: And resindronate is the product of?

[21] A: Alendronate.

[22] Q: And in the — in the Netherlands at the [23] present time, is alendronate approved —

[24] A: No.

Page 640

[1] Q: — for the treatment of patents?

[2] A: No. It is — alendronate 40-milligram [3] tablets are not available in the Netherlands.

[4] Q: But is alendronate used for the treatment [5] of osteoporosis?

[6] A: Certainly.

[7] Q: Now, let's go to your background in [8] insofar as these patients are concerned. These [9] Paget's patients were symptomatic with pain.

[10] Is this a disturbing pain that [11] motivates them to seek treatment?

[12] A: Oh, absolutely.

[13] Q: Could you describe it?

[14] A: This is a disturbing pain. Sometimes it [15] can be very bad. It can be excruciating.

[16] And particularly, when it is due [17] really to the bone disease, it is very prominent [18] at night. So patients wake up at night - at [19] night because of that pain.

[20] So it is a very, very specific [21] complaint.

[22] Q: Now, when you were offering the [23] treatments back then and the treatments today [24] with the oral bisphosphonates, generally, what's

Page 641

[1] the nature of the success rate you have of [2] overcoming this pain symptom

with the Paget's [3] disease patients?

[4] A: Bisphosphonates are great drugs in [5] relieving the pain in patients with Paget's [6] disease.

[7] Q: What is the — what is the progress of [8] the treatment —

[9] A: So —

[10] Q: — if you look at the symptomatic [11] Pagetic patient?

[12] A: So in my first discussion with the [13] patient in whom I have made the diagnosis of [14] Paget's disease, I explain to them what Paget's [15] disease is, what bisphosphonates are, and what [16] our expectations of this treatment.

[17] Namely, I say to the patient that [18] there is a great chance that within the period, [19] the short period you take the tablets, your pain [20] will go down and perhaps may disappear.

[21] The point is that the patient has to [22] understand that you're giving two to six months [23] treatments, giving two months treatment now with [24] resindronate. It's six months with alendronate.

Page 642

[1] And you say to the patient, you take [2] this treatment, your symptoms will ease down. [3] And then you will have a period of two, three, [4] four years perhaps without any treatment or any [5] new symptoms.

[6] Q: And you said two, three, four years,. [7] After that two, three, four years, is it typical [8] that there may be a relapse?

[9] A: Yes.

[10] Q: And —

[11] A: A relapse can occur. And it depends.

[12] There are patients who relapse after [13] one year. There are patients who relapse after [14] eight or nine years.

[15] Q: Let's get to the —

[16] THE COURT: Mr. Lynch, we're going [17] to take our lunch break now until 1:30.

[18] MR. LYNCH: Very good, Your Honor.

[19] THE COURT: I'm going to stay here. [20] I have a pretrial conference. You'll all free to [21] go.

[22] (A luncheon recess was taken.)

[23] THE CLERK: All rise.

[24] (Whereupon Judge Farnan entered the

Page 643

[1] courtroom.)

[2] THE COURT: All right. Be seated.

[3] MR. LYNCH: May it please the [4] Court.

[5] BY MR. LYNCH:

[6] Q: Good afternoon, Dr. Papapoulos?

[7] A: Good afternoon, Mr. Lynch.

[8] Q: Let's go on to osteoporosis; [9] Dr. Papapoulos.

[10] In 1984, when you got to Leiden, was [11] there a treatment for osteoporosis available at [12] that medical center?

[13] A: At that medical center, we used [14] pamidronate for the treatment of our patients [15] with osteoporosis.

[16] Q: Now, we've just heard that pamidronate [17] apparently was withdrawn from an approval process [18] in the United States as late as the '90s as a [19] result of the Lufkin article?

[20] A: Yes.

[21] Q: How was it that in 1984 in Leiden, you [22] were able to use pamidronate?

[23] A: Actually, we developed pamidronate, oral [24] pamidronate at 150 milligrams per day for the

Page 644

[1] management of osteoporosis. And on the basis of [2] the good results we had, Ciba-Geigy, who had the [3] license to these drugs — to this drug, in about [4] '89-'90 organized international trials.

[5] So we participated in that, the [6] Lufkin study. The Mayo Clinic participated in [7] the same study here in Reid, New England, [8] Dr. Fogelman, and Dr. Stevenson in the United [9] Kingdom, and other centers in Denmark and in [10] Sweden. And during this trial, it was before the [11] publication of the Lufkin, we got a message from [12] Ciba-Geigy, that the trial should be interrupted [13] due to adverse events.

[14] Q: Could you put up Exhibit 67. Turn to — [15] I'm sorry, 87. Can you identify Exhibit 87, [16] Dr. Papapoulos?

[17] A: Yes. 86. 87.

[18] Yes. I have it.

[19] Q: And what is that document?

[20] A: Yeah. That's a famous article we have [21] been discussing.

[22] It's a Lufkin article talking about [23] the side effects, the event of adverse affects [24] that has been seen during this trial with

Page 645

[1] pamidronate.

[2] Q: Now, you were using pamidronate even [3] earlier than these trials; correct?

[4] A: Yes.

[5] Q: And was that with governmental [6] permission?

[7] A: That was with the permission in our [8] medical community.

[9] Q: And what was your experience with these [10] same types of adverse effects —

[11] A: Pamidronate.

[12] Q: — involving pamidronate?

[13] A: Yeah. Pamidronate, at that dose was a [14] pretty good treatment for osteoporosis. It was [15] very good.

[16] Only 10 to 12 percent of the [17] patients receiving pamidronate could not tolerate [18] it. So seeing what we had at that time, [19] available for the management of osteoporosis, [20] this was great.

[21] It was very effective. It was [22] working in nearly 90 percent of the patients with [23] no problems.

[24] And it created problems to about 10

Page 646

[1] to 12 percent of the patients.

[2] Q: Now, when you saw a patient with problems [3] with pamidronate at this level you've just [4] indicated, what was the nature of those problems [5] that you saw?

[6] A: Many of the problems were epigastric [7] complaints, that is, pain. Abdominal pain. [8] Nausea. Vomiting. Heartburn.

[9] Q: So you were a part of this same trial [10] that's being reported to — reported on by [11] Lufkin?

[12] A: We were writing the similar study.

[13] Q: What did you do when that trial was [14] called off?

[15] A: We stopped giving Ciba-Geigy's [16] preparation of pamidronate, because we couldn't [17] go on. They withdrew all the samples. And we [18] continued the trial with our pamidronate.

[19] Q: And how long did that study last?

[20] A: Five years.

[21] Q: And what was the upshot of that study?

[22] A: It was a very effective treatment.

[23] Q: Now, during this time, you were treating [24] both Paget's patients —

Page 647

[1] A: Yeah.

[2] Q: — and osteoporosis patients?

[3] A: Yes.

[4] Q: How were you treating Paget's patients at [5] Leiden during the same period of time?

[6] A: With intravenous pamidronate or with [7] bisphosphonates which we were developing. I [8] mean, we were doing research development.

[9] Q: Now —

[10] A: Clinical practice was intravenous [11] pamidronate.

[12] Q: Why was it intravenous for the Paget's [13] patients and oral for the osteoporosis patients?

[14] A: Because it was a big difference in the [15] dose. The dose, which was effective in Paget's [16] disease was 600 milligrams per day. And this [17] could not be tolerated by the majority of these [18] patients.

[19] Q: And was there a dose that the Paget's [20] patients could tolerate that was higher than the [21] osteoporosis dose?

[22] A: 300 milligrams was well tolerated, but it [23] was not effective enough to treat the disease.

[24] Q: So, and is this in the general period of

Page 648

[1] the late '80s, earlier '90s? Could you summarize [2] what was your experience with the toleration that [3] osteoporosis patients had with oral pamidronate [4] as opposed to Pagetic patients?

[5] A: Patients with osteoporosis could tolerate [6] pretty well 150 milligrams per day. When it was [7] going to 300 milligrams, we have a placebo study [8] of that patient.

[9] There was a clear increase in the [10] incidence of side effects and dropouts.

[11] Q: Is that in osteoporosis?

[12] A: This was in rheumatoid arthritis, not on [13] osteoporosis. But it was a similar type of [14] patient, and there was three times higher dropout [15] due to GI side effects.

[16] Patients with Paget's disease could [17] not tolerate 600 milligrams. They could tolerate [18] 300 milligrams.

[19] And finally, patients with [20] metastatic bone disease, which is another [21] indication when we give bisphosphonates, could [22] not tolerate 600 milligrams, but were tolerating [23] 300 milligrams.

[24] Q: Now, you used the word of something that

Page 649

[1] I think the reporter missed, that is something [2] rheumatoid?

[3] A: Rheumatoid arthritis.

[4] Q: Now, do you have an explanation for that, [5] the different tolerance levels?

[6] A: No.

[7] Q: But —

[8] A: I mean, you can — there is — I don't [9] think anybody has an explanation for that, but [10] there are various issues, which are indicative, [11] you can say, of these differences.

[12] For example, it's at that time, our [13] typical patient with osteoporosis was the patient [14] who presented during your opening statements with [15] that particular slide, who has the little old [16] lady with this problem.

[17] That was our typical osteoporotic [18] patient, on the other hand. In the Paget's [19] population, we knew that men, predominantly a [20] little bit more, but it were more men than women.

[21] Secondly, we heard also yesterday [22] with Dr. Markowitz saying that women at that age [23] have a much higher incidence of GI problems than [24] men.

Page 650

[1] So if you put all this together, you [2] may come to some explanation. Finally, and I [3] think for me is the most important, the patient I [4] was seeing with Paget's disease, who had disease [5] had problems, had complaints, and I was offering [6] a treatment for that.

[7] In the lady with osteoporosis, what [8] I was telling her was, Look here. This is a [9] great drug. It's going to reduce your risk of [10] fracture in the coming years by about 50 percent.

[11] If we think also of the worst [12] scenario, the lady who already had experienced a [13] vertical fracture. She comes to me.

[14] What do I say? Look here. [15] The pain will go down by itself [16] within three months. The drug I'm giving you is [17] not going to have any effect on your pain, but [18] it's going to prevent fractures in the future.

[19] So I think without having any [20] scientific data, any scientific study, you know, [21] which has examined this issue specifically, I [22] believe that from clinical practice you can come [23] to this kind of differentiation between patients.

[24] Q: Now, let's move into the '90s. And in

Page 651

[1] the '90s, what do you use to treat — what do you [2] use currently to treat osteoporosis at the center [3] in Leiden?

[4] A: In my clinical practice, I'm using [5] alendronate.

[6] Q: And that's alendronate?

[7] A: Today's alendronate weekly.

[8] Q: Weekly. And before alendronate weekly [9] came along, what did you use?

[10] A: Alendronate daily.

[11] Q: What is generally the nature of your [12] experience that you have had in your clinical [13] practice with the appearance of these adverse [14] effects or adverse events with alendronate daily?

[15] A: Actually, I was not surprised at all [16] because the profile I was seeing in my clinic was [17] exactly the same to what I have seen before with [18] oral pamidronate.

[19] Q: Now, but, of course, pamidronate was at [20] 150 per day?

[21] A: Yes.

[22] Q: Correct?

[23] A: Yes.

[24] Q: And the alendronate was at 10 per day?

Page 652

[1] A: Yes.

[2] Q: And what were you seeing, just generally?

[3] A: You want me to explain why it was a [4] difference?

[5] Q: No. By what percentage of the people?

[6] A: It was about the same 10 to 12 percent of [7] the people were getting exactly the same kind of [8] complaints, and they were discontinuing treatment [9] because of that.

[10] I mean, the patient — it is very [11] typical, and I think it is very nice to read the [12] paper, but if you don't have the patient across [13] you saying, Doc, I can't. I have the pain. I [14] vomit.

[15] I can't take it. This is what [16] you're hearing from your patients.

[17] Q: Now, let's talk about the issue of what a [18] dose-related response is.

[19] A: Yes.

[20] Q: And do you have an opinion as to whether [21] bisphosphonates generally exhibited those [22] dose-related responses?

[23] A: You mean in terms of tolerability —

[24] Q: Tolerability.

Page 653

[1] A: — or efficacy.

[2] Q: In terms of tolerability.

[3] A: Yes, I do. Yes.

[4] I do have an opinion of that.

[5] Q: And what is it?

[6] A: That there is a clear dose-related [7] response.

[8] Q: And where — what do you base that on?

[9] A: First of all, let's start with the [10] earlier development bisphosphonates, which were [11] not so irritative of the gastrointestinal mucosa [12] nearly, etidronate and clodronate, and this has [13] been extensively discussed during the previous [14] two days.

[15] What we can summarize, and as been [16] shown in Dr. Fleisch's book, it was that these [17] two bisphosphonates exhibit mild gastrointestinal [18] disturbances. And when you reduce the dose or [19] you split the dose, these go away,.

[20] Or another way to deal with that is [21] to give the drug intravenously. When we

come to [22] the first amino bisphosphonate, namely [23] pamidronate, there is a very clear dose [24] relationship. And I have explained to you all

**Page 654**

[1] the issues involved in pamidronate.

[2] Then, we come to alendronate. And [3] as very rightly pointed before, we can't [4] extrapolate from one bisphosphonate to another. [5] However, alendronate had only one carbon more [6] than pamidronate.

[7] Otherwise, it was the same, but [8] surprisingly was much more potent.

[9] Q: Well, let's explore some of the other [10] common traits.

[11] When you gave pamidronate — when [12] you gave pamidronate intravenously, —

[13] A: Yes.

[14] Q: — what was the effect?

[15] A: During the first administration of the [16] drug, we had a very specific reaction of the [17] patient.

[18] Q: What's it called?

[19] A: Which is called acute phase reaction.

[20] Q: And what was the nature of an acute phase [21] reaction?

[22] A: Usually during — after the second day, [23] after the intravenous treatment, the patient was [24] getting high temperature, muscle aches.

**Page 655**

[1] This is a kind of flu-like syndrome, [2] which was associated with changes in its blood [3] count, which were transient.

[4] Q: So it didn't have a long effect, but you [5] felt like you had the flu for a couple of days?

[6] A: Yes. Severe flu.

[7] Q: What's the situation with intravenous [8] alendronate?

[9] A: When alendronate was introduced, and it [10] was given in the first place intravenously, [11] patients had, although in lower doses, patients [12] experienced exactly the same reaction.

[13] So the acute phase reaction as has [14] been described with pamidronate and which meant [15] that investigators using alendronate described [16] that very clearly.

[17] Q: Now, to what extent would those, in about [18] 1995/1996, to what extent did literature indicate [19] that there might be a dose-related response [20] insofar as gastrointestinal effects affecting [21] tolerability is concerned might exist with these [22] various bisphosphonates? And can you explain [23] with regard to the various articles summarized on [24] what is it, 13 or —

**Page 656**

[1] A: Which ones could you do you want me [2] specifically to focus on?

[3] Q: Are there any articles that illustrate [4] and report on a dose phase reaction?

[5] A: On an acute phase or dose related?

[6] Q: I mean a dose-related action. Here we're [7] talking about the gastrointestinal tract.

[8] A: Let's look at one publications. For [9] example, 77, British Medical Journal, 50 [10] milligrams a day, 50 percent problems.

[11] Q: Is that Harinck, PTX 77?

[12] A: '87. It's the last one.

[13] Q: And that was a paper which you were an [14] author?

[15] A: Yes.

[16] Q: What did it report?

[17] A: We reported on the effectiveness of these [18] regimens, and as you can see here, we had [19] problems with the 600 milligrams. When we gave [20] the 300 milligrams, we didn't have any problems.

[21] Q: So it wasn't a dose-related reaction with [22] pamidronate?

[23] A: And the disease for us was a very good [24] indication, and we state that.

**Page 657**

[1] Q: Any others?

[2] A: The second, again, with pamidronate, [3] comes from General Clinical Oncology, 1993, [4] van Holten. This is in patients with metastolic [5] bone disease where we had to change the dose to [6] 300 milligrams because patients could not [7] tolerate it.

[8] Q: That's PTX 84.

[9] A: Oh, yes.

[10] Q: And does that support the notion that [11] there is a dose-related reaction?

[12] A: For pamidronate, yes.

[13] Q: Any others?

[14] A: Can we go back? Before I go to the [15] Fleisch publications, let me go to the Adami [16] publications which is in Bone. Sadam Adami was [17] an Italian investigator which was perhaps the [18] first one who used in a proper way alendronate [19] before these became available to Merck.

[20] So he used two doses to treat [21] patients with Paget's disease, 20 and 40 [22] milligrams a day, patients with Paget's disease [23] who had never seen bisphosphonates before. And [24] he came to the conclusion that the 40 milligrams

**Page 658**

[1] were problematic for the patients, and he said [2] that probably in the future, we would not be able [3] to use oral alendronate for the management of [4] Paget's disease.

[5] You may say that this was perhaps [6] due to the preparations they were using, but this [7] is totally irrelevant, because there's a closed [8] dose-related effect independent of preparation [9] because patients tolerated much better the 20.

[10] Q: The 20 milligram dose was tolerated?

[11] A: Was tolerated.

[12] Q: That was the same preparation?

[13] A: Exactly. That's why I'm saying it has [14] nothing to do — it gives me an indication of [15] dose relationship.

[16] Q: Let's go now to alendronate specifically [17] in osteoporosis.

[18] A: I'll pick up the January 1995 Kanis in [19] Osteoporosis International.

[20] Q: That's PTX 115.

[21] A: Dr. Kanis, as we have discussed also [22] previously here, is a great expert in [23] bisphosphonate, the use of bisphosphonates, work [24] in Sheffield. He has used numerous of these

**Page 659**

[1] compounds, and here he is writing a review [2] article to position alendronate for the [3] management of osteoporosis.

[4] And as you can see, clearly, in his [5] conclusion, it says the problem, the only problem [6] is gastric intolerance, which is dose dependent.

[7] So if I am somebody who is not too [8] heavily involved in this area, and I read one of [9] the great experts in bisphosphonate treatment say [10] that, immediately, I take account of that.

[11] And then comes the book of [12] Dr. Fleisch. It was yesterday described as the [13] Bible, and Fleisch is the father of the [14] bisphosphonates. And his authoritative [15] monograph, he states that very clearly.

[16] Q: Dose dependency?

[17] A: Right.

[18] So I have perhaps the people who are [19] mostly respected in the field saying that, I have [20] my own personal experience with pamidronate, and [21] for the reasons I told you is very close to that.

[22] So therefore, what more I need? I [23] need a real study. And that was the Chestnut [24] study.

**Page 660**

[1] Q: And what is your conclusion based on the [2] Chestnut study?

[3] A: That it produces excess 40 milligrams [4] produces excess of GI side effects, leading to [5] discontinuation.

[6] Q: In what kind of patients?

[7] A: Patients with osteoporosis.

[8] Q: You've also seen the studies that were [9] done by Merck in connection with Paget's disease?

[10] A: Yes.

[11] Q: And how do you accommodate what happened [12] in the Chestnut study with what happened in those [13] Paget's studies?

[14] A: The only explanation I can offer to you [15] is what I said before about the patient with the [16] osteoporotic versus the patient with the Paget's [17] disease. And the patient who is osteoporotic, [18] with osteoporosis, is the most relevant for me.

[19] And this combined with all the data [20] I have, combined with my experience with [21] pamidronate being different in Paget's and in [22] osteoporosis, I come to the conclusion that [23] indeed, the 40 milligram per day dose is not [24] relevant for patients with osteoporosis.

Page 661

[1] Q: Dr. Papapoulos, refer, if you will, in [2] your book to Exhibit 124.

[3] A: Yes.

[4] Q: Is that a study or report on which you [5] are familiar?

[6] A: Yes, well, I would like more to keep the [7] word report rather than a study.

[8] Q: Okay, it's a report?

[9] A: Yes.

[10] Q: Why are you saying that?

[11] A: Because this was not a study of [12] scientific, great scientific value. This was a [13] study which went to look what's happening in [14] daily practice after the introduction of [15] alendronate.

[16] Q: What did Dr. Ettinger report was [17] happening in daily practice with alendronate?

[18] A: Many different things from what have [19] happened in clinical trials, which is the [20] experience of every single doctor who has worked [21] both as a clinical investigator and a practicing [22] clinician.

[23] So here, Dr. Ettinger found that a [24] big number of these patients, if I recall

Page 662

[1] correctly was about 18 percent, had to [2] discontinue treatment because of GI side effects, [3] which is more or less a little bit more [4] exaggerated than my experience, and I believe I [5] have a lower incidence because I know better how [6] to do bisphosphonates.

[7] Q: And this indicated 18 percent?

[8] A: About, yes.

[9] Q: In osteoporosis?

[10] A: Had to discontinue the study.

[11] So for me it is a clinical study [12] which confirms what every single clinician was [13] seeing in daily practice with the use of [14] alendronate.

[15] Q: Now, Dr. Papapoulos, let's go to the [16] Lunar News article.

[17] A: Can you point me out there where?

[18] Q: Yeah, I think we're somewhere around 28 [19] and 29, two the Lunar articles of April '96 and [20] July '96.

[21] A: Should I look in April '96?

[22] Q: No, let me ask you a question first about [23] is the Lunar News a publication that you were [24] familiar with back around this time frame in

Page 663

[1] 1995/1996?

[2] A: Yes, I was familiar with it.

[3] Q: And just tell me how you came to become [4] familiar with it?

[5] A: It was coming in my mail. I don't know [6] how I've been selected. I suppose they [7] distribute it out to many physicians.

[8] Q: And what was the — at the time that this [9] one arrived, do you have any recollection of the [10] weekly suggestion, whatever has been set forth, [11] whatever you want to call it, about weekly [12] administration of alendronate?

[13] A: No.

[14] Q: Now, have you since looked at these Lunar [15] News articles?

[16] A: At the articles, yes, in relation to this [17] litigation.

[18] Q: Do you have an opinion as to whether [19] these articles would tell a person like yourself [20] of skill in the art and be an effective teaching [21] of the same inventions as in the '329 patent for [22] the administration of alendronate for [23] osteoporosis treatment?

[24] A: Definitely not.

Page 664

[1] Q: Can you explain why?

[2] A: Because the suggestions that are here [3] made do not have any rationale. They don't have [4] any scientific basis. And the proposed [5] approaches are, do not fit with each other. [6] They're approaches which are based on very [7] different principals, as have been discussed [8] earlier. Weekly is different than giving once [9] weekly intravenously, one week a month, one week [10] every few months, every so and so.

[11] So I believe that anybody skilled in [12] the art and knowing bisphosphonates would [13] immediately discard these articles.

[14] Furthermore, now if we want to look [15] more seriously to what he's saying, one of the [16] main points he makes is that alendronate is not [17] tolerated by about 15 percent of the patients.

[18] So in order to address the issue of [19] convenience, side effects, and cost, he proposes [20] something.

[21] But he never addresses the issue of [22] side effects. Whatever he proposes, he doesn't [23] come to issues of side effects.

[24] Q: Are you talking about in April or in both

Page 665

[1] of them?

[2] A: I mean, the first is not pointing at that [3] at all. He's just thrown a suggestion. I'm [4] talking about the next article.

[5] Q: Let's go to the Exhibit 29, that's the [6] next article of Lunar News.

[7] A: July '96?

[8] Q: July 1996. That's Exhibit 29.

[9] Now, this is the one he says 40 and [10] 80 —

[11] A: Can you point me to the page here?

[12] Q: I wish I could.

[13] A: I think I found it for you, 23. Yep, [14] it's that. It's on the screen. We were both [15] looking here and it was on the screen.

[16] Q: This is the one that indicates in the [17] last paragraph in the middle column, even oral [18] alendronate could be given in a 40 or 80 [19] milligram dose once a week to avoid dosing [20] problems and reduce costs.

[21] A: Yes.

[22] Q: In your opinion, is that an effective [23] disclosure of the same invention comprised in [24] the '329 patent in the Lunar News?

Page 666

[1] A: No, for a very simple reason. He is [2] using 40 and 80 not on any scientific rationale, [3] but because it is available.

[4] Secondly, he doesn't tell us how [5] he's going to address the issue of side effects, [6] which is one of the main points in this [7] particular article.

[8] Q: Well, read on, he does —

[9] A: He goes on and says intravenous [10] administration. Because it was used at the time.

[11] Let me tell you what was happening [12] with all these suggestions of Dr. Mazess. One [13] week each month, etidronate was given once a [14] month, failed to show anti-fracture efficacy, [15] withdrawn from the market.

[16] Ibandronate, something that he

suggests, given in intravenous injections every [18] three months in a proper trial with nearly 3,000 [19] patients over three years, no anti-fracture [20] evidence.

[21] So even if you want to say that he [22] has a point here, he doesn't have a point at all.

[23] MR. LYNCH: I have no further [24] questions, Your Honor.

Page 667

[1] THE COURT: All right.

[3] CROSS-EXAMINATION

[4] BY MR. GALBRAITH:

[5] Q: Doctor, do you have the Lunar News July [6] 1996 issue?

[7] A: Oh, I had it just now. I think it was — [8] 86?

[9] MR. LYNCH: It's 29, Doctor.

[10] BY MR. GALBRAITH:

[11] Q: It's Plaintiffs Exhibit 29.

[12] A: Yes, I have it.

[13] Q: And if we go to the relevant page —

[14] A: Twenty-three.

[15] Q: Twenty-three in this issue, and the part [16] we were just looking at, the last paragraph under [17] the column, now, he says, a suggestion there, he [18] says, " Even oral alendronate potentially could be [19] given in a 40 or 80 milligram dose once a week to [20] avoid dosing problems and reduce costs."

[21] A: Yes.

[22] Q: Now, if someone followed that suggestion [23] are and gave oral alendronate 80 milligrams once [24] a week to a patient, that would be a safe and

Page 668

[1] effective therapy for osteoporosis; correct?

[2] A: It would be an effective therapy for [3] osteoporosis. Whether it could be a safe [4] therapy, I don't know, and the data pointed to me [5] it's most probably not going to be a safe [6] therapy.

[7] Q: We know 70 milligrams is a safe therapy?

[8] A: Now?

[9] Q: Yes.

[10] A: I'm sorry. I didn't understand your [11] question. Do you want me to put myself from the [12] present position to '96?

[13] Q: Let me ask you again. I'm not asking [14] you what you might have thought. If in fact [15] somebody did that today, picked up this Lunar [16] News and followed that suggestion and dosed 80 [17] milligrams a week to an osteoporotic patient, [18] that would be a safe and effective therapy for [19] osteoporosis; correct?

[20] A: You mean today?

[21] Q: Today.

[22] A: Of course. Because with the data we have [23] today with the patent and the trial, that has [24] been done. Of course we do have it.

Page 669

[1] Q: And is if somebody had done that in 1997, [2] in fact, it would have been safe and effective?

[3] A: No.

[4] Q: It would not?

[5] A: It would be most probably effective, but [6] we didn't know at all whether it was going to be [7] safe.

[8] Q: Regardless of whether you knew it was [9] going to be safe, in fact, it would have been [10] safe. That's what would have happened, right?

[11] A: Why? I'm sorry, I can't follow your line [12] of thinking.

[13] Q: Okay.

[14] The patient who takes oral [15] alendronate today hasn't looked at clinical [16] trials and doesn't have a lot of knowledge about [17] whether something is safe and effective?

[18] A: Correct.

[19] Q: So doesn't have all the data that you [20] have. Nevertheless, when the patient takes that [21] oral alendronate once a week at 70 milligrams, [22] that's a safe and effective therapy?

[23] A: But the patient doesn't take the drug [24] from the store, the drug store comes to the

Page 670

[1] doctor and the doctor explains everything about [2] the drug, everything that has been shown in the [3] trials, then the patient goes away knowing [4] exactly what to expect from these treatments.

[5] Q: The patient's state of knowledge doesn't [6] have anything to do with whether or not in fact [7] the dosage is going to be safe or not safe; [8] correct?

[9] A: No, I don't agree with you. Because the [10] patient's knowledge comes from the doctor, and if [11] the doctor says that this is going to be safe, [12] then the patient takes that into account.

[13] If the doctor says this is not going [14] to be safe, then the patient is going to follow [15] the suggestion of the doctor.

[16] So the patient cannot formulate an [17] idea and is not also ignorant of what's [18] happening. The doctor is the person —

[19] Q: Let me try it again. Let me go back to [20] the original — all I'm asking you, pretty simple [21] question, if somebody had administered oral [22] alendronate once a week in an 80 milligram dose [23] in 1997, had just taken a wild guess, not

knowing [24] anything, in fact, that would have turned out to

Page 671

[1] be a safe and effective therapy. We know today [2] that's a self and effective therapy.

[3] A: That is correct.

[4] Q: And if somebody had done that back then, [5] it would have been a safe and effective therapy, [6] regardless of their mental state of whether it [7] would have in fact been safe and effective; [8] correct?

[9] A: You mean if a doctor — let me understand [10] your question. If a doctor somewhere out in the [11] bush has given that with absolutely no rationale [12] and without consulting and so on, would it have [13] been effective?

[14] Q: Yes.

[15] A: Yes.

[16] Q: And going back to the — well, let's [17] stick with this one for a few minutes. You say [18] there's no rationale for the dose there. But in [19] fact, at the time that this was published, there [20] was on the market in the United States a 40 [21] milligram dose; is that right?

[22] A: Correct.

[23] Q: And is it your understanding, is it fair [24] to assume that the author of this article was

Page 672

[1] dosing 80 milligrams simply as a multiple of the [2] available dose?

[3] A: That's not my interpretation. My [4] interpretation is that this is available, let's [5] try and give this.

[6] Q: But it's available, 80 milligrams is [7] available, because the 40 milligrams was [8] available?

[9] A: That's right.

[10] Q: And that's why he's suggesting 40 [11] milligrams, because he has that available?

[12] A: He says take one or two tablets, take [13] them one week per month, one week every three [14] months, et cetera.

[15] Q: He has a specific direction about once a [16] week, though, doesn't he?

[17] A: Among others, yes.

[18] Q: But with the once a week, he gives you [19] the proposed dose for it; right?

[20] A: Yes.

[21] Q: And he says intravenous administration is [22] possible. And that's true for alendronate; is [23] that right?

[24] A: Administration intravenously with

Page 673

[1] alendronate?