# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

**Mary B. Graham**
302.351.9199
mgraham@mnat.com

June 20, 2006

**VIA E-FILING**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

        RE:    *Merck & Co., Inc. v. Teva Pharmaceuticals USA, Inc.*
                C.A. No. 04-939-GMS

Dear Judge Sleet:

      Accompanying this letter is a stipulation by the parties, subject to the Court's approval, to extend the time for the pretrial order from Monday June 26 to Wednesday June 28, 2006. The pretrial conference is scheduled for July 27, 2006. Merck is asking for this extension, to which Teva has agreed, because of the disruption to business for Merck's lead counsel team at Weil Gotshal resulting from the torrential rains and flooding in Houston.

      We appreciate the Court's consideration of this request.

                      Respectfully,

                      */s/ Mary B. Graham*

                      Mary B. Graham (#2256)

MBG/dam
cc:    Dr. Peter T. Dalleo, Clerk (Via E-Filing and Hand Delivery)
        Josy W. Ingersoll, Esquire (Via E-Mail)
        James Galbraith, Esquire (Via E-Mail)
        Nicolas G. Barzoukas, Esquire
        John F. Lynch, Esquire

525556