IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TEVA PHARMACEUTICALS USA, INC. )<br>)<br>Defendant. )<br>) | C.A. No. 04-939 (GMS) |

**STIPULATION AND [PROPOSED] ORDER**

It is hereby stipulated by plaintiff Merck & Co., Inc. and defendant Teva Pharmaceuticals USA, Inc., subject to the approval of the Court, that the date by which the pretrial order is due shall be extended from June 26, 2006 to June 28, 2006.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200

*Attorneys for Plaintiff*
 *Merck & Co., Inc.*

Dated: June 20, 2006
525564

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Josy W. Ingersoll*

Josy W. Ingersoll (#1088)
Adam W. Poff (#3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899
302.571.6600

*Attorneys for Defendant*
 *Teva Pharmaceuticals USA, Inc.*

SO ORDERED this _____ day of _____, 2006

_____
U.S.D.J.