EXHIBIT 3B

**EXHIBIT 3B**

**DEFENDANT'S TRIAL EXHIBIT LIST
AND PLAINTIFF'S OBJECTIONS THERETO**

C.A. NO. 04-939 (GMS)

| | | | | | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | No Obj | Obj Basis | Comments | Admitted | Date |
| 1 | 11/30/99 | U.S. Patent 5,994,329 | | DDX 1 | N | | | | |
| 2 | 01/00 | Bone, et al., *Weekly Administration of Alendronate: Rationale and Plan for Clinical Assessment*, Clinical Therapeutics, Jan. 2000 | MK 0223114-0223128 | DDX 2 | N | | | | |
| 3 | 1993 | Gertz, et al., *Clinical Pharmacology of Alendronate Sodium*, Osteoporosis International, 1993 | | DDX 3 | N | | | | |

---

[1]        "DDX _" refers to defendant's deposition exhibits, marked in CV-01-048 (JJF); "DX _" refers to defendant's deposition exhibits marked in the instant lawsuit.

| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | ADMISSION | | RESOLUTION | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | No Obj | Obj Basis | Comments | Admitted | Date |
| 4 | 1997 | Daifotis & Karpf, *Summary of Safety Profile and Future Research with Alendronate*, British Journal of Rheumatology, 1997 | MK 0229494-0229497 | DDX 4 | N | | | | |
| 5 | 10/03/96 | DeGroen, et al., *Esophagitis Associated With the Use of Alendronate*; Liberman and Hirsch, *Esophagitis and Alendronate*, Letter to the Editor | MR 0047366-0047376 | DDX 5 | N | | | | |
| 6 | 10/03/96 | DeGroen, et al., *Esophagitis Associated With the Use of Alendronate*, N.E.J.M., October 1996 | | | N | | | | |
| 7 | 10/03/96 | Liberman and Hirsch, *Esophagitis and Alendronate*, N.E.J.M., Letter to the Editor, October 1996 | | | N | | | | |
| 8 | 10/03/96 | Castell, *Pill Esophagitis - The Case of Alendronate*, N.E.J.M., October 1996 | | | N | | | | |

| | | | | | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | No Obj | Obj Basis | Comments | Admitted | Date |
| 9 | 02/01/01 | Periodic Safety Update Report for: Alendronate Tablets  Report #15 , July 16, 2000 - January 15, 2001 | MK 0215615-0215648 | DDX 7 | N | | | | |
| 10 | 06/24/97 | 06/24/97 email from Daifotis to Rodan re: Weekly Dosing | MK 0217454 | DDX 9 | N | | | | |
| 11 | 10/96 | Reid, et al., *Biochemical and Radiologic Improvement in Paget's Disease of Bone Treated with Alendronate: A Randomized, Placebo-Controlled Trial* | | | N | | | | |
| 12 | 11/30/99 | U.S. Utility Patent Application for 5,994,329- FW  09/134,214 | | DDX 14 | N | | | | |
| 13 | 2000 | Schnitzer, et al., *Therapeutic Equivalence of Alendronate 70mg Once-Weekly and Alendronate 10mg Daily in the Treatment of Osteoporosis*, Aging Clin. Exp. Res, 2000 | | DDX 16 | N | | | | |

| | | | | | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | No Obj | Obj Basis | Comments | Admitted | Date |
| 14 | 04/04/01 | Manuscript Review: Emkey, R., *Two-Year Gastrointestinal Safety and Tolerability of Alendronate 70mg Once Weekly*, for presentation at October 2001 ASBMR Annual Meeting | MK 0315883-0315886 | DDX 20 | N | | | | |
| 15 | 12/29/97 | Memo from Dicesare to Fosamax Commercialization Team re: Highlights of the 12/11/97 Fosamax Commercialization Team Meeting | MR 0078646-0078652 | DDX 21 | N | | | | |
| 16 | 04/99 | Watts, et al., *The Clinical Tolerability Profile of Alendronate*, LICP Supp., April 1999 | MK 0284722-0284732 | DDX 29 | N | | | | |
| 17 | 03/15/96 | March 15, 1996 "Dear Doctor" letter from Sherwood re: Fosamax Dosing and Avoidance of Esophageal Side Effects | MK 0156420-0156421 | DDX 31 | N | | | | |

| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No Obj | Obj Basis | Comments | Admitted | Date |
| 18 | | Draft of March "Dear Doctor" letter from Sherwood re: Fosamax: Proper Dosing and Avoidance of Esophageal Side Effects | MK 0307314-0307317 | DDX 32 | N | | | | |
| 19 | 09/03/96 | Memo from Pyron to Roberts re: Lunar News | MK 0272183-0272195 | DDX 34A | | H | | | |
| 20 | 03/13/97 | Letter from Anstice to Mazess re: Response to 02/07/97 letter | MK 0307359 | DDX 37 | N | | | | |
| 21 | 04/01/97 | Letter from Anstice to Mazess re: Merck representatives meeting with Lunar in Madison | MK 0334166-0334186 | DDX 38 | | H, C | | | |
| 22 | 05/21/97 | Agenda for May 21, 1997, Merck/Lunar management Meeting | MK 0272082 | DDX 40 | | H | | | |
| 23 | 08/29/97 | Letter from Mazess to Sherwood enclosing Lunar News | MK 0307347-0307349 | DDX 42 | | H | | | |
| 24 | 03/18/99 | Letter from Yates to Mazess re: review of draft Lunar News | MK 0286269 | DDX 45 | N | | | | |

| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No Obj | Obj Basis | Comments | Admitted | Date |
| 25 | | Lunar Newsletter (excerpts from December 1996, July 1996, April 1996 and April 1997 editions) | MK 0272059-0272060 | DDX 46 | N | | | | |
| 26 | 12/01/00 | Letter from Sherwood to Pyle responding to 11/20/00 letter from Pyle to Sherwood | MK 0307248-0307250 | DDX 51 | N | | | | |
| 27 | 12/10/00 | Letter from Pyle to Sherwood re: Sherwood's 12/01/00 letter | MK 0307247 | DDX 52 | N | | | | |
| 28 | 08/11/99 | Memo from Sabatelli to Daifotis et al. re: Notice of Allowance for 09/134,215 | MK 0230459 | DDX 56 | | PRIV | | | |
| 29 | 06/30/99 | Letter from Mazess to Yates re: Update Bisphosphonates report with handwritten marginalia | MK 0286265-0286266 | DDX 68 | | H | | | |
| 30 | 1991 | Seedor, et al. *The Bisphosphonate Alendronate (MK-217) Inhibits Bone Loss Due To Ovariectomy in Rats*, Bone & Min. Res., 1991 | | | | H | | | |

| | | | | | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | No Obj | Obj Basis | Comments | Admitted | Date |
| 31 | 12/93 | Balena, et al., *The Effects of 2-Year Treatment with the Aminobisphosphonate Alendronate on Bone Metabolism, Bone Histomorphometry, and Bone Strength in Overlectomized Nonhuman Primates*, The Amer. Soc. For Clin. Invest. , 1993 | | DDX 78 | | H | | | |
| 32 | 1992 | Thompson, et al., *The Bisphosphonate, Alendronate, Prevents Bone Loss in Ovariectomized Baboons*, Bone & Min. Res., 1992 | | DDX 79 | | H | | | |
| 33 | 02/27/98 | Memo From DiCesare to Distribution re: Worldwide Statement of Interest: Fosamax (MK-217) Weekly Dosing | MR 0122580-0122595 | DDX 80 | N | | | | |
| 34 | 04/24/95 | PCT WO 95/30421 - Goodship | | DDX 81 | N | | | | |

| | | | | | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | No Obj | Obj Basis | Comments | Admitted | Date |
| 35 | 02/02/98 | Memo from DiCesare to Fosamax Commercialization Team re: Highlights of the 01/23/98 Fosamax Commercialization Team Meeting | MK 0290889-0290895 | DDX 82 | N | | | | |
| 36 | 12/30/98 | Memo From DiCesare to Fosamax Commercialization Team re: 2/10/98 Fosamax Commercialization Team meeting | MK 0168267-0168271 | DDX 85 | N | | | | |
| 37 | 04/22/96 | Memo From DiCesare to Meeting Attendees re: Summary of 04/01/96 Fosamax Alternative Formulation Development meeting | MR 75889-75900 | DDX 88 | N | | | | |
| 38 | 06/17/96 | Memo from Katdare to Distribution List re: Alternative Dosage Forms for Alendronate Sodium | MK 267416-26718 | DDX 93 | N | | | | |

| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No Obj | Obj Basis | Comments | Admitted | Date |
| 39 | 06/17/96 | Memo from Katdare to Luby, et al.  re: Product Profile for Iontophoretic Delivery of Alendronate Sodium | MK 175200-175203 | DDX 94 | N | | | | |
| 40 | 07/01/96 | Fosamax / Onclast Project Team Meeting Minutes | MR 61310.96-61310.105 | DDX 96 | N | | | | |
| 41 | 07/07/96 | Email from Katdare to DiCesare re: Agenda Items for Alendronate Alternative Formulation Task Force | MK 175247 | DDX 97 | N | | | | |
| 42 | 07/19/96 | Memo from DiCesare to Distribution re: Fosamax Alternative Formulation Development Task Force | MK 175808-175812 | DDX 98 | N | | | | |
| 43 | 11/27/96 | Memo from Katdare to DiCesare re: Alternative Formulation Development | MK 282658-282659 | DDX 99 | N | | | | |

| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | ADMISSION | | RESOLUTION | | |
| | | | | | No Obj | Obj Basis | Comments | Admitted | Date |
|---|---|---|---|---|---|---|---|---|---|
| 44 | 02/07/97 | Memo From DiCesare to Meeting Attendees re: Summary of 01/13/97 Fosamax Alternative Formulation Development Task Force Meeting | MK 175642-175644 | DDX 100 | N | | | | |
| 45 | 02/06/97 | Memo from Senich to DPC Members re: New Perspective on Competitive Threat: Formulations and Dosing for Fosamax | MK 174600 | DDX 101 | N | | | | |
| 46 | 02/07/97 | Email from Katadare to DiCesare re: New Competitive Intelligence - Formulation Strategies | MK 174629 | DDX 102 | N | | | | |
| 47 | 02/18/97 | Memo From DiCesare to Fosamax Commercialization Team  re: Highlights of 02/07/97 Fosamax Commercialization Team Meeting | MK 174595-174599 | DDX 104 | N | | | | |

| | | | | | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | No Obj | Obj Basis | Comments | Admitted | Date |
| 48 | 02/28/97 | Memo From DiCesare to Fosamax Commercialization Team<br><br>re: Highlights of 02/24/97 Fosamax Commercialization Team Meeting | MK 158554-158558 | DDX 105 | N | | | | |
| 49 | 03/12/97 | Fosamax Alternative Formulation Development Task Force Meeting Agenda | MK 175611-175612 | DDX 106 | N | | | | |
| 50 | 05/14/97 | Email from Katdare to Distribution re: Draft #5 & 6 of the Fosamax PDP | MK 158237; 158234 | DDX 108 | N | | | | |
| 51 | 05/97 | Product Profile for Alternative Formulations/Regimens | MK 291242-291243 | DDX 109 | N | | | | |
| 52 | 02/18/98 | Memo From DiCesare to Fosamax Commercialization Team<br><br>re: Highlights of 02/05/98 Fosamax Commercialization Team Meeting | MK 159883-159888 | DDX 111 | N | | | | |

| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No Obj | Obj Basis | Comments | Admitted | Date |
| 53 | 07/10/96 | Memo From DiCesare to Fosamax Commercialization Team re: Highlights of 07/01/96 Fosamax Commercialization Team Meeting | MK 355787-355790 | DDX 113 | N | | | | |
| 54 | 09/30/98 | Memo From DiCesare to Fosamax Commercialization Team re: Summary of 09/03/98 Fosamax Commercialization Team Meeting | MK 181817-181821 | DDX 114 | N | | | | |
| 55 | 09/29/97 | Email from Harning to Distribution re: Clinical Development Strategy (Draft) - CDS | MK 0196779-0196799 | DDX 116 | N | | | | |
| 56 | 01/25/96 | Memo from DiCesare to Fosamax/Onclast Project Team re: 02/01/96 Project Team Meeting | MK 0193104-0193107 | DDX 117 | N | | | | |

| | | | | | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | No Obj | Obj Basis | Comments | Admitted | Date |
| 57 | 02/13/96 | Email from Hirsch to DiCesare re: alternative formulations | MK 0175390-0175391 | DDX 118 | N | | | | |
| 58 | 07/01/96 | Fosamax/Onclast Project Team meeting Minutes | MK 0155292-0155300 | DDX 122 | N | | | | |
| 59 | 11/05/96 | Memo from DiCesare to Distribution re: Fosamax Alternative Formulation Development Task Force | MK 0175685-0175687 | DDX 125 | N | | | | |
| 60 | 03/25/97 | Fosamax Product Development Plan and Technical Review Schedule | MK 0158533-0158535 | DDX 128 | N | | | | |
| 61 | 01/13/97 | Fosamax Alternative Formulation Development Task Force Meeting | MK 0175655 | DDX 129 | N | | | | |
| 62 | 02/07/97 | Memo from DiCesare to Meeting Attendees re: Summary of 01/13/97 Fosamax Alternative Formulation Development Task Force Meeting | MK 0175633-0175635 | DDX 131 | N | | | | |

| | | | | | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | No Obj | Obj Basis | Comments | Admitted | Date |
| 63 | 02/10/97 | Memo from DiCesare to Distribution re: Fosamax Alternative Formulation Development Task Force | MK 0175630-0175632 | DDX 132 | N | | | | |
| 64 | 02/13/97 | Email from Katdare to Mundt et al. re: Market Research Study for Fosamax | MK 0175645 | DDX 134 | N | | | | |
| 65 | 04/08/97 | Memo from DiCesare to Distribution re: Fosamax Alternative Formulations Development Task Force | MK 0175526-0175528 | DDX 138 | N | | | | |
| 66 | 08/19/96 | Tactical PAC Review | MK 0167597-0167649 | DDX 140 | N | | | | |
| 67 | 05/07/97 | Email from Santora to Peter re: Preclinical Study to Support 40mg Fosamax | MK 0175545 | DDX 142 | N | | | | |
| 68 | 05/20/97 | Tactical PAC Review | MK 0158308-0158328 | DDX 145 | N | | | | |
| 69 | 05/20/97 | Tactical PAC Review | MK 0158242-0158287 | DDX 146 | N | | | | |

| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No Obj | Obj Basis | Comments | Admitted | Date |
| 70 | 06/12/97 | Email from Santora to Holland re: Bioavailability Studies for Fosamax | MK 0175446 | DDX 151 | N | | | | |
| 71 | 09/12/97 | Memo from DiCesare to Fosamax Commercialization Team re: Highlights of the 08/11/97 Fosamax Team Meeting | MK 0174854-0174857 | DDX 152 | N | | | | |
| 72 | 08/21/98 | Memo from Wolfe to Miller re: Once Weekly Pricing Considerations | MR 0343490-0343491 | DDX 156 | N | | | | |
| 73 | 11/13/96 | Fosamax Reunion a l'Agence du Medicament | MK 0282898-0282923 | DDX 214 | N | | | | |
| 74 | 04/02/96 | Memo from Peter to van Zwieten re: Fosamax - Esophageal Irritation Potential | MK 0283646 | DDX 217 | N | | | | |
| 75 | 05/22/97 | Memo from Peter to van Zwieten re: Bisphosphonates - Comparative GI Irritation Potential in Animals | MK 0267360 | DDX 228 | N | | | | |

| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No Obj | Obj Basis | Comments | Admitted | Date |
| 76 | 03/05/98 | Memo/Letter from Kloss to Sobel-Distribution re: NDA 20-560 Fosamax (Alendronate Sodium Tablets) Meeting Request and Background Package | MR 0066673-0066711 | DDX 231 | N | | | | |
| 77 | 03/19/96 10/22/02 | NDA 20-560 Fosamax (Alendronate Sodium) Meeting Background Package on 03/19/96 | MK 0249542-0249569 | DDX 236 | N | | | | |
| 78 | 07/22/97 | Patent Application Serial No. 60/053351, July 23, 1997 | | DDX 240 | N | | | | |
| 79 | 07/23/97 | Patent Application Serial No. 60/053535, July 22, 1997 | | DDX 241 | N | | | | |
| 80 | 11/06/98 | Manuscript Review 98-ms-2926 (Yates) | MR 0029565-0029567 | DDX 245 | N | | | | |
| 81 | 01/19/00 | Publications Coordination 99-ms-3316 (Schnitzer) | MR 0041423 | DDX 248 | N | | | | |
| 82 | 01/19/00 | Publications Coordination 99-ms-3316 (Schnitzer)(redacted) | MK 0342667-0342683 | DDX 249 | N | | | | |

| | | | | | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | No Obj | Obj Basis | Comments | Admitted | Date |
| 83 | 08/22/97 | Request for grant of a patent | | DDX 250 | | R | | | |
| 84 | 04/25/00 | Correspondence from the Patent Office | | DDX 251 | | R | | | |
| 85 | 07/28/97 | Memo from R. Harning to List re: Once Weekly Formulation CDP Development Meeting, July 25, 1997; Minutes | MK 0339462-0339463 | DDX 256 | N | | | | |
| 86 | 03/95 | Reddy, et al., *Alendronate Treatment of Naturally - Occurring Periodontitis in Beagle Dogs*, J. Periodontol., 1995 | | | | H | | | |
| 87 | 08/05/96 | Memo from DiCesare to Fosamax Commercialization Team re: Highlights of 08/01/96 Team Meeting | MK 0384680-0384681 | DDX 280 Santora | N | | | | |
| 88 | 09/17/96 | Memo from DiCesare to Fosamax Commercialization Team re: Highlights of 08/21/96 Team Meeting | MK 0160066-0160068 | DDX 281 Santora | N | | | | |

| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No Obj | Obj Basis | Comments | Admitted | Date |
| 89 | 09/30/96 | Memo from DiCesare to Fosamax Commercialization Team re: Highlights of 09/20/96 Team Meeting | MK 0160041-0160044 | DDX 282 Santora | N | | | | |
| 90 | 10/11/96 | Memo from DiCesare to Fosamax Commercialization Team re: Highlights of 10/02/96 Team Meeting | MK 0160037-060040 | DDX 283 Santora | N | | | | |
| 91 | 10/30/96 | Memo from DiCesare to Fosamax Commercialization Team re: Highlights of 10/28/96 Team Meeting | MK 0159981-0159983 | DDX 284 Santora | N | | | | |
| 92 | 12/06/96 | Tactical PAC Review | MK 0167650-0167681 | DDX 285 Santora | N | | | | |
| 93 | 04/10/97 | Email from Santora to Senich re: Updated Tables | MK 0175602-0175603 | DDX 287 | N | | | | |
| 94 | 08/13/97 | Memo from Browne to Alternative Formulation Task Force, Commercialization Team WHHM Osteoporosis Team re: Market Research | MK 0174460-0174878 | DDX 325 | N | | | | |

| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No Obj | Obj Basis | Comments | Admitted | Date |
| 95 | 01/15/98 | Memo from WHHM Worldwide Statement of Interest re: Alendronate Once Weekly Dosing | MK 0181333-0181343 | DDX 326 | N | | | | |
| 96 | 02/28/02 | Memo From A. Miller to Osteoporosis re: The Launch of Fosamax Once Weekly in the US Market | MK 0269594-0269597 | DDX 336 | N | | | | |
| 97 | 02/12/01 | Marketing/Public Affairs Cross - Functional Team Exercise | MK 0332706-0332707 | DDX 339 | N | | | | |
| 98 | 1996 | Siris, et al., *Comparative Study of Alendronate Versus Etidronate for the Treatment of Paget's Disease of Bone*, J. Clin. Endo. Meta., 1996 | | | N | | | | |
| 99 | | Emkey, et al., *Tolerability of Alendronate: Similar Experience in Clinical Practice and in Clinical Trials* | MR 0047664-0047676 | DDX 354 | N | | | | |

| | | | | | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | No Obj | Obj Basis | Comments | Admitted | Date |
| 100 | 03/99 | Letter to the Editor from A. John Yates, *The American Journal of Managed Care,* 1999 | MK 0232109-232111 | DDX 355 | N | | | | |
| 101 | 03/26/99 | Email from Freedholm to Yates, et al. re: Ettinger response to Letter to the editor | MK 0232108 | DDX 356 | N | | | | |
| 102 | 11/30/95 | Liberman, et al., *Effect of Oral Alendronate on Bone Mineral Density and the Incidence of Fractures in Postmenopausal Osteoporosis,* The New England Journal of Medicine, 1995 | | | N | | | | |
| 103 | 09/27/02 | Letter to Palmese from Rodriquez with attached page from Merck's Privilege Log (page 221) | | DDX 362 | | R | | | |
| 104 | 10/16/98 | Letter from Orloff to All Flex Study Coordinators re: Publication of Ettinger Surveys | MR 0038663-0038674 | DDX 387 | N | | | | |

| | | | | | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | No Obj | Obj Basis | Comments | Admitted | Date |
| 105 | | History of the Development of Fosamax | MK 0164003-0164022 | DDX 396 | N | | | | |
| 106 | 03/18/96 | Memo from Freedholm to RIRD re: Alendronate/Consultant Agreement/ Dr. Piet DeGroen | MR 0114135 | DDX 397 | N | | | | |
| 107 | 03/12/96 | Memo from Grosser to Distribution re: Clinical Development Oversight Committee | MK 0168347-0168352 | DDX 399 | N | | | | |
| 108 | 04/08/94 | Mazess et al., *Bone Density of the Radius, Spine, and Proximal Femur in Osteoporosis*, J. Bone Min. Res., 1988 | MK 0122213-0122218 | DDX 403 | | H, Q | | | |
| 109 | | Press Release: Outcome Data Presented About Ulcer Incidence in Patients w/ Osteoporosis | MK 0292045-0292047 | DDX 422 | N | | | | |

| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No Obj | Obj Basis | Comments | Admitted | Date |
| 110 | | Harris, et al., *The Effect of Short Term Treatment with Alendronate on Vertebral Density and Biochemical Markers of Bone Remodeling in Early Postmenopausal Women*, J. Clin. Endo. & Met.., 1993 | | | N | | | | |
| 111 | | Black, et al., *Randomized Trial of Effect of Alendronate on Risk of Fracture in Women with Existing Vertebral Fractures*, The Lancet, Dec. 1996 | | | N | | | | |
| 112 | | Khan, et al. *Alendronate in the Treatment of Paget's Disease of Bone*, Bone, 1997 | | | N | | | | |
| 113 | | Fosamax Promotional Spending 1995 3Q 2002 | MK 0391664-0391669 | DDX 441 | N | | | | |
| 114 | | Fosamax Catalog Gross Sales | MK 0391662-0391663 | DDX 443 | N | | | | |
| 115 | 09/09/99 | Profit Plan 2000 Fosamax | MK 0377605-0377645 | DDX 447 | N | | | | |

| | | | | | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | No Obj | Obj Basis | Comments | Admitted | Date |
| 116 | | Business Plan for USHH Osteoporosis FBG 2002-2006 | MK 0275181-0275229 | DDX 452 | N | | | | |
| 117 | 08/30/01 | 2001 Profit Plan Fosamax | MK 0377329-0377344 | DDX 455 | N | | | | |
| 118 | 09/09/02 | 2003 Profit Plan Presentation for Fosamax | MK 0384995-0385156 | DDX 459 | N | | | | |
| 119 | 12/95 | Osteoporosis FBG YTD Actual Performance | MK 0391652-0391658 | DDX 472 | N | | | | |
| 120 | | Fosamax Discounts / Rebates 1995 - 3Q 2002 | MK 0391670-0391674 | DDX 474 | N | | | | |
| 121 | 07/11/01 | Memo from Davies/Lewis to Jordan re: USHH Perspectives on Fosamax and the Osteoporosis Market Environment: 2001 | MK 0270407-0270413 | DDX 477 | N | | | | |
| 122 | 09/03/96 | Memo from Pyron to Roberts re: Lunar News with handwritten annotations | MK 0272253 | | N | | | | |

| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | ADMISSION | | RESOLUTION | | |
| | | | | | No Obj | Obj Basis | Comments | Admitted | Date |
|---|---|---|---|---|---|---|---|---|---|
| 123 | 04/02/97 | Memo from Anstice to Allen and Sherwood forwarding 04/01/97 letter to Mazess from Anstice re: BMI | MK 0307357-0307358 | | N | | | | |
| 124 | 03/13/97 | Letter from Anstice to Mazess re: BMI | MK 0307359 | | N | | | | |
| 125 | | Merck & Co., Inc.'s Response to Defendant's First Set of Interrogatories | | | N | | | | |
| 126 | | Merck & Co., Inc.'s Supplemental Response to Defendant's Interrogatory No. 5 | | | N | | | | |
| 127 | | Merck & Co., Inc.'s Second Supplemental Response to Defendant's Interrogatory No. 5 | | | N | | | | |
| 128 | | 1996 (Supplement A) Fosamax PDR entry | | | N | | | | |
| 129 | | Fosamax prescribing information | | | N | | | | |

| | | | | | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | No Obj | Obj Basis | Comments | Admitted | Date |
| 130 | | October 30, 1996 Meeting Background Package | MK 250129-250220 | | N | | | | |
| 131 | | Thompson et. al., *Aminohydroxybutane Bisphosphonate Inhibits Bone Loss Due to Immobilization in Rats*, J. Bone Min. Res., 1990 | | | N | | | | |
| 132 | | Balena et al., *The Aminobisphosphonate Alendronate Inhibits Bone Loss Induced By Thyroid Hormone in the Rat Comparison Between Effects on Tibiae and Vertebrae*, Bone, 1993 | | | N | | | | |
| 133 | | Passeri, et al., *Intermittent Treatment With Intravenous 4-amino-1-hydroxybutylidene-1,1-bisphosphonate (AHBuBP) In The Therapy Of Postmenopausal Osteoporosis*, Bone and Mineral, 1991 | | | | H | | | |

| | | | | | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | No Obj | Obj Basis | Comments | Admitted | Date |
| 134 | | Devogelaer, et al., *Oral Alendronate Induces Progressive Increases in Bone Mass of the Spine, Hip, and Total Body Over 3 Years in Postmenopausal Women With Osteoporosis*, Bone, 1996 | | | N | | | | |
| 135 | 01/21/03 | Decision In the High Court of Justice Chancery Division Patents Court: Teva Pharmaceutical Industries, Ltd., et al., v. Merck & Co, Inc. | | | | H, R, U | | | |
| 136 | 04/04/95 | Letter from Mazess to J. Bevan re: Licensing for Vitamin D Products | GE 0007 | PDX 21 | N | | | | |
| 137 | 04/96 | Lunar News - April '96 | | PDX 22 | N | | | | |
| 138 | 07/96 | Lunar News - July '96 | | PDX 23 | N | | | | |
| 139 | 05/15/97 | Agenda for Lunar Meeting 05/21/97 | MK 0272082 | PDX 32 | N | | | | |

| | | | | | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | No Obj | Obj Basis | Comments | Admitted | Date |
| 140 | | 01/02/03 memo from George Korenko to File re: IMS New Prescription Data | | | | H, A, R | | | |
| 141 | | National Osteoporosis Foundation, "NOF Applauds USPSTF Recommendations on BMD Tests," http://www.nof.org/news/pressre leases/uspstf_02.html | | | | H, A, R, I | | | |
| 142 | | Vijay Mahajan, Eitan Muller, Frank M. Bass, "New Product Diffusion Models in Marketing: A Review and Directions for Research," Journal of Marketing, January 1990, Volume 54, pp. 1-26 | | | | H, A, R, I | | | |
| 143 | | National Osteoporosis Foundation, "America's Bone Health: The State of Osteoporosis and Low Bone Mass," http://www.nof.org/advocacy/pre valence/index.htm | | | | H, A, R, I | | | |

| | | | | | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | No Obj | Obj Basis | Comments | Admitted | Date |
| 144 | | Frank Maier, "Substitution among Successive Product Generations–An Almost Neglected Problem in Innovation Diffusion Models," presented at Industrieseminar der Universitat Mannheim. System Dynamics Konferenz, 1996 | | | | H, A, R, I | | | |
| 145 | | Herman Simon, "*Marketing Science's Pilgrimage to the Ivory Tower*," Chapter 2 in Gilles Laurent, Gary L. Lilien and Bernard Pras, Research Traditions in Marketing, (Norwell, MA Kluwer Academic Publishers), 1994, p. 34 | | | | H, A, R, I | | | |
| 146 | | Jagdish N. Sheth, Rajendra S. Sisodia, "*Revisiting Marketing's Lawlike Generalizations*," Marketing in the 21st Century, Journal of the Academy of Marketing Science, Volume 27, No. 1, pp. 75-77 | | | | H, A, R, I | | | |

| | | | | | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | No Obj | Obj Basis | Comments | Admitted | Date |
| 147 | | Malcolm Wright, Clinton Upritchard, Tony Lewis, "*A Validation of the Bass New Product Diffusion Model in New Zealand*," Marketing Bulletin, 1997, Volume 8, http://marketing-bulletin.massey.ac.nz/article8/article2b.asp | | | | H, A, R, I | | | |
| 148 | | Declining Incidence of Esophagitis in Alendronate Postmarketing Surveillance | MK 0235069 | | N | | | | |
| 149 | | Slide Presentation: - 2001 DTC Market Map | MK 0290000-0290032 | | N | | | | |
| 150 | | Slide Presentation - Overview of Initiatives to Drive New Patients Into the Market and Share for Fosamax | MK 0334077-0334124 | | N | | | | |
| 151 | 04/12/00 | Fosamax Product Workshop - April 12, 2000 | MK 0377509-0377542 | | N | | | | |

| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | ADMISSION | | RESOLUTION | | |
| | | | | | No Obj | Obj Basis | Comments | Admitted | Date |
|---|---|---|---|---|---|---|---|---|---|
| 152 | 05/00 | Market Plan May 2000 | MK 0378195-0378231 | | N | | | | |
| 153 | 10/03/97 | Document entitled "Fosamax Once-Weekly / Twice – Weekly Dosing Program" | | | | H, A, I | | | |
| 154 | | Undated memo re: Rationale | | | | H, A, I | | | |
| 155 | 04/16/98 | Document entitled "Alendronate Once and Twice Weekly Dosing" Presentation to FDA 04/16/98 A. John Yates MD | | | | H, A, I | | | |
| 156 | | Number and Length (mm) of Macroscopic Antral Lesions (Hand written Curve | | | | M | | | |
| 157 | | Papapoulos, S., *Bisphonates,* The Aging Skeleton, Chap. 44, pps. 541-549 (1999) | | | | H, A, I, R | | | |
| 158 | | Fleisch, H, Paget's Disease, Bisphosphates In Bone Disease From Laboratory to the Patient, pps. 68-85 (1995) | | | | H, A, I, R | | | |

| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No Obj | Obj Basis | Comments | Admitted | Date |
| 159 | 10/09/98 | Press Release – Statement on Publication of Ettinger Surveys | MK 0165968-0165972 | | | H, A, I, R | | | |
| 160 | 10/25/05 | Subpoena to Procter & Gamble Company in Merck v. Teva Litigation | | DX 1 | | H | | | |
| 161 | 08/13/02 | US Patent No. 6,432,932 | | DX 3 | N | | | | |
| 162 | 10/15/02 | US Patent No. 6,465,443 | | DX 4 | N | | | | |
| 163 | 04/01/02 | Letter from Julie Seawall to Karen Clark Re: Confidential Disclosure Agreement dated March 27th | PG 0067341 | DX 5 | | H | | | |
| 164 | 05/10/02 | Letter from Paul Matukaitis to Karen Clark Re: Bisphosphonate Patent Licenses | PG 0067394 | DX 6 | | H | | | |
| 165 | 05/17/02 | License Agreement Amng Merck &Co., Inc., Merck and Company, Incorporated and Procter & Gamble Company | PG 0057939-0057956 | DX 7 | N | | | | |

| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | ADMISSION | | RESOLUTION | | |
| | | | | | No Obj | Obj Basis | Comments | Admitted | Date |
|---|---|---|---|---|---|---|---|---|---|
| 166 | | Royalty payments to Merck for OAW | PG 94411-0094412 | DX 8 | N | | | | |
| 167 | 05/17/02 | License Agreement Merck &Co., Inc., Merck and Company, Incorporated and Procter & Gamble Company | PG 0057966-0057979 | DX 9 | N | | | | |
| 168 | 12/26/00 | US Patent No. 6,165,513 | | DTX 228, DX 10 C.A. #01-048JJF | N | | | | |
| 169 | | Powerpoint Presentation with handwritten notes | MK 0438852-0438857 | DX 11 | | H, U | | | |
| 170 | 03/13/98 | Email dated 3/13/98 from B. Senich to several re P&G abstract with attachment | MK 0429174-0429175 | DX 12 | N | | | | |
| 171 | 1992 | Toolan, et al., "*Effects of 4-Amino- 1Hydroxybutylidene Bisphosphonate on Bone Biomechanics in Rats*," J. Bine Min. Res., | | | | H, R | | | |
| 172 | 05/13/99 | Email dated 5/13/99 from A. Daifotis to several re P&G's risedronate rechallenge | MK 0637418 | DX 14 | | H, I, R | | | |

| | | | | | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | No Obj | Obj Basis | Comments | Admitted | Date |
| 173 | 03/11/94 | Seminars in Arthritis and Rheumatism by Roy D. Eltman: Jacques P. Brown et al. "*Risedronate in Paget's Disease-Preliminary Results of a Multicenter Study*" | | DX 19 | | H, R | | | |
| 174 | 8/28/90 | Valentin-Opran, "*Risedronate: Preliminary Results of a Pharmacologic Study in Pagetic Patients*", Journal of Bone and Mineral Research 1990 Program & Abstracts | | DX 21 | N | | | | |
| 175 | 01/12/96 | Agenda- Friday, January 12,1996: Bisphosphonate Therapies For Osteoporosis Pirow J. Bekker, "*Clinical Experience with Risedronate (Including Paget's Disease and Postmenopausal Osteoporosis)*<br><br>Micheal R. McClung, The Risedronate Phase III Program | MK 0168508-0168522 | DX 22 | | H | | | |
| 176 | 10/08/97 | Arthritis & Rheumatism Abstract Supplement 1997 National Scientific Meeting (Singh) | | DX 23 | | H, R | | | |

| | | | | | | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | | No Obj | Obj Basis | Comments | Admitted | Date |
| 177 | 09/11/97 | P&G Product News Releases: Study Results Highlight the Promise of Risedronate in Treating Postmenopausal Women with Low Bone Mass 9/11/97 | | DX 24 | | | H, U, R | | | |
| 178 | 08/05/97 | Journal of Bone and Mineral Research 1997 Program & Abstracts (ASBMR 19th Annual Meeting) | | DX 25 | | | H, U, R | | | |
| 179 | 03/07/05 | Lene Mortensen, et al. "*Risedronate Increases Bone Mass in an Early Postmenopausal Population: Two Years of Treatment Plus one Year of Follow-up*" | | DX 26 | | | H, U, R | | | |
| 180 | 01/00/98 | D. J. Hosking, et al. "*Paget's Disease of Bone: Reduction of Disease Activity with Oral Risedronate*" | | DX 27 | | | H, U, R | | | |
| 181 | 1997 | B. Clemmesen, et al., "*A 2-Year Phase II Study with 1-Year of Follow-up of Risedronate (NE-58095) in Postmenopausal Osteoporosis*" | | DX 28 | | | H, U | | | |
| 182 | 02/09/99 | US Patent 5,869,471 | | DX 33 | | | H, U, R | | | |

| | | | | | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | No Obj | Obj Basis | Comments | Admitted | Date |
| 183 | 05/00/95 | Johnston et al., "*Risedronate Prevention of Bone Loss in Early Post-Menopausal Women*" | | DX 34 | N | | | | |
| 184 | 07/22/97 | Eastell et al., "*Risedronate Therapy Prevents Bone Loss in Glucocorticoid-Treated Rheumatoid Arthritis patients: A Three-Year Study*" | | DX 35 | | H, U | | | |
| 185 | 03/00/97 | Delmas et al., "*Bisphosphonate Risedronate Prevents Bone Loss in Women With Artificial Menopause Due to Chemotherapy of Breast Cancer: A Double Blind, Placebo-Controlled Study*" | | DX 36 | | H | | | |
| 186 | 04/00/99 | April 1997 Lunar News | | | | H | | | |
| 187 | 11/23/93 | European Patent Application 0 600 834 A1 to Goodship, entitled, "*Use of methanebisphosphonic acid derivatives for the manufacture of a medicament for fracture healing*" | | | N | | | | |

| | | | | | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | No Obj | Obj Basis | Comments | Admitted | Date |
| 188 | 03/26/82 | Delmas PD, Chapuy MC, Vignon E, Charhon S, Briancon D, Alexandre C, Edouard C, and Meunier PJ. "*Long term effects of dichloromethylene diphosphonate in Paget's disease,*" Journal of Clinical Endocrinology and Metabolism 1982; 54(4):837-844 | | | | H | | | |
| 189 | 07/00/97 | Lilley LL and Guanci R, "*Avoiding alendronate-related esophageal irritation*" American Journal of Nursing July 1997; 97(7): 12-14. | | | | H | | | |
| 190 | 2002 | Lanza F, Sahba B, Schwartz H, Winograd S, Torosis J, Quan H, Reyes R, Musliner T, Daifotis A, and Leung A. "*The upper GI safety and tolerability of oral alendronate at a dose of 70 milligrams once-weekly: a placebo-controlled endoscopy study,*" The American Journal of Gastroenterology 2002; 97(1): 58-64. | | | N | | | | |
| 191 | | MK 0170895-0170944 | | | | H, R, I | | | |

| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No Obj | Obj Basis | Comments | Admitted | Date |
| 192 | | MK 0080527-0080585 | | | | C | | | |
| 193 | | MK 0384834-0384974 | | | | C | | | |
| 194 | | MK 0154684-0154694 | | | | C | | | |
| 195 | | MK 0382423-0382456 | | | | H, R, I | | | |
| 196 | | ACTONEL® Package insert | | | | M | | | |
| 197 | 3/20/96 | March 20, 1996 Meeting Background Package | MK 249542-69 | | N | | | | |
| 198 | | Tolerability of Alendronate: Similar Experience in Clinical Practice and in Clinical Trials | MR 0047664-76 | | | H, R | | | |
| 199 | 1998 | Update on Safety & Tolerability of Bisphosphonates | MK 0234350-82 | | N | | | | |
| 200 | 2000 | Bauer et al., "*Upper Gastrointestinal Tract Safety Profile of Alendronate*", Arch Inter. Med., Vol. 160 (2000) | | | | R, H | | | |
| 201 | 2000 | Lowe et al., "*Upper Gastrointestinal Toxicity of Alendronate*", Am. J. Gastroenterology, Vol. 95, No. 3 (2000) | | | | H | | | |

| | | | | | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | No Obj | Obj Basis | Comments | Admitted | Date |
| 202 | 1998 | Ferrari et al., "*Esophageal Ulcer and Alendronate,*" Rev. Paul Med. (1998) Vol. 116, No. 6 | | | | H, U | | | |
| 203 | 05/99 | Kaye, "*Gastric Hemorrhage and Ulceration in Hiatal Hernia SAC Associated With Alendronate,*" Dig. Dis. & Sci., Vol. 44, No. 5 (1999) | | | N | | | | |
| 204 | 1998 | Ryan et al., "*Alendronate-induced Esophagitis: Case Report of a Recently Recognized Form of Severe Esophagitis with Esophageal Stricture—Radiographic Features,*" Radiology, Vol. 206 (1998) | | | N | | | | |
| 205 | 04/98 | Canadian Adverse Drug Reaction Newsletter, Alendronate-induced Esophagitis | | | N | | | | |
| 206 | 1998 | Gennari and Reginster, "*Bisphosphonate and Osteoporosis Treatment in Italy,*" Aging Clin. Exp. Res., Vol. 10 (4) | | | | H | | | |
| 207 | 1998 | Lanza et al., "*Effects of Alendronate on Gastric and Duodenal Mucosa,*" Am. J. Gastro., Vol. 93(5) | | | N | | | | |

| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | ADMISSION | | RESOLUTION | | |
| | | | | | No Obj | Obj Basis | Comments | Admitted | Date |
|---|---|---|---|---|---|---|---|---|---|
| 208 | 2000 | Lanza et al., "*Endoscopic Comparison of Esophageal and Gastroduodenal Effects of Risedronate and Alendronate in Postmenopausal Women,*" Am. J. Gastro., Vol. 93 | | | | H, R | | | |
| 209 | 2000 | Lanza et al., "*An Endoscopic Comparison of the Effects of Alendronate and Risedronate on Upper Gastrointestinal Mucosae,*" Am. J. Gastrol., Vol. 95 | | | | H | | | |
| 210 | 5/14/96 | "*Postmarketing Surveillance Indicates Need For Better Education of Patients Taking Alendronate,*" Am. J. Health-Syst. Pharm., Vol. 53 (1996) | | | | H | | | |
| 211 | 10/98 | Ettinger et al., "*Clinic Visits and Hospital Admissions for Care of Acid-Related Upper Gastrointestinal Disorders in women Using Alendronate for Osteoporosis,*" Am. J. Man. Care, Vol. 4 | | | N | | | | |
| 212 | 10/02 | Suri et al., "*Nitrogen-containing Bisphosphonate Induced Apoptosis of Caco-2 Cells in Vitro by Inhibiting the Mevalonate Pathway: A Model of Bisphosphonate-induced Gastrointestinal Toxicity,*" Bone, Vol. 29 | | | | H, R | | | |

| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | ADMISSION | | RESOLUTION | | |
| | | | | | No Obj | Obj Basis | Comments | Admitted | Date |
|---|---|---|---|---|---|---|---|---|---|
| 213 | 08/24/00 | Reszka et al., "*Nitrogen-Bisphosphonate Block Retinoblastoma Phosphorylation and Cell Growth by Inhibiting the Cholesterol Biosynthetic Pathway in a Kerotinocyte Model for Esophageal Irritation,*" Mol. Pharma., Vol. 59 | | | | H, R | | | |
| 214 | 1998 | Siris et al., "*Risedronate in the Treatment of Paget's Disease of Bone: An Open- Label, Multicenter Study,*" J: Bone & Min. Res., 13 :1032 (1998) | | | N | H, R | | | |
| 215 | 04/02/99 | Brown et al., "*Risedronate, a Highly Effective, Short-Term Oral Treatment for Paget's Disease: A Dose-Response Study,*" Calcif Tissue Int., 64:93-99 (1999) | | | | H, R | | | |
| 216 | 10/08/97 | Singer et al., "*A Safety Review of the Use of Risedronate in the Treatment of Paget's Disease of Bone,*" Arthritis Rheum., 40(9):S279 (1997) | | | | H, R | | | |

| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | ADMISSION | | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | No Obj | Obj Basis | Comments | Admitted | Date | |
| 217 | 08/23/02 | 6,432,932 File Wrapper | | | | H, I | | | | |
| 218 | 10/15/02 | 6,465,443 File Wrapper | | | | H, I | | | | |
| 219 | 08/05/97 | Bekker et al, "*Risedronate Treatment Improves Pain Status in Patients with Paget's Disease of Bone*," J. Bone & Min. Res., 12(1):S270 (1997) | | | | H, R | | | | |
| 220 | | Package insert of Risedronate Sodium Tablets 5, 30 and 35 mg from Teva's Abbreviated New Drug Application No. 77 – 132 | TEVA R 06314 – 06345 | | | H | | | | |
| 221 | | The Opinion of the United States Court of Appeals for the Federal Circuit published as Merck & Co., Inc. v. Teva Pharmaceuticals, USA, 395 F.3d 1364 (Fed. Cir. 2005) | | | | H, U | | | | |
| 222 | 12/00/93 | Harris et al., "*Four-Year Study of Intermittent Cyclic Etidronate Treatment of Postmenopausal Osteoporosis: Three Years of Blinded therapy Followed by One Year of Open Therapy*," Am. J. Med., Vol. 95 | | | N | | | | | |

| | | | | | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | No Obj | Obj Basis | Comments | Admitted | Date |
| 223 | 1980 | Reitsma et al., "*Kinetic Studies of Bone and Mineral Metabolism During Treatment with (3-Amino-1-Hydroxypropylidene)-1, 1-Bisphosphonate (APD) in Rats*," Calcif. Tissue Int., 32: 145-57 (1990) | | | N | | | | |
| 224 | 1995 | Francis, "*Oral Bisphonates in the Treatment of Osteoporosis: A Review*," Curr. Thera. Res., Vol. 56( 9) | | | | H, R | | | |
| 225 | 1992 | Tang, L., et al., "*Restoring and Maintaining Bone in Osteopenic Female Rat Skeleton: Change in Bone Mass and Structure*," J. Bone Min. Res., 7(9): 1903 -104 (1992) | | | | R, H | | | |
| 226 | 1995 | Jee, S., et al., "*Extra Cancellous Bone Induced by Combined Prostaglandin E2  and Risedronate Administration is Maintained after Their Withdrawal in Older Female Rats*", J. Bone Min. Res. 10(6): 963-70 (1995) | | | N | H, R | | | |
| 227 | 1995 | Ma, Y., et al., "*Partial Maintenance of Extra Cancellous Bone mass by Antiresorptive Agents After Discontinuation of Human Parathyroid Hormone (1-38) in Right Hindlimb Immobilized Rats*," J. Bone Min. Res. 10(6): 963-70 (1995) | | | | H, R | | | |

| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | No Obj | Obj Basis | Comments | Admitted | Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ADMISSION | | RESOLUTION | | |
| 228 | 03/24/98 | U.S. Patent No. 5,730,715 | | | | H, R, A | | | |
| 229 | 02/09/99 | U.S. Patent No. 5,869,471 | | | | H, A, R | | | |
| 230 | 01/17/05 | 2005 PDR Information for Actonel | | | | M | | | |
| 231 | 03/13/06 | Actonel Prescribing Information | | | | M | | | |
| 232 | | http://www.fda.gov/cder/foi/label/2005/020560s038_021575s007lbl.pdf | | | | M | | | |
| 233 | | http://www.pg.com/annualreports/2005/pdf/pg2005annualreport.pdf | | | | M | | | |
| 234 | 08/15/05 | http://www.actonel.compressreleasefda.jsp | | | | H | | | |
| 235 | | http://www.fda.govcderfoilabel200321455_boniva_lbl | | | N | | | | |
| 236 | | http://www.fda.govcderfoilabel200420835slr014_actionel_lbl | | | N | | | | |
| 237 | 03/16/06 | http://www.fda.govcderrdmtESCY05AP.htm | | | N | | | | |
| 238 | 03/16/06 | http://www.imshealth.comimsportalfrontindexC0,2478,6599_1825,00.htm | | | | H | | | |

| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | No Obj | Obj Basis | Comments | Admitted | Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ADMISSION | | RESOLUTION | | |
| 239 | 01/10/03 | Expert Report of Richard P. Rozek, January 10, 2003 | | | | H, R, U, I, B | | | |
| 240 | 08/25/04 | First Amended Complaint, August 25, 2004 | | | | M | | | |
| 241 | 01/28/05 | *Merck & Co. v. Teva Pharmaceuticals USA, Inc.* , 395 F.3d 1364 (2005) | | | | H, U | | | |
| 242 | 03/06/03 | *Merck & Co. v. Teva Pharmaceuticals USA, Inc.*, CV 01-048, Trial Volume Number 3, March 6, 2003 | | | | M | | | |
| 243 | 03/07/03 | *Merck & Co. v. Teva Pharmaceuticals USA, Inc.,* CV 01-048, Trial Volume Number 4, March 7, 2003 | | | | M | | | |
| 244 | 06/00/00 | Campbell, Margaret C. and Amna Kirmani "*Consumers' Use of Persuasion Knowledge: The Effects of Accessibility and Cognitive Capacity* on Perceptions of an Influence Agent," Journal of Consumer Research , Vol. 27 (June 2000), No. 1., pp. 69–83. | | | | H, R, U | | | |
| 245 | 09/11/02 | Degnan, Stephen and Corwin Horton, "*A Survey of Licensed Royalties*," les Nouvelles , Volume 22, Number 2, June 1997, pp. 91–96. | | | | H, A, I, R | | | |
| 246 | 10/23/02 | Gross, Michael, "*Actual Royalty Rates in Patent-, Know-how-, and Computer program-License Agreements,*" CASRIP Newsletter, Volume 413 | | | | H, A, I, R | | | |

| | | | | | | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | No Obj | Obj Basis | Comments | Admitted | Date | |
| 247 | 09/00/01 | Khoury, Sam et. al., "*Selection and Application of Intellectual Property Valuation Methods In Portfolio Management and Value Extraction.*" *Les Nouvelles,* Volume 36, No. 3, September 2001, pp. 77–86 | | | | H, A, I, R | | | | |
| 248 | 07/00/03 | Lovallo, Dan and Daniel Kahneman, "*Delusions of Success: How Optimism Undermines Executives' Decisions.*" *Harvard Business Review,* July, 2003, pp. 56–63. | | | | H, A, I, R | | | | |
| 249 | 1985 | Mahajan, Vijay and Robert Peterson, "*Models for Innovation Diffusion,*" Sage University Paper Series on Quantitative Applications in the Social Sciences, Series No. 48, 1985. | | | | H, A, I, R | | | | |
| 250 | 06/00/92 | McGavock, Daniel M., David Haas and Michael Patin, "*Factors Affecting Royalty Rates", Les Nouvelles,* Volume 27, Number 2, June 1992, pp. 107–116. | | | | H, A, I, R | | | | |
| 251 | 12/12/04 | Mizik, Natalie and Robert Jacobson, "*Are Physicians 'Easy Marks'? Quantifying the Effects of Detailing and Sampling on New Prescriptions (04-105)*," Marketing Science Institute Working Paper Series, Issue 1 (2004), No., 04-001, pp. 129 –151. | | | | H, A, I, R | | | | |
| 252 | 07/00/05 | "*Fast Facts on Osteoporosis,*" National Osteoporosis Foundation, July 2005 | | | | M | | | | |

| | | | | | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | No Obj | Obj Basis | Comments | Admitted | Date |
| 253 | 01/08/03 | Novavax Inc., Form 8-K, Exhibit 10.3, January 8, 2001 | | | | M | | | |
| 254 | 01/08/03 | "*Other News to Note*" Bioworld Today, Volume 14, Issue 5, January 8, 2003 | | | | M | | | |
| 255 | 2005 | P&G 2006 Annual Report | | | | M | | | |
| 256 | 04/04/06 | Results of RoyaltySource® Intellectual Property Database with Criteria "Pharmaceuticals: Bone Related." | | | | M | | | |
| 257 | 09/03/99 | Seachrist, Lisa, "Ligand, Parke-Davis in Pact on Estrogen Receptor Drugs," BIOWORLD Today, Volume 10, Issue No. 170, September 3, 1999 | | | | M | | | |
| 258 | 04/19/04 | Teva's Letter of Paragraph IV Certification, April 19, 2004 | | | | H, R, I | | | |
| 259 | 06/26/95 | "Unigene in Chinese pharmaceutical venture," Reuters News, June 26, 1995 | | | | M | | | |
| 260 | 03/10/06 | www.evista.com/include/print_page.jsp?content=/content_files/understanevista/chototake.jsp,accessed March 10, 2006. | | | | M | | | |
| 261 | | www.fda.gov/medwatch/SAFETY/2005/MAY_PI/Actonel_PI.pdf | | | | M | | | |
| 262 | | www.nof.org/advocacy/prevalence/index.htm, accessed April 4, 2006 | | | | M | | | |
| 263 | | www.pharma.us.novartis.com/product/pi/pdf/miacalcin_nasal.pdf. | | | | M | | | |

| | | | | | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | No Obj | Obj Basis | Comments | Admitted | Date |
| 264 | 10/02/01 | www.prnewswire.com/cgi-bin/micro_stories.pl?ACCT=103068&TICK=PDII&STORY= | | | | M | | | |
| 265 | 03/10/06 | www.rxlist.com/cgi/generic3/forteo_pi.htm, accessed March 10, 2006. | | | | M | | | |
| 266 | 04/01/05 | Merck's Initial Disclosure | | | N | | | | |
| 267 | 07/06/05 | Merck's response to Teva's first set of interrogatories | | | N | | | | |
| 268 | 08/18/05 | Subpoena to Custodian of Records, Procter & Gamble Co | | | N | | | | |
| 269 | 10/25/05 | Subpoena to the Procter & Gamble Company | | | N | | | | |
| 270 | 10/26/05 | Merck's Supplemental Response to Teva's first set of Interrogatories | | | N | | | | |
| 271 | 11/15/05 | Merck's Supplemental Response to Teva's 1st Set of Interrogatories | | | N | | | | |
| 272 | 12/07/05 | Merck's Supplemental Responses to Defendant's 1st set of Interrogatories (Nos. 4, 5, 8, and 9). | | | N | | | | |
| 273 | | E-mail from Matukaitis, P. Re Bisphosphonate Agreements | MK 0384760-0384762 | 278D | | H | | | |

| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No Obj | Obj Basis | Comments | Admitted | Date |
| 274 | 1/25/88 | Know-How License Agreement b/w Merck & Gentili | MR 0075922-0075942 | 279D | | R | | | |
| 275 | 4/1/02 | Letter from Seawall to Clark re: Confidential Agreement | MK 0384829-0384830 | 280D | | H | | | |
| 276 | 3/27/02 | Confidential Disclosure Statement | MK 0384828 | 281D | N | | | | |
| 277 | 5/17/02 | License Agreement w/ Merck & Procter & Gamble | MK0384694-0384707 | 282D | N | | | | |
| 278 | 12/26/00 | U.S. patent 6,165,513, Dansereau et al. | | 283D | N | | | | |
| 279 | 5/17/02 | License Agreement w/ Merck & Procter & Gamble | MK0384708-0384726 | 284D | N | | | | |
| 280 | 11/01/01 | Fosamax Esophageal Studies from Dr. Srinivasa Prahalada | MK0285294 | 285D | N | | | | |
| 281 | | Administration on Aging, "Aging of Older Americans:2001. The Older Population." http://www.aoa.dhhs.gov/aoa/stats/profile/2001/1.html | | | | H, A, R | | | |

| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No Obj | Obj Basis | Comments | Admitted | Date |
| 282 | | "NPD Reports Treatment of Osteoporosis is on the Rise: Over-The-Counter Medications Gain Share of the Market, "http://www.ipsos-npd.com/about/news/o1_1127.html | | | | H, A, R, I | | | |
| 283 | | Curriculum Vitae of Sunil Wimalawansa | | | | H, R, I | | | |
| 284 | | Curriculum Vitae of David Markowitz | | | | H, R, I | | | |
| 285 | | Curriculum Vitae of Dr. Jesse David | | | | H, R, I | | | |
| 286 | 05/12/99 | | PG 0100320-0100322 | | | H, R | | | |
| 287 | 03/24/99 | | PG 0100545-0100589 | | | H, R | | | |
| 288 | 08/20/99 | | PG 0097409-0097451 | | | H, R | | | |
| 289 | 08/30/02 | | PG 0100622-0100630 | | | H, R | | | |

| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | ADMISSION | | RESOLUTION | | |
| | | | | | No Obj | Obj Basis | Comments | Admitted | Date |
|---|---|---|---|---|---|---|---|---|---|
| 290 | 12/10/99 | | PG 0155043-0155309 | | | H, R | | | |
| 291 | 08/20/99 | | PG 0154471-0154694 | | | H, R | | | |
| 292 | 05/17/02 | | MK 0384694 - 0384707 | | N | | | | |
| 293 | 05/17/02 | | MK 038474 - 0384759 | | | M | | | |
| 294 | | | MK 0934987-0935030 | | N | | | | |
| 295 | 01/31/06 | | MK 0935206 - 0935249 | | | C | | | |
| 296 | 06/30/03 | | PG 0002596-0002607 | | | C | | | |
| 297 | 06/30/02 | | PG 0003293-0003303 | | | C | | | |
| 298 | | | PG 0013982-0014148 | | | C | | | |
| 299 | 03/21/01 | | PG 0014815-0015234 | | | C | | | |
| 300 | | | PG 0019320-0019327 | | | I, H, R | | | |

| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | ADMISSION | | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | No Obj | Obj Basis | Comments | Admitted | Date | |
| 301 | | | PG 0021965-0021976 | | | C | | | | |
| 302 | | | PG 0037533 | | | I, R, H | | | | |
| 303 | | | PG 0037910-0037918 | | | R, H, I | | | | |
| 304 | | | PG 0070481-0070505 | | | R, H, I | | | | |
| 305 | | | PG 0078565-0080800 | | | C | | | | |
| 306 | | | PG 0094159-0094161 | DX 65 | | I, H | | | | |
| 307 | | | PG 0094411-0094415 | DX 61 & 62 | | C | | | | |
| 308 | | | PG 0094698-0094705 | | | I, H, R | | | | |
| 309 | | | PG 0095041-0096069 | | | I, H, R | | | | |
| 310 | | | PG 0187876-0187889 | | | C | | | | |
| 311 | | | PGK00000001-0000124 | | | C | | | | |
| 312 | | | PGK00000175-0000336 | | | C | | | | |
| 313 | | | PGK00002413-0002618 | | | C | | | | |

| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | ADMISSION | | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | No Obj | Obj Basis | Comments | Admitted | Date | |
| 314 | | | PGK00004117 | | | H, I, R | | | | |
| 315 | | | PGK00004120-0004150 | | | I, H, R | | | | |
| 316 | | | PGK00004191-0004191 | | | I, H, R | | | | |
| 317 | | | PGK00004193-0004194 | | | I, H, R | | | | |
| 318 | | | PGK00004209 | | | I, H, R | | | | |
| 319 | | | PGK00009090-0009108 | | | I, H, R | | | | |
| 320 | | | PGK00009240-0009341 | | | I, H, R | | | | |
| 321 | | | PGK00009353-0009363 | | | I, H, R | | | | |
| 322 | | | PGK00009371-0009382 | | | I, H, R | | | | |
| 323 | | | PGK00009389-0009411 | | | C | | | | |
| 324 | | | PGK00009555-0009556 | | | I, H, R | | | | |
| 325 | | | PGK00009577-0009631 | | | H, R | | | | |
| 326 | | | PGK00009814 | | | I, H, R | | | | |

| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | ADMISSION | | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | No Obj | Obj Basis | Comments | Admitted | Date | |
| 327 | | | PGK00010051-0010057 | | | C | | | | |
| 328 | | | PGK00010310-0010357 | | | C | | | | |
| 329 | | | PGK00010466-0010643 | | | C | | | | |
| 330 | | | PGK00013225 | | | I, H, R | | | | |
| 331 | | | PGK00013237-0013403 | | | C | | | | |
| 332 | | | PGK00013453-0013605 | | | C | | | | |
| 333 | | | PGK00013626-0013714 | | | I, H | | | | |
| 334 | | | PGK00013728-0013772 | | | C | | | | |
| 335 | | | PGK00013799-0013805 | | | I, H | | | | |
| 336 | | | PGK00013808 | | | H, I, R | | | | |
| 337 | | | PGK00013812-0013817 | | | H, I | | | | |
| 338 | | | PGK00013909-0013952 | | | H | | | | |
| 339 | | | PGK00013982-0014148 | | | C | | | | |

| | | | | | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | No Obj | Obj Basis | Comments | Admitted | Date |
| 340 | | | PGK00014152 | | | H, I | | | |
| 341 | | | PGK00014173 | | | H, I | | | |
| 342 | | | PGK00014175 | | | H, I | | | |
| 343 | | | PGK00014205 | | | H, I | | | |
| 344 | | | PGK00014545-0014712 | | | H, I | | | |
| 345 | | | PGK00014716-0015235 | | | C | | | |
| 346 | | | PGK00015307 | | | H, I | | | |
| 347 | | | PGK00015481-0015541 | | | H, I | | | |
| 348 | | | PGK00015644 | | N | | | | |
| 349 | | | PGK00015646-0015648 | | | H, I | | | |
| 350 | | | PGK00017189-0017638 | | | C | | | |
| 351 | | | PGK00018158-0018162 | | | H, I | | | |
| 352 | | | PGK00022286-0022321 | | | C | | | |

| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | ADMISSION | | | RESOLUTION | | |
| | | | | | No Obj | Obj Basis | Comments | Admitted | Date |
|---|---|---|---|---|---|---|---|---|---|
| 353 | | | PGK00022843-0022940 | | | C | | | |
| 354 | | | PGK00022858-00864 | | | H, R, I | | | |
| 355 | | | PGK00022865-00868 | | | H, R, I | | | |
| 356 | | | PGK00022939-0022942 | | | H, R, I | | | |
| 357 | | | PGK00022944-0022947 | | | H, R, I | | | |
| 358 | | | PGK00023057-0023064 | | | H, R, I | | | |
| 359 | | | PGK00023163-0023168 | | | H, R, I | | | |
| 360 | | | PGK00023172-0023175 | | | H, R, I | | | |
| 361 | | | PGK00023317-0023322 | | | H, I | | | |
| 362 | | | PGK00023326-0023328 | | | H, I | | | |
| 363 | | | PGK00023422-0023424 | | | H, I | | | |
| 364 | | | PGK00023470-0023471 | | | H, I | | | |
| 365 | | | PGK00023488-0023496 | | | H, I | | | |

| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | ADMISSION | | RESOLUTION | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No Obj | Obj Basis | Comments | Admitted | Date |
| 366 | | | PGK00023532-0023534 | | | H, I | | | |
| 367 | | | PGK00023537 | | | H, I | | | |
| 368 | | | PGK00023627-0023631 | | | H | | | |
| 369 | | | PGK00023999 | | | H | | | |
| 370 | | | PGK00024184 | | | H, I | | | |
| 371 | | | PGK00024548 | | | H, I | | | |
| 372 | | | PGK00024552-0024553 | | | H, I | | | |
| 373 | | | PGK00025040-0025069 | | | H, I | | | |
| 374 | | Letter from Vinita Ferrera to A. Pfeffer, April 24, 2006 | | | | H, R | | | |
| 375 | | Demonstratives | | | | M | | | |
| 376 | 3/04/03 | *Merck & Co. v. Teva Pharmaceuticals USA, Inc.,* CV 01-048, Trial Volume Number 1, March 4, 2003 | | | | M | | | |

| DTX # | Date of Doc. | Description | Bates Range | Depo. Ex. No.[1] | ADMISSION | | RESOLUTION | | |
| | | | | | No Obj | Obj Basis | Comments | Admitted | Date |
|---|---|---|---|---|---|---|---|---|---|
| 377 | 3/05/03 | *Merck & Co. v. Teva Pharmaceuticals USA, Inc.,* CV 01-048, Trial Volume Number 2, March 5, 2003 | | | | M | | | |
| 378 | 08/1997 | McClung, et al., "*Risedronate Increases BMD at the Hip, Spine, and Radius in Postmenopausal Women With Low Bone Mass,*" J. Bone & Min. Res. 12(1): S169 (1997) | | | | H, R | | | |
| 379 | 1995 | *Pharmacokinetics: Regulatory, Industrial, and Academic Perspectives*, Chapter 12 (Peter G. Welling & Francis L. S. Tse eds., 2nd ed. 1995) | | | | H, R | | | |
| 380 | | PCT/US98/14796 | | | | R | | | |
| 381 | | | PG0100603-PG0100805 | | | H, R | | | |
| 382 | | | PG0097402-PG0097637 | | | H, R | | | |
| 383 | | US Patent No. 5,583,122 | | | | H, R | | | |
| 384 | 2006 | FDA Orange Book, 26th Ed., pp. 3-311 | | | | A, H, I | | | |

Key to Plaintiff Merck's above specific objections:

A    =    Authenticity (Fed. R. Evid. 901)

B    =    Best Evidence Rule (Fed. R. Evid. 1002-1004)

C    =    Improper compilation of separate documents. Merck reserves the right to further
          object to any specific document in the compilation Teva proposes to use.

H    =    Hearsay (Fed. R. Evid. 801, 802)

I    =    Incompleteness. The submitted exhibit appears to be an incomplete document and/or is missing pages.

M    =   A copy of the exhibit was not provided by Teva, or Teva failed to sufficiently describe the document.  Merck reserves the right to
          object to the exhibit after obtaining a copy,  reviewing a physical exhibit, or receiving a sufficient description from Teva.

N    =    No objection, provided that the exhibit is introduced and authenticated by the appropriate sponsoring witness.

Priv = Merck has requested the return of this privileged document which was inadvertently produced.

Q    =    Not qualified opinion, conclusion, or summary (Fed. R. Evid. 702, 703); lack of foundation for opinion, conclusion, or summary

R    =    Relevance (Fed. R. Evid. 401, 402)

S    =    Inadmissible as compromise and offers to compromise (Fed. R. Evid. 408)

U    =    Unfair prejudice, confusion, waste of time, cumulative (Fed. R. Evid. 403)

Withdrawn = Teva has withdrawn the exhibit.