# EXHIBIT 3C