# EXHIBIT 4

Case 1:04-cv-00939-GMS    Document 70-7    Filed 06/28/2006    Page 1 of 4

# EXHIBIT 4

# MERCK'S WITNESS LIST

The following is a list of the names and addresses of witnesses Merck may call to testify in person or by deposition and a brief summary of the proposed opinion testimony from Merck's expert witnesses.

## I. MERCK'S LIST OF WITNESSES

Karen F. Clark
685 Clinton Springs Avenue
Cincinnati, OH

Anastasia G. Daifotis
Merck & Co., Inc.
126 E. Lincoln Avenue
Rahway, NJ 07065-0907

Gerard Devlin
Merck & Co., Inc.
126 E. Lincoln Avenue
Rahway, NJ 07065-0907

Elizabeth DiCesare
Merck & Co., Inc.
126 E. Lincoln Avenue
Rahway, NJ 07065-0907

Paul Drake
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889

M. Brian Fennerty
Oregon Health & Science University
3181 S W Sam Jackson Park Road, L102
Portland, OR 97239

Laurence Hirsch
760 Frederick Ct.
Wyckoff, MN 07481

Ashok Katdare
957 Windsor Road
Highland Park, IL 60035

Patrick Magri
Merck & Co., Inc.
126 E. Lincoln Avenue
Rahway, NJ 07065-0907

Socrates E. Papapoulos
Javastraat 64
2585 AR The Hague
The Netherlands

Chennekatu Peter
1518 Cherry Lake Way
Heathrow, FL 32746

Arthur C. Santora, II
Merck & Co., Inc.
126 E. Lincoln Avenue
Rahway, NJ 07065-0907

Louis Sherwood
1241 Forest Hill Drive
Lower Gwynedd, PA 19002

Christopher A. Vellturo
Analysis Group / Economics
111 Huntington Avenue
Tenth Floor
Boston, MA 02199

Ashley John Yates
Merck & Co., Inc.
126 E. Lincoln Avenue
Rahway, NJ 07065-0907

Moshe Flashner-Barak
Hefetz Mordechai 15
Petach Tikva, Israel

Itzhak E. Lerner
Wolfson 32
Petach Tikva, Israel

      Vered Rosenberger
      Ms. Landau 3
      Givat Masuah, Jerusalem, Israel

Merck reserves the right to call any witnesses identified in Teva's witness list.