# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 04-939 (GMS) |
| | ) |
| TEVA PHARMACEUTICALS USA, INC. | ) |
| | ) |
| Defendant. | ) |

**TEVA PHARMACEUTICALS USA, INC.'S WITNESS LIST**

Pursuant to the Court's April 7, 2006 Scheduling Order and Local Rule 16.4 (d) (7), defendant Teva Pharmaceuticals USA, Inc. ("Teva USA"), submits the following list of witnesses that it may call at trial:

**A.    Fact witnesses that may be called live or by deposition:**

Robert Beckman
3476 Timber Lane
Cross Plains, WI

Peter Browne
72 Seney Dr.
Bernardsville, N.J.

Karen F. Clark
685 Clinton Springs Avenue
Cincinnati, OH

Anastasia Daifotis
240 Watchung Fork
Westfield, N.J.

Gerard M. Devlin, Jr.
2301 Cenrose Cir.
Westwood, N.J.

Elizabeth DiCesare
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, N.J.

Paul J. Drake
14 Walnut Cir.
Basking Ridge, N.J.

Lawrence J. Hirsch
760 Frederick Court
Wyckoff, N.J.

Ashok Katdare
957 Windsor Road
Highland Park, IL

Richard B. Mazess, Ph.D.
3534 Blackhawk Drive
Madison, WI

John Orloff
9 Shadow Drive
West Windsor, N.J.

Chennekatu Peter
1518 Cherry Lake Way
Heathrow, FL

Anthony D. Sabatelli
77 Jefferson Avenue, Unit 16
Rahway, N.J.

Arthur C. Santora, II
154 Oakwood Road
Watchung, N.J.

Louis M. Sherwood
1241 Forest Hill Drive
Lower Gwynedd, PA

David Weissburg
4213 Winnequah Drive
Monona, WI

- 3 -

Ashley John Yates
740 St. Mary's Road
Libertyville, IL

Procter & Gamble Custodian of Records/30(b)(6) Witness
One Procter & Gamble Plaza
Cincinnati, OH

**B.     Expert witnesses that will testify on behalf of Teva USA:**

Dr. Sunil Wimalawansa
661 Darmody Avenue
North Brunswick, N.J.

Dr. David D. Markowitz
538 Millwood Road
Mt. Kisco, N.Y.

Jesse David, Ph.D.
1166 Avenue of the Americas
New York, N.Y.