# EXHIBIT 6

# EXHIBIT 6

## MERCK'S BRIEF STATEMENT OF ITS EXPERT WITNESSES' TESTIMONY

The qualifications and expected testimony of the following expert witnesses is outlined in their expert reports and depositions, which are incorporated by reference.

1. M. Brian Fennerty

Dr. Fennerty is a Professor of Medicine and Section Chief of the Division of Gastroenterology at the Oregon Health & Science University (OHSU) in Portland, Oregon, At OHSU, Dr. Fennerty teaches students, residents, fellows and practicing physicians on a daily basis in all aspects of gastroenterology with an emphasis on the esophagus and stomach. Dr. Fennerty's experience is detailed in his curriculum vitae attached to his expert report. Dr. Fennerty is expected to testify on the topics of: diseases and conditions of the esophagus, the treatment of patients with orally administered bisphosphonates, adverse events associated with oral administration of bisphosphonates, the state of the art in July 1997 regarding oral dosing of bisphosphonates, and tolerability and safety concerns regarding treatment of esophageal conditions with oral bisphosphonates. The details of Dr. Fennerty's expected testimony are outlined in his expert report.

2. Socrates E. Papapoulos

Dr. Papapoulos is a Professor of Medicine, Consultant Physician and Director of Bone and Mineral Research, Department of Endocrinology and Metabolic Diseases, University of Leiden Medical Centre in The Netherlands. Dr. Papapoulos's qualifications, academic training, and experience in the medical field of calcium and bone metabolism are detailed in his curriculum vitae attached to his expert report. Dr. Papapoulos will testify that the use of Teva's 35 mg tablets as set out in Teva's ANDA infringes claims of the '329 patent and the '932 patent. In addition, he will offer testimony regarding the state of the art of bisphosphonates as

of July 1997 and will address the validity of the '329 and '932 patents in view of the prior art references raised by Teva. Dr. Papapoulos may also provide tutorials at trial relating to the general background of bone and mineral metabolism, bone diseases, and the use of drugs including bisphosphonates in the treatment of diseases of bone and mineral metabolism. The details of Dr. Papapoulos's expected testimony are outlined in his expert reports.

3.  Christopher A. Vellturo

Dr. Vellturo is the founder and president of Quantitative Economic Solutions, LLC, an economic consulting firm. Dr. Vellturo holds a Ph.D. in Economic from the Massachusetts Institute of Technology, and his fields of specialization include industrial organization and econometrics. Dr. Vellturo has extensive experience in the valuation of intellectual property and in the assessment of economic injury/damages as a result of patent infringement, in the pharmaceutical industry and other areas. Dr. Vellturo's qualifications and experience are detailed in his curriculum vitae attached to his expert report. Dr. Vellturo will offer testimony regarding the commercial success of P&G's once-weekly Actonel® product, and the extent to which the commercial success of once-weekly Actonel® is causally linked to the patented claims asserted by Merck in the patents in suit. Dr. Vellturo will testify that total sales of Actonel® increased considerably as a result of the introduction of once-weekly Actonel®, and that the perceived superior attributes of the once-weekly dosing regimen compared to the once-daily dosing regimen are the primary factors behind the increase in total Actonel® sales. The details of Dr. Vellturo's expected testimony are outlined in his expert report.