# EXHIBIT 7

**EXHIBIT 7**

**TEVA PHARMACEUTICALS USA, INC.'S STATEMENT OF THE TESTIMONY
AND QUALIFICATIONS OF ITS EXPERT WITNESSES**

1.      **Dr. Sunil Wimalawansa**

Dr. Wimalawansa is Director of the Regional Osteoporosis Center, Chief of the

Division of Endocrinology and Metabolism, and Professor of Physiology and Pharmacology at

Robert Wood Johnson Medical School in New Jersey.    Dr. Wimalawansa is an active clinician

specializing in the diagnosis and management of patients with metabolic bone diseases,

particularly osteoporosis.    Dr. Wimalawansa's full qualifications and experience are detailed in

his expert report and his curriculum vitae attached to his report.

Dr. Wimalawansa is expected to testify regarding the state of osteoporosis

treatment with bisphosphonates as of July 1997 and September 1999.    Dr. Wimalawansa will

also testify in accordance with the opinions set forth in his report that the asserted claims of U.S.

Patent Nos. 5,994,329 and 6,432,932 are invalid in view of the state of treatment with

bisphosphonates during this time frame.    He may also respond to testimony presented on behalf

of Merck.

2.      **Dr. David D. Markowitz**

Dr. Markowitz is Associate Clinical Director of Gastroenterology and Assistant

Professor in Clinical Medicine at Columbia University, New York, N.Y.    In addition to his

active clinical practice in gastroenterology, Dr. Markowitz trains medical students, interns, and

residents in the evaluation and treatment of upper gastrointestinal disorders.    Dr. Markowitz's

specialty within the field of gastroenterology is in esophageal disorders.    He lectures physicians

as well as medical students, residents, and interns regarding endoscopic and functional

evaluation of the esophagus, and is the Director of the Esophageal Motility Lab at Columbia University.   Dr. Markowitz's full qualifications and experience are provided in his expert report and his curriculum vitae attached to his report.

Dr. Markowitz is expected to testify about the pathogenesis, treatment, and incidence of gastrointestinal diseases, particularly diseases of the esophagus.   Dr. Markowitz will also testify regarding the opinions set forth in his report, and may also respond to testimony presented on behalf of Merck.

3.     **Jesse David, Ph.D.**

Jesse David is the Vice President of National Economic Research Associates, Inc., an economic research firm in New York, N.Y.   Dr. David earned a Ph.D. in Economics from Stanford University, and he specializes in the economics of intellectual property and the valuation of patents in particular.   Dr. David's full qualifications and experience are provided in his expert report and his curriculum vitae attached to his report.

Dr. David is expected to testify regarding the apparent commercial success of Procter & Gamble's Once-Weekly ACTONEL® product and the existence of any nexus between the apparent commercial success of ACTONEL® to the invention claimed in U.S. Patent Nos. 5,994,329 and 6,432,932.   Dr. David may also testify about the adequacy of Christopher Vellturo's determination of the commercial success of ACTONEL®.   Dr. David may also respond to testimony presented on behalf of Merck.