EXHIBIT 8

Case 1:04-cv-00939-GMS   Document 70-11   Filed 06/28/2006   Page 1 of 10

MERCK & CO., INC.'S AFFIRMATIVE DEPOSITION DESIGNATIONS AND TEVA PHARMACEUTICALS USA, INC'S OBJECTIONS THERETO

A = argumentative (Rule 611(a))
C = compound question (Rule 611)
D = asked and answered
E = calls for expert opinion from a lay witness or from an individual that has not been identified as an expert in this action (Rule 701)
H = hearsay (Rule 801/802)
I = incomplete (answer w/o a question or question w/o an answer)
L = lack of personal knowledge (Rule 602)
M = leading question (Rule 611(c))
O = includes objection from attorney at deposition or attorney colloquy
N = lack of foundation (Rule 611(a))
NA = not admissible
Priv = privileged
R = relevancy (lack of) (Rule 401/402)
U = unfairly prejudicial (Rule 403)
V = vague or ambiguous (Rule 611 (a))

1. From the Deposition of Gerard Devlin

   Page 6, Line 19 - Page 7, Line 3
   Page 142, Line 4 - Page 143, Line 5
   Page 149, Line 6 - Page 149, Line 23

2. From the Deposition of Elizabeth DiCesare

   Page 7, Line 9 - Page 9, Line 6
   Page 72, Line 23 - Page 73, Line 11        (O)

   Page 105, Line 18 - Page 105, Line 23
   Page 273, Line 7 - Page 276, Line 7        (N)
   Page 356, Line 3 - Page 356, Line 22       (N)
   Page 361, Line 9 - Page 362, Line 6        (N, O)

3. From the Deposition of Paul Drake

   Page 8, Line 3 - Page 8, Line 11
   Page 51, Line 23 - Page 52, Line 19        (N)
   Page 75, Line 15 - Page 76, Line 6
   Page 77, Line 9 - Page 77, Line 14

4. From the Deposition of James Galbraith

   Page 24, Line 24 - Page 25, Line 24        (R)

| | |
|---|---|
| Page 31, Line 2 - Page 31, Line 18 | (R) |
| Page 47, Line 8 - Page 47, Line 21 | (R) |
| Page 50, Line 24 - Page 51, Line 10 | (R, N, L) |
| Page 56, Line 15 - Page 56, Line 19 | (R, I) |
| Page 60, Line 10 - Page 61, Line 8 | (R) |
| Page 77, Line 8 - Page 77, Line 13 | (R, L, N) |
| Page 77, Line 15 - Page 79, Line 15 | (R, L, N) |
| Page 98, Line 17 - Page 98, Line 21 | (R) |
| Page 98, Line 23 - Page 99, Line 8 | (R, L, N) |
| Page 99, Line 10 - Page 99, Line 15 | (R) |
| Page 99, Line 17 - Page 99, Line 25 | (R, M, L, N) |
| Page 100, Line 6 - Page 100, Line 10 | (R) |
| Page 108, Line 25 - Page 109, Line 14 | (R, M, A, N) |
| Page 109, Line 16 - Page 110, Line 19 | (R) |
| Page 110, Line 21 - Page 113, Line 9 | (R, M, A, N) |
| Page 113, Line 11 - Page 113, Line 21 | (R, A, N) |
| Page 113, Line 23 - Page 115, Line 21 | (R, A, N) |
| Page 115, Line 23 - Page 116, Line 11 | (R, A, N) |
| Page 116, Line 13 - Page 116, Line 17 | (R, A, N) |
| Page 116, Line 19 - Page 117, Line 19 | (R, A, L) |
| Page 117, Line 21 - Page 118, Line 9 | (R, L, M, E) |
| Page 118, Line 11 - Page 118, Line 15 | (R, L, M, E) |
| Page 118, Line 17 - Page 119, Line 5 | (R, E) |
| Page 127, Line 5 - Page 127, Line 15 | (R) |
| Page 127, Line 17 - Page 127, Line 25 | (R, N) |
| Page 131, Line 2 - Page 131, Line 22 | (R, N, M, V) |
| Page 131, Line 24 - Page 132, Line 8 | (R, N, A, V) |
| Page 132, Line 10 - Page 132, Line 11 | |
| Page 157, Line 19 - Page 158, Line 2 | (R, N, M, V) |
| Page 158, Line 4 - Page 158, Line 13 | (R, N, M, A) |
| Page 158, Line 15 - Page 159, Line 3 | (R, N, A) |
| Page 159, Line 5 - Page 160, Line 4 | (R, N, M, A) |
| Page 160, Line 6 - Page 160, Line 13 | (R, N, A) |
| Page 160, Line 17 - Page 161, Line 25 | (R, N, A) |
| Page 162, Line 3 - Page 163, Line 8 | (R, N, A) |
| Page 163, Line 10 - Page 163, Line 12 | (R, N, A) |
| Page 163, Line 14 - Page 163, Line 22 | |
| Page 200, Line 7 - Page 200, Line 12 | (R, N, A, I) |
| Page 200, Line 24 - Page 201, Line 24 | |
| Page 208, Line 13 - Page 210, Line 3 | (R, N, P, I) |
| Page 210, Line 6 - Page 210, Line 15 | (R) |

5.  From the Deposition of Marc Goshko

| | |
|---|---|
| Page 10, Line 13 - Page 11, Line 14 | (R, M) |
| Page 24, Line 25 - Page 25, Line 12 | (R) |
| Page 41, Line 10 - Page 42, Line 12 | (R, I) |

      Page 47, Line 10 - Page 47, Line 18    (R, L)

6. From the Deposition of Laurence Hirsch

      Page 8, Line 4 - Page 8, Line 15
      Page 9, Line 7 - Page 10, Line 21
      Page 11, Line 4 - Page 11, Line 13
      Page 22, Line 11 - Page 23, Line 25
      Page 25, Line 25 - Page 26, Line 20
      Page 31, Line 19 - Page 32, Line 17
      Page 33, Line 20 - Page 34, Line 6
      Page 38, Line 6 - Page 38, Line 17
      Page 38, Line 21 - Page 43, Line 25
      Page 54, Line 16 - Page 55, Line 15
      Page 55, Line 24 - Page 60, Line 19
      Page 75, Line 10 - Page 76, Line 8
      Page 76, Line 15 - Page 76, Line 22
      Page 80, Line 6 - Page 82, Line 4
      Page 92, Line 11 - Page 92, Line 21
      Page 93, Line 20 - Page 94, Line 8
      Page 96, Line 20 - Page 97, Line 8
      Page 97, Line 16 - Page 98, Line 4
      Page 101, Line 7 - Page 102, Line 4
      Page 107, Line 15 - Page 107, Line 24
      Page 108, Line 8 - Page 108, Line 17
      Page 109, Line 7 - Page 110, Line 3
      Page 111, Line 6 - Page 111, Line 20
      Page 114, Line 6 - Page 115, Line 2
      Page 116, Line 2 - Page 116, Line 21
      Page 122, Line 12 - Page 124, Line 12
      Page 124, Line 22 - Page 125, Line 8
      Page 129, Line 20 - Page 130, Line 13
      Page 133, Line 25 - Page 134, Line 16
      Page 142, Line 9 - Page 142, Line 23
      Page 148, Line 2 - Page 148, Line 23
      Page 152, Line 13 - Page 152, Line 25
      Page 154, Line 2 - Page 155, Line 3
      Page 167, Line 20 - Page 167, Line 25
      Page 183, Line 15 - Page 184, Line 20

7. From the Deposition of Deborah Jaskot

      Page 6, Line 11 - Page 6, Line 24
      Page 7, Line 6 - Page 7, Line 8
      Page 12, Line 10 -- Page 13, Line 3
      Page 15, Line 17 - Page 16, Line 3    (R)
      Page 16, Line 9 - Page 16, Line 19    (R)
      Page 33, Line 4 - Page 34, Line 19    (N, R, M)

| | |
|---|---|
| Page 34, Line 22 - Page 35, Line 3 | (N, R) |
| Page 35, Line 8 - Page 35, Line 9 | |
| Page 40, Line 6 - Page 40, Line 8 | (N, M) |
| Page 40, Line 11 - Page 42, Line 3 | (M, R) |
| Page 42, Line 6 -- Page 42, Line 19 | (M, R) |
| Page 42, Line 22 - Page 43, Line 12 | (M, R) |
| Page 51, Line 17 - Page 52, Line 2 | (M, R) |
| Page 53, Line 6 - Page 53, Line 10 | (M, R, N) |
| Page 54, Line 16 - Page 54, Line 18 | (N, R) |
| Page 54, Line 21 - Page 57, Line 5 | (R, D) |
| Page 57, Line 8 - Page 58, Line 3 | (R) |
| Page 58, Line 24 - Page 60, Line 9 | (M, R) |
| Page 60, Line 21 - Page 61, Line 19 | (M, R) |
| Page 63, Line 10 - Page 63, Line 13 | (V, R) |
| Page 64, Line 22 - Page 64, Line 25 | (M, V) |
| Page 65, Line 3 - Page 65, Line 8 | (V) |
| Page 65, Line 10 - Page 65, Line 18 | (R) |
| Page 65, Line 21 - Page 66, Line 10 | (M, R) |
| Page 67, Line 5 - Page 68, Line 5 | (M, E) |
| Page 68, Line 7 - Page 68, Line 25 | (R) |
| Page 69, Line 4 - Page 69, Line 24 | (M, R) |
| Page 70, Line 3 - Page 70, Line 8 | (R, N, I) |
| Page 70, Line 11 - Page 70, Line 17 | (I, E, M, R) |
| Page 70, Line 20 | |
| Page 71, Line 13 - Page 71, Line 14 | (D) |
| Page 71, Line 17 - Page 73, Line 12 | (M, R) |
| Page 73, Line 16 - Page 74, Line 8 | (M, L, R) |
| Page 74, Line 10 - Page 75, Line 24 | (M, R, V) |
| Page 76, Line 3 - Page 76, Line 9 | (M, R) |
| Page 86, Line 2 - Page 86, Line 5 | |
| Page 87, Line 5 - Page 87, Line 17 | (M, N, R) |
| Page 87, Line 20 - Page 88, Line 8 | (M, R) |
| Page 88, Line I 1 - Page 88, Line 12 | (R) |
| Page 93, Line 4 - Page 93, Line 14 | (R) |
| Page 94, Line 21 - Page 96, Line 8 | (N, R) |
| Page 96, Line I 1 - Page 97, Line 8 | (M, R) |
| Page 99, Line 21 - Page 100, Line 21 | (R) |
| Page 101, Line 7 - Page 101, Line 13 | (R) |
| Page 103, Line 3 - Page 103, Line 25 | (M, R) |
| Page 105, Line 16 - Page 105, Line 19 | (R) |
| Page 109, Line 14 - Page 110, Line 9 | (R) |
| Page 111, Line 22 - Page 112, Line 6 | (R) |
| Page 113, Line 14 - Page 114, Line 9 | (R) |
| Page 115, Line 5 - Page 115, Line 10 | (R, A) |
| Page 115, Line 13 - Page 115, Line 20 | (R, N) |
| Page 115, Line 23 - Page 116, Line 2 | (R, N) |
| Page 116, Line 15 - Page 116, Line 21 | (R, N, M) |
| Page 116, Line 24 - Page 117, Line 22 | (M, R) |

    Page 117, Line 25 - Page 118, Line 11    (A, R)
    Page 118, Line 14 - Page 118, Line 18    (R)
    Page 121, Line 20 - Page 121, Line 24    (M, R)
    Page 122, Line 1 - Page 122, Line 5    (R, N)
    Page 122, Line 7 - Page 122, Line 13    (R)
    Page 122, Line 15 - Page 123, Line 17    (M, R)
    Page 124, Line 8 - Page 124, Line 13    (N, R)
    Page 124, Line 16 - Page 125, Line 2    (R, L)
    Page 126, Line 24 - Page 127, Line 2    (M, R)
    Page 127, Line 5 - Page 127, Line 7    (R)
    Page 131, Line 23 - Page 132, Line 4    (R, N)
    Page 132, Line 7 - Page 132, Line 12    (R)
    Page 133, Line 23 - Page 134, Line 11    (R)
    Page 134, Line 25 - Page 135, Line 12    (N, R)
    Page 135, Line 15 - Page 136, Line 4    (R, A)
    Page 136, Line 7 - Page 136, Line 9    (R, L)
    Page 136, Line 24 - Page 138, Line 18    (R, M, L, N)
    Page 138, Line 21 - Page 138, Line 22    (R)
    Page 147, Line 24 - Page 148, Line 25    (R)
    Page 149, Line 4
    Page 150, Line 7 - Page 150, Line 9    (R)
    Page 153, Line 10 - Page 153, Line 14    (R)

8. <u>From the Deposition of Ashok Katdare</u>

    Page 6, Line 3 - Page 6, Line 7
    Page 8, Line 4 - Page 10, Line 13    (R)
    Page 12, Line 11 - Page 13, Line 7    (R)
    Page 14, Line 1 - Page 14, Line 23    (R)
    Page 15, Line 11 - Page 15, Line 22
    Page 17, Line 9 - Page 18, Line 20    (N)
    Page 20, Line 14 - Page 20, Line 17    (R, N, L)
    Page 21, Line 9 - Page 22, Line 16    (R)
    Page 22, Line 24 - Page 23, Line 20    (R)
    Page 24, Line 21 - Page 25, Line 5    (R)
    Page 25, Line 16 - Page 28, Line 4    (R)
    Page 30, Line 19 - Page 32, Line 22
    Page 52, Line 23 - Page 53, Line 7    (I, A)
    Page 78, Line 11 - Page 79, Line 11    (R, I, A)
    Page 81, Line 24 - Page 82, Line 5
    Page 85, Line 23 - Page 86, Line 16    (R)
    Page 87, Line 6 - Page 89, Line 1
    Page 141, Line 2 - Page 141, Line 18    (V)
    Page 144, Line 21 - Page 146, Line 18    (R)
    Page 152, Line 21 - Page 154, Line 9
    Page 155, Line 13 - Page 156, Line 21
    Page 163, Line 14 - Page 164, Line 6    (R, L)
    Page 171, Line 13 - Page 172, Line 19

9. From the Deposition of Patrick Magri

   Page 6, Line 4 - Page 6, Line 6
   Page 6, Line 10 -- Page 6, Line 14
   Page 17, Line 16 - Page 17, Line 25
   Page 20, Line 13 - Page 20, Line 20
   Page 68, Line 21 - Page 69, Line 10
   Page 69, Line 23 - Page 70, Line 7
   Page 72, Line 24 - Page 73, Line 9
   Page 73, Line 17 - Page 74, Line 6
   Page 105, Line 7 - Page 105, Line 25
   Page 106, Line 13 - Page 106, Line 22

10. From the Deposition of Richard Mazess

   Page 5, Line 22 - Page 5, Line 24
   Page 9, Line 15 - Page 10, Line 6        (O)
   Page 68, Line 23 - Page 70, Line 1       (O)
   Page 175, Line 23 - Page 181, Line 7     (O)

11. From the Deposition of Chris Pelloni

   Page 5, Line 22 - Page 6, Line 8         (R)
   Page 11, Line 13 - Page 11, Line 22
   Page 13, Line 22 - Page 15, Line 20      (R, A)
   Page 16, Line 17 - Page 17, Line 11      (R, I, H, L)
   Page 18, Line 8 - Page 18, Line 14       (R)
   Page 18, Line 23 - Page 19, Line 3       (R)
   Page 19, Line 7 - Page 19, Line 25
   Page 29, Line 16 - Page 30, Line 15      (R)
   Page 31, Line 2 - Page 31, Line 5        (R)
   Page 31, Line 13 - Page 31, Line 20      (R)
   Page 31, Line 22 - Page 32, Line 4       (R)
   Page 32, Line 9 - Page 32, Line 13       (R, N, V)
   Page 32, Line 19 - Page 34, Line 25      (R, N, M)
   Page 35, Line 3 - Page 35, Line 20       (R, N, M)
   Page 35, Line 22 - Page 36, Line 17      (R, N, M)
   Page 37, Line 17 - Page 37, Line 22      (R)
   Page 45, Line 3 - Page 46, Line 12       (R, N)
   Page 49, Line 3 - Page 49, Line 12       (R, N, I, V)
   Page 49, Line 14 - Page 50, Line 9       (R, V, N)
   Page 51, Line 20 - Page 52, Line 14      (R, A, V)
   Page 53, Line 21 - Page 54, Line 22      (R, V, N, M)
   Page 55, Line 3 - Page 55, Line 11       (R, V, N)
   Page 55, Line 23 - Page 56, Line 9       (R)
   Page 60, Line 3 - Page 60, Line 10       (R, V, N, M)
   Page 60, Line 23 - Page 60, Line 25      (R)

      Page 61, Line 3
      Page 66, Line 7 - Page 66, Line 25      (R)
      Page 71, Line 3 - Page 71, Line 9      (R, N)
      Page 71, Line 14 - Page 72, Line 18      (R, N)
      Page 72, Line 20 - Page 72, Line 25      (R, N, M)
      Page 73, Line 3 Page 73, Line 8      (R, N)
      Page 73, Line 17 - Page 74, Line 6      (R, N)
      Page 74, Line 9 Page 74, Line 19      (R, L, N, D)
      Page 74, Line 21 - Page 75, Line 3      (R, N, V)
      Page 75, Line 5 -- Page 75, Line 9      (R, V)
      Page 76, Line 15 - Page 76, Line 21      (R)
      Page 77, Line 16 - Page 77, Line 25      (R)
      Page 78, Line 5 - Page 78, Line 8      (R, N)
      Page 78, Line 10 - Page 78, Line 12      (R)
      Page 81, Line 13 -- Page 81, Line 20      (R, C, V)
      Page 81, Line 25 - Page 83, Line 20      (R)
      Page 87, Line 20 - Page 88, Line 5      (R)
      Page 89, Line 8 - Page 89, Line 16      (R)
      Page 113, Line 22 - Page 113, Line 23      (R)
      Page 114, Line 2 - Page 114, Line 7      (R, V)
      Page 114, Line 9 - Page 114, Line 11      (R)
      Page 116, Line 21 - Page 117, Line 9      (R, N)
      Page 117, Line 21 - Page 117, Line 25      (R, I, N)
      Page 118, Line 5 - Page 118, Line 8      (R, N)
      Page 118, Line 10 - Page 118, Line 16      (R, A, N)
      Page 118, Line 20 - Page 118, Line 21
      Page 123, Line 23 - Page 124, Line 25      (R, L)
      Page 126, Line 5 - Page 126, Line 6      (R, N, L)
      Page 126, Line 8 - Page 126, Line 12      (R, L)
      Page 126, Line 21 - Page 127, Line 11      (R, N)
      Page 127, Line 13 - Page 128, Line 15      (R)
      Page 136, Line 11 - Page 136, Line 14      (R, N)
      Page 136, Line 16 - Page 136, Line 18      (R)

12.    <u>From the Deposition of Chennekatu Peter</u>

      Page 6, Line 7 - Page 8, Line 8
      Page 60, Line 13 - Page 62, Line 1
      Page 62, Line 11 - Page 62, Line 25
      Page 120, Line 1 - Page 120, Line 9
      Page 120, Line 19 - Page 120, Line 25      (I)
      Page 126, Line 25 - Page 127, Line 19
      Page 134, Line 18 - Page 135, Line 10
      Page 147, Line 16 - Page 148, Line 1
      Page 151, Line 12 -Page 151, Line 18      (I)
      Page 242, Line 3 - Page 242, Line 12
      Page 256, Line 8 - Page 257, Line 17      (I)

13. <u>From the Deposition of Louis Sherwood</u>

    Page 5, Line 23 - Page 6, Line 24
    Page 105, Line 13 - Page 105, Line 20
    Page 109, Line 20 - Page 110, Line 12    (R, V)
    Page 144, Line 18 - Page 148, Line 11    (R)

14. <u>From the Deposition of Sunil Wimalawansa</u>

    Page 4, Line 18 - Page 5, Line 5    (NA)
    Page 6, Line 5 - Page 7, Line 5    (NA)
    Page 7, Line 7 - Page 8, Line 4    (NA)
    Page 13, Line 20 - Page 15, Line    (NA)
    Page 16, Line 16 - Page 16, Line 25    (NA)
    Page 21, Line 10 - Page 21, Line 11    (NA)
    Page 21, Line 13 - Page 22, Line 19    (NA)
    Page 22, Line 24 - Page 23, Line 19    (NA)
    Page 23, Line 21 - Page 24, Line 13    (NA)
    Page 24, Line 17 - Page 25, Line 8    (NA)
    Page 25, Line 10    (NA)
    Page 76, Line 7 - Page 76, Line 17    (NA)
    Page 76, Line 20 - Page 76, Line 2    2(NA)
    Page 76, Line 24 - Page 77, Line 3    (NA)
    Page 77, Line 7 - Page 77, Line 17    (NA)
    Page 77, Line 19 - Page 77, Line 24    (NA)
    Page 78, Line 3 - Page 78, Line 7    (NA)
    Page 78, Line 9 - Page 78, Line 17    (NA)
    Page 81, Line 23 - Page 83, Line 24    (NA)
    Page 84, Line 1 - Page 84, Line 8    (NA)
    Page 104, Line 6 - Page 104, Line 24    (NA)
    Page 105, Line 2 - Page 105, Line 5    (NA)
    Page 105, Line 8 - Page 106, Line 2    (NA)
    Page 106, Line 4 - Page 107, Line 7    (NA)
    Page 107, Line 9 - Page 107, Line 11    (NA)
    Page 114, Line 4 - Page 116, Line 4    (NA)
    Page 116, Line 6 - Page 118, Line 20    (NA)
    Page 118, Line 23 - Page 119, Line 13    (NA)
    Page 121, Line 15 - Page 121, Line 18    (NA)
    Page 121, Line 21 - Page 122, Line 3    (NA)
    Page 122, Line 6 - Page 123, Line 13    (NA)
    Page 125, Line 2 - Page 125, Line 4    (NA)
    Page 125, Line 19 - Page 128, Line 13    (NA)
    Page 128, Line 16 - Page 128, Line 24    (NA)
    Page 129, Line 20 - Page 130, Line 10    (NA)
    Page 130, Line 12 - Page 130, Line 13    (NA)
    Page 130, Line 15 - Page 130, Line 17    (NA)
    Page 134, Line 7 - Page 135, Line 9    (NA)

15. <u>From the Deposition of David Markowitz</u>

    Page 6, Line 14 – Page 134, Line 24        (NA)

16. <u>From the Deposition of Karen Clark</u>

    Page 6, Lines 13 – 22
    Page 9, Lines 7 - 23
    Page 51, Lines 9 – 13                      (N)
    Page 52, Line 25 – Page 56, Line 14        (O)
    Page 59, Lines 4-7
    Page 82, Line 19 – Page 83, Line 6         (I, R, M)

17. <u>From the Deposition of Jesse David</u>

    This deposition has not yet occurred.