# EXHIBIT 9

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MERCK & CO., INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 04-939 (GMS) |
| | ) | |
| TEVA PHARMACEUTICALS USA, INC. | ) | **CONFIDENTIAL SUBJECT TO** |
| | ) | **PROTECTIVE ORDER** |
| Defendant. | ) | |

## TEVA PHARMACEUTICALS USA, INC.'S
## AFFIRMATIVE DEPOSITION DESIGNATIONS

Teva Pharmaceuticals USA, Inc. ("Teva USA") respectfully submits the attached

Deposition Designations in accordance with the Court's Scheduling Order entered on April 6,

2006.  Teva USA reserves the right to amend and supplement these designations as necessary,

and to use portions of depositions designated by Merck & Co., Inc.

Respectfully submitted,

June 28, 2006

_____
Josy W. Ingersoll (#1088)
YOUNG CONAWAY STARGATT
    & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6672

OF COUNSEL
James Galbraith
Maria Luisa Palmese
A. Antony Pfeffer                    Attorneys for defendant Teva
KENYON & KENYON LLP          Pharmaceuticals USA, Inc.
One Broadway
New York, NY 10004
(212) 425-7200

1.      From the deposition of Robert Beckman, July 23, 2002:

Page 5, Line 8 through Page 8, Line 3
Page 19, Line 12 through Page 19, Line 23
Page 20, Line 6 through  Page 21, Line 10
Page 32, Line 7 through  Page 35, Line 23
Page 41, Line 21 through Page 43, Line 3

2.      From the deposition of Peter Browne, September 18, 2002:

Page 1, Line 1 through Page 8, Line 8
Page 8, Line 12 through Page 13, Line 24
Page 14, Line 3 through Page 20, Line 21
Page 20, Line 25 through Page 21, Line 11
Page 21, Line 16 through Page 21, Line 25
Page 22, Line 4 through Page 23, Line 14
Page 24, Line 1 through Page 24, Line 13
Page 24, Line 16 through Page 24, Line 19
Page 24, Line 22 through Page 30, Line 17
Page 30, Line 21 through Page 32, Line 2
Page 32, Line 5 through Page 33, Line 11
Page 33, Line 14 through Page 38, Line 17
Page 38, Line 20 through Page 43, Line 25
Page 44, Line 3 through Page 44, Line 12
Page 44, Line 15 through Page 45, Line 1
Page 45, Line 16 through Page 45, Line 23
Page 46, Line 1 through Page 46, Line 9
Page 46, Line 18 through Page 46, Line 20
Page 46, Line 23 through Page 47, Line 16
Page 47, Line 18 through Page 48, Line 20
Page 48, Line 23 through Page 51, Line 14
Page 51, Line 20 through Page 55, Line 6
Page 55, Line 9 through Page 56, Line 1
Page 56, Line 11 through Page 56, Line 18
Page 56, Line 23 through Page 56, Line 24
Page 57, Line 1 through Page 57, Line 16
Page 57, Line 18 through Page 59, Line 9
Page 59, Line 14 through Page 62, Line 3
Page 62, Line 6 through Page 62, Line 7
Page 62, Line 11 through Page 65, Line 8
Page 65, Line 11
Page 65, Line 14 through Page 66, Line 14
Page 66, Line 19 through Page 67, Line 10
Page 67, Line 23 through Page 82, Line 25

3.      From the deposition of Karen F. Clark, December 21, 2005:

Page 5, Line 11 through Page 6, Line 5
Page 6, Line 13 through Page 7, Line 2
Page 7, Line 5 through  Page 7, Line 18
Page 7, Line 20 through Page 7, Line 22
Page 7, Line 25 through Page 8, Line 9
Page 8, Line 12 through Page 8, Line 13
Page 8, Line 16 through Page 9, Line 2
Page 9, Line 7 through Page 9, Line 23
Page 10, Line 24 through Page 11, Line 20
Page 11, Line 24 through Page 12, Line 2
Page 12, Line 7 through Page 12, Line 8
Page 12, Line 23 through Page 12, Line 24
Page 13, Line 2 through Page 13, Line 18
Page 14, Line 3 through Page 14, Line 14
Page 14, Line 16 through Page 14, Line 25
Page 15, Line 7 through Page 15, Line 12
Page 16, Line 12 through Page 16, Line 13
Page 16, Line 20 through Page 17, Line 6
Page 17, Line 14 through Page 18, Line 4
Page 18, Line 6 through Page 18, Line 10
Page 19, Line 15 through Page 20, Line 9
Page 20, Line 21 through Page 21, Line 9
Page 21, Line 24 through Page 22, Line 9
Page 22, Line 13 through Page 22, Line 19
Page 22, Line 22 through Page 23, Line 6
Page 24, Line 8 through Page 25, Line 11
Page 25, Line 22 through Page 25, Line 25
Page 26, Line 14 through Page 26, Line 20
Page 26, Line 23 through Page 27, Line 2
Page 27, Line 16 through Page 29, Line 17
Page 29, Line 19 through Page 30, Line 2
Page 30, Line 4 through Page 30, Line 12
Page 30, Line 14 through Page 31, Line 2
Page 31, Line 4 through Page 32, Line 24
Page 33, Line 25 through Page 35, Line 22
Page 36, Line 18 through Page 36, Line 22
Page 36, Line 24 through Page 37, Line 9
Page 38, Line 4 through Page 38, Line 12
Page 38, Line 16 through Page 39, Line 10
Page 40, Line 17 through Page 40, Line 25
Page 41, Line 4 through Page 41, Line 5
Page 41, Line 14 through Page 42, Line 16
Page 42, Line 18 through Page 42, Line 24
Page 43, Line 6 through Page 43, Line 8
Page 43, Line 14 through Page 43, Line 18
Page 44, Line 8 through Page 45, Line 16

Page 45, Line 18 through Page 45, Line 24
Page 46, Line 17 through Page 47, Line 23
Page 48, Line 4 through Page 48, Line 7
Page 49, Line 5 through Page 49, Line 14
Page 49, Line 16 through Page 49, Line 21
Page 50, Line 5 through Page 50, Line 8
Page 50, Line 10 through Page 50, Line 17
Page 50, Line 20 through Page 51, Line 13
Page 52, Line 3 through Page 52, Line 5
Page 52, Line 25 through Page 53, Line 6
Page 53, Line 16 through Page 53, Line 19
Page 54, Line 18 through Page 54, Line 25
Page 55, Line 13 through Page 55, Line 18
Page 56, Line 5 through Page 56, Line 14
Page 56, Line 25 through Page 57, Line 15
Page 59, Line 19 through Page 59, Line 24
Page 60, Line 2 through Page 60, Line 7
Page 60, Line 9 through Page 90, Line 25
Page 61, Line 18 through Page 62, Line 11
Page 63, Line 9 through Page 63, Line 16
Page 63, Line 18 through Page 63, Line 24
Page 64, Line 2 through Page 64, Line 2
Page 64, Line 13 through Page 64, Line 17
Page 65, Line 2 through Page 65, Line 22
Page 65, Line 24 through Page 66, Line 3
Page 66, Line 8 through Page 66, Line 14
Page 66, Line 25 through Page 67, Line 6
Page 69, Line 2 through Page 69, Line 6
Page 72, Line 2 through Page 72, Line 7
Page 72, Line 12 through Page 72, Line 15
Page 73, Line 2 through Page 75, Line 3
Page 75, Line 10 through Page 75, Line 23
Page 75, Line 25 through Page 76, Line 8
Page 78, Line 23 through Page 80, Line 12
Page 80, Line 14 through Page 80, Line 21
Page 81, Line 10 through Page 81, Line 16

4.    From the deposition of Anastasia Daifotis, June 19, 2002

Page 7, Line 6 through Page 9, Line 10
Page 8, Line 1 through Page 9, Line 10
Page 12, Line 4  through Page 13, Line 8
Page 17, Line 19 through Page 18, Line 7
Page 28, Line 3 through Page 29,Line 9
Page 30, Line 20 through Page 31, Line 19
Page 33, Line 6 through Page 33, Line 18
Page 35, Line 5 through Page 41, Line 24

Page 42, Line 16 through Page 43, Line 12
Page 48, Line 17 through Page 49, Line 6
Page 50, Line 8 through Page 54, Line 8
Page 69, Line 21 through Page 75, Line 2
Page 77, Line 23 through Page 86, Line 19
Page 87, Line 1 through Page 90,Line 17
Page 92, Line 13 through Page 93, Line 23
Page 96, Line 5 through Page 97, Line 4
Page 108, Line 24 through Page 109, Line 3
Page 109, Line 8 through Page 111, Line 9
Page 111, Line 15 through Page 115, Line 4
Page 118, Line 3 through Page 118, Line 4
Page 119, Line 5 through Page 124, Line 8
Page 129, Line 22 through Page 130, Line 4
Page 135, Line 17 through Page 135, Line 23
Page 137, Line 21 through Page 138, Line 3
Page 139, Line 12 through Page 143, Line 21
Page 150, Line 16 through Page 152, Line 12
Page 154,Line 16 through Page 163, Line 5
Page 166, Line 12 through Page 173, Line 23
Page 181, Line 12 through Page 181, Line 15
Page 185, Line 10 through Page 190, Line 9
Page 193, Line 21 through Page 194, Line 2

     5.       From the deposition of Anastasia Daifotis, June 20, 2002

Page 200, Line 8 through Page 207, Line 13
Page 244, Line 15 through Page 244, Line 20
Page 244, Line 25 through Page 247, Line 13
Page 250, Line 10 through Page 253, Line 9
Page 254, Line 5 through Page 255,  Line 3
Page 262, Line 18 through Page 272, Line 14
Page 272, Line 25 through Page 276, Line 3
Page 276, Line 9 through Page 287,  Line 6
Page 287, Line 11 through Page 292, Line 22
Page 314, Line 1 through Page 329, Line 2
Page 329, Line 16 through Page 333, Line 25
Page 338, Line 11 through Page 341, Line 22
Page 342, Line 7 through Page 344,  Line 10
Page 347, Line 13 through Page 358, Line 22
Page 369, Line 7 through Page 370, Line 2
Page 371, Line 21 through Page 373, Line 14
Page 373, Line 21 through Page 375, Line 19
Page 401, Line 16 through Page 405, Line 23
Page 422, Line 13 through Page 423, Line 18
Page 450, Line 19 through Page 460, Line 5
Page 461, Line 12 through Page 461, Line 13

Page 463, Line 7 through Page 467,  Line 4
Page 476, Line 3 through Page 476,  Line 4
Page 476, Line 11 through Page 483, Line 5
Page 491, Line 13 through  Page 491,Line 14
Page 491, Line 20 through Page 491, Line 25
Page 500, Line 8 through Page 507, Line 23
Page 508, Line 7 through Page 518, Line 8

      6.      From the deposition of Gerard Devlin, September 13, 2002:

Page 6, Line 5 through Page 7, Line 11
Page 38, Line 24 through Page 40, Line 4
Page 40, Line 8 through Page 42, Line 2
Page 42, Line 9 through Page 46, Line 8
Page 46, Line 11 through Page 48, Line 23
Page 49, Line 5 through Page 49, Line 11
Page 50, Line 5 through Page 50, Line 11
Page 50, Line 15 through Page 50, Line 18
Page 51, Line 3 through Page 50, Line 12
Page 51, Line 16 through Page 52, Line 9
Page 52, Line 22 through Page 53, Line 3
Page 53, Line 7 through  Page 53, Line 19
Page 54, Line 7 through Page 55, Line 11
Page 57, Line 6 through Page 59, Line 3
Page 59, Line 7 through  Page 59,Line 10
Page 59,Line 16 through Page 60, Line 24
Page 61, Line 8 through Page 62,Line 3
Page 62, Line 19 through Page 64, Line 6
Page 66 Line 16 through Page 69, Line 13
Page 69, Line 22 through Page 72, Line 2
Page 72, Line 16 through Page 81, Line 14
Page 81, Line 21 through Page 82, Line 2
Page 82, Line 19 through Page 83, Line 9
Page 85, Line 20 through Page 86, Line 23
Page 88, Line 14 through Page 88, Line 18
Page 88, Line 21 through Page 89, Line 5
Page 90, Line 5 through Page 93, Line 20
Page 94, Line 6 through Page 94, Line 12
Page 94, Line 21 through Page 95, Line 15
Page 95, Line 18 through Page 95, Line 22
Page 97, Line 18 through Page 100,Line 4
Page 101, Line 8 through Page 101, Line 11
Page 101, Line 14 through Page 102, Line 2
Page 104, Line 3 through Page 105,  Line 13
Page 107, Line 5 through Page 107, Line 10
Page 107, Line 24 through Page 108,Line 16
Page 115, Line 25 through Page 118,Line 9

Page 130, Line 4 through Page 131,  Line 15
Page 134, Line 14 through Page 136, Line 19
Page 136, Line 24 through Page 137, Line 24
Page 138, Line 4 through Page 142,  Line 9
Page 142, Line 16 through Page 146, Line 9
Page 146, Line 25 through Page 148, Line 5
Page 148, Line 25 through Page 149, Line 5
Page 149, Line 12 through Page 153, Line 6
Page 153, Line 16 through Page 154, Line 5
Page 154, Line 16 through Page 157, Line 6
Page 159, Line 18 through Page 159, Line 22
Page 160, Line 3 through Page 161,  Line 5
Page 161, Line 9 through Page 164,  Line 2

       7.     From the deposition of Elizabeth DiCesare, August 28, 2002:

Page 5, Line 22 through Page 23, Line 15
Page 23, Line 19 through Page 31, Line 7
Page 32, Line 14 through Page 34, Line 14
Page 34, Line 23 through Page 39, Line 4
Page 39, Line 7 through Page 41, Line 21
Page 41, Line 25 through Page 42, Line 11
Page 42, Line 15 through Line 22
Page 42, Line 24 through Page 43, Line 2
Page 43, Line 17 through Line 21
Page 43, Line 25 through Page 44, Line 7
Page 44, Line 15 through Page 45, Line 19
Page 45, Line 21 through Page 51, Line 5
Page 51, Line 9 through Page 52, Line 8
Page 52, Line 12 through Line 25
Page 53, Line 11, through Page 54, Line 4
Page 54, Line 10 through Page 70, Line 21
Page 70, Line 25 through Page 73, Line 2
Page 73, Line 12 through Page 77, Line 24
Page 78, Line 3 through Page 81, Line 20
Page 81, Line 23 through Page 83, Line 15
Page 84, Line 1 through Page 87, Line 7
Page 87, Line 11 through Page 89, Line 14
Page 89, Line 16 through Page 95, Line 9
Page 96, Line 9 through Page 99, Line 23
Page 100, Line 3 through Page 100, Line 6
Page 101, Line 6 through Page 103, Line 8
Page 103, Line 17 through Page 105, Line 4
Page 106, Line 13 through Page 109, Line 9
Page 109, Line 13 through Page 111, Line 22
Page 112, Line 1 through Page 112, Line 13
Page 112, Line 15 through Page 112, Line 22

Page 112, Line 24 through Page 113, Line 4
Page 113, Line 6 through Line 17
Page 113, Line 24 through Page 120, Line 18
Page 120, Line 21 through Page 121, Line 18
Page 123, Line 14 through Page 124, Line 3
Page 125, Line 10 through Line 21
Page 125, Line 24 through Page 126, Line 3
Page 126, Line 6 through Page 127, Line 5
Page 127, Line 10 through Line 16
Page 128, Line 7 through Page 128, Line 9
Page 128, Line 12 through Page, Line 15
Page 128, Line 20 through Page 128, Line 22
Page 128, Line 25
Page 129, Line 13 through Page 130, Line 2
Page 130, Line 13 through Line 25
Page 131, Line 5 through Page 146, Line 22
Page 147, Line 21 through Page 152, Line 16
Page 154, Line 3 through Line 7
Page 154, Line 14 through Page 159, Line 25
Page 160, Line 15 through Page 163, Line 8
Page 163, Line 11
Page 163, Line 18 through Page 163, Line 22
Page 164, Line 1 through Page 170, Line 21
Page 170, Line 25 through Page 181, Line 11
Page 181, Line 19 through Page 186, Line 17
Page 186, Line 25 through Page 189, Line 2
Page 189, Line 6 through Page 191, Line 16
Page 191, Line 20 through Page 194, Line 20
Page 194, Line 24 through Page 196, Line 10
Page 196, Line 14 through Page 204, Line 21
Page 205, Line 15 through Page 206, Line 7
Page 206, Line 13 through Line 18
Page 206, Line 21
Page 207, Line 13 through Page 210, Line 2
Page 210, Line 7 through Page 218, Line 15
Page 218, Line 21 through Page 227, Line 22
Page 228, Line 3 through Page 229, Line 23

       8.      From the deposition of Elizabeth DiCesare, August 29, 2002:

Page 239, Line 19 through Page 240, Line 16
Page 240, Line 19 through Page 243, Line 10
Page 243, Line 14 through Page 244, Line 11
Page 245, Line 8 through Page 254, Line 15
Page 254, Line 19 through Page 256, Line 12
Page 256, Line 15 through Page 260, Line 5

Page 260, Line 9 through Page 271, Line 25
Page 272, Line 5 through Line 12
Page 272, Line 16 through Page 274, Line 8
Page 274, Line 12 through Page 276, Line 17
Page 276, Line 20 through Page 279, Line 3
Page 279, Line 7
Page 279, Line 17 through Page 285, Line 9
Page 285, Line 13 through Page 286, Line 4
Page 286, Line 6 through Page 297, Line 9
Page 297, Line 14 through Page 299, Line 25
Page 300, Line 6 through Line 13
Page 300, Line 21 through Page 303, Line 9
Page 303, Line 13 through Line 20
Page 303, Line 23 through Page 308, Line 4
Page 308, Line 10 through Line 18
Page 309, Line 8 through Page 310, Line 23
Page 311, Line 10 through Page 312, Line 15
Page 312, Line 18 through Page 313, Line 9
Page 313, Line 13 through Page 316, Line 9
Page 316, Line 23 through Line 25
Page 317, Line 15 through Page 319, Line 13
Page 319, Line 15 through Line 21
Page 319, Line 25 through Page 320, Line 15
Page 320, Line 18 through Page 322, Line 15
Page 322, Line 22
Page 323, Line 10 through Page 325, Line 5
Page 325, Line 12 through Line 15
Page 325, Line 17 through Line 21
Page 325, Line 24 through Page 326, Line 4
Page 326, Line 12 through Line 18
Page 326, Line 23 through Page 327, Line 6
Page 327, Line 11 through Page 328, Line 9
Page 328, Line 14 through Line 25
Page 329, Line 5 through Line 24
Page 330, Line 5 through Line 21
Page 331, Line 6 through Line 10
Page 331, Line 16 through Page 332, Line 3
Page 332, Line 9 through Line 24
Page 333, Line 5 through Line 7
Page 333, Line 9 through Page 334, Line 12
Page 334, Line 18 through Page 335, Line 11
Page 335, Line 14 through Line 19
Page 335, Line 23 through Page 336, Line 2
Page 336, Line 7 through Page 337, Line 3
Page 337, Line 8 through Line 15
Page 337, Line 18 through Page 340, Line 6

Page 340, Line 9 through Line 20
Page 340, Line 23 through Page 341, Line 10
Page 341, Line 14 through Page 342, Line 22
Page 342, Line 25 through Page 343, Line 22
Page 344, Line 2 through Line 15
Page 344, Line 20 through Page 345, Line 4
Page 348, Line 5 through Page 350, Line 24
Page 351, Line 4 through Line 23
Page 352, Line 6 through Page 355, Line 2
Page 355, Line 8 through Line 16
Page 357, Line 5 through Line 22
Page 358, Line 10 through Line 17
Page 360, Line 13 through Page 361, Line 8

     9.     From the deposition of Paul Drake, November 15, 2002:

Page 1, Line 1 through Page 44, Line 7
Page 44, Line 11 through Page 51, Line 4
Page 51, Line 9 through Page 61, Line 14
Page 62, Line 7 through Page 63, Line 23
Page 64, Line 15 through Page 81, Line 8
Page 81, Line 14 through Page 84, Line 8
Page 84, Line 12 through Page 87, Line 9
Page 87, Line 12 through Page 97, Line 7
Page 98, Line 2 through Page 103, Line 18
Page 104, Line 8 through Page 105, Line 25

     10.     From the deposition of Lawrence Hirsch, October 22, 2002:

Page 1, Line 1 through Page 6, Line 9
Page 8, Line 4 through Page 12, Line 9
Page 13, Line 22 through Page 15, Line 11
Page 18 Line 23 through Page 30, Line 24
Page 31, Line 5 through Page 32, Line 7
Page 32, Line 10 through Page 37, Line 5
Page 37, Line 12 through Page 37, Line 22
Page 37, Line 25 through Page 53, Line 20
Page 53, Line 23 through Page 54, Line 3
Page 54, Line 5 through Page 60, Line 19
Page 61, Line 7 through Page 70, Line 11
Page 70, Line 19 through Page 84, Line 12
Page 86, Line 23 through Page 87, Line 24
Page 88, Line 4 through Page 88, Line 6
Page 88, Line 9 through Page 88, Line 18
Page 89, Line 2 through Page 91, Line 14
Page 91, Line 17 through Page 99, Line 15
Page 101, Line 7 through Page 105, Line 17

Page 106, Line 3 through Page 108, Line 20
Page 109, Line 1 through Page 117, Line 13
Page 117, Line 16 through Page 128, Line 24
Page 129, Line 20 through Page 130, Line 19
Page 133, Line 20 through Page 134, Line 16
Page 138, Line 4 through Page 140, Line 21
Page 141, Line 3 through Page 146, Line 17
Page 147, Line 11 though Page 152, Line 18
Page 155, Line 4 through Page 156, Line 5
Page 156, Line 15 through Page 158, Line 13
Page 159, Line 4 through Page 159, Line 7
Page 159, Line 10 through Page 160, Line 14
Page 161, Line 10 through Page 171, Line 21
Page 171, Line 24 through Page 171, Line 25
Page 172, line 9 through Page 175, line 10
Page 177, Line 3 through Page 193, Line 24
Page 203, Line 25 through Page 206, Line 9

      11.     From the deposition of Ashok Katdare, August 22, 2002:

Page 5, Line 21 through Page 6, Line 10
Page 7, Line 8 through Line 10
Page 7, Line 14 through Page 14, Line 8
Page 15, Line 10 through Line 22
Page 17, Line 9 through Page 18, Line 20
Page 20, Line 14 through Page 21, Line 15
Page 22, Line 6 through Line 18
Page 22, Line 22 through Page 23, Line 8
Page 23, Line 21 through Page 24, Line 6
Page 24, Line 12 through Page 25, Line 6
Page 26, Line 9 through Page 29, Line 9
Page 29, Line 14 through Page 31, Line 6
Page 32, Line 1 through Line 11
Page 32, Line 23 through Page 33, Line 5
Page 33, Line 14 through Page 34, Line 7
Page 35, Line 22 through Page 39, Line 14
Page 41, Line 7 through Page 42, Line 18
Page 43, Line 3 through Page 49, Line 3
Page 49, Line 7 through Line 21
Page 50, Line 19 through Page 52, Line 22
Page 53, Line 8 through Page 54, Line 10
Page 54, Line 23 through page 67, Line 11
Page 68, Line 3 through Line 5
Page 69, Line 6 through Page 70, Line 8
Page 74, Line 1 through Line 24
Page 76, Line 23 through Page 77, Line 8

Page 78, Line 6 through Page 82, Line 9
Page 82, Line 18 through Line 22
Page 84, Line 1 through Line 21
Page 85, Line 5 through Page 87, Line 15
Page 88, Line 15 through Line 20
Page 90, Line 8 through Page 93, Line 13
Page 94, Line 16 through Page 95, Line 24
Page 99, Line 5 through Line 9
Page 99, Line12 through Page 101, Line 1
Page 101, Line 14 through Page 102, Line 10
Page 102, Line 13 through Page 109, Line 10
Page 110, Line 7 through Line 16
Page 110, Line 23 through Line 24
Page 111, Line 4 through Line 7
Page 112, Line 4 through Page 114, Line 2
Page 114, Line 6 through Line 10
Page 114, Line 22 through Page 115, Line 1
Page 115, Line 4 through Line 12
Page 115, Line 15 through Page 118, Line 11
Page 118, Line 15 through Page 119, Line 14
Page 119, Line 24 through Page 120, Line 24
Page 121, Line 4 through Line 16
Page 121, Line 20 through Page 122, Line 3
Page 122, Line 7 through Page 123, Line 7
Page 123, Line 10 through Line 18
Page 123, Line 21 through Page 124, Line 11
Page 124, Line 23 through Page 129, Line 9
Page 130, Line 9 through Page 132, Line 6
Page 133, Line 1 through Line 4
Page 133, Line 10 through 19
Page 133, Line 22
Page 134, Line 12 through Line 15
Page 134, Line 23 through Page 136, Line 9
Page 137, Line 18 through Page 140, Line 9
Page 140, Line 15 through Page 141, Line 1
Page 142, Line 10 through Line 20
Page 145, Line 15 through Page 146, Line 14
Page 151, Line 5 through Page 153, Line 5
Page 154, Line 10 through Page 155, Line 12
Page 156, Line 22 through Page 157, Line 1
Page 158, Line 19 through Page 159, Line 8
Page 159, Line 12 through Line 14
Page 161, Line 10 through Page 162, Line 17
Page 173, Line 11 through Page 174, Line 4
Page 177, Line 13 through Page 179, Line 22
Page 180, Line 1 through Page 182, Line 10

Page 182, Line 12 through Line 13

      12.     From the deposition of Richard B. Mazess, September 17, 2002:

Page 5, Line 22 through Page 6, Line 3
Page 8, Line 8 through Line 12
Page 12, Line 25 through Page 13, Line 7
Page 14, Line 2 through Line 8
Page 16, Line 3 through Line 6
Page 18, Line 5 through Line 8
Page 18, Line 21 through Page 19, Line 6
Page 22, Line 20 through Page 23, Line 8
Page 26, Line 22 through Page 28, Line 12
Page 30, Line 5 through Page 31, Line 25
Page 32, Line 3 through Page 35, Line 7
Page 35, Line 12 through Page 37, Line 8
Page 37, Line 15 through Page 39, Line 13
Page 39, Line 17 through Page 42, Line 10
Page 42, Line 22 through Page 43, Line 25
Page 51, Line 6 through Page 52, Line 11
Page 52, Line 18 through 56, Line 11
Page 58, Line 5 through Line 15
Page 59, Line 1 through Page 62, Line 25
Page 64, Line 1 through Page 66, Line 18
Page 67, Line 8 through Page 69, Line 21
Page 70, Line 2 through Page 71, Line 13
Page 73, Line 9 through Line 12
Page 73, Line 23 through Page 74, Line 12
Page 74, Line 16 through Page 75, Line 9
Page 77, Line 4 through Page 81, Line 11
Page 81, Line 19 through Page 82, Line 17
Page 83, Line 8 through Page 84, Line 21
Page 87, Line 3 through Line 5
Page 87, Line 24 through Page 88, Line 13
Page 89, Line 7 through Page 90, Line 18
Page 91, Line 1 through Page 92, Line 3
Page 114, Line 25 through Page 116, Line 3
Page 116, Line 19 through Page 121, Line 5
Page 121, Line 15 through Page 123, Line 15
Page 123, Line 22 through Page 126, Line 15
Page 128, Line 8 through Page 129, Line 19
Page 132, Line 19 through 133, Line 7
Page 135, Line 14 through Line 20
Page 141, Line 17 through Page 142, Line 18
Page 143, Line 6 through Line 14
Page 144, Line 4 through Line 17
Page 151, Line 9 through Line 21

Page 153, Line 15 through Page 154, Line 6
Page 155, Line 22 through Page 157, Line 8
Page 167, Line 25 through Page 172, Line 11
Page 173, Line 10 through Line 21
Page 175, Line 23 through Page 180, Line 3
Page 189, Line 19 through Page 191, Line 8
Page 193, Line 16 through Page 195, Line 2
Page 203, Line 24 through Page 206, Line 9
Page 208, Line 20 through Page 209, Line 4.

      13.     From the deposition of John Orloff, October 10, 2002:

Page 1, Line 1 through Page 12, Line 8
Page 12, Line 11 through Page 19, Line 18
Page 20, Line 6 through Page 21, Line 12
Page 21, Line 16 through Page 21, Line 19
Page 22, Line 3 through Page 22, Line 7
Page 22, Line 10 through Page 22, Line 18
Page 22, Line 21 through Page 22, Line 25
Page 23, Line 3 through Page 23, Line 7
Page 23, Line 11 through Page 24, Line 13
Page 24, Line 16 through Page 25, Line 6
Page 25, Line 9 through Page 25, Line 18
Page 25, Line 20 through Page 26, Line 23
Page 27, Line 2 through Page 27, Line 14
Page 27, Line 19 through Page 29, Line 11
Page 29, Line 14 through Page 29, Line 17
Page 30, Line 5 through Page 32, Line 9
Page 32, Line 12 through Page 34, Line 8
Page 34, Line 18 through Page 34, Line 22
Page 34, Line 25 through Page 35, Line 17
Page 35, Line 21 through Page 38, Line 13
Page 38, Line 16 through Page 40, Line 12
Page 40, Line 15 through Page 41, Line 21
Page 41, Line 25 through Page 45, Line 9
Page 45, Line 13 through Page 45, Line 23
Page 45, Line 25 through Page 46, Line 12
Page 46, Line 14 through Page 47, Line 23
Page 48, Line 3 through Page 49, Line 2
Page 49, Line 5 through Page 53, Line 2
Page 53, Line 4 through Page 53, Line 22
Page 54, Line 2 through Page 58, Line 16
Page 58, Line 23 through Page 68, Line 6
Page 68, Line 9 through Page 69, Line 20
Page 69, Line 24 through Page 73, Line 12
Page 73, Line 15 through Page 74, Line 16

Page 75, Line 4 through Page 80, Line 10
Page 80, Line 15 through Page 80, Line 18
Page 80, Line 21 through Page 81, Line 9
Page 81, Line 11 through Page 82, Line 9
Page 82, Line 12 through Page 83, Line 15
Page 83, Line 18 through Page 84, Line 5
Page 84, Line 9 through Page 90, Line 17
Page 90, Line 19 through Page 91, Line 12
Page 91, Line 19 through Page 94, Line 20
Page 94, Line 22 through Page 95, Line 17
Page 95, Line 19 through Page 98, Line 18
Page 98, Line 20 through Page 99, Line 10
Page 99, Line 13 through Page 100, Line 3
Page 100, Line 5 through Page 101, Line 13
Page 101, Line 16 through Page 102, Line 15
Page 102, Line 19 through Page 102, Line 25
Page 103, Line 10 through Page 103, Line 13
Page 103, Line 16 through Page 104, Line 10
Page 104, Line 20 through Page 107, Line 4
Page 107, Line 8 through Page 109, Line 5
Page 109, Line 7 through Page 111, Line 17
Page 111, Line 24 through Page 112, Line 13
Page 112, Line 18 through Page 112, Line 24
Page 113, Line 3 through Page 113, Line 5
Page 113, Line 8 through Page 113, Line 12
Page 114, Line 2 through Page 115, Line 2
Page 115, Line 5 through Page 117, Line 16
Page 117, Line 20
Page 118, Line 11 through Page 121, Line 10
Page 121, Line 12 through Page 122, Line 16
Page 122, Line 18 through Page 123, Line 12
Page 123, Line 16 through Page 124, Line 4
Page 124, Line 9 through Page 125, Line 6
Page 125, Line 11 through Page 128, Line 10
Page 129, Line 9 through Page 129, Line 13
Page 129, Line 16 through Page 129, Line 23
Page 130, Line 2 through Page 131, Line 25
Page 132, Line 4 through Page 134, Line 19
Page 136, Line 1 through Page 136, Line 25
Page 139, Line 1 through Page 139, Line 25


14.    From the deposition of Chennekatu Peter, August 28, 2002:

Page 1, Line 1 through Page 2, Line 25
Page 5, Line 23 through Page 5, Line 25
Page 6, Line 3 through Page 15, Line 5

Page 16, Line 2 through Page 17, Line 7
Page 17, Line 16 through Page 18, Line 21
Page 19, Line 2 through Page 19, Line 3
Page 19, Line 5 through Page 20, Line 22
Page 20, Line 24 through Page 20, Line 25
Page 21, Line 8 through Page 21, Line 9
Page 21, Line 11 through Page 24, Line 9
Page 24, Line 11 through Page 24, Line 15
Page 24, Line 17 through Page 30, Line 5
Page 30, Line 7
Page 30, Line 9 through Page 30, Line 19
Page 30, Line 21 through Page 31, Line 5
Page 31, Line 7 through Page 32, Line 1
Page 32, Line 3
Page 32, Line 6 through Page 33, Line 2
Page 33, Line 4 through Page 34, Line 24
Page 35, Line 1 through Page 36, Line 17
Page 36, Line 19
Page 36, Line 21 through Page 37, Line 19
Page 37, Line 21 through Page 39, Line 24
Page 40, Line 9 through Page 41, Line 5
Page 41, Line 7 through Page 42, Line 4
Page 42, Line 12 through 43, Line 9
Page 43, Line 16 through Page 43, Line 22
Page 43, Line 24 through Page 45, Line 3
Page 45, Line 9 through Page 45, Line 11
Page 45, Line 13 through Page 46, Line 12
Page 46, Line 14 through Page50, Line 17
Page 50, Line 20 through Page 50, Line 25
Page 51, Line 2 through Page 52, Line 14
Page 52, Line 17
Page 52, Line 19 through Page 52, Line 20
Page 52, Line 22 through Page 52, Line 23
Page 53, Line 1 through Page 53, Line 2
Page 53, Line 5 through Page 63, Line 5
Page 63, Line 19 through Page 64, Line 25
Page 65, Line 7 through Page 65, Line 11
Page 65, Line 13 through Page 65, Line 15
Page 65, Line 17 through Page 68, Line 15
Page 68, Line 21 through Page 68, Line 25
Page 69, Line 11 through Page 70, Line 17
Page 70, Line 19 through Page 71, Line 14
Page 71, Line 16 through Page 71, Line 24
Page 72, Line 8 through Page 72, Line 13
Page 72, Line 15
Page 72, Line 22 through Page 73, Line 25

Page 74, Line 6 through Page 76, Line 2
Page 76, Line 4 through Page 76, Line 7
Page 76, Line 9 through Page 76, Line 10
Page 76, Line 12 through Page 76, Line 16
Page 76, Line 18 through Page 77, Line 13
Page 77, Line 16 through Page 77, Line 18
Page 77, Line 20 through Page 79, Line 24
Page 80, Line 4 through Page 80, Line 22
Page 80, Line 25 through Page 81, Line 7
Page 81, Line 17 through Page 82, Line 4
Page 82, Line 10 through Page 83, Line 4
Page 83, Line9 through Page 83, Line 21
Page 83, Line 24 through Page 84, Line 2
Page 84, Line 4 through Page 84, Line 15
Page 84, Line 17 through Page 84, Line 23
Page 84, Line 25 through Page 85, Line 3
Page 85, Line 5
Page 85, Line 7 through Page 86, Line 12
Page 86, Line 20 through Page 87, Line 1
Page 87, Line 13 through Page 87, Line 15
Page 87, Line 24 through Page 88, Line 6
Page 88, Line 12 through Page 88, Line 20
Page 88, Line 24 through Page 89, Line 3
Page 89, Line 5 through Page 89, Line 8
Page 89, Line 11 through Page 89, Line 13
Page 89, Line 15 through Page 89, Line 25
Page 90, Line 4 through Page 97, Line 2
Page 97, Line 4
Page 97, Line 7 through Page 103, Line 2
Page 103, Line 6 through Page 103, Line 10
Page 103, Line 12 through Page 103, Line 16
Page 103, Line 19
Page 103, Line 21 through Page 111, Line 2
Page 111, Line 10 through Page 111, Line 16
Page 111, Line 18 through Page 111, Line 25
Page 112, Line 6 through Page 112, Line 13
Page 112, Line 15 through Page 113, Line 6
Page 113, Line 8 through Page 113, Line 20
Page 113, Line 22 through Page 114, Line 24
Page 115, Line 1 through Page 115, Line 9
Page 115, Line 11 through Page 117, Line 7
Page 117, Line 9 through Page 117, Line 12
Page 117, Line 14 through Page 117, Line 15
Page 117, Line 17 through Page 117, Line 24
Page 118, Line 1 through Page 118, Line 6
Page 118, Line 8 through Page 118, Line 9

Page 118, Line 11 through Page 119, Line 2
Page 119, Line 5 through Page 119, Line 9
Page 119, Line 11 through Page 119, Line 12
Page 119, Line 14 through Page 119, Line 16
Page 119, Line 18 through Page 119, Line 19
Page 119, Line 22 through Page 119, Line 24
Page 120, Line 1 through Page 120, Line 11
Page 120, Line 16 through Page 120, Line 17
Page 120, Line 19 through Page 121, Line 12
Page 121, Line 25 through Page 122, Line 1
Page 122, Line 3 through Page 122, Line 13
Page 123, Line 1 through Page 123, Line 9
Page 123, Line 11
Page 123, Line 13 through Page 124, Line 5
Page 124, Line 7 through Page 124, Line 10
Page 124, Line 12 through Page 126, Line 11
Page 126, Line 13
Page 126, Line 15 through Page 126, Line 18
Page 126, Line 20 through Page 126, Line 21
Page 126, Line 23 through Page 127, Line 1
Page 127, Line 4
Page 127, Line 6 through Page 127, Line 19
Page 127, Line 22 through Page 128, Line 2
Page 128, Line 4 through Page 128, Line 22
Page 129, Line 1 through Page 129, Line 17
Page 129, Line 20 through Page 129, Line 1
Page 130, Line 3 through Page 130, Line 12
Page 130, Line 14 through Page 132, Line 1
Page 132, Line 3 through Page 132, Line 4
Page 132, Line 6 through Page 132, Line 11
Page 132, Line 13 through Page 132, Line 18
Page 132, Line 20 through Page 132, Line 22
Page 133, Line 6 through Page 133, Line 11
Page 133, Line 13 through Page 135, Line 16
Page 135, Line 18 through Page 135, Line 20
Page 135, Line 22 through Page 137, Line 23
Page 138, Line 1 through Page 138, Line 2
Page 138, Line 4 through Page 139, Line 10
Page 139, Line 12 through Page 139, Line 13
Page 139, Line 15 through Page 139, Line 25
Page 140, Line 12 through Page 142, Line 10
Page 142, Line 12 through Page 144, Line 22
Page 145, Line 5 through Page 149, Line 14
Page 149, Line 16 through Page 151, Line 18
Page 152, Line 1 through Page 152, Line 5
Page 152, Line 7 through Page 152, Line 8

Page 152, Line 10 through Page 153, Line 17
Page 153, Line 19 through Page 155, Line 23
Page 155, Line 25 through page 156, Line 9
Page 156, Line 11 through Page 156, Line 20
Page 156, Line 22 through Page 157, Line 1
Page 157, Line 3 through Page 157, Line 14
Page 157, Line 16 through Page 157, Line 17
Page 157, Line 19 through Page 157, Line 22
Page 157, Line 24 through Page 158, Line 3
Page 158, Line 5 through Page 158, Line 25
Page 159, Line 2 through Page 159, Line 4
Page 159, Line 6 through Page 160, Line 4
Page 160, Line 6 through Page 160, Line 9
Page 160, Line 18 through Page 161, Line 8
Page 161, Line 12 through Page 161, Line 14
Page 161, Line 16 through page 162, Line 2
Page 162, Line 4 through Page 163, Line 25
Page 164, Line 17 through Page 165, Line 11
Page 165, Line 17 through Page 165, Line 18
Page 165, Line 20 through Page 165, Line 25
Page 166, Line 14 through Page 168, Line 22
Page 168, Line 24 through Page 171, Line 7
Page 171, Line 9 through Page 171, Line 14
Page 171, Line 19 through Page 172, Line 14
Page 172, Line 16 through Page 174, Line 13
Page 175, Line 5 through Page 175, Line 15
Page 175, Line 19 through Page 175, Line 23
Page 175, Line 25 through Page 176, Line 1
Page 176, Line 3 through Page 176, Line 19
Page 176, Line 21 through Page 180, Line 21
Page 180, Line 23 through Page 184, Line 2
Page 184, Line 4
Page 184, Line 6 through Page 185, Line 20
Page 185, Line 22 through Page 185, Line 23
Page 185, Line 25 through Page 186, Line 8
Page 186, Line 10 through Page 188, Line 2
Page 188, Line 4
Page 188, Line 6 through Page 188, Line 17
Page 189, Line 1 through Page 190, Line 19


    15.    From the deposition of Chennekatu Peter, August 29, 2002:

Page 195, Line 6 through Page 195, Line 20
Page 195, Line 24
Page 196, Line 1 through Page 196, Line 14
Page 196, Line 16 through Page 196, Line 19

Page 196, Line 21
Page 196, Line 23 through Page 197, Line 1
Page 197, Line 3 through Page 198, Line 8
Page 198, Line 10
Page 198, Line 12 through Page 199, Line 20
Page 199, Line 22
Page 199, Line 24
Page 200, Line 1
Page 200, Line 3 through Page 201, Line 18
Page 201, Line 20 through Page 202, Line 5
Page 202, Line 9 through Page 202, Line 11
Page 202, Line 13 through Page 204, Line 3
Page 204, Line 5 through Page 206, Line 2
Page 206, Line 9 through Page 206, Line 23
Page 206, Line 25 through Page 207, Line 1
Page 207, Line 3 through Page 209, Line 16
Page 209, Line 18
Page 209, Line 20 through Page 209, Line 22
Page 209, Line 24 through Page 210, Line 5
Page 210, Line 7 through Page 213, Line 4
Page 213, Line 6 through Page 217, Line 21
Page 217, Line 23 through Page 217, Line 24
Page 218, Line 1 through Page 221, Line 21
Page 221, Line 23 through Page 223, Line 16
Page 223, Line 18 through Page 227, Line 8
Page 227, Line 10 through Page 227, Line 14
Page 227, Line 18 through Page 228, Line 5
Page 228, Line 7
Page 228, Line 9
Page 228, Line 11
Page 228, Line 13 through Page 228, Line 14
Page 228, Line 19 through Page 228, Line 20
Page 228, Line 22 through Page 228, Line 24
Page 229, Line 16 through Page 233, Line 7
Page 233, Line 9 through Page 233, Line 10
Page 233, Line 12 through Page 233, Line 15
Page 233, Line 17
Page 233, Line 19 through Page 234, Line 11
Page 234, Line 13 through Page 234, Line 14
Page 234, Line 16 through Page 234, Line 20
Page 234, Line 22 through Page 235, Line 3
Page 235, Line 5 through Page 235, Line 14
Page 235, Line 16 through Page 235, Line 20
Page 235, Line 22 through Page 235, Line 23
Page 235, Line 25
Page 236, Line 11 through Page 239, Line 4

Page 240, Line 3 through Page 247, Line 2
Page 247, Line 4
Page 247, Line 6 through Page 247, Line 12
Page 247, Line 14 through Page 247, Line 22
Page 247, Line 25 through Page 248, Line 2
Page 248, Line 4 through Page 249, Line 3
Page 249, Line 5 through Page 250, Line 11
Page 250, Line 13 through Page 250, Line 21
Page 251, Line 11 through Page 256, Line 4
Page 256, Line 6 through Page 256, Line 9
Page 256, Line 11 through Page 258, Line 6
Page 258, Line 8
Page 258, Line 10 through Page 258, Line 25
Page 259, Line 2
Page 259, Line 4 through Page 261, Line 25
Page 262, Line 2 through Page 262, Line 5
Page 262, Line 7 through Page 264, Line 14
Page 264, Line 16


16.     From the deposition of Anthony D. Sabatelli, July 12, 2002:

Page 7, Line 14 through Page 26, Line 4
Page 26, Line 12 through Page 27, Line 1
Page 27, Line 12 through Page38, Line 9
Page 38, Line 14 through Page 39, Line 18
Page 39, Line 24 through Page 40, Line 19
Page 41, Line 8 through Page 45, Line 5
Page 45, Line 10 through Page 46, Line 13
Page 46, Line 15 through Page 52, Line 20
Page 53, Line 1 through Line 11
Page 53, Line 18 through Page 58, Line 14
Page 58, Line 24 through Page 68, Line 6
Page 68, Line 19 through Line 25
Page 69, Line 5 through Line 9
Page 69, Line 20 through Page 72, Line 17
Page 72, Line 25 through Page 74, Line 12
Page 74, Line 16 through Page 76, Line 17
Page 76, Line 21 through Page 77, Line 11
Page 78, Line 6 through Page 82, Line 15
Page 82, Line 23 through Page 84, Line 2
Page 84, Line 9 through Page 87, Line 4
Page 87, Line 11 through Page 88, Line 13
Page 88, Line 15 through Page 93, Line 14
Page 93, Line 17 through Page 94, Line 11
Page 94, Line 13 through Page 96, Line 14
Page 97, Line 1 through Page 100, Line 15

Page 100, Line 18 through Page 101, Line 16
Page 101, Line 23
Page 102, Line 3 through Page 103, Line 24
Page 104, Line 11 through Page107, Line 20
Page 108, Line 20 through Page112, Line 17
Page 112, Line 20 through Page 113, Line 3
Page 113 Line 8 through Line 20
Page 115, Line 13 through Page 118, Line 15
Page 118, Line 22 through Line 23
Page 119, Line 1 through Page 121, Line 12
Page 121, Line 16 through 122, Line 15
Page 122, Line 19 through Page126, Line 8
Page 127, Line 23 through Page 128, Line 17
Page 129, Line 3 through Page 130, Line 11
Page 130, Line 15 through Page131, Line 7
Page 131, Line 15 through Page 133, Line 9
Page134, Line 12 through Line 14
Page 135, Line 9 through Line 21
Page 136, Line 7 through Line 18
Page 136, Line 21 through Page138, Line 20
Page 138, Line 23 through Page 139, Line 12
Page 139, Line 15 through Page141, Line 20
Page 142, Line 1 through Page 143, Line 9
Page 145, Line 25 through Page 146, Line 8
Page 149, Line 10 through Page 150, Line 13
Page 150, Line 22 through Page 153, Line 18
Page 154, Line 1 through Line 24
Page 155, Line 1 through Line 23
Page 155, Line 25 through Page 156, Line 3
Page 156, Line 7 through Page 157, Line 2
Page 157, Line 5 through Line 7
Page 157, Line 13 through Line 25
Page 162, Line 1 through Page 163, Line 2
Page 163, Line 15 through Line 18
Page 164, Line 1 through Line 16
Page 164, Line 19 through Line 21
Page 165, Line 12 through Line 18
Page 165, Line 21 through Page 168, Line 24
Page 169, Line 2 through Line 9
Page 170, Line 12 through Page 172, Line 4
Page 173, Line 19 through Page174, Line 10
Page 174, Line 23 through Page 175, Line 17
Page 176, Line 3 through Line 12
Page 176, Line 14 through Page 177, Line 3
Page 177, Line 8 through Line 24
Page 178, Line 9 through Line 16

Page 178, Line 20 through Line 23
Page 179, Line 2 through Page 179, Line 6
Page 180, Line 6 through Line 16
Page 181, Line 1
Page 181, Line 22 through Page 182, Line 1
Page 182, Line 25 through Page 185, Line 14
Page 185, Line 17 through Page 187, Line 16
Page 188, Line 2 through Page190, Line 14
Page 191, Line 8 through Page 193, Line 22
Page 194, Line 24 through Page 196, Line 20
Page 198, Line 9 through Page 199, Line 4
Page 200, Line 20 through Page 201, Line 21
Page 203, Line 20 through Page 204, Line 2

  17.  From Day 2 of the deposition of Anthony Sabatelli, September 5, 2002:

Page 213, Line 19 through Page 214, Line 17
Page 214, Line 21 through Page 218, Line 24
Page 219, Line 18 through Line 25
Page 220, Line 4 through Page 228, Line 19
Page 228, Line 22 through Page 231, Line 8
Page 231, Line 19 through Page 233, Line 3
Page 233, Line 23 through Line 25
Page 234, Line 4 through Page 240, Line 8
Page 241, Line 20 through Page 257, Line 7
Page 257, Line 24 through Page 259, Line 24
Page 260, Line 21 through Page 263, Line 25
Page 264, Line 8 through Line 17
Page 264, Line 20 through Page 269, Line 24
Page 270, Line 21 through Page 274, Line 24
Page 275, Line 7 through Page 278, Line 6
Page 279, Line 5 through Page 283, Line 23
Page 284, Line 23 through Page 301, Line 7
Page 302, Line 3 through Page 307, Line 23
Page 308, Line 7 through Page 309, Line 4
Page 309, Line 18 through Page 310, Line 6
Page 310, Line 11 through Page 311, Line 11
Page 312, Line 6 through Page 314, Line 11
Page 314, Line 19 through Page 316, Line 4
Page 316, Line 11 through Page 319, Line 17
Page 320, Line 7 through Page 323, Line 4
Page 324, Line 15 through Page 326, Line 22
Page 327, Line 2 through Page 328, Line 19
Page 329, Line 2 through Page 333, Line 24
Page 334, Line 3 through Page 340, Line 21
Page 348, Line 8 through Line 19

Page 350, Line 3 through Page 351, Line 15
Page 353, Line 4 through Page 354, Line 22
Page 361, Line 20 through Page 362, Line 24
Page 363, Line 20 through Page 367, Line 5
Page 368, Line 2 through Page 369, Line 12
Page 370, Line 4 through Page 374, Line 2
Page 375, Line 5 through Line 20
Page 375, Line 22 through Page 377, Line 16
Page 377, Line 22 through Page 387, Line 9
Page 387, Line 14 through Page 391, Line 5
Page 391, Line 15 through Line 25
Page 392, Line 17 through Page 397, Line 3

      18.      From the deposition of Arthur C. Santora, II, September 17, 2002:

Page 1, Line 1 through Page 47, Line 6
Page 47, Line 15 through Page 47, Line 20
Page 48, Line 4 through Page 53, Line 3
Page 53, Line 9 through Page 58, Line 19
Page 59, Line 8 through Page 61, Line 21
Page 62, Line 3 through Page 64, Line 19
Page 64, Line 22 through Page 64, Line 23
Page 65, Line 2 through Page 66, Line 3
Page 66, Line 7 through Page 67, Line 25
Page 68, Line 3
Page 68, Line 7 through Page 68, Line 13
Page 68, Line 16 through Page 69, Line 18
Page 70, Line 22 through Page 72, Line 19
Page 74, Line 3 through Page 74, Line 6
Page 74, Line 11 through Pave 77, Line 3
Page 77, Line 15 through Page 79, Line 4
Page 91, Line 4 through Page 95, Line 6
Page 96, Line 19 through Page 103, Line 8
Page 103, Line 11 through Page 105, Line 9
Page 105, Line 22 through Page 108, Line 5
Page 108, Line 10 through Page 110, Line 7
Page 110, Line 11 through Page 110, Line 14
Page 111, Line 23 through Page 115, Line 2
Page 115, Line 24 through Page 118, Line 12
Page 119, Line 8 through Page 121, Line 11
Page 121, Line 17 through Page 124, Line 23
Page 126, Line 2 through Page 127, Line 7
Page 127, Line 15 through Page 136, Line 21
Page 141, Line 22 through Page 148, Line 25
Page 150, Line 7 through Page 178, Line 22
Page 179, Line 3 through Page 179, Line 9
Page 179, Line 14 through Page 179, Line 23

Page 179, Line 25
Page 180, Line 5 through Page 181, Line 25
Page 182, Line 4 through Page 182, Line 7
Page 182, Line 12 through Page 182, Line 23
Page 183, Line 9 through Page 186, Line 22
Page 187, Line 18 through Page 190, Line 7
Page 191, Line 16 through Page 191, Line 23
Page 192, Line 2 through Page 194, Line 20
Page 199, Line 9 through Page 200, Line 7
Page 200, Line 18 through Page 212, Line 24
Page 213, Line 2
Page 213, Line 5 through Page 223, Line 4
Page 223, Line 18 through Page 228, Line 15
Page 229, Line 4 through Page 230, Line 20
Page 231, Line 8 through Page 232, Line 12
Page 233, Line 1 through Page 250, Line 10
Page 251, Line 1 through Page 251, Line 25
Page 253, Line 1 through Page 253, Line 25

19.     From the deposition of Arthur C. Santora, II, September 18, 2002:

Page 254, Line 1 through Page 278, Line 9
Page 279, Line 1 through Page 286, Line 5
Page 286, Line 21 through Page 287, Line 13
Page 287, Line 16 through Page 289, Line 22
Page 290, Line 8 through Page 292, Line 25
Page 293, Line 5 through Page 294, Line 19
Page 295, Line 17 through Page 303, Line 14
Page 303, Line 19 through Page 303, Line 22
Page 304, Line 9 through Page 304, Line 19
Page 304, Line 24 through Page 305, Line 4
Page 307, Line 9 through Page 307, Line 11
Page 307, Line 16 through Page 307, Line 25
Page 308, Line 5 through Page 308, Line 14
Page 308, Line 19 through Page 309, Line 17
Page 309, Line 21 through Page 310, Line 6
Page 310, Line 10 through Page 310, Line 12
Page 310, Line 16 through Page 310, Line 25
Page 311, Line 7 through Page 311, Line 10
Page 311, Line 15 through Page 311, Line 23
Page 312, Line 5 through Page 312, Line 11
Page 312, Line 15 through Page 312, Line 18
Page 313, Line 6 through Page 313, Line 10
Page 316, Line 21 through Page 319, Line 25
Page 320, Line 19 through Page 320, Line 22
Page 320, Line 24 through Page 322, Line 4

Page 322, Line 7 through Page 325, Line 21
Page 326, Line 14 through Page 327, Line 9
Page 327, Line 12 through Page 327, Line 21
Page 327, Line 24 through Page 329, Line 11
Page 329, Line 25 through Page 330, Line 15
Page 332, Line 18 through Page 334, Line 11
Page 335, Line7 through Page 338, Line 6
Page 338, Line 20 through Page 346, Line 13
Page 347, Line 2 through Page 347, Line 10
Page 347, Line 20 through Page 348, Line 19
Page 349, Line 15 through Page 358, Line 7
Page 358, Line 14 through Page 359, Line 19
Page 360, Line 13 through age 386, Line 7
Page 386, Line 14 through Page 387, Line 23
Page 388, Line 2 through Page 388, Line 12
Page 388, Line 18 through Page 404, Line 20
Page 406, Line 7 through Page 445, Line 20
Page 445, Line 23 through Page 450, Line 4
Page 450, Line 24 through Page 476, Line 7
Page 476, Line 10 through Page 476, Line 17
Page 476, Line 20 through Page 476, Line 21
Page 476, Line 23 through Page 477, Line 2
Page 477, Line 5 through Page 477, Line 15
Page 478, Line 9 through Page 478, Line 16
Page 478, Line 19 through Page 479, Line 5
Page 479, Line 8 through Page 479, Line 20
Page 479, Line 22
Page 481, Line 1 through Page 481, Line 25
Page 483, Line 1 through Page 483, Line 25

    20.    From the deposition of Louis M. Sherwood, June 26, 2002:

Page 1, Line 1 through Page 7, Line 5
Page 7, Line 12 through Page 9, Line 6
Page 9, Line 12 through Page 12, Line 7
Page 12, Line 9 through Page 12, Line 16
Page 12, Line 18 through Page 13, Line 4
Page 13, Line 13 through Page 13, Line 18
Page 13, Line 22 through Page 14, Line 16
Page 14, Line 19 through Page 15, Line 20
Page 15, Line 23 through Page 16, Line 3
Page 16, Line 6 through Page 17, Line 8
Page 17, Line 16 through Page 18, Line 14
Page 18, Line 20 through Page 18, Line 22
Page 19, Line 19 through Page 23, Line 12
Page 23, Line 15 through Page 24, Line 3
Page 24, Line 6 through Page 24, Line 13

Page 24, Line 16 through Page 24, Line 18
Page 24, Line 22 through Page 25, Line 17
Page 25, Line 23 through Page 26, Line 28
Page 26, Line 12 through Page 26, Line 22
Page 26, Line 25 through Page 27, Line 22
Page 27, Line 25 through Page 28, Line 10
Page 28, Line 17 through Page 29, Line 8
Page 29, Line 10 through Page 29, Line 19
Page 29, Line 24 through Page 32, Line 8
Page 32, Line 11 through Page 32, Line 12
Page 32, Line 15 through Page 32, Line 20
Page 32, Line 23
Page 32, Line 25 through Page 33, Line 3
Page 33, Line 6 through Page 33, Line 9
Page 33, Line 13 through Page 34, Line 23
Page 34, Line 25 through Page 35, Line 20
Page 35, Line 23 through Page 37, Line 4
Page 37, Line 11 through Page 39, Line 16
Page 39, Line 19 through Page 39, Line 25
Page 40, Line 4 through Page 40, Line 14
Page 40, Line 17 through Page 40, Line 18
Page 40, Line 22 through Page 41, Line 16
Page 42, Line 3 through Page 42, Line 6
Page 42, Line 9 through Page 44, Line 16
Page 44, Line 19 through Page 44, Line 23
Page 45, Line 2 through Page 45, Line 15
Page 46, Line 15 through Page 47, Line 3
Page 47, Line 6 through Page 48, Line 23
Page 49, Line 2 through Page 49, Line 12
Page 49, Line 20 through Page 49, Line 25
Page 50, Line 2 through Page 50, Line 22
Page 51, Line 6 through Page 52, Line 11
Page 52, Line 15 through Page 52, Line 20
Page 53, Line 14 through Page 54, Line 17
Page 54, Line 20 through Page 55, Line 2
Page 55, Line 5 through Page 56, Line 3
Page 56, Line 6 through Page 56, Line 16
Page 56, Line 22 through Page 58, Line 18
Page 58, Line 21 through Page 65, Line 11
Page 65, Line 14 through Page 68, Line 18
Page 68, Line 21 through Page 73, Line 10
Page 73, Line 18 through Page 74, Line 18
Page 74, Line 23 through Page 75, Line 14
Page 75, Line 17 through Page 75, Line 25
Page 76, Line 4 through Page 76, Line 13
Page 76, Line 24 through Page 78, Line 6

Page 78, Line 8 through Page 78, Line 19
Page 79, Line 3 through Page 79, Line 8
Page 79, Line 12 through Page 80, Line 8
Page 80, Line 11
Page 80, Line 18 through Page 83, Line 25
Page 84, Line 5 through Page 84, Line 8
Page 84, Line 11 through Page 85, Line 6
Page 86, Line 21 through Page 88, Line 7
Page 88, Line 11 through Page 88, Line 16
Page 89, Line 4 through Page 89, Line 6
Page 89, Line 16 through Page 89, Line 25
Page 90, Line 5 through Page 91, Line 12
Page 91, Line 24 through Page 92, Line 12
Page 92, Line 15 through Page 93, Line 2
Page 94, Line 20 through Page 96, Line 11
Page 96, Line 14 through Page 98, Line 22
Page 100, Line 2 through Page 100, Line 8
Page 100, Line 12 through Page 102, Line 5
Page 102, Line 13 through Page 102, Line 19
Page 103, Line 19 through Page 104, Line 14
Page 104, Line 17 through Page 104, Line 21
Page 105, Line 13 through Page 105, Line 22
Page 105, Line 24 through Page 106, Line 19
Page 107, Line 3 through Page 107, Line 6
Page 107, Line 9 through Page 107, Line 12
Page 108, Line 3 through Page 108, Line 9
Page 108, Line 16 through Page 109, Line 7
Page 109, Line 12 through Page 110, Line 12
Page 110, Line 19 through Page 112, Line 2
Page 112, Line 18 through Page 113, Line 19
Page 113, Line 22 through Page 115, Line 13
Page 115, Line 16 through Page 117, Line 21
Page 117, Line 24 through Page 118, Line 11
Page 118, Line 14 through Page 118, Line 18
Page 118, Line 23 through Page 118, Line 25
Page 119, Line 3 through Page 120, Line 11
Page 120, Line 14 through Page 121, Line 24
Page 122, Line 3 through Page 123, Line 19
Page 124, Line 4 through Page 124, Line 19
Page 124, Line 22 through 125, Line 8
Page 125, Line 10 through Page 125, Line 23
Page 125, Line 25 through Page 126, Line 21
Page 126, Line 21 through Page 127, Line 10
Page 127, Line 13 through Page 127, Line 24
Page 128, Line 3 through Page 128, Line 12
Page 128, Line 15 through Page 128, Line 19

Page 128, Line 21 through Page 129, Line 3
Page 129, Line 6 through Page 130, Line 4
Page 130, Line 17 through Page 132, Line 8
Page 132, Line 14 through Page 132, Line 23
Page 133, Line 3 through Page 135, Line 9
Page 135, Line 13 through Page 136, Line 5
Page 136, Line 17 through Page 141, Line 15
Page 141, Line 18 through Page 142, Line 8
Page 142, Line 11 through Page 142, Line 16
Page 142, Line 19 through Page 143, Line 7
Page 143, Line 10 through Page 143, Line 16
Page 143, Line 19 through Page 143, Line 21
Page 143, Line 24
Page 144, Line 2 through Page 146, Line 2
Page 146, Line 4 through Page 147, Line 17
Page 147, Line 20 through Page 152, Line 18
Page 152, Line 21 through Page 155, Line 5
Page 155, Line 8 through Page 155, Line 24
Page 156, Line 3 through Page 156, Line 18
Page 156, Line 20 through Page 157, Line 3
Page 157, Line 7 through Page 158, Line 23
Page 159, Line 2 through Page 159, Line 7
Page 159, Line 10 through Page 159, Line 12
Page 159, Line 14 through Page 159, Line 23
Page 160, Line 6 through Page 160, Line 8
Page 160, Line 19 through Page 165, Line 13
Page 165, Line 24 through Page 166, Line 3
Page 166, Line 3 through Page 167, Line 18
Page 167, Line 21 through Page 169, Line 7
Page 169, Line 10 through Page 169, Line 17
Page 169, Line 25 through Page 170, Line 2
Page 170, Line 5
Page 170, Line 13 through Page 170, Line 19
Page 170, Line 22
Page 171, Line 9 through Page 173, Line 20
Page 173, Line 23 through Page 176, Line 20
Page 177, Line 4 through Page 177, Line 13
Page 177, Line 19 through Page 179, Line 24
Page 180, Line 3 through Page 180, Line 11
Page 180, Line 14 through Page 204, Line 13
Page 204, Line 18 through Page 205, Line 2
Page 205, Line 13 through Page 205, Line 17
Page 205, Line 22 through Page 208, Line 17
Page 209, Line 7 through Page 209, Line 16
Page 209, Line 19 through Page 210, Line 13
Page 210, Line 16 through Page 211, Line 16

Page 211, Line 19 through Page 212, Line 4
Page 212, Line 7 through Page 212, Line 14
Page 212, Line 17 through Page 212, Line 24
Page 213, Line 3 through Page 213, Line 6
Page 213, Line 9 through Page 213, Line 13
Page 214, Line 2 through Page 214, Line 12
Page 214, Line 16 through Page 215, Line 9
Page 215, Line 11 through Page 216, Line 23
Page 217, Line 2 through Page 218, Line 4
Page 218, Line 7 through Page 223, Line 7
Page 223, Line 23 through Page 225, Line 24
Page 226, Line 3 through Page 231, Line 22
Page 231, Line 25 through Page 233, Line 11
Page 233, Line 14 through Page 235, Line 8
Page 235, Line 11 through Page 237, Line 19
Page 237, Line 22 through Page 238, Line 2
Page 238, Line 5 through Page 238, Line 15
Page 238, Line 18 through Page 239, Line 2
Page 239, Line 5 through Page 239, Line 13
Page 239, Line 21 through Page 240, Line 3
Page 243, Line 1 through Page 244, Line 25

      21.    From the deposition of David Weissburg, August 14, 2002:

Page 1, Line 1 through Page 5, Line 17
Page 5, Line 23 through Page 6, Line 13
Page 6, Line 23 through Page 8, Line 15
Page 8, Line 20 through Page 13, Line 12
Page 13, Line 15
Page 13, Line 17 through Page 15, Line 16
Page 15, Line 21 through Page 15, Line 24
Page 16, Line 5 through Page 17, Line 14
Page 17, Line 17 through Page 18, Line 7
Page 18, Line 13 through Page 19, Line 5
Page 19, Line 12 through Page 20, Line 6
Page 20, Line 9 through Page 26, Line 22
Page 26, Line 25
Page 27, Line 2 through Page 27, Line 12
Page 27, Line 15 through Page 29, Line 22
Page 29, Line 24 through Page 32, Line 6
Page 32, Line 10 through Page 33, Line 14
Page 33, Line 17 through Page 33, Line 24
Page 34, Line 1 through Page 34, Line 3
Page 34, Line 6 through Page 34, Line 12
Page 34, Line 14 through Page 34, Line 19
Page 34, Line 24 through Page 35, Line 9
Page 35, Line 14 through Page 36, Line 11

Page 36, Line 15 through Page 37, Line 22
Page 38, Line 9 through Page 38, Line 17
Page 38, Line 20 through Page 39, Line 6
Page 39, Line 11 through Page 39, Line 17
Page 39, Line 20 through Page 39, Line 24
Page 40, Line 1 though Page 40, Line 15
Page 40, Line 20 through Page 40, Line 22
Page 40, Line 25
Page 41, Line 2 through Page 42, Line 20
Page 42, Line 23 through Page 43, Line 4
Page 43, Line 6 through Page 43, Line 19
Page 43, Line 22
Page 43, Line 24 through Page 43, Line 25
Page 44, Line 3
Page 44, Line 5 through Page 44, Line 16
Page 59, Line 20 through Page 61, Line 1
Page 63, Line 22 through Page 64, Line 15
Page 69, Line 8 through Page 69, Line 19
Page 74, Line 1 through Page 75, Line 25
.

22.     From the deposition of John Yates, January 18, 2006:

Page 3, Line 14 through Page 3, Line 16
Page 4, Line 6  through Page 4, Line 12
Page 5, Line 15 through Page 5, Line 20
Page 7, Line 5  through Page 7, Line 11
Page 9, Line 23 through Page 10, Line 1
Page 10, Line 5 through Page 12, Line 10
Page 13, Line 22 through Page 14, Line 9
Page 14, Line 19 through Page 19, Line 16
Page 19, Line 19 through Page 20, Line 6
Page 27, Line 6 through Page 28, Line 7
Page 28, Line 15 through Page 30,Line 14
Page 31, Line 1 through Page 32, Line 10
Page 32, Line 21 through Page 33, Line 8
Page 34, Line 1 through Page 34, Line 4
Page 34, Line 8 through Page 34, Line 15
Page 34, Line 19 through Page 36, Line 22
Page 37, Line 2 through Page 39 Line 2
Page 39, Line 6 through Page 41, Line 8
Page 41, Line 12 through Page 44, Line 3
Page 44  Line 9 through Page 44, Line 16
Page 44, Line 18 through Page 45, Line 11
Page 48, Line 5 through Page 48, Line 19

23.     From the deposition of John Yates, September 11, 2002:

Page 1, Line 1 through Page 8, Line 22
Page 10, Line 8 through Page14, Line 5
Page 15, Line 13 through Page 19, Line 15
Page 24, Line 1 through Page 48, Line 19
Page 48, Line 24 through Page 50, Line 3
Page 50, Line 12 through Page 53, Line 9
Page 53, Line 16 through Page 57, Line 3
Page 64, Line 24 through Page 65, Line 16
Page 71, Line 22 through Page 73, Line 9
Page 74, Line 7 through Page 74, Line 21
Page 79, Line 21 through Page 81, Line 8
Page 86, Line 12 through Page 86, Line 16
Page 94, Line 13, through Page 95, Line 4
Page 95, Line 19 through Page 95, Line 23
Page 102, Line 7 through Page 103, Line 6
Page 106, Line 14 through Page 107, Line 3
Page 113, Line 10 through Page 113, Line 24
Page 118, Line 19 through Page 119, Line 5
Page 120, Line 5 through Page 120 Line 10
Page 124, Line 3 through Page 124, Line 13
Page 127, Line  9 through Page 128, Line 20
Page 130, Line 10 through Page 133, Line 20
Page 134, Line 10 through Page 134, Line 24
Page 136, Line 3 through Page 138, Line 7
Page 141, Line 5 through Page 142, Line 8
Page 142, Line 22 through Page 142, Line 24
Page 147, Line10 through Page 148, Line 18
Page 151, Line 5 through Page 151, Line 25
Page 152, Line 19 through Page 161, Line 3
Page 162, Line 2 through Page 163, Line 10
Page 163, Line 19 through Page 164, Line 3
Page 175, Line 20 through Page 188, Line 4
Page 188, Line 29 through Page 194, Line 7
Page 195, Line 18 through Page 196, Line 13
Page 199, Line 8 through Page 200, Line 10
Page 201, Line 6 through Page 203, Line 12
Page 205, Line 21 through Page 206, Line 17
Page 208, Line 15 through Page 213, Line 12
Page 216, Line 18 through Page 217, Line 21

      24.     From the deposition of John Yates, October 3, 2002:

Page 1, Line 1 through Page 2, Line 25
Page 8, Line 11 through Page 16, Line 20
Page 17, Line 13 through Page 21, Line 5
Page 25, Line 15 through Page 30, Line 33

Page 34, Line 7 through Page 35, Line 20
Page 36, Line 23 through Page 44, Line 5
Page 44, Line 14 through Page 51, Line 17
Page 54, Line 25 through Page 61, Line 23
Page 62, Line 16 through Page 68, Line 9
Page 73, Line 3 through Page 76, Line 3
Page 78, Line 22 through Page 80, Line 4
Page 81, Line 3 through Page 82, Line 23
Page 83, Line 25 through Page 92, Line 9
Page 92, Line 22 through Page 100, Line 13
Page 101, Line 22 through Page 101, Line 25
Page 102, Line 5 through Page 102, Line 11
Page 105, Line 9 through Page 105, Line 15
Page 106 Line 24 through Page 107, Line 2
Page 116, Line 14 through Page 124, Line 3
Page 129, Line 14 through Page 130, Line 3
Page 130, Line 8 through Page 130, Line 13
Page 130, Line 22 through Page 138, Line 15
Page 138, Line 21 through Page 139, Line 8
Page 139, Line 12 through Page 140, Line 19
Page 140, Line 21 through Page 145, Line 8
Page 145, Line 13 through Page 147, Line 10
Page 147, Line 16 through Page 147, Line 22
Page 148, Line 10 through Page 155, Line 11
Page 157, Line 14 through Page 159, Line 23
Page 160, Line 10 through Page 162, Line 4
Page 166, Line 3 through Page 166, Line 13
Page 169, Line 5 through Page 169, Line 23
Page 170, Line 4 through Page 170, Line 14
Page 175, Line 6 through Page 190, Line 1
Page 190, Line 5 through Page 192, Line 12
Page 192, Line 20 through Page 206, Line 7
Page 206, Line 24 through Page 209, Line 3
Page 209, Line 18 through Page 223, Line 5
Page 223, Line 12 through Page 226, Line 14
Page 226, Line 19 through Page 227, Line 2
Page 227, Line 6 through Page 227, Line 13
Page 227, Line 16 through Page 230, Line 11
Page 230, Line 17 through Page 233, Line 10
Page 233, Line 14 through Page 239, Line 14
Page 240, Line 7 through Page 240, Line 9
Page 240 Line 21 through Page 245, Line 12

# EXHIBIT 9

MERCK'S OBJECTIONS AND COUNTER-DESIGNATIONS
TO TEVA'S AFFIRMATIVE DEPOSITION DESIGNATIONS

**EXHIBIT 9**

## MERCK'S OBJECTIONS AND COUNTER DESIGNATIONS
## TO TEVA'S AFFIRMATIVE DEPOSITION DESIGNATIONS

**A** =        argumentative (Rule 611(a))
**C** =        compound question (Rule 611)
**D** =        asked and answered
**E** =        calls for expert opinion from a lay witness or from an individual that has not been
              identified as an expert in this action (Rule 701)
**H** =        hearsay (Rule 801/802)
**I** =        incomplete (answer w/o a question or question w/o an answer)
**L** =        lack of personal knowledge (Rule 602)
**M** =        leading question (Rule 611(c))
**O** =        includes objection from attorney at deposition or attorney colloquy
**N** =        lack of foundation (Rule 611(a))
**Priv** =     privileged
**R** =        relevancy (lack of) (Rule 401/402)
**U** =        unfairly prejudicial (Rule 403)
**V** =        vague or ambiguous (Rule 611 (a))

From the deposition of Robert Beckman, July 23, 2002:

| Page | Line | - | Page | Line | Obj |
|------|------|---|------|------|-----|
| 5 | 8 | | 8 | 3 | |
| 19 | 12 | | 19 | 23 | |
| 20 | 6 | | 21 | 10 | H |
| 32 | 7 | | 35 | 23 | L,E |
| 41 | 21 | | 43 | 3 | C |

Counter Designations: none

From the deposition of Peter Browne, September 18, 2002:

## 1. Peter Browne (9/18/02)

Objections:

>       Page 45, Line 8 - Page 46, Line 17 (L)
>       Page 47, Line 11 - Page 47, Line 20 (L)
>       Page 54, Line 10 - Page 56, Line 12 (L)
>       Page 56, Line 13 - Page 57, Line 1 (R)
>       Page 60, Line 2 - Page 61, Line 21 (L)
>       Page 66, Line 13 - Page 66, Line 14 (I)

Counter Designations: none

From the deposition of Karen F. Clark, December 21, 2005:

| Page | Line | - | Page | Line | Obj. |
|------|------|---|------|------|------|
| 5 | 11 | | 6 | 5 | |
| 6 | 13 | | 7 | 2 | |
| 7 | 5 | | 7 | 18 | |
| 7 | 20 | | 7 | 22 | O |
| 7 | 25 | | 8 | 9 | |
| 8 | 12 | | 8 | 13 | |
| 8 | 16 | | 9 | 2 | |
| 9 | 7 | | 9 | 23 | |
| 10 | 24 | | 11 | 20 | |
| 11 | 24 | | 12 | 2 | |
| 12 | 7 | | 12 | 8 | |
| 12 | 23 | | 12 | 24 | |
| 13 | 2 | | 13 | 18 | H, L |
| 14 | 3 | | 14 | 14 | H, L |
| 14 | 16 | | 14 | 25 | H, L |
| 15 | 7 | | 15 | 12 | H, L |
| 16 | 12 | | 16 | 13 | |
| 16 | 20 | | 17 | 6 | H |
| 17 | 14 | | 18 | 4 | |
| 18 | 6 | | 18 | 10 | |
| 19 | 15 | | 20 | 9 | |
| 20 | 21 | | 21 | 9 | |
| 21 | 24 | | 22 | 9 | N |
| 22 | 13 | | 22 | 19 | R |
| 22 | 22 | | 23 | 6 | O, R, I |
| 24 | 8 | | 25 | 11 | H |
| 25 | 22 | | 25 | 25 | R |
| 26 | 14 | | 26 | 20 | |
| 26 | 23 | | 27 | 2 | |
| 27 | 16 | | 29 | 17 | H, N, L |
| 29 | 19 | | 30 | 2 | V |
| 30 | 4 | | 30 | 12 | V, C |
| 30 | 14 | | 31 | 2 | V |
| 31 | 4 | | 32 | 24 | H |
| 33 | 25 | | 35 | 22 | H |
| 36 | 18 | | 36 | 22 | C |
| 36 | 24 | | 37 | 9 | |
| 38 | 4 | | 38 | 12 | H, V |
| 38 | 16 | | 39 | 10 | H |
| 40 | 17 | | 40 | 25 | |
| 41 | 4 | | 41 | 5 | |
| 41 | 14 | | 42 | 16 | H, V |

| Page | Line | - | Page | Line | Obj. |
|------|------|---|------|------|------|
| 42 | 18 | | 42 | 24 | H |
| 43 | 6 | | 43 | 8 | H |
| 43 | 14 | | 43 | 18 | |
| 44 | 8 | | 45 | 16 | H, C, V |
| 45 | 18 | | 45 | 24 | H |
| 46 | 17 | | 47 | 23 | I |
| 48 | 4 | | 48 | 7 | |
| 49 | 5 | | 49 | 14 | H |
| 49 | 16 | | 49 | 21 | H |
| 50 | 5 | | 50 | 8 | V |
| 50 | 10 | | 50 | 17 | |
| 50 | 20 | | 51 | 13 | |
| 52 | 3 | | 52 | 5 | |
| 52 | 25 | | 53 | 6 | |
| 53 | 16 | | 53 | 19 | |
| 54 | 18 | | 54 | 25 | |
| 55 | 13 | | 55 | 18 | |
| 56 | 5 | | 56 | 14 | H |
| 56 | 25 | | 57 | 15 | |
| 59 | 19 | | 59 | 24 | V, C |
| 60 | 2 | | 60 | 7 | V, C |
| 60 | 9 | | 90 | 25 | H |
| 61 | 18 | | 62 | 11 | I, C, V |
| 63 | 9 | | 63 | 16 | C, V |
| 63 | 18 | | 63 | 24 | C, V |
| 64 | 2 | | 64 | 2 | |
| 64 | 13 | | 64 | 17 | N, L |
| 65 | 2 | | 65 | 22 | N, L |
| 65 | 24 | | 66 | 3 | |
| 66 | 8 | | 66 | 14 | C, V |
| 66 | 25 | | 67 | 6 | L, N |
| 69 | 2 | | 69 | 6 | |
| 72 | 2 | | 72 | 7 | C, V |
| 72 | 12 | | 72 | 15 | |
| 73 | 2 | | 75 | 3 | O, C, V, L |
| 75 | 10 | | 75 | 23 | O, R. V, C |
| 75 | 25 | | 76 | 8 | |
| 78 | 23 | | 80 | 12 | H, C, V |
| 80 | 14 | | 80 | 21 | |
| 81 | 10 | | 81 | 16 | H |

Counter Designations:

| Page | Line | - | Page | Line |
|------|------|---|------|------|
| 11 | 18 | | 23 | |
| 17 | 7 | | 13 | |
| 20 | 21 | | 22 | 2 |
| 35 | 23 | | 36 | 17 |
| 46 | 24 | | 47 | 20 |
| 48 | 8 | | 49 | 4 |
| 57 | 21 | | 59 | 7 |

From the deposition of Anastasia Daifotis, June 19-20, 2002

| Page | Line | - | Page | Line | Obj |
|------|------|---|------|------|-----|
| 7 | 6 | | 9 | 10 | R |
| 8 | 1 | | 9 | 10 | R |
| 12 | 4 | | 13 | 8 | R |
| 17 | 19 | | 18 | 7 | R |
| 28 | 3 | | 29 | 9 | R |
| 30 | 20 | | 31 | 19 | R |
| 33 | 6 | | 33 | 18 | R |
| 35 | 5 | | 41 | 24 | R |
| 42 | 16 | | 43 | 12 | R |
| 48 | 17 | | 49 | 6 | R |
| 50 | 8 | | 54 | 8 | R |
| 69 | 21 | | 75 | 2 | |
| 77 | 23 | | 86 | 19 | |
| 87 | 1 | | 90 | 17 | |
| 92 | 13 | | 93 | 23 | H, N |
| 96 | 5 | | 97 | 4 | |
| 108 | 24 | | 109 | 3 | |
| 109 | 8 | | 111 | 9 | |
| 111 | 15 | | 115 | 4 | |
| 118 | 3 | | 118 | 4 | |
| 119 | 5 | | 124 | 8 | |
| 129 | 22 | | 130 | 4 | |
| 135 | 17 | | 135 | 23 | |
| 137 | 21 | | 138 | 3 | |
| 139 | 12 | | 143 | 21 | R |
| 150 | 16 | | 152 | 12 | |
| 154 | 16 | | 163 | 5 | H, N |
| 166 | 12 | | 173 | 23 | |
| 181 | 12 | | 181 | 15 | |

| **Page** | **Line** | **-** | **Page** | **Line** | **Obj** |
|------|------|------|------|------|------|
| 185 | 10 | | 190 | 9 | N |
| 193 | 21 | | 194 | 2 | |
| 200 | 8 | | 207 | 13 | |
| 244 | 15 | | 244 | 20 | |
| 244 | 25 | | 247 | 13 | H |
| 250 | 10 | | 253 | 9 | H, Priv. |
| 254 | 5 | | 255 | 3 | |
| 262 | 18 | | 272 | 14 | E |
| 272 | 25 | | 276 | 3 | E |
| 276 | 9 | | 287 | 6 | H, E, L, N |
| 287 | 11 | | 292 | 22 | L |
| 314 | 1 | | 329 | 2 | R |
| 329 | 16 | | 333 | 25 | R |
| 338 | 11 | | 341 | 22 | |
| 342 | 7 | | 344 | 10 | L |
| 347 | 13 | | 358 | 22 | R, L, N |
| 369 | 7 | | 370 | 2 | |
| 371 | 21 | | 373 | 14 | |
| 373 | 21 | | 375 | 19 | |
| 401 | 16 | | 405 | 23 | |
| 422 | 13 | | 423 | 18 | L, N |
| 450 | 19 | | 460 | 5 | |
| 461 | 12 | | 461 | 13 | |
| 463 | 7 | | 467 | 4 | N |
| 476 | 3 | | 476 | 4 | H, L, N |
| 476 | 11 | | 483 | 5 | |
| 491 | 13 | | 491 | 14 | R |
| 491 | 20 | | 491 | 25 | R |
| 500 | 8 | | 507 | 23 | R |
| 508 | 7 | | 518 | 8 | |

Counter Designations:

| **Page** | **Line** | **-** | **Page** | **Line** |
|------|------|------|------|------|
| 97 | 4 | | 98 | 20 |
| 124 | 9 | | 125 | 4 |
| 134 | 23 | | 135 | 16 |
| 136 | 24 | | 137 | 20 |
| 152 | 13 | | 154 | 15 |
| 163 | 6 | | 164 | 6 |

| **Page** | **Line** | **-** | **Page** | **Line** |
|---|---|---|---|---|
| 293 | 14 | | 294 | 15 |
| 370 | 3 | | 370 | 22 |

From the deposition of Gerard Devlin, September 13, 2002:

| **Page** | **Line** | - | **Page** | **Line** | **Obj.** |
|---|---|---|---|---|---|
| 6 | 5 | | 7 | 11 | |
| 38 | 24 | | 40 | 4 | L, N |
| 40 | 8 | | 42 | 2 | L, H |
| 42 | 9 | | 46 | 8 | H, L, N |
| 46 | 11 | | 48 | 23 | H, L |
| 49 | 5 | | 49 | 11 | |
| 50 | 5 | | 50 | 11 | |
| 50 | 15 | | 50 | 18 | |
| 51 | 3 | | 50 | 12 | M |
| 51 | 16 | | 52 | 9 | E |
| 52 | 22 | | 53 | 3 | |
| 53 | 7 | | 53 | 19 | |
| 54 | 7 | | 55 | 11 | I |
| 57 | 6 | | 59 | 3 | I, H |
| 59 | 7 | | 59 | 10 | |
| 59 | 16 | | 60 | 24 | |
| 61 | 8 | | 62 | 3 | H |
| 62 | 19 | | 64 | 6 | H |
| 66 | 16 | | 69 | 13 | H |
| 69 | 22 | | 72 | 2 | H |
| 72 | 16 | | 81 | 14 | H, C |
| 81 | 21 | | 82 | 2 | H, L |
| 82 | 19 | | 83 | 9 | H, L |
| 85 | 20 | | 86 | 23 | H, L |
| 88 | 14 | | 88 | 18 | R, V |
| 88 | 21 | | 89 | 5 | R, V |
| 90 | 5 | | 93 | 20 | R, V |
| 94 | 6 | | 94 | 12 | |
| 94 | 21 | | 95 | 15 | L |
| 95 | 18 | | 95 | 22 | V |
| 97 | 18 | | 100 | 4 | V, R, E, N, L |
| 101 | 8 | | 101 | 11 | V |
| 101 | 14 | | 102 | 2 | V, H, L, N |
| 104 | 3 | | 105 | 13 | V, L |

| Page | Line | - | Page | Line | Obj. |
|------|------|---|------|------|------|
| 107 | 5 | | 107 | 10 | V, N |
| 107 | 24 | | 108 | 16 | V, N |
| 115 | 25 | | 118 | 9 | I, V, N, E |
| 130 | 4 | | 131 | 15 | I, V, N |
| 134 | 14 | | 136 | 19 | V, N, H |
| 136 | 24 | | 137 | 24 | V, N |
| 138 | 4 | | 142 | 9 | V, N, H, D |
| 142 | 16 | | 146 | 9 | V, N |
| 146 | 25 | | 148 | 5 | L, N |
| 148 | 25 | | 149 | 5 | |
| 149 | 12 | | 153 | 6 | V, L, N |
| 153 | 16 | | 154 | 5 | V, L |
| 154 | 16 | | 157 | 6 | V, N |
| 159 | 18 | | 159 | 22 | L, N, V |
| 160 | 3 | | 161 | 5 | L, N, V |
| 161 | 9 | | 164 | 2 | L, N, V |

Counter Designations:

| Page | Line | - | Page | Line |
|------|------|---|------|------|
| 40 | 5 | | 40 | 7 |
| 46 | 9 | | 46 | 10 |
| 59 | 5 | | 59 | 6 |
| 95 | 16 | | 95 | 17 |
| 101 | 12 | | 101 | 13 |
| 107 | 11 | | 107 | 23 |
| 148 | 6 | | 148 | 24 |
| 159 | 23 | | 160 | 2 |
| 161 | 6 | | 161 | 8 |

## 2.  Elizabeth DiCesare (8/28/02 & 88/29/02)

Objections:

Page 53, Line 11 - Page 54, Line 4 (L)
Page 54, Line 10 - Page 54, Line 17 (L)
Page 74, Line 12 - Page 74, Line 16 (L)
Page 75, Line 14 - Page 77, Line 24 (R)
Page 78, Line 3 - Page 81, Line 20 (R)
Page 84, Line 2 - Page 84, Line 23 (R)

Page 98, Line 18 - Page 98, Line 20 (O)
Page 124, Line 1 - Page 124, Line 3 (I)
Page 127, Line 13 - Page 127, Line 16 (I)
Page 129, Line 13 - Page 130, Line 2 (R)
Page 130, Line 13 - Page 130, Line 25 (L)
Page 131, Line 5 - Page 131, Line 8 (L)
Page 134, Line 13 - Page [34, Line 18 (L)
Page 181, Line 2 - Page 181, Line 8 (O)
Page 184, Line 22 - Page [85, Line 3 (O)
Page 335, Line 17 - Page 335, Line 19 (N)
Page 335, Line 23 (N)

Counter Designations:

Page 43, Line 3 - Page 43, Line 9
Page 73, Line 3 - Page 73, Line 5
Page 73, Line 8 - Page 73, Line 11
Page 95, Line 10 - Page 95, Line 19
Page 95, Line 23 - Page 96, Line 8
Page 100, Line 19 - Page 101, Line 5
Page 105, Line 6 - Page 105, Line 8
Page 105, Line 12
Page 146, Line 23 - Page 147, Line 20
Page 153, Line 10 - Page 153, Line 12
Page 205, Line 2 - Page 205, Line 14
Page 244, Line 12 - Page 244, Line 17
Page 335, Line 20 - Page 335, Line 22
Page 357, Line 23 - Page 357, Line 25
Page 358, Line 5 - Page 358, Line 9
Page 358, Line 18 - Page 358, Line 25
Page 361, Line 9 - Page 361, Line 17
Page 361, Line 20 - Page 362, Line 6

### 3. Paul Drake (11/15/02)

Objections:

Page 1, Line 1 - Page 5, Line 23 (O)
Page 43, Line 24 - Page 44, Line 7 (V)
Page 44, Line 11 (V)
Page 51, Line 2 - Page 51, Line 4 (N)
Page 51, Line 9 (N)
Page 54, Line 10 - Page 54, Line 18 (H)
Page 62, Line 23 - Page 63, Line 2 (L)
Page 73, Line 10 - Page 73, Line 13 (L)
Page 81, Line 4 - Page 84, Line 8 (L)

Page 81, Line 14 - Page 81, Line 22 (L)
Page 84, Line 3 - Page 84, Line 8 (N)
Page 84, Line 12 (N)
Page 99, Line 6 - Page 99, Line 9 (L)
Page 104, Line 8 - Page 105, Line 25 (O)

Counter Designations:

Page 44, Line 8
Page 51, Line 5 - Page 51, Line 6
Page 81, Line 9 - Page 81, Line 12
Page 84, Line 9 - Page 84, Line 10
Page 87, Line 10 - Page 87, Line 11

## 4. Laurence Hirsch (10/22/02)

Objections:

Page 1, Line 1 - Page 5, Line 13 (R, 0)
Page 108, Line 18 - Page 108, Line 20 (V, A, E)
Page 128, Line 10 - Page 128, Line 12 (L)
Page 144, Line 18 - Page 146, Line 17 (R)
Page 147, Line 10 - Page 147, Line 21 (R)
Page 164, Line 11 - Page 165, Line 9 (R)
Page 180, Line 6 - Page 182, Line 8 (R)
Page 184, Line 21 - Page 186, Line 2 (R)
Page 186, Line 3 - Page 193, Line 9 (R, U)
Page 193, Line 10 - Page 193, Line 24 (R)

Counter Designations:

Page 108, Line 21 - Page 108, Line 25
Page 175, Line 11 - Page 175, Line 20

## 5. Ashok Katdare (8/22/02)

Objections:

Page 7, Line 8 - Page 7, Line 10 (R)
Page 7, Line 14 - Page 8, Line 3 (R)
Page 26, Line 9 - Page 26, Line 10 (I)
Page 46, Line 14 - Page 46, Line 22 (L)
Page 49, Line 1- Page 49, Line 3 (L)
Page 49, Line 7 - Page 49, Line 11 (L)
Page 59, Line 12 - Page 61, Line 16 (L)
Page 76, Line 23 - Page 77, Line 8 (R)

Page 78, Line 5 - Page 80, Line 8 (R)
Page 82, Line 18 - Page 82, Line 22 (0, L)
Page 84, Line 1 - Page 84, Line 16 (L)
Page 91, Line 13 - Page 92, Line 3 (R)
Page 103, Line 3 - Page 103, Line 22 (R, L)
Page 106, Line 13 - Page 107, Line 7 (H)
Page 108, Line 10 - Page 108, Line 22 (L)
Page 110, Line 7 - Page 110, Line 16 (L)
Page 110, Line 23 - Page 110, Line 24 (L)
Page 111, Line 4 - Page 111, Line 7 (L)
Page 112, Line 4 - Page 113, Line 2 (L)
Page 113, Line 22 - Page 114, Line 2 (L)
Page 114, Line 6 - Page 114, Line 10 (L)
Page 114, Line 22 - Page 115, Line 1 (L)
Page 115, Line 4 - Page 115, Line 12 (L)
Page 115, Line 15 - Page 115, Line 21 (L)
Page 120, Line 21 - Page 120, Line 24 (L)
Page 121, Line 4 - Page 121, Line 5 (L)
Page 121, Line 15 - Page 121, Line 16 (L)
Page 121, Line 20 - Page 121, Line 21 (L)
Page 121, Line 23 - Page 122, Line 3 (L)
Page 122, Line 7 - Page 122, Line 10 (L)
Page 133, Line 1 - Page 133, Line 4 (L)
Page 133, Line 10 - Page 133, Line 19 (L)
Page 133, Line 22 (L)
Page 134, Line 23 - Page 136, Line 1 (L)
Page 136, Line 2 - Page 136, Line 9 (R, I)
Page 151, Line 4 - Page 152, Line 20 (L)
Page 154, Line 10 - Page 154, Line 16 (L)
Page 177, Line 13 - Page 177, Line 15 (O)
Page 179, Line 7 - Page 179, Line 20 (R)
Page 179, Line 21 - Page 179, Line 22 (L)
Page 180, Line 1 - Page 181, Line 18 (L)

Counter Designations:

Page 40, Line 5 - Page 40, Line 9
Page 49, Line 4 - Page 49, Line 6
Page 49, Line 22 - Page 49, Line 23
Page 52, Line 23 - Page 53, Line 7
Page 68, Line 6 - Page 68, Line 9
Page 82, Line 10 - Page 82, Line 14
Page 82, Line 23 - Page 83, Line 4
Page 101, Line 2 - Page 101, Line 13
Page 111, Line 1 - Page 111, Line 2
Page 115, Line 2
Page 115, Line 13 - Page 115, Line 14

Page 121, Line 1 - Page 121, Line 3
Page 121, Line 17 - Page 121, Line 19
Page 122, Line 4
Page 133, Line 23 - Page 134, Line 2
Page 134, Line 5 - Page 134, Line 11
Page 179, Line 23

## 6. Richard Mazess (9/17/02)

Objections:

Page 26, Line 22 - Page 26, Line 28 (R) (E)
Page 58, Line 7 - Page 58, Line 8 (O)
Page 61, Line 10 - Page 6l, Line 11 (O)
Page 64, Line 5 - Page 64, Line 7 (O)
Page 69, Line 4 - Page 69, Line 5 (O)
Page 73, Line 9 - Page 73, Line 12 (O)
Page 77, Line 22 - Page 77, Line 23 (O)
Page 79, Line 2 - Page 79, Line 3 (O)
Page 80, Line 7 - Page 80, Line 8 (O)
Page 81, Line 22 - Page 81, Line 23 (O)
Page 82, Line 16 - Page 82, Line 17 (O)
Page 123, Line 13 - Page 123, Line 15 (I)
Page 155, Line 22 - Page 156, Line 1 (I)
Page 169, Line 23 - Page 169, Line 24 (O)
Page 177, Line 7 - Page 177, Line 8 (O)

Counter Designations:

Page 9, Line 15 - Page 9, Line 16
Page 9, Line 19 - Page 10, Line 6
Page 10, Line 23 - Page 12, Line 24
Page 14, Line 9 - Page 15, Line 11
Page 16, Line 7 - Page 18, Line 4
Page 32, Line 1 - Page 32, Line 2
Page 35, Line 8 - Page 35, line 11
Page 37, Line 9 - Page 37, Line 14
Page 56, Line 12 - Page 56, Line 17
Page 66, Line 19 - Page 66, Line 24
Page 69, Line 22 - Page 70, Line 1
Page 71, Line 14 - Page 73, Line 7
Page 85, Line 16 - Page 86, Line 11
Page 86, Line 14 - Page 86, Line 19
Page 87, Line 6 - Page 87, Line 9
Page 87, Line 14 - Page 87, Line 23
Page 88, Line 14 - Page 88, Line 21

Page 90, Line 19 - Page 91, Line 1
Page 92, Line 4 - Page 92, Line 6
Page 93, Line 6 - Page 95, Line 7
Page 95, Line 10 - Page 95, Line 19
Page 113, Line 1 - Page 113, Line 3
Page 126, Line 16 - Page 128, Line 7
Page 133, Line 12 - Page 134, Line 12
Page 135, Line 7 - Page 135, Line 13
Page 135, Line 21 - Page 136, Line 21
Page 143, Line 15 - Page 144, Line 3
Page 154, Line 7 - Page 155, Line 21
Page 157, Line 9 - Page 157, Line 11
Page 172, Line 12 - Page 172, Line 13
Page 172, Line 16 - Page 173, Line 8
Page 173, Line 22 - Page 175, Line 22
Page 180, Line 4 - Page 181, Line 7
Page 187, Line 7 - Page 189, Line 18
Page 195, Line 3 - Page 199, Line 9
Page 206, Line 17 - Page 208, Line 19

## 7.  John Orloff (10/10/02)

Objections:

Page 21, Line 11 - Page 21, Line 16 (L)
Page 23, Line 6 - Page 23, Line 12 (N)
Page 24, Line 10 - Page 25, Line 15 (V)
Page 26, Line 22 - Page 27, Line 4 (V)
Page 29, Line 8 - 29, Line 17 (V, C)
Page 32, Line 8 - Page 32, Line 16 (V)
Page 34, Line 18 - Page 35, Line 6 (V)
Page 35, Line 14 - Page 35, Line 25 (C, V)
Page 40, Line 11 - Page 40, Line 15 (V)
Page 41, Line 21 - Page 42, Line 9 (V)
Page 45, Line 7 - Page 45, Line 13 (V)
Page 45, Line 20 - Page 46, Line 2 (V)
Page 46, Line 11 - Page 46, Line 14 (L, V)
Page 52, Line 24 - Page 53, Line 10 (V)
Page 80, Line 15 - Page 81, Line 3 (C)
Page 81, Line 4 - Page 81, Line 12 (V, M)
Page 83, Line 14 - Page 83, Line 19 (L)
Page 84, Line 2 - Page 84, Line 11 (L)
Page 90, Line 13 - Page 90, Line 23 (V)
Page 91, Line 5 - Page 91, Line 22 (V)
Page 94, Line 14 - Page 95, Line 3 (V)
Page 95, Line 16 - Page 95, Line 22 (V)

Page 99, Line 9 - Page 99, Line 23 (V)
Page 101, Line 12 - Page 101, Line 22 (L)
Page 102, Line 12 - Page 102, Line 20 (H, L)
Page 107, Line 2 - Page 107, Line 8 (V, L)
Page 109, Line 4 - Page 109, Line 7 (V)
Page 121, Line 9 - Page 121, Line 12 (L)
Page 122, Line 15 - Page 122, Line 20 (V)
Page 123, Line 11 - Page 123, Line 18 (C)
Page 124, Line 3 - Page 124, Line 8 (I)
Page 125, Line 5 - Page 125, Line 13 (V)
Page 129, Line 9 - Page 130, Line 6 (V, C)
Page 131, Line 24 - Page 132, Line 7 (V)

Counter Designations:

Page 19, Line 19 - Page 20, Line 2
Page 21, Line 13 - Page 21, Line 15
Page 22, Line 8 - Page 22, Line 9
Page 22, Line 19 - Page 22, Line 20
Page 23, Line 2
Page 23, Line 8 - Page 23, Line 9
Page 24, Line 14 - Page 24, Line 15
Page 25, Line 7 - Page 25, Line 8
Page 25, Line 19
Page 26, Line 24 - Page 26, Line 25
Page 29, Line 12 - Page 29, Line 13
Page 29, Line 18 - Page 30, Line 4
Page 32, Line 10 - Page 32, line 11
Page 34, Line 23 - Page 34, Line 24
Page 35, Line 18 - Page 35, Line 20
Page 40, Line 13 - Page 40, Line 14
Page 41, Line 22 - Page 41, Line 24
Page 45, Line 10 - Page 45, Line 12
Page 45, Line 24
Page 46, Line 13
Page 47, Line 24
Page 53, Line 3
Page 58, Line 17 - Page 58, Line 20
Page 80, Line 19 - Page 80, Line 20
Page 81, Line 10
Page 83, Line 16 - Page 83, Line 17
Page 84, Line 6 - Page 84, Line 8
Page 90, Line 18
Page 91, Line 13 - Page 91, Line 15
Page 94, Line 21
Page 95, Line 18
Page 98, Line 19

Page 99, Line 11 - Page 99, Line 12
Page 100, Line 4
Page 101, Line 14 - Page 101, Line 15
Page 102, Line 16 - Page 102, Line 18
Page 107, Line 5 - Page 107, Line 7
Page 109, Line 6
Page 113, Line 13 - Page 113, Line 25
Page 121, Line 11
Page 122, Line 17
Page 123, Line 13 - Page 123, Line 15
Page 124, Line 5 - Page 124, Line 8
Page 125, Line 7 - Page 125, Line 8
Page 129, Line 14 - Page 129, Line 15
Page 129, Line 24 - Page 129, Line 25
Page 132, Line 2 - Page 132, Line 3

## 8. Chennekatu Peter (8/28/02 & 8/29/02)

Objections:

Page 1, Line 1 - Page 2, Line 25 (O)
Page 5, Line 23 - Page 5, Line 25 (O)
Page 12, Line 16 - Page 15, Line 5 (R)
Page 16, Line 2 - Page 17, Line 7 (R)
Page 18, Line 20 - Page 18, Line 21 (V)
Page 19, Line 2 - Page 19, Line 3 (V)
Page 19, Line 5 - Page 20, Line 22 (R)
Page 21, Line 11 - Page 24, Line 9 (R)
Page 24, Line 8 - Page 24, Line 9 (V)
Page 24, Line 11 - Page 24, Line 15 (V)
Page 24, Line 17 - Page 30, Line 5 (R)
Page 30, Line 5 (N)
Page 30, Line 7 (N)
Page 36, Line 16 - Page 36, Line 17 (L) (N)
Page 36, Line 19 (L) (N)
Page 37, Line 14 - Page 37, Line 19 (R)
Page 37, Line 21 - Page 39, Line 24 (R)
Page 45, Line 1 - Page 45, Line 3 (V)
Page 45, Line 9 - Page 45, Line 11 (V)
Page 46, Line 6 - Page 46, Line 12 (R)
Page 46, Line 14 - Page 48, Line 4 (R)
Page 50, Line 15 - Page 50, Line 17 (U)
Page 50, Line 20 - Page 50, Line 25 (U)
Page 52, Line 19 - Page 52, Line 20 (U) (V)
Page 52, Line 22 - Page 52, Line 23 (U) (V)
Page 68, Line 12 - Page 68, Line 15 (E)

-14-

Page 68, Line 22 - Page 68, Line 25 (E)
Page 75, Line 24 - Page 76, Line 2 (L)
Page 76, Line 4 - Page 76, Line 7 (L)
Page 76, Line 9 - Page 76, Line 10 (V) (U)
Page 76, Line 12 - Page 76, Line 16 (V) (U)
Page 77, Line 9 - Page 77, Line 13 (U)
Page 77, Line 16 - Page 77, Line 18 (U)
Page 83, Line 18 - Page 83, Line 21 (U)
Page 83, Line 24 - Page 84, Line 2 (U)
Page 117, Line 4 - Page 117, Line 7 (A) (U)
Page 117, Line 9 - Page 117, Line 12 (A) (U)
Page 117, Line 14 - Page 1, 17, Line 15 (A) (U) (V)
Page 117, Line 17 - Page 117, Line 24 (A) (U) (V)
Page 119, Line 11 - Page 119, Line 12 (V)
Page 119, Line 14 - Page 119, Line 16 (V)
Page 123, Line 1 - Page 123, Line 9 (I)
Page 126, Line 25 - Page 127, Line 1 (U)
Page 127, Line 4 (U)
Page 129, Line 20 - Page 129, Line 1 (I)
Page 156, Line 25 - Page 157, Line 1 (N)
Page 157, Line 3 - Page 157, Line 14 (N)
Page 160, Line 6 - Page 160, Line 9 (L)
Page 160, Line 18 - Page 161, Line 9 (L)
Page 185, Line 5 - Page 185, Line 14 (L)
Page 185, Line 19 - Page 185, Line 20 (V) (A) (U)
Page 185, Line 22 - Page 185, Line 23 (V) (A) (U)
Page 189, Line 1- Page 190, Line 19 (O)
Page 198, Line 5 - Page 198, Line 8 (A) (U) (L)
Page 198, Line 10 (A) (U) (L)
Page 198, Line 18 - Page 199, Line 20 (L)
Page 199, Line 22 (L)
Page 209, Line 22 (V)
Page 209, Line 24 (V)
Page 217, Line 18 - Page 217, Line 20 (V)
Page 217, Line 23 - Page 217, Line 24 (V)
Page 221, Line 7 - Page 221, Line 8 (V)
Page 228, Line 9 (L)
Page 228, Line 11 (L)
Page 233, Line 4 - Page 233, Line 7 (A) (U) (V)
Page 233, Line 9 - Page 233, Line 10 (A) (U) (V)
Page 235, Line 13 - Page 235, Line 14 (A) (U) (M)
Page 235, Line 16 - Page 235, Line 20 (A) (U) (M)
Page 247, Line 18 - Page 247, Line 21 (A) (U) (M)
Page 247, Line 25 - Page 248, Line 2 (A) (U) (M)
Page 258, Line 22 - Page 258, Line 25 (V) (R)
Page 259, Line 2 (V) (R)

Counter Designations:

        Page 18, Line 23 - Page 18, Line 25
        Page 24, Line 10 Page 30, Line 6
        Page 36, Line 18 Page 45, Line 4
        Page 50, Line 18 - Page 50, Line 19
        Page 52, Line 21
        Page 68, Line 16 - Page 68, Line 19
        Page 76, Line 3 Page 76, Line 11
        Page 77, Line 14 - Page 77, Line 15
        Page 83, Line 22 - Page 83, Line 23
        Page 117, Line 8 Page 117, Line 16
        Page 119, Line 13
        Page 127, Line 2 - Page 127, Line 3
        Page 150, Line 15 - Page 151, Line 18
        Page 155, Line 24 Page 157, Line 2
        Page 160, Line 16 - Page 160, Line 17
        Page 166, Line 2 - Page 166, Line 10
        Page 180, Line 23 - Page 181, Line 18
        Page 185, Line 21 Page 198, Line 9
        Page 199, Line 21
        Page 201, Line 5 - Page 201, Line 9
        Page 209, Line 23 Page 217, Line 22
        Page 228, Line 6 Page 228, Line 10
        Page 233, Line 8
        Page 235, Line 15
        Page 247, Line 23 - Page 247, Line 24
        Page 259, Line 1
        Page 262, Line 2


## 9. Anthony Sabatelli (7/12/02 & 9/5/02)

Objections:

        Page 103, Line 20 - Page 103, Line 24 (O)
        Page 112, Line 21 - Page 113, Line 3 (E)
        Page 113, Line 8 - Page 113, Line 20 (E)
        Page 139, Line 4 - Page 139, Line 12 (A) (C) (V) (U)
        Page 139, Line 15 - Page 140, Line 3 (A) (C) (V) (U)
        Page 170, Line 12 - Page 172, Line 4 (O)
        Page 174, Line 23 - Page 175, Line 17 (O)
        Page 326, Line 17 - Page 326, Line 22 (A) (U)
        Page 327, Line 2 - Page 327, Line 4 (A) (U)
        Page 333, Line 22 - Page 333, Line 24 (N)
        Page 334, Line 3 - Page 334, Line 5 (N)
        Page 375, Line 5 - Page 375, Line 20 (N) (C)

Page 375, Line 22 - Page 376, Line 3 (N) (C)

Counter Designations:

Page 107, Line 21 - Page 108, Line 10
Page 113, Line 4
Page 139, Line 13 - Page 139, Line 14
Page 144, Line 12 - Page 145, Line 7
Page 146, Line 9 - Page 146, Line 21
Page 153, Line 19 - Page 153, Line 25
Page 190, Line 15 - Page 190, Line 21
Page 196, Line 21 - Page 197, Line 10
Page 231, Line 9 - Page 231, Line 18
Page 319, Line 18 - Page 320, Line 6
Page 326, Line 23 - Page 326, Line 25
Page 333, Line 25 - Page 334, Line 2
Page 342, Line 21 - Page 344, Line 24
Page 345, Line 8 - Page 347, Line 14
Page 362, Line 25 - Page 363, Line 10
Page 375, Line 22

## 10. Arthur Santora (9/17/02 & 9/18/02)

Objections:

Page 64, Line 18 - Page 64, Line 19 (E)
Page 64, Line 22 - Page 64, Line 23 (E)
Page 65, Line 2 - Page 65, Line 7 (E)
Page 66, Line 2 - Page 66, Line 3 (E) (M)
Page 66, Line 7 - Page 66, Line 8 (E) (M)
Page 66, Line 9 - Page 67, Line 10 (E)
Page 158, Line 3 - Page 159, Line 5 (L)
Page 160, Line 24 - Page 161, Line 20 (L)
Page 190, Line 3 - Page 190, Line 7 (I)
Page 234, Line 19 - Page 235, Line 7 (R)
Page 246, Line 20 - Page 247, Line 12 (L)
Page 319, Line 21 - Page 319, Line 25 (I)

Counter Designations:

Page 64, Line 20 - Page 64, Line 21
Page 64, Line 24
Page 66, Line 4 - Page 66, Line 6
Page 68, Line 4 - Page 68, Line 5
Page 68, Line 14 - Page 68, Line 15
Page 69, Line 19 - Page 70, Line 21
Page 72, Line 20 - Page 73, Line 14

Page 73, Line 17 - Page 74, Line 2
Page 77, Line 4 - Page 77, Line 5
Page 77, Line 12 - Page 77, Line 14
Page 79, Line 17 - Page 83, Line 4
Page 84, Line 11 - Page 85, Line 21
Page 90, Line 5 - Page 90, Line 18
Page 103, Line 9
Page 110, Line 8 - Page 110, Line 9
Page 110, Line 15 - Page 111, Line 22
Page 115, Line 3 - Page 115, Line 23
Page 118, Line 13 - Page 119, Line 7
Page 124, Line 24 - Page 125, Line 25
Page 127, Line 8 - Page 127, Line 14
Page 136, Line 22 - Page 141, Line 3
Page 138, Line 20 - Page 141, Line 3
Page 141, Line 9 Page 141, Line 21
Page 178, Line 23 - Page 179, Line 2
Page 182, Line 24
Page 190, Line 17 - Page 191, Line 15

## 11. Louis Sherwood (7/26/02)

Objections:

Page 25, Line 14 - Page 25, Line 17 (L)
Page 25, Line 23 - Page 26, Line 8 (L)
Page 26, Line 12 - Page 26, Line 22 (L)
Page 26, Line 25 - Page 27, Line 11 (L)
Page 44, Line 3 - Page 44, Line 5 (I)
Page 69, Line 5 - Page 69, Line 25 (I)
Page 74, Line 17 - Page 74, Line 18 (I)
Page 88, Line 4 - Page 88, Line 7 (I)
Page 98, Line 20 - Page 98, Line 22 (I)
Page 100, Line 2 - Page 100, Line 3 (I)
Page 117, Line 19 - Page 117, Line 21 (L)
Page 117, Line 24 - Page 118, Line 11 (L)
Page 118, Line 14 - Page 118, Line 18 (L)
Page 118, Line 23 - Page 118, Line 25 (L)
Page 119, Line 3 - Page 119, Line 4 (L)
Page 121, Line 7 - Page 121, Line 24 (L)
Page 122, Line 3 - Page 122, Line 20 (L)
Page 124, Line 15 - Page 124, Line 19 (L)
Page 124, Line 22 - Page 125, Line 8 (L)
Page 125, Line 10 (L)
Page 165, Line 24 - Page 166, Line 3 (L)
Page 166, Line 3 - Page 166, Line 20 (L)

Counter Designations:

> Page 13, Line 19 - Page 13, Line 21
> Page 17, Line 9 - Page 17, Line 15
> Page 40, Line 12 - Page 41, Line 16
> Page 42, Line 21 - Page 43, Line 18
> Page 44, Line 13 - Page 44, Line 16
> Page 44, Line 19 - Page 44, Line 21
> Page 45, Line 2 - Page 45, Line 9
> Page 46, Line 15 - Page 47, Line 3
> Page 47, Line 6 - Page 47, Line 18
> Page 49, Line 13 - Page 49, Line 19
> Page 52, Line 21 - Page 52, Line 24
> Page 70, Line 1 - Page 73, Line 2
> Page 73, Line 18 - Page 74, Line 2
> Page 80, Line 24 - Page 81, Line 15
> Page 100, Line 9 - Page 100, Line 11
> Page 154, Line 23 - Page 155, Line 5
> Page 155, Line 8 - Page 155, Line 24
> Page 156, Line 3 - Page 156, Line 18
> Page 156, Line 20 - Page 157, Line 3
> Page 157, Line 10 - Page 158, Line 13

## 12. David Weissburg (8/14/02)

Objections:

> Page 15, Line 14 - Page 15, Line 16 (I)
> Page 15, Line 21 - Page 15, Line 24 (I)
> Page 32, Line 5 - Page 32, Line 6 (I)
> Page 37, Line 20 - Page 37, Line 22 (I)
> Page 40, Line 14 - Page 40, Line 15 (I)

Counter Designations:

> Page 51, Line 22 - Page 53, Line 7
> Page 61, Line 2 - Page 61, Line 3
> Page 61, Line 6 - Page 61, Line 10
> Page 62, Line 10 - Page 62, Line 17
> Page 64, Line 16 - Page 64, Line 18
> Page 64, Line 20 - Page 65, Line 4
> Page 65, Line 9 - Page 65, Line 20
> Page 69, Line 20 - Page 70, Line 8
> Page 72, Line 9 - Page 72, Line 23

From the deposition of John Yates, January 18, 2006:

| Page | Line | - | Page | Line | Obj. |
|------|------|---|------|------|------|
| 3 | 14 | | 3 | 16 | |
| 4 | 6 | | 4 | 12 | |
| 5 | 15 | | 5 | 20 | |
| 7 | 5 | | 7 | 11 | |
| 9 | 23 | | 10 | 1 | O |
| 10 | 5 | | 12 | 10 | |
| 13 | 22 | | 14 | 9 | |
| 14 | 19 | | 19 | 16 | |
| 19 | 19 | | 20 | 6 | |
| 27 | 6 | | 28 | 7 | |
| 28 | 15 | | 30 | 14 | |
| 31 | 1 | | 32 | 10 | |
| 32 | 21 | | 33 | 8 | |
| 34 | 1 | | 34 | 4 | |
| 34 | 8 | | 34 | 15 | L. N |
| 34 | 19 | | 36 | 22 | |
| 37 | 2 | | 39 | 2 | |
| 39 | 6 | | 41 | 8 | |
| 41 | 12 | | 44 | 3 | |
| 44 | 9 | | 44 | 16 | O |
| 44 | 18 | | 45 | 11 | O |
| 48 | 5 | | 48 | 19 | O |

Counter Designations:

| Page | Line | - | Page | Line |
|------|------|---|------|------|
| 33 | 9 | | 33 | 24 |

**13.**

**14. John Yates (9/11/02)**

Objections:

> Page 18, Line 3 - Page 18, Line 9 (R)
> Page 46, Line 21 - Page 47, Line 7 (R)
> Page 113, Line 10 - Page 113, Line 24 (E)
> Page 124, Line 3 - Page 124, Line 13 (E)
> Page 134, Line 22 - Page 134, Line 24 (I)

Counter Designations:

> Page 14, Line 6 - Page 15, Line 12

Page 19, Line 16 - Page 20, Line 6
Page 21, Line 14 - Page 22, Line 22
Page 57, Line 4 - Page 61, Line 7
Page 64, Line 11 - Page 64, Line 19
Page 65, Line 17 - Page 70, Line 8
Page 73, Line 10 - Page 74, Line 6
Page 74, Line 22 - Page 75, Line 22
Page 78, Line 16 - Page 79, Line 20
Page 81, Line 13 - Page 83, Line 11
Page 84, Line 8 - Page 85, Line 21
Page 86, Line 17 - Page 90, Line 17
Page 91, Line 14 - Page 94, Line 7
Page 96, Line 10 - Page 96, Line 14
Page 97, Line 2 - Page 97, Line 16
Page 98, Line 10 - Page 100, Line 3
Page 100, Line 14 - Page 102, Line 6
Page 103, Line 7 - Page 103, Line 22
Page 106, Line 7 - Page 106, Line 13
Page 107, Line 4 - Page 108, Line 16
Page 109, Line 22 - Page 111, Line 8
Page 111, Line 18 - Page 113, Line 9
Page 115, Line 3 - Page 117, Line 4
Page 120, Line 11- Page 120, Line 25
Page 122, Line 16 - Page 123, Line 13
Page 124, Line 14 - Page 126, Line 15
Page 129, Line 13 - Page 131, Line 7
Page 138, Line 16 - Page 141, Line 4
Page 142, Line 9 - Page 142, Line 21
Page 142, Line 25 - Page 144, Line 24
Page 145, Line 12 - Page 145, Line 23
Page 148, Line 19 - Page 151, Line 4
Page 152, Line 2 - Page 152, Line 18
Page 163, Line 11 - Page 163, Line 18
Page 164, Line 4 - Page 166, Line 15
Page 167, Line 24 - Page 175, Line 11
Page 188, Line 14 - Page 188, Line 16
Page 194, Line 8 - Page 195, Line 17
Page 196, Line 14 - Page 196, Line 25
Page 198, Line 18 - Page 198, Line 22
Page 200, Line 11- Page 201, Line 5
Page 203, Line 13 - Page 204, Line 17
Page 205, Line 5 - Page 205, Line 17
Page 213, Line 13 - Page 215, Line 7
Page 216, Line 7 - Page 216, Line 17

### 15. John Yates (10/3/02)

Objections:

> Page 8, Line 11 - Page 8, line 12 (I)
> Page 16, Line 17 - Page 16, Line 20 (I)
> Page 197, Line 9 - Page 198, Line 10 (R)

Counter Designations:

> Page 16, Line 23 - Page 17, Line 5
> Page 21, Line 17 - Page 22, Line 12
> Page 22, Line 21 - Page 23, Line 6
> Page 24, Line 23 - Page 25, Line 14
> Page 30, Line 24 - Page 33, Line 2
> Page 53, Line 17 - Page 54, Line 24
> Page 61, Line 24 - Page 62, Line 7
> Page 69, Line 11 - Page 70, Line 13
> Page 80, Line 5 - Page 81, Line 2
> Page 82, Line 24 - Page 83, Line 13
> Page 100, Line 14 - Page 100, Line 17
> Page 101, Line 17 - Page 101, Line 21
> Page 102, Line 12 - Page 103, Line 20
> Page 105, Line 20 - Page 106, Line 23
> Page 107, Line 3 - Page 107, Line 19
> Page 108, Line 20 - Page 112, Line 16
> Page 113, Line 9 - Page 114, Line 12
> Page 115, Line 16 - Page 116, Line 13
> Page 124, Line 4 - Page 124, Line 25
> Page 126, Line 8 - Page 127, Line 14
> Page 155, Line 12 - Page 157, Line 9
> Page 159, Line 24 - Page 160, Line 9
> Page 162, Line 5 - Page 163, Line 2
> Page 166, Line 14 - Page 169, Line 4
> Page 170, Line 23 - Page 172, Line 8
> Page 172, Line 12 - Page 172, Line 19
> Page 173, Line 17 - Page 175, Line 5
> Page 209, Line 4 - Page 209, Line 17
> Page 223, Line 6 - Page 223, Line 9
> Page 226, Line 15 - Page 226, Line 16
> Page 239, Line 15 - Page 240, Line 6
> Page 240, Line 10 - Page 240, Line 20