IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MERCK & CO., INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.  04-939 (GMS) |
| v. | ) | |
| | ) | |
| TEVA PHARMACEUTICALS USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S NOTICE PURSUANT TO 35 U.S.C. § 282

Teva Pharmaceuticals USA, Inc. ("Teva USA") hereby gives written notice pursuant to 35 U.S.C. § 282 that it may rely upon one or more of the patents and publications listed below as anticipating or showing the state of the art with respect to United States Patent Nos. 5,994,329 ("the '329 patent") and 6,432,932 ("the '932 patent").  Teva USA is also providing written notice of the names and last known addresses of persons who may be relied upon as the prior inventor of or as having prior knowledge of or as having previously used or offered for sale the invention of the '329 and/ or '932 patents.

### A.    PATENTS AND PUBLICATIONS

1.    Update:  Bisphosphonate, *Lunar News*, p. 31 (April 1996)

2.    Update:  Bisphosphonate, *Lunar News*, pp. 23-24 (July 1996)

3.    Update:  Bisphosphonate, *Lunar News*, pp. 30-32 (April 1997)

4.    Tang, L., *et al.*, "Restoring and Maintaining Bone in Osteopenic Female Rat Skeleton:  I. Changes in Bone Mass and Structure," *J. Bone Min. Res.*, 7(9):1903-104 (1992)

5.   Jee, S., *et al.*, "Extra Cancellous Bone Induced by Combined Prostaglandin $E_2$ and Risedronate Administration Is Maintained after Their Withdrawal in Older Female Rats", *J. Bone Min. Res.* 10(6): 963-70 (1995)

6.   Ma, Y., *et al.*, "Partial Maintenance of Extra Cancellous Bone Mass by Antiresorptive Agents After Discontinuation of Human Parathyroid Hormone (1-38) in Right Hindlimb Immobilized Rats," *J. Bone Min. Res.* 10(6): 963-70 (1995)

7.   Seedor, J., *et al.*, "The Bisphosphonate Alendronate (MK-217) Inhibits Bone Loss Due to Ovariectomy in Rats, " *J. Bone Min. Res.* 6(4), 339-46 (1991)

8.   U.S. Patent No. 5,730,715, "Method for the Iontophoretic Administration of Bisphosphonates," Sage, Jr. *et al.*, March 24, 1998; assigned to Beckton Dickinson & Company

9.   U.S. Patent No. 5,869,471, "Methods for the Treatment of Arthritis Using Phosphonates and NSAIDs," Hovancik *et al.*, February 9, 1999; assigned to the Proctor & Gamble Company

10.  Francis, R., "Oral Bisphosphonates in the Treatment of Osteoporosis:  A Review," *Curr. Ther. Res.* 56(9):  831-51, 844-45 (1995)

11.  Blank, M., *et al.*, "Nonclinical Model for Assessing Gastric Effects of Bisphosphonates," *Dig. Dis. Sci.* 42(2):  281-88 (Feb. 1997)

12.  Chesnut, C., *et al.*, "Alendronate Treatment of the Postmenopausal Osteoporotic Woman: Effect of Multiple Dosages on Bone Mass and Bone Remodeling," *Am. J. Med.* 99:144-152 (1995)

13.  March 19, 1996 Meeting Background Package (MK 249542-569)

14.  Reid *et al.*, "Biochemical and Radiologic Improvement in Paget's Disease of Bone Treated with alendronate:  A Randomized, Placebo-controlled Trial," *Am. J. Med.*, 101:341-348 (1996)

15.  Siris *et al.*, "Comparative Study of Alendronate *Versus* Etidronate for the Treatment of Paget's disease of Bone," *J. Clin. Endo. Metab.*, 81(3):961-967 (1996)

16.  Khan, S., *et al.*, "Alendronate in the Treatment of Paget's Disease on Bone," Bone, 20(3):263-271 (1997)

17.  Toolan *et al.*, "Effects of 4-Amino-1Hydroxybutylidene Bisphosphonate on Bone Biomechanics in Rats," *J. Bone Min. Res.*, 7:1399-406 (1992)

18.  Merck Dear Doctor letter (MK 0156420-21)

19.     March 20, 1996 Meeting Background Package (MK 249542-69)

20.     Tolerability of Alendronate (MR 0047664-76)

21.     Update on the Safety & Tolerability of Bisphosphonates (MK 0234350-82)

22.     Fosamax prescribing information

23.     October 30, 1996 Meeting Background package (MK 250129-220)

24.     Thompson et al., "Aminohydroxybutane Bisphosphonate Inhibits Bone Loss Due to Immobilization in Rats," J. Bone Min. Res., 5(3):279-86 (1990)

25.     Balena et al., "The Aminobisphosphonate Alendronate Inhibits Bone Loss Induced By Thyroid Hormone in the Rat Comparison Between Effects on Tibiae and Vertebrae," Bone, 14:499-504 (1993)

26.     Thompson et al., "The Bisphosphonate, Alendronate, Prevents Bone Loss in Ovariectomized Baboons," J. Bone Min. Res., 7(8):951-60 (1992)

27.     Reddy et al., "Alendronate Treatment of Naturally-Occurring Periodontitis in Beagle Dogs," J. Periodontal., 66(3): 211-17 (1995)

28.     Gertz et al., "Clinical Pharmacology of Alendronate Sodium," Osteoporosis Int'l, Suppl. 3:S13-16 (1993)

29.     Passeri et al., "Intermittent Treatment With Intravenous 4-amino-1-hydroxybutylidene-1,1-bisphosphonate (AHBuBP) In The Therapy Of Postmenopausal Osteoporosis," Bone and Mineral, 15:237-248 (1991)

30.     Kanis et al., "Rationale for the Use of Alendronate in Osteoporosis," Osteoporosis Int'l, 5:1-13 (1995)

31.     Bone et al., "Weekly Administration of Alendronate: Rationale and Plan for Clinical Assessment," Clinical Therapeutics, 22(1):15-28 (2000)

32.     Liberman et al., "Effect of Oral Alendronate on Bone Mineral Density and the Incidence of Fractures in Postmenopausal Osteoporosis," NEJM, 333(22): 1437-43 (1995)

33.     Devogelaer et al., "Oral alendronate Induces Progressive Increases in Bone Mass of the Spine, Hip, and Total Body Over 3 Years in Postmenopausal Women With Osteoporosis," Bone, 18(2): 141-50 (1996)

34.     Harris et al., "The Effect of Short Term Treatment with Alendronate on Vertebral Density and Biochemical Markers of Bone Remodeling in Early Postmenopausal Women," J. Clin. Endo. Metab., 76(6):1399-06 (1993)

35.    Bauer *et al.*, "Upper Gastrointestinal Tract Safety Profile of Alendronate," *Arch. Int. Med.*, 160:517-25 (2000)

36.    Lowe *et al.*, "Upper Gastrointestinal Toxicity of Alendronate," *Am. J. Gastroenterol.*, 95(3):634-40 (2000)

37.    Black *et al.*, "Randomized Trial of Effect of Alendronate on Risk of Fracture in Women With Existing Vertebral Fractures," *Lancet*, 348:1535-41 (1996)

38.    Graham *et al.*, "Primary Amino-Bisphosphonates: A New Class of Gastrotoxic Drugs - Comparison of Alendronate and Aspirin," *Am. J. Gastroenterol.*, 92(8):1322-25 (1997)

39.    Schnitzer *et al.*, "Therapeutic Equivalence of alendronate 70 mg Once Weekly and Alendronate 10 mg Daily in the Treatment of Osteoporosis," *Aging Clin. Exp. Res.*, 12:1-12 (2000)

40.    Nightingale, "Important Information Regarding Alendronate Adverse Reactions," *JAMA*, 275(20):1534 (1996)

41.    Sorrentino *et al.*, "Esophageal Ulceration Due to Alendronate," *Endoscopy*, 28:529 (1996)

42.    Naylor and Davies, "Oesophageal Stricture Associated With Alendronic Acid," *Lancet*, 348:1030-31 (1996)

43.    Famularo and Simone, Ph.D, "Fatal Esophageal Perforation With Alendronate," *Am. J. Gastroenterol.*, 96(11):3212-13 (2001)

44.    Colina *et al.*, "A New Probable Increasing Cause of Esophageal Ulceration: Alendronate," *AJG*, 92(4):704-05 (1997)

45.    Yue, "Alendronate - Risk for Esophageal Stricture," *JAGS*, 46(12):1581-82 (1998)

46.    Ferrari *et al.*, "Esophageal Ulcer and Alendronate," *Rev. Paulo Med.*, 116(6):1882-84 (1998)

47.    Abraham *et al.*, "Alendronate-Associated Esophageal Injury: Pathologic and Endoscopic Features," *Mod. Pathol.*, 12(12):1152-57 (1999)

48.    Kaye, "Gastric Hemorrhage and Ulceration in Hiatal Hernia SAC Associated With Alendronate," *Dig. Dis. Sci.*, 44(5):903-04 (1999)

49.    Levine and Nelson, "Esophageal Stricture Associated With Alendronate Therapy," *Am. J. Med.*, 102:489-491 (1997)

50.  Cameron, "Esophagitis Dissecans Superficialis and Alendronate: Case Report," *Gastrointestinal Endoscopy*, 46(6):562-63 (1997)

51.  Ryan *et al.*, "Alendronate-induced Esophagitis: Case Report of a Recently Recognized Form of Severe Esophagitis with Esophageal Stricture Radiographic Features," *Radiology*, 206:389-91 (1998)

52.  Canadian Adverse Drug Reaction Newsletter, "Alendronate-induced esophagitis," *CMAJ*, 158(7):941-946 (1998)

53.  Gennari and Reginster, "Bisphosphonates and Osteoporosis Treatment in Italy," *Aging Clin. Exp. Res.*, 10:284-294 (1998)

54.  Lanza *et al.*, "Effects of Alendronate on Gastric and Duodenal Mucosa," *Am J. Gastroenterol.*, 93(5):753-57 (1998)

55.  Lanza *et al.*, "Endoscopic Comparison of Esophageal and Gastroduodenal Effects Of Risedronate and Alendronate in Postmenopausal Women," *Gastroenterology*, 119:631-38 (2000)

56.  Lanza *et al.*, "An Endoscopic Comparison of the Effects of Alendronate and Risedronate of Upper Gastrointestinal Mucosae," *Am. J. Gastroenterol.*, 95(11):3112-17 (2000)

57.  Singh *et al.*, "Multinucleated Epithelial Giant Cell Changes in Esophagitis," *Am. J. Surg. Pathol.*, 22(1):93-99 (1998)

58.  Delmas *et al.*, " Long term effects of dichloromethylene disphosphonate in Paget's disease," *Journal of Nursing*, 97(7): 12-14 (July 1997)

59.  Lilley, "Avoiding Alendronate-Related Esophageal Irritation," *AJN*, 97(7):12, 14 (1997)

60.  "Postmarking Surveillance Indicates Need For Better Education of Patients Taking Alendronate," *Am. J. Health-Syst. Pharm.*, Vol. 53 (1996)

61.  Maconi and Porro, "Multiple Ulcerative Esophagitis Caused By Alendronate," *AJG*, 90(10):1889-90 (1995)

62.  Ettinger *et al.*, "Clinic Visits and Hospital Admissions for Care of Acid-Related Upper Gastrointestinal Disorders in Women Using Alendronate for Osteoporosis," *Am. J. Managed Care*, 4(10):1377-82 (1998)

63.  Suri *et al.*, "Nitrogen-containing Bisphosphonates Induce Apoptosis of Caco-2 Cells in Vitro by Inhibiting the Mevalonate Pathway: A Model of Bisphosphonate-induced Gastrointestinal Toxicity," *Bone*, 29(4):336-43 (2001)

64.    Reszka *et al.*, "Nitrogen-Bisphosphonates Block Retinoblastoma Phosphorylation and Cell Growth by Inhibiting the Cholesterol Biosynthetic Pathway in a Keratinocyte Model for Esophageal Irritation," *Molec. Pharm.*, 59(2):193-202 (2001)

65.    Peter *et al.*, "Esophageal Irritation Due to Alendronate Sodium Tablets: Possible Mechanisms," *Dig. Dis. Sci.*, 43(9):1998-2002 (1998)

66.    Valentin-Opran, "Risedronate: Preliminary Results of a Pharmacological Study in Pagetic Patients," *J. Bone Mineral Res.* 5:S119 (1990)

67.    Brown *et al.*, "Risedronate in Paget's Disease: Preliminary Results of a Multicenter Study," *Seminars in Arthritis and Rheumatism*, Vol. 23, No. 4 (1994)

68.    McClung *et al.*, "Risedronate Increases BMD at the Hip, Spine, and Radius in Postmenopausal Women with Low Bone Mass," *J. Bone Mineral Res.* 12:S169 (1997)

69.    Bekker, Pirow J., "Clinical Experience with Risedronate (Including Paget's Disease and Postmenopausal Osteoporosis)," Third Workshop on Bisphosphonates, Davos, Switzerland, Jan. 12, 1996

70.    Eastell *et al.*, "Risedronate Therapy Prevents Bone Loss in Glucocorticoid-Treated Rheumatoid Arthritis Patients: A Three Year Study," *Inflammapharmacology*, 5:186 (1997)

71.    Delmas *et al.*, "Bisphosphonate Risedronate Prevents Bone Loss in Women with Artificial Menopause Due to Chemotherapy of Breast Cancer: A Double-Blind, Placebo-Controlled Study," *J. Clin. Oncology*, 15:955-62 (1997)

72.    Johnston *et al.*, "Risedronate Prevention of Bone Loss in Early Postmenopausal Women," *Calcif. Tissue Int.* 56:494 (1995)

73.    DeGroen *et al.*, "Esophagitis Associated with the Use of Alendronate," *NEJM*, 335: 1016-21 (1996) (MR 0047366-76)

74.    Procter & Gamble Product Release, September 11, 1997

75.    Clemmesen *et al.*, "A 2-Year Phase II Study with 1-Year Follow-up of Risedronate in Postmenopausal Osteoporosis," *Osteoporosis Int.*, 7:488-95 (1997)

76.    Mortensen, "Risedronate Increases Bone Mass in an Early Postmenopausal Population: Two Years of Treatment Plus One Year of Follow-up," *J. Clin. End. & Met.*, 83: 396 (1997) (DX 26)

77.    Hosking *et al.*, "Paget's Disease of Bone: Reduction of Disease Activity with Oral Risedronate," *Bone*, 22:51 (1998) (DX 27)

78.    Siris *et al.*, "Risedronate in the Treatment of Paget's Disease of Bone: An Open-Label, Multicenter Study," *J. Bone & Min. Res.*, 13:1032 (1998)

79.    Brown *et al.*, "Risedronate, a Highly Effective, Short-Term Oral Treatment for Paget's Disease: A Dose-Response Study," *Calcif. Tissue Int.*, 64:93-99 (1999)

80.    Singer *et al.*, "A Safety Review of the Use of Risedronate in the Treatment of Paget's Disease of Bone," *Arthritis Rheum.*, 40(9):S279 (1997) (DX 23)

81.    Bekker *et al.*, "Risedronate Treatment Improves Pain Status in Patient's with Paget's Disease of Bone," *J. Bone & Min. Res.*, 12(1):S270 (1997)

82.    PCT Application No. PCT/IB95/00288, International Publication No. WO 95/30421, Use of Certain Methanebisphosphonic Acid Derivatives To Prevent Prosthesis Loosening And Prosthesis Migration, published November 16, 1995; Inventors: Goodship *et al.*; Applicant: Ciba-Geigy AG;

83.    Liberman and Hirsch, "Esophagitis and Alendronate — Letter to the Editor," *NEJM*, 335(14): 1069-1070 (October 3, 1996)

84.    Castell, "'Pill Esophagitis'" — The Case of Alendronate," *NEJM*, 335(14): 1058-1059 (October 3, 1996)

85.    Cassidy *et al.*, "Continuous versus Intermittent Acid Exposure in Production of Esophagitis in Feline Model," *Dig. Dis. & Sci.*, 37(8): 1206-1211 (August 1992)

86.    Emkey, *et al.*, "Tolerability of Alendronate: Similar Experience in Clinical Practice and in Clinical Trials," (MR 0047664-0047676)

87.    Yates, J., "Letter to the Editor," *Am. J. Managed Care*, 5(3): 361-62 (March 1999)

88.    Papapoulos, S., "Bisphosphonates, The Aging Skeleton," Chap. 44, pps. 541-549 (1999)

89.    Fleisch, H, "Paget's Disease," <u>Bisphosphonates In Bone Disease From Laboratory to the Patient</u> pps. 68-85 (1995)

90.    Arthritis & Rheumatism Abstract Supplement 1997 National Scientific Meeting (Singh)

91.    European Patent Application 0 600 834 A1 to Goodship, entitled, "*Use of methanebisphosphonic acid derivatives for the manufacture of a medicament for fracture healing*", June 8, 1994; assigned to Ciba-Geigy AG

92.    Reitsma *et al.*, "Kinetic Studies of Bone and Mineral Metabolism During Treatment with (3-Amino-1-Hydroxypropylidene)-1,1-Bisphosphonate (APD) in Rats," *Calcif. Tissue Int.*, 32: 145-57 (1990)

93.    *Pharmacokinetics: Regulatory, Industrial, and Academic Perspectives*, Chapter 12 (Peter G. Welling & Francis L. S. Tse eds., 2nd ed. 1995)

94.    U.S. Patent No. 5,583,122, "Pharmaceutical Compositions Containing Geminal Diphosphonates," Benedict *et al.*, December 9, 1996; assigned to the Proctor & Gamble Company

95.    Letter to S Sobel from J Ekuta re: IND #31,029 Risedronate Sodium Protocol Amendment-New Protocol Information Amendment – Chemistry Serial No. 437 (PG 0100320-0100322)

96.    Letter to S Sobel (FDA from BR DeMark re: IND 31,029 Risedronate Sodium General Correspondence Serial #428  (PG 0100545-0100589)

97.    Study - A Randomized., double-blind, parallel-group study in healthy postmenopausal women to Assess the safety and tolerability of once-weekly oral dosing with Risedronate (35 or 50 mg, compared to daily oral dosing with 5mg Risedronate and Placebo) (PG 0097409-0097451)

98.    Study - A Multicenter, double-blind, randomized, active-controlled, parallel-group study of Daily vs. Weekly dosing regiments of Risedronate in the treatment of Osteoporosis in postmenopausal women (PG 0100622-0100630)

99.    Final Report – A randomized, double-blind, parallel-group study in healthy postmenopausal women to assess the safety and tolerability of once-weekly oral dosing with Risedronate (35 or 50mg), compared to daily oral dosing with 5mg Risedronate and Placebo (Study 1999033) by JT Brockman (PG 0155043-0155309)

100.    Summary Report 1999033 (PG 0154471-0154694)

B.   **PERSONS WHO MAY BE RELIED UPON AS THE PRIOR INVENTOR OR AS HAVING PRIOR KNOWLEDGE OF OR AS HAVING PREVIOUSLY USED OR OFFERED FOR SALE THE INVENTION OF THE PATENT IN SUIT**

1.   Dr. Richard Mazess, 3534 Blackhawk Drive, Madison, WI 53705

2.   The Proctor & Gamble Company, One Proctor & Gamble Plaza, Cincinnati, OH 45202

YOUNG CONAWAY STARGATT & TAYLOR, LLP

By _____

Josy W. Ingersoll (#1088)
Adam W. Poff (#3990)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6672

Attorneys for Defendant Teva
Pharmaceuticals USA, Inc.

OF COUNSEL:

James Galbraith
Maria Luisa Palmese
A. Antony Pfeffer
KENYON & KENYON
One Broadway
New York, New York 10004
(212) 425-7200

DATED: July 28, 2006

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on July 31, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Mary B. Graham, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> Wilmington, DE  19801

I further certify that on July 31, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

> Nicolas G. Barzoukas, Esquire
> Suzy S. Harbison, Esquire
> Weil, Gotshal & Manges LLP
> 700 Louisiana, Suite 1600
> Houston, TX  77002

Karen E. Keller (#4489)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone:  (302) 571-6600
kkeller@ycst.com
Attorneys for Teva Pharmaceuticals USA, Inc.