IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MERCK & CO., INC.,        )
              )
     Plaintiff,        )
              )
    v.            )    Civil Action No. 04-939 (GMS)
              )
TEVA PHARMACEUTICALS U.S.A, INC.,   )
              )
     Defendant.       )

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

    Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

*pro hac vice* of James Galbraith, Maria Palmese and A. Antony Pfeffer to represent Teva

Pharmaceuticals U.S.A., Inc. in this matter. In accordance with Standing Order for District

Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 per certification has

been paid to the Clerk's Office.

Dated: August 7, 2006

           *Karen E Keller*
           Josy W. Ingersoll (#1088)
           Adam W. Poff (#3990)
           Karen E. Keller (#4489)
           The Brandywine Building
           1000 West Street, 17th Floor
           P.O. Box 391
           Wilmington, DE 19899-0391
           (302) 571-6672
           kkeller@ycst.com
           Attorneys for defendant Teva Pharmaceuticals
            U.S.A, Inc.

OF COUNSEL
James Galbraith
Maria Luisa Palmese
A. Antony Pfeffer
Cindy Tahl
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of James

Galbraith, Maria Palmese and A. Antony Pfeffer, is granted.


Date: _____, 2006


_____

United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

James Galbraith
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004-1007
(212) 425-7200

Date: August 7, 2006

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of **New York** and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

**Maria Luisa Palmese**
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004-1007
(212) 425-7200

Date: 8/7/06

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

A. Antony Pfeffer
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004-1007
(212) 425-7200

Date: _August 2, 2006_

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on August 7, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Mary B. Graham Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> Wilmington, DE  19801

I further certify that on August 7, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY E-MAIL

> Nicolas G. Barzoukas, Esquire
> Suzy Harbison, Esquire
> Jason C. Abair, Esquire
> Weil, Gotshal & Manges LLP
> 700 Louisiana, Suite 1600
> Houston, TX  77002

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Karen E. Keller  (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
kkeller@ycst.com

Attorneys for Teva Pharmaceuticals U.S.A., Inc.