IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 04-939 (GMS) |
| ) | |
| TEVA PHARMACEUTICALS USA, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY stipulated by the parties, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this action, including all claims and defenses, is hereby dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees incurred in connection with this action.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200

*Attorneys for Plaintiff*
 *Merck & Co., Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Josy W. Ingersoll*

Josy W. Ingersoll (#1088)
Adam W. Poff (#3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899
302.571.6600

*Attorneys for Defendant*
 *Teva Pharmaceuticals USA, Inc.*

Dated: August 15, 2006
532721